# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L
(E-Filed: January 4, 2007)

| | |
|---|---|
| JOHN H. BANKS, ET AL., | |
| Plaintiffs, | 99-4451 L |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |
| STONE, ERROL L. and SUSAN H. As Trustees of the Susan H. Stone Trust, | |
| Plaintiffs, | 04-277 L |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust, | |
| Plaintiff, | 05-1353 L |

)
v. )
)
THE UNITED STATES, )
)
Defendant. )
)
________________________________ )

ORDER

Before the court is plaintiffs' Motion to Combine Docket Reports (motion). The court notes that all of the related cases have been consolidated into case number 99-4451 L and are now filed electronically. Because all of the consolidated cases are now part of the 99-4451 L docket, plaintiffs' motion is MOOT.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge