# Appendix

FOR

PLAINTIFFS' REPLY IN THE MATTER
OF THEIR MOTION TO STRIKE
DR. ROBERT B. NAIRN"S REPORT

# EXHIBIT LIST

## PLAINTIFFS' REPLY IN THE MATTER OF THEIR MOTION TO STRIKE DR. ROBERT B. NAIRN'S REPORT

| APPENDIX NUMBER | NOMENCLATURE | PAGE |
|---|---|---|
| PA01 | Map location of Mitchell Int'l Airport Milwaukee, Wisconsin | 1 |
| PA02 | Chicago Tribune Chief Meteorologist on NOAA Data Buoy 45007 re Wave heights | 2 |
| PA03-5 | National Data Buoy Center Station Info Great Lakes Regional Map 45007 | 2,5 |
| PA06 | 9-9-06St. Joseph, MI Herald Palladium WEATHER STATION COMING TO LAKEFRONT | 2 |
| PA07-14 | April 2002 Final Environmental Impact Statement (EIS) Indiana Lake Michigan Coastal Program | 2,3 |
| PA13-13.1 | Wave Rose by Indiana EIS & Nairn | 3 |
| PA15,6 | Detroit District Corps Letter 12-4-00 Henry Rosenfield to Jeff Cobb MI House | 3 |
| PA17(JR1211) | 7/97 Nairn Effectiveness of Beach Nourishment on Cohesive Shores | 3 |
| PA18 | 1996 The CORPS and the SHORE by Pilkey and Dixon p. 28,9 Beach is River of Sand | |
| PA19 & 20 | 1984 Shore Protection Manual Wind Direction deterioration | 4,5 |
| PA21(APP0226) | 1977 Shore Protection Manual re Temperature inversions | 4,5 |
| PA22,3 | 8-31-06 Letter from Petrie re licensing | 4,5 |
| PA24(APP081) | Nairn equations for H (wave height), T (wave period) U (wind speed) constants K, A, B, C & D. | 5 |
| PA25,6,7 | 1977 SPMSame as App081 equations - 1st two equations redacted | 5 |
| PA28,9,30,31 | 1984 SPM Formulae for Predicting Waves in Deep Water-confidence deteriorates significantly at 45$^{o}$ deviation | 5 |

# EXHIBIT LIST

| APPENDIX NUMBER | NOMENCLATURE | Page |
|---|---|---|
| PA32,3,4,5 | 1958 Berrien County, Michigan, Beach Erosion Control Study-25,000 cy/mile of erosion | 6,17 |
| PA36,7,8 | 1973 Section 111 Detailed Project Report-Best estimate surveys 1907, 1954 & 1971-110,000 cy/yr | 6 |
| PA39,40,41 | 1994 Meeting at Shoreham Village Hall Harbor structure blocking 30% of littoral material - 110,000cy/yr | 6 |
| PA42,43 | FY1999 (January 2000) Annual Report on Section 111 Beach Nourishment Monitoring 110,000 cy/yr Shortfall is 327,000 cy | 7 |
| PA44 | 1992 NOAA Depth Difference Map - 4 vertical meters (13 ft.) lost | 9 |
| PA45 | 1997, April COHESIVE SHORES by Nairn The CRITICAL POINT to understanding | 10 |
| PA46 | Michigan Dept. of Public Health - Water Well & Pump Record - 10/16/90 Richcreek Well Drilling Co. | 11 |
| PA47-48 | Ground Water Advisory Committee (Board) Part 127 of 1978 PA 368 (Public Health Code) | 11 |
| PA49-61.1 | 2006, July 14 Grahame Larson, Ph.D. Deposition pages (56) | 13,14,15 |
| PA62 | 1871 Shoreline Survey by Corps of Eng'rs St. Joseph Harbor to south of Grand Mere | 14 |
| PA63-68 | 2006 Photos of Corps Coarse Gravel Beach and Glacial Till coming onto shore | |
| PA69 | 1871 Same as PA62 | 14 |
| PA71,72,73 | 1871 Full size shoreling survey sections showing DEPTH and SAND | |
| PA74,5,6,7 | 2001 Larson & Schaetzl Origin & Evolution of the Great Lakes - Journal of Great Lakes Research Vol. 27(4):518-546 | 15 |
| PA78,79,80 | 1981 Dissertation by W. R. Buckler MSU Larson Deposition Exhibit - Shorezone stable - no serious erosion before 1830/1872 | 15 |

| APPENDIX NUMBER | NOMENCLATURE | PAGE |
|---|---|---|
| PA81,82 | 1998 Beach Process & Sedimentation by Paul D. Komar - Spilling & plunging Breakers | 16 |
| PA83,84 | 2002, March LONGSHORE SAND TRANSPORT Large-Scale Sediment Transport Facility US Army Engineering Research & Develop ment Center Vicksburg, MS | 16 |
| PA85,86,87 | 1958 Detroit District Corps Berrien Cty. Study of Beach Erosion - Secretary of the Army Relates to PA32,3,4,5. Plaintiffs total loss of sand. | 17 |





