





PA 63


Lahrs new cross
over boulders

PA64


Anna
Rutkowski
BUMMER - No sand
Castles 7·29·06

The TRUTH IS ON GROUND



10-27-06
Grand ,ere Beach



10-27-06
Ground Truthing



PA 65

Grand Mere, Lake Michigan 10-27-06