Ehret - Ground Truthing





Grand Mere, Lake Michigan 10-27-06

PA 66



More Till
Cohesive

12-27-06

Grand Mere
Beach
Stevensville,
Michigan



More Cohesive
till

12-27-06

PA 67



December 27, 2006

Grand Mere Beach
Stevensville, Michigan



Glacial Till
12-27-06

PA 68