
SURVEY OF N. & N.W.
Major C. B. Comstock Corps of Eng'rs Bv't Brig Gen'l U.S.A
EAST SHORE
OF
LAKE MICHIGAN
From St Joseph to a point south of Grand Marais
SURVEYED
By Henry Custer Ass't U.S.L.S.
Assisted By
1871
Scale of Metres

PA 69

# SURVEY OF N. & N.W. LAKES

Under the Superintendence
of
Major C. B. Comstock Corps of Eng'rs Brv't Brig Gen! U.S.

# EAST SHORE
OF
# LAKE MICHIGAN

*From S^T. Joseph to a point south of Grand Marais*

SURVEYED
By Henry Custer Assist U.S.L.S.
Assisted By
L. McLean and C. L. Houseman

1871

Scale $\frac{1}{20,000}$

Larson DEP. EX. NO. 5
FOR ID., AS OF 7-14-06 BC

ATTACHMENT 1
PAGE 1

PA 70


Rail Road
PAW PAW RIVER
RIVER
ST. JOSEPH
Sand
Beech Elm and Oak




Attachment 1
Page 5

PA 72




Attachment 1
Page 6

PA 73