J. Great Lakes Res. 27(4):518–546
Internat. Assoc. Great Lakes Res., 2001

# REVIEW

# Origin and Evolution of the Great Lakes

**Grahame Larson[1,*] and Randall Schaetzl[2]**

[1]*Dept. of Geological Sciences*
*Michigan State University*
*East Lansing, Michigan 48824*

[2]*Dept. of Geography*
*Michigan State University*
*East Lansing, Michigan 48824*

Larson DEP. EX. NO. 4
FOR ID., AS OF 7-14-06 BL

***ABSTRACT.*** *This paper presents a synthesis of traditional and recently published work regarding the origin and evolution of the Great Lakes. It differs from previously published reviews by focusing on three topics critical to the development of the Great Lakes: the glaciation of the Great Lakes watershed during the late Cenozoic, the evolution of the Great Lakes since the last glacial maximum, and the record of lake levels and coastal erosion in modern times.*

*The Great Lakes are a product of glacial scour and were partially or totally covered by glacier ice at least six times since 0.78 Ma. During retreat of the last ice sheet large proglacial lakes developed in the Great Lakes watershed. Their levels and areas varied considerably as the oscillating ice margin opened and closed outlets at differing elevations and locations; they were also significantly affected by channel downcutting, crustal rebound, and catastrophic inflows from other large glacial lakes.*

*Today, lake level changes of about a 1/3 m annually, and up to 2 m over 10 to 20 year time periods, are mainly climatically-driven. Various engineering works provide small control on lake levels for some but not all the Great Lakes. Although not as pronounced as former changes, these subtle variations in lake level have had a significant effect on shoreline erosion, which is often a major concern of coastal residents.*

***INDEX WORDS:*** *Glacial geology, geologic history, proglacial lakes, Great Lakes basin, shoreline erosion, lake levels.*

## INTRODUCTION

The North American Great Lakes watershed (Fig. 1) covers about 765,990 km$^2$ and is home to one-tenth of the population of the United States and one-quarter the population of Canada. It includes part or all of eight U.S. states and a Canadian province, and contains the five Great Lakes which collectively represent the largest unfrozen freshwater body on Earth.

The origins of the watershed are a product of multiple glaciations during the late Cenozoic as well as redirected drainage, particularly during retreat of the last ice sheet. As a result, its history and evolution have long attracted the attention of glacial and Quaternary geologists and have resulted in a number of excellent reviews during the last 85 years (Leverett and Taylor 1915; Hough 1958, 1963, 1966; Fullerton 1980; Mickelson *et al.* 1982; Dyke and Prest 1987; Karrow 1989). In addition, there have been several syntheses that have focused on parts of the Great Lakes watershed (Chapman and Putnam 1984, Dreimanis and Karrow 1972, Farrand and Eschman 1974, Barnett 1992, Dreimanis 1977) and some of the best reviews specific to development of glacial and post glacial lakes can be found in Farrand 1969, Karrow *et al.* 1975, Karrow and Calkin 1985, Larsen 1987, Teller 1987, Hansel and Mickelson 1988, Schneider and Fraser 1990, Colman *et al.* 1994a, and Lewis *et al.* 1994.

*Corresponding author: E-mail: larsong@msu.edu



PA 74




*FIG. 7. Locations of shorelines of prominent proglacial lakes in the Great Lakes watershed, and their spillways and outlets. After Karrow (1984).*

## EVOLUTION OF THE GREAT LAKES

The record of glacial and postglacial lakes in the Great Lakes watershed consists of bars, lake floor sediments, and abandoned spillways and channels, as well as wave-cut cliffs, beach ridges, and deltas that indicate shorelines now abandoned (Fig. 7). Not surprisingly, the spillways are of particular importance because they controlled the level of lakes and were subject to periodic ice blockage, isostatic uplift, and downcutting. In general, they can be divided into those that channeled water from one lake basin to another and those that discharged into river systems that drained out of the watershed (Fig. 7). A set of spillways, located along the north shore of the Superior basin, also periodically channeled water into the watershed from glacial Lake Agassiz, which occupied an ice dammed basin in parts of Manitoba, Ontario, Saskatchewan, Minnesota, and the Dakotas (Teller 1985).

