# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L
(E-Filed: January 10, 2007)

JOHN H. BANKS, ET AL.,

Plaintiffs, — 99-4451 L

v.

THE UNITED STATES,

Defendant.

---

STONE, ERROL L. and SUSAN H.
As Trustees of the Susan H. Stone Trust,

Plaintiffs, — 04-277 L

v.

THE UNITED STATES,

Defendant.

---

EUGENE J. FRETT, Individually and
as Trustee of the Victor J. Horvath
and Frances B. Horvath Trust,

Plaintiff, — 05-1353 L

v. )

THE UNITED STATES, )

Defendant. )

________________________________ )

ORDER

Before the court are plaintiffs' Rule 26(a)(2)(B) Motion to Strike Dr. Robert B. Nairn's [] Expert Report (Pls.' Mot. or motion), defendant's Response to Plaintiffs' Motion to Strike Dr. Robert B. Nairn's Expert Report (Def.'s Resp. or response), and plaintiffs' Reply in the Matter of Their Motion to Strike Dr. Robert B. Nairn's Report (Pls.' Reply or reply). The court is scheduled to hold an oral argument on the motion on January 19, 2007.

In preparation for the oral argument, the parties shall provide to the court the following documents by the given dates:

1. Listing of Missing Information: Plaintiffs and defendant agree that plaintiffs have not received all of the information necessary to assess Dr. Nairn's computer models. Pls.' Mot. passim; Def.'s Resp. passim. On or before Tuesday, January 16, 2007 at 3:00 p.m., defendant shall file a listing of all of the missing information to which plaintiffs are entitled but have not received. Defendant shall also describe any outstanding tasks that it must complete in order to provide the necessary information to plaintiffs. On or before Thursday, January 18 at 3:00 p.m., plaintiffs shall file a response to defendant's filing.

2. Plaintiffs' Legal Arguments for Their Motion: Plaintiffs' motion and reply argue facts, not law, in support of their motion to strike Dr. Nairn's report. On or before Tuesday, January 16, 2007 at 3:00 p.m., plaintiffs shall file additional briefing that delineates their legal arguments. Specifically, plaintiffs shall frame their arguments according to the guidelines provided by Rule 702 of the Federal Rules of Evidence, Daubert v. Merrell Dow Pharmaceuticals Inc., 509 U.S. 579 (1993), and Kumho Tire Co., Ltd. v. Carmichael, 526 U.S. 137 (1999). On or before Thursday, January 18, 2007 at 3:00 p.m., defendant shall file a response to plaintiff's briefing.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge