**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JOHN H. and MARY E. BANKS, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **No. 99-4451 L**<br>**Judge Emily C. Hewitt** |
| **STONE, ERROL L. & SUSAN H., In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **No. 04-277 L**<br>**Judge Emily C. Hewitt** |
| **EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and**<br><br>**DONNA P. FRETT,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 05-1353 L**<br>**Judge Emily C. Hewitt** |

**DEFENDANT'S RESPONSE TO ORDER FILED JANUARY 10, 2007**

Defendant respectfully provides the following response to the Court's order filed January 10, 2007. (Document No. 162). The Order directs defendant to file before January 16, 2007 at 3

p.m., "a listing of all of the missing information to which plaintiffs are entitled but have not received." Id. Further, "[d]efendant shall also describe any outstanding tasks that it must complete in order to provide the necessary information to plaintiffs." Id.

Here is a list of the missing information. Because the time and tasks necessary to produce the information varies, we have broken this list into three groups.

1. Group A

The first group of information, set below in table format, comes from Dr. Nairn's declaration which was an exhibit to "Defendant's Response to Plaintiffs' Motion to Strike Dr. Robert B. Nairn's Expert Report." ("Defendant's Response") (See Document No. 155). See Exhibit 6 at App0066.

**Table 1a - Model: COSMOS (Longshore sand transport estimates)**

| **Model Input** | **Data Volume** |
|---|---|
| **Deepwater wave data (from Baird Wave Hindcast – BWH)** | **20 MB (8,000 pages)** |
| **Lake level data** | **Part of deep-water data file** |
| **Nearshore profile shapes** | **120 KB (72 pages)** |
| **Sediment grain size** | **1 line** |

**Table 1b - Model: Baird Wave Hindcast (BWH)**

| Model Input | Data Volume |
|---|---|
| **Wind data** | **3.8 MB**<br><br>**(670 pages)** |
| **Fetch distances** | **1.5 MB**<br><br>**(300 pages)** |
| **Overwater measured wind and wave data** | **1.9 MB**<br><br>**(320 pages)** |

**Table 1c - Models: *HYDROSED* and STWAVE (Nearshore wave transformation)**

| Model Input | Data Volume |
|---|---|
| **Deepwater wave data (summary form from**<br><br>**BWH output)** | **20 MB**<br><br>**(8,000 pages)** |
| **Bathymetry** | **1.78 MB (327 pages)** |

**Table 1d -Model: *HYDROSED* (Bypassing and offshore diversion potential)**

| Model Input | Data Volume |
|---|---|
| **Deepwater wave data (summary form from**<br><br>**BWH output)** | **20 MB**<br><br>**(8,000 pages)** |
| **Bathymetry** | **3.3 MB (600 pages)** |
| **River flow input (summary form)** | **1 line** |
| **Sediment grain size** | **1 line** |

**Table 1e - Model: SWAT (Watershed sand transport)**

| **Model Input** | **Data Volume** |
|---|---|
| **Precipitation and Temperature** | **1.9 MB (360 pages)** |
| **Land Cover/Use** | **13 MB (9,650 pages)** |
| **Topography** | **665 KB (240 pages)** |
| **Soils Data** | **5 MB (4,800 pages)** |
| **Dams** | **58 KB (22 pages)** |

**Table 1f - Model: RMA2-SED2D (River flow and sediment transport)**

| **Model Input** | **Data Volume** |
|---|---|
| **Output from SWAT on flows and sediment load** | **136 MB (21,900 pages)** |
| **Bathymetry** | **16.5 MB (1,000 pages)** |
| **Lake level data** | **100 KB (3 pages)** |
| **Sediment grain size** | **Included with Bathymetry input file** |

See Defendant's Response, Exhibit 6 at App0070-App0075.

Dr. Nairn needs to complete the transfer of data to DVDs and send to undersigned counsel before it can be produced to plaintiffs. We anticipate receiving this information from Dr. Nairn by the close of January 19, 2007.

2. Group B

The second group of information consists of data referenced within Dr. Nairn's tables listed above, most of which is available by accessing various internet websites. This information is either (1) raw data that was then re-formatted (it remained the same data but was in a significantly different structure) for input to the models as described for Group A, or (2) data that was used to calibrate or verify the various models but does not constitute input or output files for the models.

A. USACE Monthly Lake Levels. This data is available at http://www.lre.usace.army.mil/_kd/go.cfm?destination=page&pge_id=1128.

See Defendant's Response, Exhibit 6 at App0070, Table 1a at second row, fourth column.

B. NDBC Buoy 45007 Wave and Wind Data. This data is available at http://www.ndbc.noaa.gov/station_page.php?station=45007.

See Defendant's Response, Exhibit 6 at App0071, Table 1b at third row, fourth column.

C. 1930 and 1948 bathymetry data sets.

See Defendant's Response, Exhibit 6 at App0072, Table 1c at second row, third column.

D. Flow data for the following USGS gages (1991 to 1995):

| | | | |
|---|---|---|---|
| (1) | 04096900 | (5) | 04097540 |
| (2) | 04102500 | (6) | 04101500 |
| (3) | 04101800 | (7) | 04099750 |
| (4) | 04097500 | (8) | 04100500. |

This data is available at http://waterdata.usgs.gov/nwis.

See Defendant's Response, Exhibit 6 at App0073, Table 1d at third row, fourth column.

