**EXHIBIT 1**

**5.1 References Cited**

Arnold, J.G., Williams, J.R., Griggs, R.H., and Sammons, N. B. 1990. SWRRB - A Basin Scale Simulation Model for Soil and Water Resources Management. Texas A & M Press.

Baedke, S.J. and Thompson, T.A. 2000. A 4,700-year record of Lake level and Isostacy for Lake Michigan. *Journal of Great Lakes Research*, 26(4): p. 416-426.

Baedke, S.J., Thompson, T.A., Johnston, J.W., and Wilcox, D.A. 2004. Reconstructing paleo lake levels from relict shorelines along the Upper Great Lakes. Aquatic Ecosystems Health & Management; Special Issue: Emerging Issues in Lake Superior Research, Vol. 7, No. 4, p. 435-449.

Baird & Associates, 2005. Regime Change (Man Made Intervention) and Ongoing Erosion in the St. Clair River and Impacts on Lake Michigan-Huron Lake Levels. Prepared for the Georgian Bay Association.

Bruun, P. 1962. Sea Level Rise as a Cause of Shore Erosion. *Journal of Waterways & Harbors Division*, ASCE Proceedings, 88: p. 117-130.

Buckler, W.R. 1981. Rates and Implications of Bluff Recession Along the Lake Michigan Shoreline of Michigan and Wisconsin. Ph.D. dissertation, Michigan State University, Department of Geography.

Chanson, H. 1999. *The Hydraulics of Open Channel Flow: An Introduction.* Butterworth-Heinemann, Oxford. 495 pp.

Dibajnia, M., R.B. Nairn and P. Ross, 2004: Analysis of long-term sand accumulation at a harbor using 2DH numerical simulation, Coastal Engineering, Elsevier Science, Vol. 51, pp. 863-882.

Dickmann, D.L. and Leefers, L.A. 2003. *The Forest of Michigan.* The University of Michigan Press, Ann Arbor, Michigan.

Hands, E.B., 1979. Changes in rates of shore retreat, Lake Michigan, 1967-1976. Technical Paper No. 79-4, Coastal Engineering Research Center, US Army Waterways Experiment Station, Vicksburg, MS, p. 62-63.

Hanson, H., Thevenot, M.M. and Kraus, N.C., 1996. Shoreline Change with Longshore Sand Waves at a Groin Field. *Proc. of the 25th Coastal Engineering Conference, ASCE*, p. 4024-4037.

Kamphuis, J.W. 1991. Alongshore sediment transport rate. *Journal of Waterway, Port, Coastal and Ocean Division*, ASCE, Vol. 117, p. 624-640.

Larsen, C.E. 1994. Beach Ridges as Monitors of Isostatic Uplift in the upper Great Lakes. *J. Great Lakes Res.* Vol. 20, No.1. p. 108-134.

Larson, G.J. and Schaetzl, R. 2001. Origin and Evolution of the Great Lakes, *J. Great Lakes Res.* 27: 518-546.

Michigan Department of Natural Resources. 1999. St. Joseph River Assessment, Michigan Department of Natural Resources Fisheries Division, Fisheries Special Report 24, Lansing, Michigan.

Nairn, R., and Dibajnia M. 2004: Design and construction of a large headland system -Keta sea defence project, West Africa, *Journal of Coastal Research*, special issue on Functioning and Design of Coastal Groins, supplement to Vol. 20, pp. 294-314.

Neitsch, S.L., Arnold, J.G., Kiniry, J.R., Williams, J.R. & King, K.W. 2002. Soil and Water Assessment Tool Theoretical Documentation. USDA-Agricultural Research Service, Temple, TX. http://www.brc.tamus.edu/swat/downloads/doc/swat2000theory.pdf

Norton, W.R., King, I.P. and Orlob, G.T. 1973. A Finite Element Model for Lower Granite Reservoir. Walla Walla District, U.S. Army Corps of Engineers, Walla Walla, WA.

