IN THE UNITED STATES COURT OF FEDERAL CLAIMS
NO. 99-4451 L c/w 04-277 L, 05-1353 L, 05-1381 L, 06-72 L

JOHN H. and MARY E. BANKS, et al.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 99-4451 L
Judge Emily C. Hewitt

STONE, ERROL L. & SUSAN H.,
In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust

Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-277 L
Judge Emily C. Hewitt

EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and

DONNA P. FRETT,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

No. 05-1353L
Judge Emily C. Hewitt

PLAINTIFFS' RESPONSE TO DEFENDANT'S
JANUARY 16, 2007 Filing

PLAINTIFFS' RESPONSE TO DEFENDANT'S
JANUARY 16, 2007 FILING

1. Defendant's Response dated January 16, 2007, based on this Honorable Court's Order dated January 10, 2007, does not meet the requirement to provide all of the information necessary to assess Dr. Nairn's computer models.

2. Their response actually raises the question of "bad faith" because a man of Nairn's qualifications knows that the computer models cannot be assessed without having the models themselves.

REPORT SHOULD BE STRUCK

3. The defendant's 2006 Nairn Report should be struck because the information which plaintiff now proposes to provide is not useable as a Rule 26(a)(2)(B) "basis and reasons" for Nairn's opinions and for additionsl reasons cited below.

OUT-MATCHED RESOURCES

4. It requires plaintiffs to repeat over the extensive and expensive discovery already conducted. It is unjust for the government to tax plaintiffs' limited resources while at the same time continuing to completely deprive the entire downdrift shoreline of sand, both public and private.

## THE CHARADE

5. Starting at paragraph 3.1.4(4) (JR075), Nairn's Report introduces a single number - 40,000 cy/yr - supposedly based on a COSMOS numerical model. Defendant has ignored plaintiffs' requests (JR1298, 1302, 1314) for the actual COSMOS equation. Instead, defendant has offered the cart without the horse.

## THE HORSE

6. The data input is to the model what bullets are to a gun - worthless/unuseable without the gun. The horse comes first, along with the model and the gun.

## MULTIPLE FAULTS

7. Scrutinizing defendant's response without the models raises the following specters of unuseability:

a. wrong period of record (POR)

b. no dredging deficit

c. Net longshore sand transport (LST) not gross.

d. failure to mitigate in kind (cobbles for sand).

e. failure to place sand consistently in time

f. failure to place sand naturally so waves wil distribute it downdrift to plaintiffs

g. no river based sediment supply

PUBLIC WEATHER WEBSITES

8. Consistent with the theme that the 5th Amendment depends on the weather, ie which way the wind blows, defendant's 'RESPONSE" offers faulty weather data from public information websites, not Nairn's or Baird's. For examples:

a. Page 5B NDBC Buoy 45007 site states that "Station 45007 has been recovered for the winter. When the redeployment date is known, it will be posted in the weekly maintenance report."

b. Page 5C. 1930 and 1948 bathymetry data sets. What about current bathymetry.

c. Page 5D. USGS Flow Data (1991-1995)(4 years). JR075 of Nairn's 2006 Report tout's better data than 1997 COSMOS which only covered 1956-1987. Nairn's wave data was expanded in 2006 to the period of record (POR) 1956-2000(44 yrs). 4 years of river flow data does not compute compatibly with 44 years of wave data. In fact it is nonsensical.

CONCLUSION

9. While each exchange with defendant gives a small peek into the recesses of Nairn's chimerical modeling, defendant has always known what is necessary to comply with Rule 26(a)(2)(B)'s demand for a complete basis for expert opinions.

10. Sanctions are in order to discourage such unseemingly conduct.

THE REPORT SHOULD BE STRUCK

11. Under Daubert, Kumho and Rule 702 it is also unacceptable for reliability and relevancce previously stated.

Respectfully submitted,

Dated: January 18, 2007

s/John B. Ehret

Plaintiffs' Attorney
20860 Greenwood Drive
Olympia Fields, IL 60461
P. 708-748-8975
F. 708-748-8975
Email: jbehret@covad.net

CERTIFICATE OF SERVICE

I, the attorney, John B. Ehret, do hereby certify that on the 18th day of January 2007 I did serve a copy of the aforegoing PLAINTIFFS' RESPONSE TO DEFENDANT'S JANUARY 16TH, 2007 FILING by FAX on the below listed attorneys of record:

Terry M. Petrie
U. S. Dept. of Justice, ENRD
1961 Stout Street 8th Floor
Denver, CO 80294
P. 303-844-1369
F. 303-844-1350
Email: Terry Petrie@usdoj.gov

Drew W. Marrocco
SONNENSCHEIN, NATH & ROSENTHAL
1301 K Street N.W.
Suite 600, East Tower
Washington, D.C. 20005
P. 202-408-6387
F. 202-408-6399
Email:dmarrocco@sonnenschein.com

Eugene J. Frett
SPERLING & SLATER
55 W. Monroe St.
Suite 3200
Chicago, IL 60603
P. 312-641-3200
F. 312-641-6492

John B. Ehret
Attorney for Plaintiffs
20860 Greenwood Drive
Olympia Fields, IL 60461
P. 708-748-8975
F. 708-748-7661

Date: January 18, 2007