IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOHN H. and MARY E. BANKS, )
ERROL L. and SUSAN H. )
STONE, as Trustees of the )
SUSAN H. STONE TRUST, et )
al., ) No. 99-4451
Plaintiffs, ) Consolidated with
vs. ) No. 04-277L
UNITED STATES OF AMERICA, )
Defendant. )

The deposition of MICHAEL J. CHRZASTOWSKI, Ph.D., called for examination, taken pursuant to the Rules of the United States Court of Federal Claims pertaining to the taking of depositions, taken before JULIE A. CONROY, CSR No. 84-2251, a Notary Public within and for the County of DuPage, State of Illinois, and a Certified Shorthand Reporter of said state, at Suite 1000, 155 West Wacker Drive, Chicago, Illinois, on the 11th day of July, A.D. 2006, commencing at 9:58 a.m.

PRESENT:

MR. JOHN B. EHRET,
Attorney at Law,
(5986 Dunham Avenue,
Stevensville, Michigan 49127,
269-465-5857),
appeared on behalf of Plaintiffs
John H. and Mary E. Banks;

SONNENSCHEIN, NATH & ROSENTHAL,
(1301 K Street, N.W.,
Washington, D.C. 20005,
202-408-6387), by:
MR. DREW W. MARROCCO,
dmarrocco@sonnenschein.com,
appeared telephonically on behalf of
Plaintiffs Errol L. and Susan H. Stone,
as Trustees of the Susan H. Stone Trust;



PRESENT: (Continued)

UNITED STATES DEPARTMENT OF JUSTICE,
ENVIRONMENT & NATURAL RESOURCES DIVISION,
GENERAL LITIGATION SECTION,
(1961 Stout Street, 8th Floor,
Denver, Colorado 80294,
303-844-1369), by:
MR. TERRY M. PETRIE,
Terry.Petrie@USDOJ.GOV,

-and-

UNITED STATES DEPARTMENT OF JUSTICE,
ENVIRONMENT & NATURAL RESOURCES DIVISION,
(601 D Street, N.W., Third Floor,
Washington, D.C. 20004,
202-514-4353), by:
MR. BENJAMIN H. LONGSTRETH,
-and-



PRESENT: (Continued)

U.S. ARMY CORPS OF ENGINEERS,
(477 Michigan Avenue, Room 659,
Detroit, Michigan 48231-1027,
313-226-2215), by:
MR. GARY W. SEGREST,
Assistant District Counsel,
Detroit District,
appeared on behalf of the Defendant.

ALSO PRESENT:
DR. ROBERT B. NAIRN,
Baird & Associates;

JAMES P. SELEGEAN, P.E., Ph.D.,
U.S. Army Corps of Engineers;

DR. GRAHAME J. LARSON,
Department of Geological Sciences,
Michigan State University.

REPORTED BY: JULIE A. CONROY, CSR, RPR,
CSR No. 84-2251



MR. LONGSTRETH: I guess the first question I might have is just whether you have been deposed before.

(WHEREUPON, discussion was had off the record.)

(WHEREUPON, the witness was duly sworn.)

MICHAEL J. CHRZASTOWSKI, Ph.D.,
called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. LONGSTRETH:

Q. So have you been deposed before, Dr. Chrzastowski?

A. No.

Q. No. So I will just go through a couple procedures. And the one is if at any point you want to take a break or anything, you should feel free to do so. And I think if we -- if I just asked a question, if we can get through whatever question just so we all stay on track.

I will try to make my questions as clear as possible, but if there's any ambiguity that you see in the question that I'm asking and you have





Exhibit 1

Page 6

trouble understanding it, just let me know and we can -- clarity is more important than answering if there's some uncertainty and I'll try to rephrase it. Because it all needs to go down on the transcript, we need verbal responses. So, you know, nodding one's head doesn't -- won't get us there.
MR. PETRIE: Can we go off the record for one second?
(WHEREUPON, discussion was had off the record.)
MR. PETRIE: If we can go back on the record then. Thank you.
BY MR. LONGSTRETH:
Q. So I have a bunch of questions, just sort of general background before we get into the details of your report and the other reports.
The first is whether you did anything to prepare for the deposition.
A. Re-reading all the background material.
Q. Okay. And which background material?
A. My report, plus reports that are referenced in my report.
Q. And did you talk with anyone about --

Page 7

A. No.
Q. -- the deposition?
A. No.
MR. EHRET: I'm going to object to your -- with the exception, of course, of his attorney, which is privileged.
MR. LONGSTRETH: Okay.
BY MR. LONGSTRETH:
Q. Well, did you read the government's expert reports when you were preparing for the deposition?
MR. EHRET: Objection. Which government's experts?
MR. LONGSTRETH: We're talking about the most recent report by Dr. Nairn and Dr. Larson which were presented through the expert report disclosure process.
BY THE WITNESS:
A. Yes.
MR. EHRET: Do you mean supplemental reports or the main reports or both?
MR. LONGSTRETH: Well, I would prefer both, yeah.
MR. EHRET: Thank you.

Page 8

BY THE WITNESS:
A. Yes.
BY MR. LONGSTRETH:
Q. So you've read all the reports?
A. Yes.
Q. Okay. Terrific. So if we --
MR. LONGSTRETH: I'll just go off the record for one instant.
(WHEREUPON, discussion was had off the record.)
MR. EHRET: Would you like to go back to the record?
MR. LONGSTRETH: I would like to return to the record.
BY MR. LONGSTRETH:
Q. So your report indicates that you're a coastal geologist. And I wondered if you could explain what a coastal geologist is. What's the sort of range of your professional work and expertise?
A. A coastal geologist is a person trained in geology, specifically focusing on geologic processes along coastlines. Other names for that type of work are geological oceanography and

Page 9

coastal geomorphology.
Q. Would you -- I'm curious. How would you distinguish coastal engineering from coastal geology?
A. Coastal geology is dealing with the earth and materials along the coast, and coastal engineering is dealing with the structures that are built along the coast.
Q. And how long have you been a coastal geologist?
A. Oh, my, since 19- -- I received my bachelor's degree in oceanography and geology in 1974.
Q. And are there certifications that a coastal geologist can obtain?
A. Usually it's academic training. My training is through the Ph.D. level. And, also, I'm a licensed geologist in the State of Illinois and the State of Washington.
Q. And when did you obtain those licenses?
A. Exact years, I don't know. Within the last ten years -- the last 15 years.
Q. And could you just describe a bit the scope of what you've performed over your career,





Exhibit 1