ille....D-12
n (4,434)....H-12
aukee
28,089)....K-12
loro....D-9
ral Point
,428)....F-12
cqua....G-4
ng (521)....C-3
lcot (1,296)....K-8
ene....C-8
Lake....H-5
dovi (2,491)....C-8
co....H-5
ona (8,637)....B-13
oe (10,241)....G-13
oe Center....F-9
ello (1,329)....H-10
erey....I-11
fort (580)....E-12
icello
140)....G-13
real (838)....F-2
e Junction....B-3
ah....D-2
an....I-7
s....H-7
son....J-8
sonville....H-11
nee (3,820)....G-7
dville....G-10
tein....I-6
alvary (558)....J-10
Hope
3)....E-12
oreb
182)....G-12
la....E-12
lorris....H-9
terling (217)....D-11
abor....E-10
emon....G-12
on....E-11
onago
457)....I-12
oda (1,283)....E-11
ego
,813)....J-18
tah (567)....I-12
ville....H-5
ino....I-7
fah (743)....F-9
ah....I-9
ville (2,680)....E-8
sa (2,5557)....F-8
....I-4
n (388)....B-8
wille (171)....H-8
....I-11
t....H-6
o (658)....I-11
oro (384)....H-9
n....K-8
....H-6
d....I-4
msterdam....D-9
uburn....C-6
Berlin
592)....J-17
old....G-4
urg (783)....J-11
urg Cors....D-10
Centerville....B-7
Diggings....F-13
ane....J-10
Franken....J-8
Glarus
99)....G-12
Holstein
42)....J-9
isbon
91)....F-9
ondon....I-8
Miner....F-9
Munster....J-13
osl....D-4
ichmond
06)....A-6
....E-10
n....D-10
Newton....K-9
Newville....H-12
Niagara (1,999)....J-4
Nichols (254)....I-8
Norman....K-8
Norrie....H-7
N. Andover....D-12
North Bay (246)....K-12
North Bend....D-9
North Cape....J-12
Northfield....D-8
N. Fond du Lac
(4,292)....I-10
North Freedom
(591)....G-11
North Hudson
(3,101)....A-6
N. Lake....J-11
Northland....H-7
N. Leeds....H-11
Northport....I-8
N. Prairie (1,322)....I-12
Northwoods
Beach....D-4
Norwalk (564)....E-10
Nutterville....G-6
Nye....A-5
Oak Center....I-10
Oak Creek
(19,513)....K-12
Oakdale....E-9
Oakfield (1,003)....I-10
Oconomowoc
(10,993)....I-12
Oconto (4,474)....J-7
Oconto Falls
(2,584)....J-7
Odanah....E-2
Ogdensburg (220)....H-8
Ogema....F-5
Ojibwa....D-4
Okauchee....I-11
Okee....G-11
Oliver (265)....B-2
Omro (2,836)....I-9
Onalaska (11,284)....D-9
Oneida....J-8
Ontario (407)....E-10
Oostburg (1,931)....K-10
Oregon (4,519)....G-12
Orfordville
(1,219)....H-13
Orion....E-11
Osceola (2,075)....A-5
Oshkosh (55,006)....I-9
Osseo (1,551)....D-8
Otsego....H-11
Oulu....C-2
Owen (895)....E-6
Oxford (499)....G-10
Packwaukee....G-10
Paddock Lake
(2,662)....J-13
Palmyra (1,539)....I-12
Paoli....G-12
Pardeeville
(1,630)....H-10
Paris....J-13
Park Falls (3,104)....F-4
Park Ridge (546)....G-8
Parrish....G-5
Patch Grove
(202)....D-12
Patzau....B-2
Pearson....H-5
Peebles....J-10
Pelican Lake....H-5
Pella....I-7
Pell Lake....J-13
Pembine....J-5
Pence....F-2
Pensaukee....J-7
Pepin (873)....B-8
Perkinstown....E-6
Peru....H-7
Peshtigo (3,154)....K-6
Petersburg....E-11
Pewaukee
(4,941)....J-12
Phelps....H-3
Phillips (1,592)....E-4
Phlox....H-6
Pickerel....H-5
Pickett....I-9
Pigeon Falls (289)....D-8
Pilsen....K-8
Pine Bluff....G-12
Pine Creek....C-9
Pine Grove....J-8
Pine River....G-6
Pine River....H-9
Pipe....J-9
Pipersville....I-11
Pittsville (838)....F-8
Plain (691)....F-11
Plainfield (839)....G-8
Plainville....G-10
Platteville (9,708)....E-13
Pleasant Prairie....K-13
Pleasantville....D-8
Plover (8,176)....G-8
Plum City (534)....B-7
Plymouth (6,769)....J-10
Poland....K-8
Polar....H-6
Polley....E-6
Polonia....G-8
Poniatowski....F-6
Poplar (516)....C-2
Porcupine....B-7
Portage (8,640)....H-10
Port Andrews....E-11
Port Edwards
(1,848)....F-8
Porterfield....J-6
Portland....E-10
Portland....H-11
Port Washington
(9,338)....K-11
Port Wing....D-1
Poskin....C-5
Potosi (654)....E-13
Potter....J-9
Pound (434)....J-6
Powell....F-3
Poynette (1,662)....G-11
Poy Sippi....H-9
Prairie du Chien
(5,659)....D-12
Prairie du Sac
(2,380)....G-11
Prairie Farm (494)....C-6
Prentice (571)....F-5
Prescott (3,243)....A-7
Presque Isle....G-3
Preston....E-12
Price....D-8
Princeton
(1,458)....H-10
Pulaski (2,200)....J-7
Pulcifer....J-7
Quinney....J-9
Racine (84,298)....K-13
Radisson (237)....D-4
Randolph (1,691)....H-10
Random Lake
(1,439)....J-10
Range....B-5
Rankin....K-7
Readfield....I-8
Readstown (420)....E-11
Red Cliff....E-1
Redgranite
(1,009)....H-9
Red Mound....D-11
Red River....I-7
Reedsburg
(5,834)....F-10
Reedsville (1,182)....J-9
Reeseville (673)....H-11
Reeve....B-6
Reserve....D-4
Retreat....D-11
Rewey (220)....F-12
Rhinelander
(7,427)....H-5
Rib Lake (887)....F-5
Rice Lake (7,998)....C-5
Richardson....B-5
Richfield....J-11
Richford....G-9
Richland Center
(5,018)....E-11
Richmond....I-13
Richwood....I-11
Ridgeland (246)....C-6
Ridgeville....E-9
Ridgeway (577)....F-12
Ringle....G-7
Rio (768)....H-11
Rio Creek....K-7
Riplinger....E-7
Ripon (7,241)....I-9
Rising Sun....D-11
River Falls (8,841)....A-7
River Hills
(1,612)....K-15
Roberts (1,043)....A-6
Rochester (978)....J-13
Rockbridge....F-11
Rockdale (235)....H-12
Rock Elm....B-7
Rock Falls....C-7
Rockland (509)....D-9
Rock Springs
(432)....F-11
Rockton....E-10
Rockville....E-13
Rockwood....K-9
Rolling Prairie....I-11
Rome....G-8
Rome....I-12
Rosendale (777)....I-10
Rosholt (512)....H-7
Rosiere....K-7
Rostok....K-8
Rothschild (3,310)....G-7
Rowleys Bay....L-6
Roxbury....G-11
Royalton....H-8
Rozellville....F-7
Rubicon....I-11
Ruby....D-6
Rudolph (451)....G-8
Rural....H-8
Rush Lake....H-9
Rusk....C-7
Russell....C-8
St. Anna....J-9
St. Cloud (494)....J-10
St. Croix Falls
(1,640)....A-5
St. Francis
(9,245)....K-12
St. Germain....G-4