Besides contributing information about lake levels, former shorelines shed light on the history of glacial retreat and isostatic uplift. For example, the shoreline associated with glacial Lake Algonquin (Fig. 7), which formed about 11 ka and was one of the last of the major glacial lakes to develop in the watershed, has been traced almost continuously from the Huron and northern Michigan basins to the eastern end of the Superior basin (Eschman and Karrow 1985, Farrand and Drexler 1985, Larsen 1987). (It cannot be traced further west into the Superior basin because ice associated with the readvance of about 10.0 ka destroyed the shoreline.) An

PA 75

tario (Sutton *et al.* 1972). Rather, bluffs of varying heights are quite common. Numerous embayments cut into these cliffs have formed where drowned river valleys enter the lake. Many of these embayments have acted as sand "traps" (Upchurch 1976).

The Great Lakes boast some of the best, wide sand beaches in the world (Chrzastowski *et al.* 1994, Folger *et al.* 1994). The beaches on the eastern shore of Lake Michigan are especially noteworthy in this regard. These sands originated as glacial sediments derived from rocks ground up by the ice into particles 0.05 to 2 mm in diameter and washed out by meltwaters as the ice receded. As Holocene lake levels fluctuated (see above), many of these sands were alternately inundated by rising waters or left high and dry on abandoned beaches. In the latter instance, westerly winds lifted these sands into dunes on the eastern shores of Lakes Huron and Michigan (Olson 1958, Hazlett 1986, Arbogast and Loope 1999). It is the latter dunes that comprise the largest inland dune system, associated with lakes, in the world.




*FIG. 12. Generalized areas of shorezone erosion and progradation on the Great Lakes. Source: U.S. Army Corps of Engineers, Detroit.*

### Recent Shoreline Erosion

Over the past century, humans have controlled lake outlets, regulated flow of water into and out of the lakes, and altered shorezone characteristics (Davidson-Arnott and Keizer 1982), leading to unprecedented rates of erosion along some stretches of shoreline, and to shorezone aggradation in others. Shoreline erosion is an ongoing environmental concern along much of the Great Lakes' coastal areas (Buckler and Winters 1975, 1983; Rasid and Hufferd 1989; Jibson and Staude 1991; Barnes *et al.* 1994). Much of the most serious erosion is occurring along sandy, highly erodible beaches on the eastern coast of Lake Michigan, southern Lake Erie, and Lake Superior, where long east-west fetches lead to large waves during storms (Fig. 12) (May *et al.* 1983, LaMoe and Winters 1989, Rasid *et al.* 1989, Dilley and Rasid 1990, Highman and Shakoor 1998). Sand and shoreline deposits are almost always in a state of flux, as waves and currents move the sediments landward in summer and out to deeper waters in winter. Evidence is mounting, however, that human interference with the hydrologic system has caused it to become imbalanced (Omohundro 1973).

Natural shoreline erosion and recession is a function of the following variables: (1) presence and height of uplands above lake level, (2) composition and erodibility of shorezone materials, (3) exposure to storms, waves, and surges, including storm duration and intensity, (4) lake levels (arguably the major factor in determining rates of bluff retreat (Jibson *et al.* 1994), (5) offshore water profile and beach width, (6) rates of longshore transport of sediment in the coastal zone, and (7) presence or absence of lake ice (Buckler and Winters 1983, Carter and Guy 1988, Lawrence 1994, Angel 1995, Johnson and Johnston 1995, Amin and Davidson-Arnott 1997). Sandy, stratified sediments in association with high lake levels and stormy conditions promote the greatest amount of shoreline recession (Omohundro 1973, Carter and Guy 1988, Jibson *et al.* 1994). Normally, storms and their associated waves pound the beach and undercut bluff slopes, especially if lake levels are high, leading to slumping and bluff retreat and in so doing providing the beach with its main source of sand (Lee 1975, Rukavina and Zeman 1987, Vallejo and Degroot 1988). This is the main way that Great Lakes coasts erode (Jibson *et al.* 1994). The sediment released to the surf zone at the base of eroding bluffs is acted on by waves and longshore currents, to be ultimately moved to deeper waters where much of it is stored in offshore bars. Shorefast ice can shield the bluff from waves and therefore prevent such erosion. Under natural conditions, movement of sand to offshore bars is the main agent by which sand is lost from the shorezone. The beaches are continually replenished by streams that bring sediment to the lakeshores and by erosion of bluffs and other shorezone sediments (Rukavina and Zeman 1987).