E. Sediment Data for the following USGS gage (1979 to 1995): 04101500. This data is available at http://waterdata.usgs.gov/nwis/uv?04101500.

See Defendant's Response, Exhibit 6 at App0073, Table 1d at third row, fourth column.

F. NOAA Precipitation Data for the following stations (1987 to 1995).

| | | | |
|---|---|---|---|
| (1) | 12 0200 | (16) | 20 0552 |
| (2) | 12 1739 | (17) | 20 0710 |
| (3) | 12 3207 | (18) | 20 0864 |
| (4) | 12 3418 | (19) | 20 1122 |
| (5) | 12 4730 | (20) | 20 1675 |
| (6) | 12 4782 | (21) | 20 2250 |
| (7) | 12 4788 | (22) | 20 2445 |
| (8) | 12 4918 | (23) | 20 3504 |
| (9) | 12 5055 | (24) | 20 3823 |
| (10) | 12 6416 | (25) | 20 4244 |
| (11) | 12 7102 | (26) | 20 5892 |
| (12) | 12 8187 | (27) | 20 6020 |
| (13) | 12 9240 | (28) | 20 7690 |
| (14) | 12 9271 | (29) | 20 8184 |
| (15) | 20 0094 | | |

This data is also available at http://dipper.nws.noaa.gov/hdsb/data/archived/legacy/dlytran.html. See Defendant's Response, Exhibit 6 at App0074, Table 1e at first row, fourth column.

G. NOAA Temperature Data for the following stations (1987 to 1995).

| | | | |
|---|---|---|---|
| (1) | 12 0200 | (12) | 20 0864 |
| (2) | 12 1739 | (13) | 20 1675 |
| (3) | 12 3207 | (14) | 20 2250 |
| (4) | 12 3418 | (15) | 20 2445 |
| (5) | 12 4730 | (16) | 20 3504 |
| (6) | 12 4782 | (17) | 20 3823 |
| (7) | 12 7102 | (18) | 20 4150 |
| (8) | 12 8187 | (19) | 20 4244 |
| (9) | 12 9240 | (20) | 20 7690 |
| (10) | 20 0552 | (21) | 20 8184 |
| (11) | 20 0710 | | |

This data is also available at http://dipper.nws.noaa.gov/hdsb/data/archived/legacy/dlytran.html. See Defendant's Response, Exhibit 6 at App0074, Table 1e at first row, fourth column.

In order to produce the Group B information to plaintiffs, Dr. Nairn needs to complete the transfer of data to DVDs and send to undersigned counsel. We anticipate receiving this information from Dr. Nairn by the close of January 19, 2007.

3. Additional Documents Previously Disclosed but Not Provided

Plaintiffs' motion to strike focuses on the computer modeling data used by Dr. Nairn. In responding to the Court's order, defendant includes a third group of information to make sure we are over inclusive, if anything, and to ensure no confusion. In exchanging Rule 26(a)(2)(B) expert disclosures, the parties had agreed to list the information considered by their experts in

forming their opinions in lieu of actually providing a copy. See Defendant's Response at 2. Dr. Nairn principally listed the information he considered in his report at Sections 5.1, References Cited (see Joint Record, Volume 1 of 4 at JR-0198 through 0201) and Section 5.2, References Considered (see Joint Record, Volume 1 of 4 at JR-0202 through 0213). For the most part, as explained in his declaration, Dr. Nairn did not list modeling data in Sections 5.1 and 5.2. Defendant's Response, Exhibit 6 at App0069-0070. This third group of information consists of copies of references listed in Sections 5.1 and 5.2. The list here does not replicate Sections 5.1 and 5.2 verbatim because it does not contain does entries which are computer modeling data (and which are addressed above) or items previously produced through discovery. Because of the length of this list, we have attached a copy of these items as Exhibit 1.

The following tasks need to be done before these documents can be produced to plaintiffs: Dr. Nairn needs to order documents from this list that are not archived at his firm; copies of all documents are to be made and scanned to be converted into pdf files; the pdf copies will then be transferred to DVDs; and delivery of the DVDs to undersigned counsel. Dr. Nairn thinks the DVDs can be sent to undersigned counsel within three weeks.

Dated: January 16, 2007

Respectfully submitted,

*s/Terry M. Petrie*

TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tele: 303-844-1369
Fax: 303-844-1350
Terry.Petrie@usdoj.gov

OF COUNSEL

HEIDE L. HERRMANN

Gary W. Segrest, Esq.
Office of Counsel
U.S. Army Corps of Engineers
477 Michigan Avenue, Room 659
Detroit, MI 48226

Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-3315
Facsimile: 202-305-0274
Heide.Herrmann@usdoj.gov

Attorneys for Defendant

# CERTIFICATE OF SERVICE

I certify that I have served a copy of the "**DEFENDANT'S RESPONSE TO ORDER FILED JANUARY 10, 2007**" by electronic filing with the United States Court of Federal Claims on the 16th day of January, 2007 on:

John Ehret, Esq.
20860 Greenwood Drive
Olympia Fields, IL 60461

Counsel for *Banks* Plaintiffs

****************

Drew Marrocco, Esq.
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005

Counsel for *Stone* Plaintiffs

****************

Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603

Counsel for *Frett* Plaintiffs

****************

*s/Terry M. Petrie*