Pope, J., Stewart, C.J., Dolan, R., Peatross, J., and Thompson, C.L., 1999. The Great Lakes Shoreline Type, Erosion and Accretion - Public Information *Map Sheet*. United States Geological Survey, Department of the Interior, Reston, VA.

Quinn, F.H. and Sellinger, C.E. 1990. Note. Lake Michigan Record Levels of 1838, A Perspective. *J. Great Lakes Res.* 16(1): p. 133-138.

Rao, Y. R., McCormick, M. J., and Murthy, C. R., 2004. Circulation during winter and northerly storm events in southern Lake Michigan, *J. Geophys. Res.,* 109, C01010.

Proceedings of the Symposium on Cohesive Shores. (1986). ed. M.G. Skafel. Associate Committee for Research on Shoreline Erosion and Sedimentation. National Research Council Canada, Ottawa. Publication NRCC 26134.

Thompson, T.A. and Baedke, S.J., 1995. Beach ridge development in Lake Michigan: shoreline behavior in response to quasi-periodic lake-level events. *Marine Geology* 129, p. 163-174.

Thompson, T.A., Baedke, S.J., and Johnston, J.W., 2004. Geomorphic expression of late Holocene lake levels and paleowinds in the upper Great Lakes. In Hansen, E.C., ed., *The Geology and Geomorphology of Lake Michigan's Coast.* Michigan Academician, Vol. 35, No. 4, p.355-371.

Trimble, S.W. and Crosson, P. 2000. ‘U.S. Soil Erosion Rates - Myth or Reality’, *Science* 289: 248-250.

U.S. Army, 1866-1980. Reports of the Chief of Engineers.

USGS. 2004. Cropland by County Since 1850 and Population Since 1790: A Record of Settlement and Agricultural Disturbance to the Land. http://landcover.usgs.gov/cropland/index.asp

USGS, 2003 Glacial and Postglacial Geology of the Berrien County Region of Michigan. 49th Midwest Friends of the Pleistocene Field Conference, Benton Harbor, Michigan.

Van Rijn, L.C. 2002. Longshore Sand Transport. *Proceedings of the 28th International Conference on Costal Engineering.* Vol. 2: p. 2439-2451.

**5.2 References Considered**

1898 House of Representatives, Document No. 307.

1903 Combination map of St. Joseph & Benton Harbor.

Alberta Transportation. 2003. Design Guidelines for Erosion and Sediment Control for Highways. Appendix B. Supporting information for RUSLE.

Arbograst, A.F. and Loope, W.L., 1999. Maximum-Limiting Ages of Lake Michigan Coastal Dunes: Their Correlation With Holocene Lake Level History. *Journal of Great Lakes Research*, 25(2), p. 372-382.

Arnold, J.G. 1992. Spatial Scale Variability in Model Development and Parameterization. Ph.D. Dissertation, Purdue University, West Lafayette, IN, p. 183.

Arnold, J.G., Allen, P.M., and Bernhardt, G.T. 1993. A Comprehensive Surface-Groundwater Flow Model. *Journal of Hydrology,* Vol. 142: p. 47-69.

Baedke, S.J. and Thompson, T.A. 1993. Preliminary Report of Late Holocene Lake-Level Variation in Northern Lake Michigan: Part I. Open File Report 93-4. Indiana University. p. 15.

Baedke, S.J. and Thompson, T.A. 1995. Preliminary Report of Late Holocene Lake-Level Variation in Northern Lake Michigan: Part III. Open File Report 95-11. Indiana University. p. 14.

Bagnold, R.A. 1977. Bed Load Transport by Natural Rivers. *Water Resources Research* Vol. 13: p. 303-12.

Baird & Associates, 2005. St. Joseph River Watershed Modeling Report. Report to the USACE, Detroit District.

Baker, D. B., Richards, R. P., Loftus, T. T., and Kramer, J. W. 2004. A New Flashiness Index: Characteristics and Applications to Midwestern Rivers and Streams. *Journal of the American Water Resources Association*, Vol. 40(2): p. 503-522.