St. John....J-9
St. Joseph....D-10
St. Marys....E-10
St. Nazianz (693)....K-9
Salem....J-13
Salmo....E-1
Sampson....J-7
Sanborn....D-2
Sand Creek....C-6
Sarona....C-4
Sauk City
(3,019)....G-11
Saukville (3,695)....J-11
Saxeville....H-9
Saxon....E-2
Sayner....G-4
Scandinavia (298)....H-8
Schofield (2,415)....G-7
Sechlerville....D-8
Seeley....D-3
Seneca....D-11
Sextonville....F-11
Seymour (2,782)....J-8
Shamrock....E-9
Shanagolden....E-3
Shantytown....G-7
Sharon (1,250)....M-20
Shawano (7,598)....I-7
Sheboygan
(49,676)....K-10
Sheboygan Falls
(5,823)....K-10
Sheldon (268)....D-5
Shell Lake (1,161)....B-4
Shepley....H-7
Sheridan....H-8
Sherry....F-7
Sherwood (837)....J-9
Shiocton (913)....I-8
Shirley....J-8
Shopiere....H-13
Shorewood
(14,116)....K-12
Shorewood Hills
(1,680)....A-11,G-12
Shullsburg
(1,236)....F-13
Silver Creek....J-10
Silver Lake
(1,801)....J-13
Sinsinawa....E-13
Siren (863)....B-4
Sister Bay (675)....L-6
Skanawan....G-5
Slades Cors....J-13
Slinger (2,340)....J-11
Slovan....K-8
Sobieski....J-7
Soldiers Grove
(564)....E-11
Solon Springs
(575)....C-3
Somers....J-13
Somerset (1,065)....A-6
S. Beaver Dam....H-11
S. Byron....I-10
South Milwaukee
(20,958)....K-12
South Range....B-2
S. Wayne (478)....F-13
Sparta (7,788)....E-9
Spencer (1,757)....F-7
Spirit....F-5
Spirit Falls....F-5
Split Rock....H-7
Spooner (2,464)....C-4
Sprague....F-9
Spread Eagle....J-4
Spring Brook....C-4
Springfield....J-13
Springfield
Corners....G-11
Spring Green
(1,283)....F-11
Spring Lake....H-9
Spring Prairie....J-13
Springstead....F-3
Spring Valley....B-7
Springville....D-10
Spruce....I-7
Stanberry....C-4
Stangelville....K-8
Stanley (2,011)....E-6
Starks....H-5
Star Lake....G-4
Star Prairie (507)....A-6
Stephensville....I-8
Stetsonville (511)....F-6
Steuben (161)....D-11
Stevens Point
(23,006)....G-8
Stevenstown....D-9
Stiles....J-7
Stitzer....E-12
Stockbridge (579)....I-9
Stockholm (89)....B-8
Stockton....G-8
Stoddard....D-10
Stone Bank....I-11
Stone Lake....C-4
Stoughton
(8,786)....H-12
Stratford (1,515)....F-7
Strongs Prairie....F-9
Strum (949)....D-8
Sturgeon Bay
(9,176)....L-7
Sturtevant
(3,803)....J-13
Suamico....J-7
Sugar Bush....I-8
Sugar Camp....H-4
Sullivan (432)....I-12
Summit Lake....H-5
Sun Prairie
(15,333)....H-11
Superior (27,134)....C-2
Suring (626)....I-6
Sussex (5,039)....J-11
Sylvan....E-11
Symco....H-8
Taycheedah....J-10
Taylor (419)....D-8
Tennyson (378)....E-13
Theresa (771)....I-10
Theresa Sta....I-10
Thiensville
(3,301)....J-11
Thornton....I-7
Thorp (1,657)....E-6
Three Lakes....H-4
Tibbets....I-13
Tiffany....H-13
Tigerton (815)....H-7
Tilden....C-6
Tilleda....I-7
Tipler....I-4
Tisch Mills....K-8
Token Creek....H-11
Tomah (7,570)....E-9
Tomahawk (3,328)....G-5
Tony (114)....D-5
Towerville....E-11
Townsend....I-5
Trade Lake....A-4
Trade River....A-4
Trego....C-4
Trempealeau
(1,039)....D-9
Trevor....J-13
Trimbelle....A-7
Tripoli....F-5
Troy Center....I-12
Truman....F-13
Tunnel City....E-9
Turtle Lake (811)....B-5
Tustin....H-9
Twin Lakes
(3,989)....J-13
Two Creeks....K-8
Two Rivers
(13,030)....K-9
Ubet....A-5
Underhill....I-7
Union....H-12
Union Center
(197)....F-10
Union Grove
(3,669)....J-13
Unity (418)....F-7
Upson....F-3
Urne....C-8
Utica....H-12
Valders....K-9
Valley....E-10
Valley Jct....E-9
Valmy....L-6
Valton....F-10
Van Dyne....I-9
Verona (5,374)....G-12
Vesper (596)....F-8
Victory....D-11
Village of Superior....B-2
Viola....E-10
Viroqua (3,922)....E-10
Wabeno....I-5
Waldo (442)....J-10
Waldwick....F-12
Wales (2,471)....I-12
Walsh....K-6
Walworth (1,614)....I-13
Wanderoos....B-5
Warrens (343)....E-9
Wascott....C-3
Washburn (2,285)....D-2
Washington....L-5
Waterford (2,431)....J-12
Waterloo (2,393)....H-11
Watertown....I-11
Waubeka....J-11
Waucousta....J-10
Waukau....I-9
Waukesha
(56,958)....J-12
Waumandee....C-8
Waunakee
(5,897)....G-11
Waupaca (4,957)....H-8
Waupun....I-10
Wausau (37,020)....G-6
Wausaukee (656)....J-5
Wautoma (1,784)....H-9
Wauwatosa
(49,366)....K-16
Wauzeka (595)....D-12
Wayne....J-10
Wayside....J-8
Webb Lake....B-4
Webster (623)....B-4
Wentworth....C-2
West Allis
(63,221)....K-17
West Baraboo
(1,021)....G-10
West Bend
(23,916)....J-11
West Bloomfield....H-9
Westboro....F-5
Westby (1,866)....E-10
Westfield (1,125)....G-9
West Lima....E-10
West Milwaukee
(3,973)....K-17
Weston....B-7
West Prairie....D-11
W. Salem (3,611)....D-9
Weyauwega
(1,665)....I-8
Weyerhaeuser
(283)....C-5
Wheeler (348)....C-6
White Creek....G-10
Whitefish Bay
(14,272)....K-11
Whitehall (1,494)....D-8
White Lake....I-6
Whitelaw (700)....K-9
Whitewater....I-12
Whiting Arnott
(1,838)....G-8
Whittlesey....F-6
Wild Rose (676)....H-9
Willard....E-7
Williams Bay
(2,108)....I-13
Wilmot....J-13
Wilson (163)....B-6
Wilson....D-7
Wilton (478)....E-10
Winchester....G-3
Winchester....I-8
Wind Point
(1,941)....K-12
Windsor....H-11
Winnebago....I-9
Winneconne
(2,059)....I-9
Winter (383)....D-4
Wiota....F-13
Wisconsin Dells
(2,261)....G-10
Wisconsin Rapids
(18,245)....F-8
Withee (503)....E-6
Wittenberg (1,145)....H-7
Wolf Creek....A-5
Wonewoc (793)....F-10
Woodboro....G-5
Woodford....G-13
Woodland....I-11
Woodman (120)....E-12
Woodruff....G-4
Woodville (942)....B-6
Wrightstown
(1,262)....J-8
Wyalusing....D-12
Wyeville (154)....F-9
Wyocena (620)....H-10
Wyoming....F-12
Yellow Lake....B-4
York....D-8
Yuba (77)....E-10
Zachow....J-7