PA 76

J. Great Lakes Research 27(4):518-546
International Association of Great Lakes Research 2001
Larson and Schaetzl MSU Departments of Geological Science & Geography


The sand in the shorezone is then moved along the shore by waves and offshore currents in longshore transport (Lawrence 1994).

However, two recent types of human intervention have seriously reduced the supply of sand to the shore zone and facilitated the loss of sand to deeper water: (1) dams on rivers that are tributary to the Great Lakes, and most importantly (2) jetties and other engineering structures at river mouths (Omohundro 1973, Shabica and Pranschke 1994). The effects of damming tributaries is obvious—sediment settles out in the relatively still waters of inland reservoirs and is not allowed to be transported to the Great lakes shore. Jetties function differently. They are engineering structures erected at river mouths, resembling two long walls that border both sides of the river and extend from the river banks and mouth, just inland of a harbor, to relatively deep waters in the lake proper. Jetties affect beach replenishment by diverting sand and other sediments that move along the shore by lake processes, into deep water (Bush *et al.* 1996). Once there, these sediments can no longer be transported to the beach by waves and are therefore permanently lost from the beach system. For this reason, coastal erosion is often most severe near harbor structures, rather than at more "open" coasts (Folger *et al.* 1994, Shabica and Pranschke 1994). Dredging of river mouths for shipping and boating purposes can facilitate further transport of sand and sediment into deep water.

Once the main source of sand to the beach system, river mouths and harbors have now become sites of beach impoverishment. Thus, shoreline erosion or retrogression, a natural process, has been much more dominant than has shoreline progradation (Powers 1958), and should be considered, when development along the always-variable Great Lakes shorelines is contemplated.

## SUMMARY

The basins that contain the Great Lakes are the product of repeated scour and erosion of relatively weak bedrock by continental glaciers that advanced into the Great Lakes watershed beginning perhaps as early as 2.4 Ma. Most of the scouring, however, probably occurred after about 0.78 Ma when episodic glaciation of North America was much more extensive, with ice cover sometimes extending as far south as Kentucky. The number of times the watershed was completely glaciated is not known for certain because of an incomplete terrestrial record. However, stratigraphic evidence from outside the watershed indicates that glacier ice extended over all or part of the watershed at least six times since 0.78 Ma. Information about the environment present between the glaciations is also limited, but in one location within the watershed pollen and fossils have been found that suggest that during the last interglaciation, the climate was probably similar to or warmer than present.

In contrast to earlier glaciations, the last glaciation of the Great Lakes watershed is well documented by glacial sediments, recessional moraines, and buried organic deposits. It shows that the eastern part of the watershed was first glaciated between 65 to 79 ka and that the ice margin oscillated there until about 25 ka. At this time a boreal forest-tundra environment had also established itself in much of the unglaciated part of the watershed. After about 25 ka, the ice margin advanced from both the north and east to cover all of the watershed and by 18 to 21 ka it extended as far south as the Ohio River and as far west as northern Wisconsin and east-central Minnesota. After about 18 ka the ice margin began to retreat, but that retreat was interrupted by several major readvances at about 15.5, 13.0, 11.8, and 10.0 ka. After 10.0 ka the ice margin continued to retreated northward and by about 9.0 ka completely withdrew from the watershed for the last time.