Bennett, T., Meadows, L., Meadows, G., Caufield, B. and VanSumeren, H., 1999. Nearshore Profile Change and its Impact on Rates of Shoreline Recession. *Coastal Sediments '99*: p. 1166-1180.

Bishop, C.T., 1983. Port Burwell Comparative Literature Study: Part One: Impact of Harbour Structures. Shore Processes Section, Hydraulics Division, National Water Research Institute, Canada Centre for Inland Waters.

Bowen, D.T. 1991. Memories of the Lakes. Freshwater Press. p. 210-244.

Brown, M.T. et al. 1987. Buffer Zones for Water Wetlands, and Wildlife: A Final Report on the Evaluation of the Applicability of Upland Buffers for the wetlands of the Wekiva Basin. Prepared for the St. Johns River Water Management District by Center for Wetlands, University of Florida, Gainesville, FL.

Bruno, P.W., Larson, G.J. and Colman, S.M., 1989. Glacial, Glaciolacustrine, and Glaciofluvial Sediments Associated with the Lake Michigan Lobe: Southwestern Region. Great Lakes Section SEPM Mid-year Field Conference Guide: p. 1-17.

Buckler, W.R., Winters, H.A. and LaMoe, J.P., 1988. Bluff Crest Recession Along the Southwest Shore of Southern Michigan. Midwest Friends of the Pleistocene Field Conference Guide: p. 51-60.

Calver, J.L., 1946. The Glacial and Post-Glacial History of the Platte and Crystal Lake Depressions, Benzie County, Michigan. The University of Michigan, Dissertation.

Colman, S.M. and Foster, D.S., 1994. A Sediment Budget for Southern Lake Michigan: Source and Sink Models for Different Time Intervals. *Journal of Great Lakes Research*, 20(1), p. 215-228.

Cotter, A.S., et al. 2003. Water quality model output uncertainty as affected by spatial resolution of input data. *J. of American Water Resources Association* 39(4): p. 977-986.

Crowell, M., Leatherman, S.P., and Buckley, M.K., 1991. Historical Shoreline Change: Error Analysis and Mapping Accuracy, Journal of Coastal Research, 7-3, p.839-852.

CTI and Associates, 1992. Soil Boring Location Plans.

Davinich, M., 1972. St. Joseph Harbor, Michigan: Sediment Sampling Test and Evaluations. Engineering Division, Environmental Branch, G.H.P.O., Michigan.

Deardorff, J.W. 1977. A Parameterization of Ground Surface Moisture Content for Use in Atmospheric Prediction Models. *J. Appl., Meteor.* Vol 16: p. 1182-1185.

De Charlevoix, P., 1721. Journal of a Voyage to North-America: Undertaken by Order of the French King: Containing the Geographical Description and Natural History of the Country, Particularly Canada. Wayne University Libraries. p. 77-95.

De Graves, A., 2004. St. Joseph River Draft Watershed Management Plan. Friends of the St. Joseph River Association, Athens, Michigan.

Dickmann, D.I. and Leefers, L.A. 2003. The Forests of Michigan. University of Michigan. p. 93-148.

Di Luzio, M., Srinivasan, R., Arnold, J.G. 2004. A GIS-Coupled Hydrological Model System for the Watershed Assessment of Agricultural Nonpoint and Point Sources of Pollution. *Transactions in GIS,* Vol. 8(1): p. 113-136.

Dorr, J.A. and Eschman, D.F. 1970. Geology of Michigan. University of Michigan: p.164-169.

Douglass, D.B. 1969. American Voyageur: The Journal of David Bates Douglass. p.108-113.

Downer, C.W., and Ogden, F.L. 2002. GSSHA Users Manual, US Army Engineer Research and Development Center.

Duane, D.B., Harris, D.L., Bruno, R.O. and Hands, E.B., 1975. A Primer of Basic Concepts of Lakeshore Processes. Miscellaneous Paper No. 1-75. USACE.