**Weather on the We**

Turn to the Internet Tribune for up-t
weather forecasts, maps and

**chicagotribune.com/go/wea**

## Ask Tom Why



**Tom Skilling**

*Dear Tom,*
*Where and how are wave heights on Lake Michigan measured? Also, during a recent New England visit, the local NOAA marine weather forecast, while similar to the format used here in Chicago, also included information on wave frequency and by how many seconds waves were separated. Is this done locally as well?*
*David Graf, Lake Bluff, IL*

Dear David,
The National Data Buoy Center, part of the National Weather Service, oversees a network of 65 buoys, including a number on the Great Lakes. Wave height and frequency, plus a full array of weather parameters, are measured by these buoys. This data is available by phone and on the internet.

The Lake Michigan buoy closest to Chicago sits 26 miles east/southeast of Milwaukee. You can dial the Buoy Center's automated information number located at the John. C. Stennis Space Center in Mississippi at 228-688-1948. Follow the prompts and enter buoy number 45007. Be patient, there are a number of rings before the call is answered. For a list of buoys and the current weather/wave data on the internet, enter *http://www.ndbc.noaa.gov/.*

*Tom Skilling is chief meteorologist at WGN-TV. His weather forecasts can be seen Monday through Friday on WGN News at noon and 9 p.m. Send your questions to: ASK TOM WHY, 2501 Bradley Place, Chicago, IL 60618 e-mail: asktomwhy@tribune.com*



**Weather on the Web**

Turn to the Internet Tribune for up-to-
weather forecasts, maps and r

**chicagotribune.com/go/weath**

## Ask Tom Why



**Tom Skilling**

*Dear Tom,*
*Where and how are wave heights measured on Lake Michigan. Is the height from the bottom of the trough to the peak of the wave, or mid point to top?*
*David Graf, Lake Bluff*

Dear David,
Waves in the Great Lakes and the oceans are measured the same, from the bottom of the trough to the peak of the crest. Waves heights are averaged for the highest one third of all waves.

Wave observations are taken a bit differently depending on the observer. Coast Guard shore locations on the Great Lakes measure waves by how high they break on a known location, like a breakwater. Ships estimate wave heights, usually from the bridge.

The most accurate measurements come from the NOAA weather buoys, which measure waves to the closest tenth of a meter (about 4 inches). There are two NOAA buoys on Lake Michigan, the closest at mid lake about 30 miles east of Kenosha.