During the retreat of the ice margin large glacial lakes developed within the basins of the Great Lakes. Their surface elevation and extent varied considerably over time as outlets were either blocked or uncovered by glacier ice. Outlets were also subject to isostatic rebound as well as by channel downcutting, which likewise affected the level of the glacial lakes and the lakes that followed. On several occasions lake levels were affected by catastrophic influx of meltwater from glacial Lake Agassiz which developed outside of the Great Lakes basin.

Issues associated with the modern Great Lakes center on lake levels and shoreline configurations. Lake levels are, and have always been, in a state of flux. Today, lake levels have a typical seasonal variation of less than a half meter. However, larger fluctuations of 1 to 2 m happen during extended dry or wet periods and create problems for lake users who expect lake levels to be essentially static.

Great Lakes beaches are widely variable, from bedrock promontories to wide expanses of fine, washed sand. Many of the sandy beaches are backed up by large dunes, and many of the high

# RATES AND IMPLICATIONS OF BLUFF RECESSION ALONG THE LAKE MICHIGAN SHOREZONE OF MICHIGAN AND WISCONSIN

By

William Roger Buckler

A DISSERTATION

Submitted to
Michigan State University
in partial fulfillment of the requirements
for the degree of

DOCTOR OF PHILOSOPHY

Department of Geography

1981

Larson DEP. EX. NO. 7
FOR ID., AS OF 7-14-06 BK

PA 78

reconstructed, and repaired by segments since the 1930's, the jetties reached their present lengths in 1903.[3] Prior to the 1830's most of the shorezone for several miles south of the St. Joseph River was apparently in a state of near equilibrium (Herbert, 1974). And until the first high water period (1916 to 1920) following the 1903 completion of the jetties the Shoreham bluffs experienced very little retreat. A Corps of Engineers' report (1958) reveals no recession at one site and a 23 foot loss (4) at another between 1830 and 1872. From an unpublished report, William J. Gibbs, Jr., of Shoreham writes:

> Being familiar, as a boy in 1916, with the beach and bluff along Lake Michigan from the harbor at St. Joseph, south to the south end of the Grand Mere area (10 to 12 miles), and having seen the lush growth and high trees on top of, and on the bluff [slope], and the several old wagon trails down the bluff to the beach--these trails lined with 75 to 100 foot high white pines--I am convinced that there had been no serious erosion of the bluff in this area for many years prior to 1916, and as far back as 1872.

Before 1903, but subsequent to the 1830's, some sand was probably bypassing the jetties and reaching downdrift beaches. But in 1903 a critical length may have been reached with the final extension whereby the structures cut completely across the littoral zone and essentially blocked all sand movement to the south. Bluff erosion was not an immediate problem because lake levels were low and beaches wide. However, with the onset of high water elevations in 1916 bluff recession

---

[3]Following the 1903 additions of 1,002 (north) and 1,802 (south) feet, the jetties reached their present lengths of 3,152 (north) and 3,931 (south) feet.

(4) The survey line for this measurement was not taken perpendicular to the bluff crest but was run along a north-south section line intersecting the crest at an acute angle; consequently, actual retreat would be less than this 23 feet.

PA 79

became a concern at some locations south of the jetties. Sites closer to these harbor structures were first to experience appreciable losses. In 1917 the City of St. Joseph found it necessary to install protective devices to preserve its water intake and pumping facilities. Although erosion apparently occurred along the Shoreham bluffs, accelerated retreat appeared limited to the St. Joseph shoreland during this period. But during all subsequent high water episodes the Shoreham bluffs experienced significant recession.

Bluff Recession: 1938 to 1977

The 15 Shoreham sites analyzed in detail are shown in Figure 18 and their recession rates are listed in Table 11. For 12 of the 15 locations recent (1967 to 1977) mean yearly retreat values are higher than for the periods 1938 to 1967 and 1938 to 1977. But two places (S12 and S13) underwent lower average rates between 1967 and 1977 than during the other time spans, whereas only one site (S14) displayed no bluff recession between 1938 and 1977. Furthermore, mean annual recession values for 12 of 15 points were lower between 1938 and 1967 than between 1938 and 1977.