Dunne, T. and Leopold, L.B.1978. Water in Environmental Planning. W.H. Freeman and Company, New York. 818 pp.

Farrand, W.R., 1988. The Glacial Lakes around Michigan. Geological Survey Division, Michigan Department of Environmental Quality.

Foster, D.S. and Colman, S.M. 1991. Preliminary Interpretation of the High-Resolution Seismic Stratigraphy Beneath Lake Michigan. Open-File Report 91-21. p. 44.

Gray, D.M. 1970. Hand Book on the Principles of Hydrology. National Research Council of Canada, Water Information Center Inc., Water Research Building, Manhasset Isle, Port Washington, N.Y., p. 11050.

Hands, E.B., 1980. Prediction of Shore Retreat and Nearshore Profile Adjustments to Rising Water Levels on the Great Lakes. Report Paper No. 80-7, Coastal Engineering Research Center, Kingman Building, Fort Belvoir, Virginia. p. 119.

Hansel, A.K., Mickelson, D.M., Schneider, A.F., and Larsen, C.E., 1985. Late Wisconsin and Holocene History of the Lake Michigan Basin. Quarternary Evolution of the Great Lakes, eds Karrow and Calkin, Geological Association of Canada Special Paper 30, 1985.

He, C., Shi, C., and Agosti, B., 1988. Modeling Non-point Source Pollution Potential of the Dowagiac River Watershed, Michigan. Prepared for Cass County Conservation District, Cassopolis, Michigan.

Herbert, T.A. 1974. An analysis of the Physical and Legal Aspects of Erosion on Lake Michigan, a Case Study at St. Joseph, Michigan. Ph.D. Dissertation. Michigan State University.

History of Berrien and Van Buren Counties, Michigan, 39-47, 127-130, 312-318

Humphrys, C.R., Horner, R.N. and Rogers, J.H. Shoreline Classification of Berrien County, Michigan. Michigan State University. p. 38.

International Association For Great Lakes Research. 1994. Journal of Great Lakes Research 20(1). 15 Articles. p. 2-228.

Jha, M., P.W. Gassman, S. Secchi, R. Gu, and J.G. Arnold. 2004. Effect of watershed subdivision on SWAT flow, sediment, and nutrient predictions. *J. of American Water Resources Association,* Vol. 40(3): p. 811-825.

Julien, P.Y. 1995. Erosion and Sedimentation, Press Syndicate of the University of Cambridge, New York, NY.

Kilinc, M., and Richardson, E.V. 1973. Mechanics of Soil Erosion from Overland Flow Generated by Simulated Rainfall. Hydrology papers No. 63, Colorado State University, Fort Collins, Colorado, 80523.

Kirby, M.J., and Hampton, D.R. 1997. The Hydrology and Hydrogeology of the Dowagiac River Watershed – Southwest Michigan. Department of Geology/Institute for Water Sciences Western Michigan University, a report to Cass County Conservation District.

Knighton, D. 1998. Fluvial Forms and Processes. Oxford University Press, New York. p.383.
Knisel, W.G. 1980. CREAMS: A Field-Scale Model for Chemical, Runoff, and Erosion from Agricultural Management Systems. Conservation Research Report 26, U.S. Department of Agriculture, Washington, D.C.

Langbein, W.B., and Schumm, S.A. 1958. Yield of Sediment in Relation to Mean Annual

Precipitation. Transactions of the *American Geophysical Union,* Vol. 39: p. 1076-84.

Larsen, C.E. 1994. Beach Ridges as Monitors of Isostatic Uplift in the Upper great Lakes. *J. Great Lakes Res.* 20(1): p. 108-134.

Larson, J.W. 1995. Excerpts from A History of the Detroit District U.S. Army Corps of Engineers. 2nd Edition.

Leonard, R.A., Knisel, W.G., and Still, D.A. 1987. GLEAMS: Groundwater Loading Effects of Agricultural Management Systems. *Trans. Amer. Soc. of Agric. Engrs,* Vol. 30: 1403-1418.