*Tom Skilling is chief meteorologist at WGN-TV. His weather forecasts can be seen Monday through Friday on WGN News at noon and 9 p.m.*

*Send your questions to:*

*ASK TOM WHY, 2501 Bradley Place, Chicago, IL 60618*

*e-mail: asktomwhy@tribune.com*

PA 02

**NATIONAL DATA BUOY CENTER**
**Station Information**

# Great Lakes Regional Map




**Click on the station location for more information**

**Station List**

- SUPN6
- ABAN6
- THIN6
- GLLN6
- DBLN6
- 45009
- 45005
- 45011
- SBIO1
- 45008
- 45003
- 45007
- 45010
- SGNW3
- 45002
- STDM4
- 45001

PA 03

**NATIONAL DATA BUOY CENTER**
**Station Information**

# 45007 - S MICHIGAN 43NM East Southeast of Milwaukee, WI



**3-meter discus buoy**
**DACT payload**
**42.68 N 87.03 W**

**Site elevation:** 177.0 m above mean sea level
**Air temp height:** 4 m above site elevation
**Anemometer height:** 5 m above site elevation
**Barometer elevation:** 177.0 m above mean sea level
**Sea temp depth:** 0.6 m below site elevation

**Buoy 45007 has been retrieved for the winter. It will be deployed again next spring.**

**The latest NWS marine forecast is available for the area in which this station is located.**

**( Please Read This Important Notice to Mariners )**

## No Current Reports

Links which are specific to this station are listed below.

- **Quality controlled data from the previous months of this year** (*data descriptions*)
- **Historical data** (*data descriptions*)
  - **Standard meteorological data:** 1981 1982 1983 1984 1985 1986 1987 1988 1989 1990 1991 1992 1993 1994 1995 1996 1997 1998
  - **Spectral wave density data:** 1996 1997 1998
  - **Spectral wave(alpha1) direction data:** 1996 1997 1998
- **Climatic summary table and plots:**
  - wind speed
  - air temperature
  - sea temperature
  - air-sea temperature
  - sea level pressure
  - wind gust
  - significant wave height

PA 04

   - **average wave period**
   - **dominant wave period**
- **Data inventory**
- **Station photograph** *(If a picture of this specific station was not available, a picture of a similar station may have been displayed instead. While specific pictures of most C-MAN sites are currently available, specific pictures for most buoys are not.)*

Some data files have been compressed with the GNU gzip routine. If you do not have gzip, you mayretrieve gzip sources and executables from this server.

The weekly status report and the weekly maintenance report also provide valuable station information.

Note the the payload types, and the station locations occassionally change. Please refer to the NDBC data inventory for the data history of each station.

Home | Webmaster | Disclaimer | Guest Book | FAQ

PA 05

9-8-06 HP

ST. JOSEPH

# Weather station coming to lakefront

By SARAH McEVILLY
H-P Staff Writer

ST. JOSEPH — Residents will be better prepared for severe weather after the National Weather Service installs a monitoring station in St. Joseph, officials say.

Installation could come as early as this fall, said St. Joseph Fire Chief Kevin Luhrs.

"Gathering that information in a timely matter is important," Luhrs said. "I think long term it's going to be beneficial to the area."

Luhrs said the closest weather towers are in Muskegon to the north and in Burns Harbor, Ind., to the southwest.

"This (area) was kind of a hole, and they wanted to get more accurate weather information for this area," he said.

The unmanned station will be a 30-foot, free-standing tower powered by solar panels. It will collect data such as wind speed and temperature every 15 minutes and send the information through satellites.

Luhrs said the National Weather Service would like to perform more marine forecasts, and it is looking into models that could monitor the effect wind has on rip currents.

"I think that anytime you can get a better and more accurate read on the weather it's always a good thing," he said.

The tower will sit south of St. Joseph's water plant, which is at the southern end of Lions Park Drive.

Luhrs recently toured St. Joseph with National Weather

Please see **WEATHER**, page 6A

9-8-06 HP

## WEATHER

From page 1A

Service representatives as they looked for a city to house the tower.

"They just went right by the numbers, and this site best suited their needs," Luhrs said. "They wanted it as close to the lake as possible to get the first effect."

In July, the Berrien County Board of Commissioners heard the proposal for the tower but didn't know which municipality would get it. The station will come at no cost to St. Joseph or the county.

"I think the weather station is going to be a great help when we get these storms suddenly that come up over the lake," said Jeanette Leahey, a county commissioner and chairwoman of the county's Disaster Committee.

"We do get a lot of stuff coming across the lake that we don't even know about," she said. "They come quick."

PA 06

FINAL EIS
INDIANA LAKE MICHIGAN
COASTAL PROGRAM
April 2002

http/www.in.gov./dnr/lake
mich/index.html
Dale Engquist Supt. IDNPSer.

## Appendix G: Coastal Processes Affecting Indiana's Lake Michigan Shoreline

Lake Michigan is the second largest of the Great Lakes and lies entirely within the United States. It borders 4 states, Michigan, Wisconsin, Illinois and Indiana (Figure 1). Lake Michigan covers 234.5 square miles of the northwest corner of the state of Indiana, and 45 miles of its coast are also within the state boundaries.




**Figure 1:** States surrounding Lake Michigan

The physiography of the Lake Michigan drainage basin is the expression of surficial sediments deposited during the late Pleistocene and Holocene Epochs. Lakebed deposits in the southern part of Lake Michigan, including the portion of the lake that lies within the state of Indiana, include sand near the shore, gravel from 50 to 100 feet deep, and mud in the deep parts. Elongated sand dune ridges landward of the south shore of Lake Michigan represent late Pleistocene and Holocene shorelines of ancestral Lake Michigan. Three beach ridges occur in the lacustrine plain and are major dune and beach complexes that developed during periods of high semi-stable lake level. These ridges, moving lakeward, are the Glenwood Beach, the Calumet Beach, and the Toleston Beach.

The Glenwood Beach is the highest dune and beach complex but is a discontinuous ridge. The crest of this dune and beach complex has an average elevation of about 650 feet above mean sea level. However, foreshore deposits, which represent the paleoshoreline, are present in places between 620 and 630 feet above mean sea level.