The marked difference in average annual retreat rates for the three time intervals illustrates the importance of "period of record" with regard to recession rate data. Generally higher recession values are recorded for periods containing greater percentages of years when water levels are above normal. Between 1967 and 1977 Lake Michigan was above its modern long-term (1900-1977) mean annual elevation just over 80% of the time, and yearly retreat values for the 15 sites averaged a relatively high 6.80 feet (2.073 m). However, when calculated for the period 1938 to 1967, the same sites lost an average of 1.72 feet

PA80

B I V E R S

# Beach Processes and Sedimentation

Second Edition

**PAUL D. KOMAR**

College of Oceanic & Atmospheric Sciences
Oregon State University

Prentice Hall
Upper Saddle River, New Jersey 07458

PA81

Case 1:99-cv-04451-ECH Document 161-8 Filed 01/05/2007 Page 9 of 14

GROSS





Figure 6-1 The plunging breaker, which, in spectacular fashion, curls over and throws its mass forward toward the beach.




Figure 6-2 Three types of breaking waves that occur in the nearshore, depending on the beach slope and wave steepness.

in the analysis. Instead, a wave breaks when it becomes overly steep, especially near the peak of its crest, because the velocities of water particles in the wave crest exceed the velocity of the wave form so that the crest surges ahead.

Three common types of breakers are recognized (Fig. 6-2): spilling, plunging, and surging. With *spilling breakers* each wave gradually peaks until the crest becomes unstable and cascades down as "white water"—bubbles and foam. With *plunging breakers,* the shoreward face of the wave becomes vertical, curls over, and plunges forward and downward as an intact mass of water (Figs. 6-1 and 6-2). *Surging breakers* peak up as if to plunge, but then the base of the wave surges up the beach face so that the crest collapses and disappears. Galvin (1968) identified a fourth type of breaking wave (Fig. 6-3), a *collapsing breaker,* which is intermediate between the plunging and surging types. There is actually a continuum of breaker types grading from one to another, at times making it difficult to apply such classifications. Furthermore, on a given day at a beach, it is common to see some waves break by plunging while others are spilling, depending on their individual heights and interactions with other waves and the sea floor.

In general, spilling breakers tend to occur on beaches of very low slope with waves of high steepness values; plunging waves are associated with steeper beaches and waves of intermediate steepness; surging occurs on high-gradient beaches with waves of low steepness. Based on observations of waves breaking in laboratory channels, Galvin (1968) found fairly good breaker-type predictions using either $H_\infty/L_\infty S^2$ or $H_b/gT^2S$, where the $\infty$ subscript refers to the deep-water wave parameters, $H_b$ is the breaker height, and $S$ is the beach slope. As these dimensionless ratios increase (Fig. 6-4); the breaker type changes from surging to plunging to

PA82

ERDC/CHL CHETN-II-46
March 2002

US Army Corps of Engineers®

# Longshore Sand Transport – Initial Results from Large-Scale Sediment Transport Facility

*by Ping Wang, Bruce A. Ebersole, and Ernest R. Smith*

**PURPOSE:** Accurate predictions of the total rate of longshore sand transport (LST) and its cross-shore distribution pattern in the surf zone are central to many coastal engineering studies. Present understanding and methods for calculating the LST rate are largely developed based on field studies (e.g., Komar and Inman 1970; Inman et al. 1981; Kraus et al. 1982; Bodge and Dean 1987a, b; Dean 1989; Schoonees and Theron 1993; Miller 1998; Wang, Kraus, and Davis 1998; Wang 1998; Wang and Kraus 1999; Miller 1999). The Coastal Engineering Research Center (CERC) formula (*Shore Protection Manual* 1984), which is based on field measurements, is often used to calculate the total LST rate. Accuracy of the CERC formula is believed to be ± 30-50 percent and several parameters that logically might influence LST are excluded in the formula, such as breaker type and grain size. The GENESIS shoreline change model, a tool commonly used in shore protection and beach-fill project design, utilizes the CERC formula. In the GENESIS model, the cross-shore distribution of LST is assumed to be uniform across the surf zone. Laboratory data (Bodge 1986; and Kamphuis 1991) and field data (Zenkovitch 1960; Ingle 1966; Bodge and Dean 1987a, b; Miller 1998) suggest that the distribution is not uniform.