Linsley, R.K., Kohler, M.A., and Paulhus, J.L.H. 1982. Hydrology for Engineers, Third Edition, McGraw Hill, New York, NY.

Michigan DNR, 1978, amended 1980. High Risk Erosion Boundary and Breakpoint Descriptions. Berrien County, Michigan.

Michigan Dept. of Environmental Quality, Surface Water Quality Division. Guidebook of Best Management Practices for Michigan Watersheds. October, 1998.

Nairn, R.B., 1992. Study of Toe Scour and Downcutting on Cohesive Shores Protected with Revetment.

National Agroforestry Center. Agroforestry Notes: How to Design a Riparian Buffer for Agricultural Land. Rocky Mountain Station, NE: January, 1997.

Neitsch, S.L., Arnold, J.G., Kiniry, J.R., Srinivasan, R., Williams, J.R. 2002a. Soil and Water Assessment Tool User's Manual, Version 2000. Blackland Research Center. Texas Agricultural Experiment Station, Temple, Texas.

Ocean Engineering Laboratory. 2002. Coastal Monitoring Program: Final Report. University of Michigan. 72 p & Maps.

Olyphant, G.A. and Bennett, S.W. 1994. Contemporary and Historical Rates of Eolian Sand Transport in the Indiana Dunes Area of Southern Lake Michigan. *J. Great Lakes Res.* 20(1): p. 153-162.

Oregon State University. 1997. Shore & Beach. *Journal of the American Shore and Beach Preservation Association* 65(2). p. 40.

Preston, A.G., 1992. Drake and Wallace or the Story of Silver Beach.

Philpott, K.L., 1986. Coastal Engineering Aspects of the Port Burwell Shore Erosion Damage Litigation. *Symp. On Cohesive Shores 1986*, p. 309-338.

Richter, B.D., J.V. Baumgartner, J. Powell, and D.P. Braun. 1996. A method for assessing hydrologic alteration within ecosystems. Conservation Biology, Vol. 10: p. 1163-1174.

Santhi, C., J.G. Arnold, J.R. Williams, W.A. Dugas, and L. Hauck. 2001. Validation of the SWAT model on a large river basin with point and nonpoint sources. *J. of American Water Resources Association*, Vol. 37(5): p. 1169-1188.

Schoolcraft, H.R., 1821. Narrative Journal of Travels, through the Northwestern Regions of the United States extending from Detroit through the great Chain of American Lakes, to the Sources of the Mississippi River. p. 378-407.

Shabica, C. and Pranschke, F. 1994. Survey of Littoral Drift Sand Deposits Along the Illinois and Indiana Shores of Lake Michigan. *J. Great Lakes Res.* 20(1): p. 61-72.

Secretary of the Army, 1973. National Shoreline Study. Volume V. 93rd Congress, 1st section. House Document No. 93-121. p. 81, 83-84, 87-89.

Thompson, T.A. and Baedke, S.J., 1997. Strand-plain Evidence for Late Holocene Lake-Level Variations in Lake Michigan. Geological Society of American Bulletin, v. 109, no. 6, p. 666-682.

Thompson, T.A., 1992. Beach-ridge Development and Lake-level Variation in Southern Lake Michigan. *Sedimentary Geology*, 80, p. 305-318.

U.S. Army Corps of Engineers (USACE) New England Division. 1991. Buffer Strips for Riparian Zone Management.

USACE, Control Project Boring Logs. Geotechnical Data. Detroit District, Michigan.

USACE. Lake Michigan Monthly Mean Water Levels.

USACE, 1835-1968. Annual Reports of the Topographical Engineer. Michigan District, Michigan.

USACE, 1952. Berrien County, Michigan: Beach Erosion Control. Detroit, Michigan, Map.

USACE, 1956. Beach Erosion Control, Berrien County, Michigan. Detroit District, Michigan. p. 25.

USACE, 1970. Section 111 Preliminary Report on St. Joseph Harbor, Michigan. Detroit District, Michigan. p. 19.