The Calumet Beach is lakeward of the Glenwood Beach. Dune-capped areas in this complex have an average elevation of about 630 feet above mean sea level, and the foreshore deposits have an average elevation of 607 feet above mean sea level. Calumet Beach deposits consist of dune sediments overlying beach and nearshore sediments.

The Toleston Beach is the youngest dune and beach complex in Indiana. The landward part of this complex consists of linear ridges of coalesced parabolic dunes separated by interdunal swamps, and the lakeward portion is comprised of large dome-shaped and small parabolic dunes, as well as over 150 beach ridges in its western part. Elevations at the top of large domal dunes are as much as 750 feet above mean seal level. Foreshore, upper shoreface, and back-barrier lacustrine deposits occur in the internal core of the complex. The top of the foreshore sequence of the Toleston Beach ranges from 597 to 603 feet above



PA 07

mean sea level. Modification of the Toleston Beach is still occurring in the eastern part of the region because of the reorientation of dominant wind direction across Lake Michigan.

Wetlands of considerable size are present in the interridge depressions in the eastern part of the Indiana Lake Michigan region. Palustrine sediments are abundant in these interridge wetlands. Areas along the lacustrine plain are capped by lacustrine and palustrine sediments. These areas are drained by sluggish rivers that empty into Lake Michigan. However, extensive channelization of the Little and Grand Calumet Rivers and industrialization in neighboring areas have altered the physiography and the hydrology of the region.

Several studies have been conducted on Lake Michigan to gain an understanding of coastal processes. The following information about the coastal processes of Lake Michigan was taken from the 1998 State of Indiana Coastal Situation Report. The 1998 report was an update and enhancement to the 1988 Coastal Situation Report produced by the Purdue University Great Lakes Coastal Research Lab. The following information is presented from the 1998 Coastal Situation Report:

- Wave and Current Regimes of Lake Michigan
- Wave Climatology
- Storms and Lake Michigan
- Coastal Protection and Structures
- Shoreline Change Over Time

Indiana's coastline is divided into five littoral cells, each separated from the other by an engineered primary structure. Figure 2 shows these littoral cells (CZM, Reach 1 and 2 combined, Reach 3, Reach 4, Reach 5) separated by the four primary structural barriers, Michigan City Harbor, Port of Indiana/Bethlehem Steel Industrial Complex, US Steel/Gary Harbor, and Indiana Harbor respectively, each of which traps or diverts to deeper water essentially all of the sediment transported in the adjacent littoral cells. It is important to note that the net movement of sand occurs in two directions along Indiana's shoreline. On the eastern portion of Indiana's shoreline (from Michigan to Gary, Indiana) net sediment movement is from the east toward the west. In contrast, on the western portion of Indiana's shoreline (from Illinois to Gary, Indiana) the net sediment movement is from the west toward the east.




**Figure 2:** Reaches Along Indiana's Shoreline



PA 08

## WAVE AND CURRENT REGIME OF LAKE MICHIGAN

In order to fully understand the discussion presented in the following sections, it is necessary to first have a clear understanding of coastal processes (involving sand and water movement) and how they respond to physical forces (wind and waves) in southern Lake Michigan. Coastal process/response systems of the Great Lakes are generally much more dynamic than their oceanic counterpart. The primary reason for this more dynamic behavior is that mean still water level (MSWL) on the Great Lakes is in a constant state of change. Fluctuations in Lake Michigan's lake-level occur on both short (1 year) and long (multiple year) time scales and are not symmetric (Figure 3). Thus, the annual average position of MSWL varies from year to year. This annual average variation of MSWL causes an imbalance in the coastal process/response system forcing it to readjust. A change in MSWL does not, by itself, cause erosion or deposition readjustment in the coastal zone. It does, however, modulate wind-wave energy, which is the principal source of physical forcing responsible for coastal sediment movement.




**Figure 3: Lake Michigan Lake Levels 1960- 2000**

### Currents

The primary driving force of Lake Michigan waves and currents is wind. Wind energy transferred to the lake surface is partitioned such that approximately 95% goes into the generation of currents and 5% generates waves (Meadows, 1986). On Lake Michigan, as on all the Great Lakes, wind systems

responsible for driving waves and currents are highly variable. Thus, unlike the ocean, currents on Lake Michigan are quite transient both with respect to speed and direction.

Surface circulation of Lake Michigan is poorly known, especially in offshore regions, between 30 and 75 feet of water depth, close to shore. A comprehensive study on currents and water masses of Lake Michigan by Ayers et al. (1958) indicated a persistent southerly drift along the southeastern shore of the lake, but found the rest of the currents to be more variable. Verber (1965) measured current speed at various depths in Lake Michigan. He found that in the offshore region, the average velocity was 0.45 ft/sec and that current speed decreased rapidly below those depths. Current speeds were found to be nearly twice as high during winter and early spring as they were in the summer. Verber (1964) also found that water at the 100-foot level in the southern basin rotated alternately clockwise and counter-clockwise in response to the surface winds. Regardless of the variability of lake circulation, this is not the current system responsible for sediment transport in the nearshore. This point is often confused when explanations are sought for observed coastal erosion and deposition patterns or trends. The currents responsible for beach erosion and nearshore sediment transport are generated by breaking waves at the coast in water depths from –20 feet to water's edge. This area of water between –20 feet to the beach is referred to as the "breaking wave zone".

## Waves at the Coast

### Wind-Wave Generation in Southern Lake Michigan

Wind-waves are generated in all directions over the lake surface in direct response to the prevailing atmospheric pressure system. Figure 4 shows a wind rose constructed from the National Oceanic and Atmospheric Administration (NOAA) buoy data (45007) taken from 1981 to 1996. The prevailing southerly winds, characteristic of Indiana's coastline, are clearly delineated by these data. However, these southerly winds do not generate waves that impinge on the coast of Indiana. Waves which are responsible for coastal erosion and sediment transport along the coast are generated by winds from the west, northwest, north, and northeast. Most notable in the data for these four wind directions is the large percentage of velocities in excess of 10 knots (Figure 4). Winds greater 10 knots are important because they are capable of generating waves large enough to carry sediment along the coast.