This technical note summarizes results of initial experiments conducted in the new Large-scale Sediment Transport Facility (LSTF) (see Fowler at al. 1995; Hamilton and Ebersole 2001 for additional details about the LSTF). Experiments are underway to investigate the importance of breaker type (spilling and plunging breakers) on LST, to examine the accuracy of presently used methods for calculating the total LST rate, and to aid in developing improved predictors for both the total LST rate and its cross-shore distribution patterns for varying surf conditions. Initial results concerning the cross-shore distribution pattern for the two different types of breaking waves are also presented. The LTSF experiments are intended to span the gap between laboratory measurements and low-energy field measurements. The LSTF is capable of simulating wave conditions that are almost directly comparable to annual averages along many low-wave-energy coasts, for example a majority of estuarine beaches (Nordstrom 1992) and many beaches along the Gulf of Mexico and the Great Lakes in the U.S.

**BACKGROUND:** A commonly used tool for predicting the total rate of longshore transport is the CERC formula (*Shore Protection Manual* 1984),

Rho

$$Q = \frac{K_l}{16\sqrt{\gamma}} \rho g^{\frac{3}{2}} H_{sb}^{\frac{5}{2}} \sin(2\theta_b) \qquad (1)$$

GAMMA

where $\gamma$ is the breaker index, often taken to be 0.78, $\rho$ is the density of water, $g$ is gravitational acceleration, $H_{sb}$ is significant breaking wave height, $\theta_b$ is wave breaker angle, and $K_l$ is an

EXHIBIT
12
Am 8-24-06

PA 93

wave case. The large difference in LST rate at the incipient breaker line between the plunging and spilling cases is attributed to the much higher sediment concentrations higher in the water column that were created by the plunging breakers. In the swash zone, differences seem to be attributed to the much higher energy of the uprush and downrush associated with the longer-period waves that characterized the plunging case.

**TOTAL RATE OF LST:** In the LSTF, the total rate of LST was obtained by simply summing the sediment flux per unit width measured at a series of traps located at the downdrift end of the facility. The total rate measured during the spilling case was 2,660 $m^3$/year, substantially less than the total rate of 7,040 $m^3$/year measured during the plunging case. It is worth noting that the breaking wave (significant height) was about 13 percent higher during the plunging case, 0.27 m, versus 0.24 m during the spilling case. However, the 13 percent higher breaking wave height certainly could not explain the fact that measured LST rates differed by a factor of 2.65.

The measured total transport rates were substantially lower than the predictions from the CERC (Equation 1) and the Kamphuis-86 formulas (Equation 2) for both the spilling and plunging cases (see Table 1). The Kamphuis-91 (Equation 3) formula, on the other hand, underpredicted the measured rates for both cases. The empirical $K_l$ value of 0.39 as recommended by the *Shore Protection Manual* was used in the CERC formula.

**Table 1**
**Comparison among Measured and Predicted Total Rates of LST**

| | Spilling Case | Plunging Case |
|---|---|---|
| **Transport Rates ($m^3$/year)** | | |
| Measured ($m^3$/year) | 2,660 | 7,040 |
| CERC formula ($m^3$/year) | 18,040 | 23,850 |
| Kamphuis-86 ($m^3$/year) | 8,130 | 9,100 |
| Kamphuis-91 ($m^3$/year) | 1,870 | 5,360 |
| Kraus-88 ($m^3$/year) | 2,670 | 3,150 |
| **Percentage Over (+) Or Under (-) Prediction** | | |
| CERC | +578% | +239% |
| Kamphuis-86 | +206% | +29% |
| Kamphuis-91 | -30% | -24% |
| Kraus-88 ($m^3$/year) | 0% | -55% |