USACE, 1977 to 1984. Changes in Bluff Crest and Water Edge. Detroit, Michigan. Plates 1-6.

US Army Engineer Research and Development Center. Design Recommendations for Riparian Corridors and Vegetated Buffer Strips. Vicksburg, MS: April 2000.

USDA-Agricultural Research Service, Grassland, Soil & Water Research Laboratory. 2005. SWAT website homepage (http://www.brc.tamus.edu/swat/index.html).

USDA NRCS, National Cartography & Geospatial Center. Date Unknown. National Elevation Dataset 1-degree Tiles. http://www.lighthouse.nrcs.usda.gov/gateway/gatewayhome.html.

USDA-NRCS. 2000. Erosion and Sedimentation on Construction Sites. Urban Technical Note No. 1.

USDA. 1992. STATSGO - State Soils Geographic Data Base. Soil Conservation Service, Publication Number 1492, Washington D.C.

USACE. 2005. Clinton River Sediment Transport Modeling Study. U.S. Army Corps of Engineers, Great Lakes Hydraulics and Hydrology Office, Detroit District. p. 161.

USGS, 2005. 1992 National Land Cover Dataset. http://edc.usgs.gov/products/landcover/nlcd.html

USGS, 2005. Digital Elevation Model & Land Use Data. http://seamless.usgs.gov/

U.S. Soil Conservation Service. 1986. Urban Hydrology for Small Watersheds. USDA (U.S. Department of Agriculture) Technical Release 55.

USEPA. 1998. State Soil Geographic (STATSGO) Database in BASINS. http://www.epa.gov/OST/BASINS.

United States Engineer Office. 1939. History of St. Joseph Harbor, Michigan.

Vache, K.B., J.M. Eilers, and M.V. Santelmann. 2002. Water quality modeling of alternative agricultural scenarios in the U.S. Corn Belt. *J. of American Water Resources Association*, Vol. 38(3): p. 773-787.

Van Liew, M.W. and J. Garbrecht. 2003. Hydrologic simulation of the Little Washita River experimental watershed using SWAT. *Journal of American Water Resources Association*, Vol. 39(2): p. 413-426.

Various, Goetz, B., ed. 1984. Stevensville & Area: Stevensville, Michigan: 1884-1984. Stevensville Village Council. 3, p. 114-115, 123, 125, 127, 246, 248.

Virginia Riparian Forest Buffer Panel. Riparian Buffer: Implementation Plan. VA: July, 1998.

Walling, D.E. 1983. The sediment Delivery Problem. *Journal of Hydrology,* Vol. 65: p.209-37.

Walling, D.E., and Kleo, A.H.A. 1979. Sediment Yields of Rivers in Areas of Low Precipitation: a Global View, in The Hydrology of Areas of Low Precipitation, Proceedings of the Canberra Symposium, December 1979. *IAHS-AISH Publication* 128, p. 479-93.

Wang, P. and Kraus, N.C., 1999. Longshore Sediment Transport Rate Measured by Short-Term Impoundment. *Journal of Waterway, Port, Coastal and Ocean Engineering*, 125(3): p. 118-126.

Wesley, J.K. and Duffy, J.E. 1999. St. Joseph River Assessment. Fisheries Division, Department of Natural Resources, State of Michigan. 26, 35, 52, 78, 119-120, 220, 238, 241-242.

Wesley, K.J, and Duffy, J.E., 1999. St. Joseph River Assessment. Prepared for the State of Michigan Department of Natural Resources, Fisheries Division. Fisheries special report #24. Ann Arbor, Michigan. p. 215.

Wickham, J.T., Gross, D.L., Lineback, J.A. and Thomas, R.L. 1978. Late Quaternary Sediments of Lake Michigan. *Environmental Geology Notes* p. 84: 26.

Williams, J.R., Jones, C.A., and Dyke, P.T. 1984. A Modeling Approach to Determining the Relationship Between Erosion and Soil Productivity. *Trans. ASAE,* Vol. 27: p. 129-144.