"Significant wave height" values were calculated for each of the directions and wind velocity ranges that would generate erosive waves along Indiana's coastline. These calculated "significant wave height" values are the average height of the highest 33% of waves arriving offshore, at the coast. This means that maximum wave heights will exceed these values. These calculated wave heights are shown in Table 1.

| | **Wind Speed (Knots)** | | | |
|---|---|---|---|---|
| **Wind Direction From:** | 11-15 | 16-20 | 21-25 | 26-30 |
| West | 2.8 | 4.0 | 5.0 | 6.1 |
| Northwest | 3.7 | 7.0 | 8.9 | 10.5 |
| North | 3.7 | 6.0 | 7.6 | 9.2 |
| Northeast | 2.0 | 2.8 | 3.6 | 4.3 |

**Table 1:** Calculated "significant wave height" values, in feet, for wind generated waves impinging on the Indiana coastline. Wave heights are for unbroken offshore waves arriving at the coast.

PA 10




**Figure 4:** Wind Rose for Southern Lake Michigan (Bars indicate direction wind blows from)

Wave Refraction and Breaking

As waves move into shallower water near the shore, the bottom of the wave begins to touch the lake bottom. This process is referred to as shoaling. The wave speed slows in such a way as to bend (refract) the wave crest to align with the shoreline. For most of the Indiana shore, this bending (refraction) tends to align the wave crests nearly parallel to the shoreline. Figure 5 shows a schematic drawing of shoaling wave crests refracting at a coast. As these waves shoal and break, they carry water mass landward, towards the beach. This rapidly moving water mass is transported in two directions (up onto the beach and parallel with the beach). If waves approach at a high angle to the shore (highly non-parallel), large

PA 11

quantities of water are transported along the shore forming what is called a longshore current. The velocity of the longshore current will increase with increasing wave height and higher (non-parallel) wave crest angles. The strongest longshore currents are generated when the wave crest is at a 45 degree angle to the shoreline. If waves approach at low angles (nearly parallel) to the shore, large quantities of water are carried up the beach and onto the back beach dune-bluff, but the resulting longshore current velocities will be relatively slower. This uprush of water, called swash, erodes the dune-bluff base causing slumping, and lifts sediment into suspension. Once this water mass rushes up the beach face, it reverses direction and flows rapidly lakeward (backwash) due to the acceleration of gravity. This backwash carries sediment off the beach face and into the prevailing longshore current. The water mass transported landward by breaking waves must be returned to the offshore in order to conserve mass. Stated another way, if the mass of water transported landward with each wave did not eventually return to the offshore, then water would continue to pile up on the shore.




**Figure 5:** Wave Refraction and Longshore Current for waves approaching at 45 degrees to the shoreline.

## WAVE CLIMATOLOGY

In order to better understand the coastal dynamics of the Indiana shoreline and to properly assess the impact and performance of engineered structures built at the shore, it is necessary to know the coastal wave climatology.

NOAA data buoy 45007 is located at latitude 42° 42' North, longitude 87° 06' West (located approximately 75 miles (statute) north of Gary, Indiana) and is maintained in Lake Michigan from early spring (March) to late fall (November) during the ice-free months. Analyses were carried out on the buoy wave data to determine a composite wave climatology and wave probability occurrence statistics.

Composite Wave Climatology
Wave height, period and direction data for years 1981 through 1996 were combined to generate composite distributions of wave height and direction and wave height and period. This data was obtained from the National Data Buoy Center (NDBC) webpage: http://seaboard.ndbc.noaa.gov.

Figure 6 gives the distribution of "significant wave heights" for 20° sectors of wave approach direction for the entire reporting period. The detailed tabulation of these "significant wave height" data are given in Table 2a and 2b. Waves that would be directly incident on the Indiana shore or would refract to the shore would come from sectors in the western (265-284, 285-304, 305-324), northern (345-004, 5-24), or eastern (25-44, 45-64, 65-84) quadrants of this distribution. Evident in Figure 6 is the dominance of high wave occurrence from the north and northwest. These data support the conclusion that Indiana's coast is one of the most significant high wave energy areas in all of Lake Michigan.

There is a statistical bias in these wave data because NOAA buoys are generally deployed from March or April through November. However, these data do represent a large portion of the ice-free months with the notable exception of early winter storm waves that occur in December. The marginal distribution of Table 3 shows that a majority of observed waves are 3 feet or less in height with periods less than 6 seconds. The largest observed wave was approximately 18 feet with a period of about 7.5 seconds. The previous Coastal Situation Report (1988), which utilized data from 1981 to 1984 and 1986, also reported a maximum observed wave height of 18 feet with a period of 6 to 7 seconds.




**Figure 6:** Wave Rose for Southern Lake Michigan (bars indicate direction from which waves are coming)

PA 13

**Wave Height Rose**
STJOSEPH.bai




**Selected Range: 01 Jan 1956 01AM to 30 Apr 2000 11PM**

**Calm Wave Conditions:** Wave heights = 0.0 m

**Waves:** Source File: U:\10416.01 Banks vs USA\Modeling\COSMOS\Waves\STJOSEPH.bai
Entire Range: 01 Jan 1956 01AM to 30 Apr 2000 11PM
Wave Transformation: Not Applied

**Water Levels:** No water level data.

**Shore Ice:** No shore ice data.

**Figure A20. Offshore Wave Rose**

PA 13.1
JR0244

Indiana coast as the storm approaches and passes across the Lake Michigan. When the center of the storm is at position 1 over Minnesota, weak winds blow from the west. These weak winds generate small waves which create a weak longshore current. This weak longshore current moves a small volume of sediment along Indiana's coast from the west to east, which is opposite to the net sediment transport direction. As the storm moves across Lake Michigan to position 2 over Michigan, wind speeds begin to increase and shift to a more northerly direction. When the storm moves to position 3 over Canada, the strongest storm winds are now blowing from the north. These winds are able to transfer considerable energy into waves and generate large waves coming from the north because there is approximately 300 miles of open water (fetch) between the north end of Lake Michigan and the Indiana coast. These large waves generate strong longshore currents along the coast from east to west that move a large volume of sediment in the direction of the net sediment transport.