The CERC formula overpredicted the total rate for the spilling condition by nearly 600 percent, while for the plunging waves, the overprediction was less than 250 percent. This inconsistency of the CERC formula under different breaker types indicates that a simple reduction of the $K_l$ value as examined by Bodge and Kraus (1991), Schoonees and Theron (1993), and Wang, Kraus, and Davis (1998) cannot completely address the discrepancy. In other words, the comprehension that the total rate of LST is proportional to a measure of the longshore wave-energy flux might not be complete. The Kamphuis-86 formula also had a similar inconsistency. Using it, the spilling case was overpredicted by more than 200 percent, while the plunging case was overpredicted by less than 30 percent.



PA 84

# 1958 Beach Erosion Control Study - Plaintiffs Calculations

| Owned Years | Plaintiff No. | Name | Date | Front Feet | Ft. to St. Joe | 4cy/ft/ year | 18cy/ ff | cy Total |
|---|---|---|---|---|---|---|---|---|
| 12 | 4. | Bovee | 9-17-93 | 143 | 18,600 | 6,864 | 2,574 | 9,438 |
| | 36 | Wineberg | | | 19,200 | | | |
| 23 | | | 7-21-82 | 125.4 | | 11,500 | 2,250 | |
| 31 | | | 12-30-74 | 85.8 | | 10,540 | 1,544 | 25,834 |
| 9 | 34 | Werger | 6-14-96 | 152 W<br>150 N | 19,800' | 5,472 | 2,736 | 8,208 |
| 20 | 35 | Wilschke | 3-4-85 | 122' | 20,500' | 9,760 | 2,196 | 11,956 |
| 9 | 17 | Jyung | 12-5-96 | 110' | 20,600' | 3,960 | 1,980 | 5,940 |
| 11 | 32. | Varga | 12-30-94 | 147' | | 6,468 | 2,646 | 9,114 |
| 16 | 16. | Jackson | 9-8-89 | 139' | | 8,896 | 2,502 | 11,398 |
| 8 | 14. | Green briar | 10-1-97 | 950' | | 30,400 | 17,100 | 47,500 |
| 34 | 20. | Marzke sold 6-2-03 | 9-10-69 | 246' | | 33,456 | 4,428 | 37,884 |
| 10 | 25. | Neuser sold 3-29-00 | 8-11-89 | 163' | | 6,520 | 2,934 | 9,454 |
| 27 | 11. | Del Mariani | 11-6-78 | 235' | 28,800' | 25,380 | 4,230 | 29,610 |
| | 23. | Miller | | | | | | |
| 33 | | | 5-1-72 | 54.9' | | 7,247 | 988 | 8,235 |
| 26 | | | 1-22-79 | 523' | | 54,392 | 9,414 | 63,806 |
| | 28. | Ragins sold 11-12-04 | | | | | | |
| 32 | | | 1973 | 61.5' | | 7,872 | 1,107 | 8,979 |
| 14 | | | 1990 | 118' | | 6,608 | 2,124 | 8,732 |
| 23 | 24. | Morvis | 3-2-83 | 112 | | 10,304 | 2,016 | 12,320 |
| 39 | 6. | Chapman | 12-15-66 | 113 | 34,000' | 17,628 | 2,034 | 19,662 |
| 41 | 13. | Saphir | 5-9-64 | 70 | | 11,480 | 1,260 | 12,740 |
| | | | | 3,619' | | | | 585,857 |