The net sediment transport is the direction that the largest volume of sand moves over a given period of time. If a small amount of sand moves east during the first part of a storm, but more sand moves west during the latter part of the same storm, the net direction of sand movement would be toward the west. If this pattern persists storm after storm, a net direction of sediment movement is established for that part of the coastline.




**Figure 8:** Storm Track and Resulting Waves and Currents

PA 14

CONVERSATION RECORD DATE: December 4, 2000 TIME: 15:15

NAME OF PERSON IN CONTACT WITH:

Jeff Cobb, aide to
Representative Gerald Van Woerkom (District 091, Muskegon)
Michigan House of Representatives
1195 House Office Bldg
Lansing, Michigan 48909-7514

TELEPHONE NUMBER: Home =
Work = (517) 373-3436
Fax = (517) 373-9698
Car =

INCOMING: X OUTGOING: FILE NUMBER: 00-900-001-0

SUBJECT: Beach Nourishment Policy

SUMMARY: Mr. Cobb wished to know the status of the process, to which I said that it was under consideration. We received much input. Cobb stated that he thought it had been extended, but I told him it had not.

He asked for an explanation of what it entailed, i.e., why it called for replacing sand where a structure is built. I gave him a very short explanation of how a bulkhead prevents natural erosion of the dune. Prevents sand from entering the water, which starved its down drift destination. Also, I told him that a bulkhead only slows the natural process, it doesn't stop it. Eventually, the clay layer lacking sand protection will erode and undermine the wall and dune with a more catastrophic failure.

He brought up the Corps' structures, and I agreed that they have an effect. But I also said a much greater amount of shoreline is being developed by residential interests. Cobb then asked if this policy would apply to the Corps. I told him that the Corps does not prepare permits for itself; that would not be appropriate. He persisted, and I told him that Corps projects are reviewed under NEPA by a different section of the Corps. Cobb did not know what NEPA was, so I told him. Then Cobb continued by supposing hypothetically that if the Corps were to proposed a new access channel to a small lake, would the policy apply? I told him that we were unlikely to do so since Congress directs Corps money for commercial navigation purposes rather than new channels. He persisted and repeated himself. I also told him that the Regulatory arm of the Corps does not propose any projects. We only review and evaluate proposals submitted by the public. It was an impossible hypothetical question.



PA 15

DETREG-00001258

**ACTION REQUIRED:** None

**NAME OF PERSON DOCUMENTING CONVERSATION:** Henry Rosenfield

**SIGNATURE:** [signature] **DATE:** 12/4/00

Henry Rosenfield
Project Manager
Permit Evaluation Branch A
(313) 226-7718



PA 16

Output for COSMOS-3D consists of profile change plots for each of the 11 profile lines, which are similar to the 2-D result format. In addition, net alongshore transport for the duration of the storm is plotted. The boundary profiles at R8 in the north and R23 in the south are assumed to remain fixed in the numerical calculation scheme. The results must be considered in relation to the large profile spacing (i.e., 200 to 800 m). The predicted changes to the morphology will be limited to features with lengths in the range of 200 to 800 m or greater. Closer alongshore spacing was not possible owing to the limited number of survey lines. Unfortunately, the 1991 bathymetry survey was not of sufficient detail to pick up the shape of nearshore bars, and therefore could not be used to supplement the profile lines for 3-D input. The SHOALS 1995 bathymetry was not available at the time the 3-D modeling was completed.

Wave and water level information can be input at each of the 11 profile lines if information is available on variations in these parameters along the shore. For this investigation, the only variation that was considered consisted of wave sheltering effects for Lines R8 and R9 during northwest wave attack (i.e., in the lee of the south jetty of the harbor entrance).

## General results

Profile change predictions from the cross-shore (2-D) modeling indicated that the middle and outer sections of the surf zone (which feature one or more bars) were relatively stable over the duration of a single storm event. A series of 3-D runs were performed to investigate the morphologic response of the sand cover under the combined influence of cross-shore and alongshore sediment transport during storm events. These experiments were also specifically directed to describing the mobilization and transport of the beach nourishment and to assessing the exposure and downcutting of the underlying glacial till.

Table 8 summarizes all of the 3-D results. The three initial runs consisted of an assessment of morphologic response under pre-fill conditions, with a grain size of 0.2 mm for three different storm events. These storm events are described in Parson, Morang, and Nairn (1996). The 2 November 1991 event represents one of the largest storms from the southwest (in terms of wave energy) over the two hindcast periods (1956 - 1987 and 1991 - 1993). The 14 January 1992 storm featured northwest waves and was the largest storm in terms of wave energy over the two hindcast periods. In the first section of this chapter, entitled "Results of the Alongshore Sediment Transport Calculations," we concluded that net transport is directed to the south owing to the predominance of northwest storms. The 24 January 1994 event features waves which swung from southwest to northwest through the duration of the storm (with an average direction of west). This type of storm occurs frequently, and the magnitude of this particular event represents a storm that would occur once per year on average. The 24 January 1992 storm was used as input for all of the cross-shore (2-D) evaluations described in the section titled "Results of Cross-shore Modeling with Multiple Grain Sizes."

JR1211

PA 17