PA 85

| Owned<br>1 Years | Plaintiff<br>2 No. | 3 Name | Deed<br>4 Date | Front<br>5 Feet | Ft. to<br>6 St.Joe | 4cy/ft/<br>7 year | 18cy/<br>8 ff | cy<br>9 Total |
|---|---|---|---|---|---|---|---|---|
| 14 | 26. | Notre Dame Path | 10-28-91 | 180' | | 10,080 | 3,240 | 13,320 |
| 39 | 9. | Country LLC Scallan | 12-27-66 | 310' | | 48,360 | 5,580 | 53,940 ✓ |
| 13 | 7. | Conklin | 6-11-92 | 92.6 | | 4,815 | 1,667 | 6,482 |
| 22 | 1. | Anderson | 5-21-83 | 92.6 | | 8,149 | 1,667 | 9,816 |
| 34 | 22. | Melcher | 4-22-71 | 92.6 | | 12,594 | 1,667 | 14,261 |
| 32 | 30. | Smith | 7-24-73 | 92.6 | | 11,853 | 1,667 | 13,520 |
| 45 | 19. | Lahr | 5-31-60 | 92.6 | 40,000' | 16,668 | 1,667 | 18,335 |
| 18 | 27. | Pancoast | 8-21-87 | 92.6 | | 6,667 | 1,667 | 8,334 |
| 10y/50%<br>16yrs from 72 to 88<br>17yrs | 29. | Elmer Renner | 5-31-62<br>8-21-72<br>1-28-88 | 74.94<br>17.12<br>92.06' | (Bot 17) | 1,499<br>4,796<br>6,297<br>12,592 | 1,657 | 14,249 |
| 14 | 5. | Carter | 10-4-91 | 66.6 | | 3,730 | 1,199 | 4,928 |
| 69<br>30 | 21. | Thelma McKay Trust | 10-2-31<br>Bot 70 | 133.2<br>66.6 | | 36,763<br>7,992 | 2,398<br>1,199 | 48,352 |
| 27 | 18. | Kane | 5-23-78 | 66.6 | | 7,193 | 1.199 | 8,392 |
| 34 | 8. | Cosgrove | 6-11-71 | 66:6 | | 9,058 | 1,199 | 10,257 |
| 34 | 31. | Stevens<br>Eilering sold 12-16-93 | 7-10-59 | 92.6 | | 12,594 | 1,667 | 14,261 |
| 16 | 2. | John H. Banks | 9-12-89 | 120 ft. | | 7,680 | 2,160 | 9,840 |
| 54 | 12. | Carole Ehret MI. Tr. | 12-18-52 | 100' | | 21,600 | 1,800 | 23,400 |
| | | | | 5158.8 | | | | 245,047 |

PA 86

| Owned 1 Years | Plaintiff 2 No. | 3 Name | Deed 4 Date | Front 5 Feet | Ft. to 6 St.Joe | 4cy/ft/ 7 year | 18cy/ 8 ff | cy 9 Total |
|---|---|---|---|---|---|---|---|---|
| 24 | 10. | Cunat | 2-26-81 | 122 | 41,700' | 11,712 | 2,196 | 13,908 |
| 24 | 15. | Gregule | 2-26-81 | 206 | 41,800' | 19,800 | 3,712 | 23,512 |
| 22 | 3. | Bunker | 6-24-83 | 210 | 42,000' | 18,480 | 3,780 | 22,260 |
| 19 | | Okonski | 6-3-86 | 128 | | 9,728 | 2,304 | 12,032 |
| 16 | | Bodnar | 1989 | 100 | | 6,400 | 1,800 | 8,200 |
| 24 | | Stone | 1981 | 226.6' | | 21,753. | 4,078 | 25,831 |
| | | | | 6,150.8<br>+ 310<br>6,460.8 | | | | 683,400<br>8,200<br>53,940 |
| | | | | | | 629,246 CY | 116,294 CY | 745,540 CY |

DIRECT PLACEMENT OF SAND PARA 5 PAGE 4

MOST PRACTICAL PROTECTION ARTIFICIAL BEACH PARA 75 PAGE 24

BEST METHOD OF SHORE PROTECTION PARA 2 PAGE 8

COL. 7 25,000 CY/MI/YR = 4 CY/FT/YR 1958 REPORT PARA 65 PAGE 21

COL. 8 18 CY/FT 50 FT WIDE × 10' HIGH SHEET 7 OF 7

PA 87