# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L
(E-Filed: January 19, 2007)

| | | |
|---|---|---|
| JOHN H. BANKS, ET AL., | ) | |
| Plaintiffs, | ) | 99-4451 L |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| STONE, ERROL L. and SUSAN H. As Trustees of the Susan H. Stone Trust, | ) | |
| Plaintiffs, | ) | 04-277 L |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust, | ) | |
| Plaintiff, | ) | 05-1353 L |

| | |
|---|---|
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _________________________________ | ) |

ORDER

Further to the telephonic status conference held with the parties on January 19, 2007, the court orders the following pretrial schedule:

1. Meeting of Counsel. The parties shall meet to satisfy the requirements of RCFC Appendix A ¶ 13, including the exchange of exhibit and witness lists, on or before Wednesday, March 14, 2007.

2. Memorandum of Contentions of Fact and Law. In accordance with RCFC Appendix A ¶ 14, plaintiffs shall file their Memorandum of Contentions of Fact and Law (Memorandum) on or before Wednesday, April 4, 2007. Defendant shall file its responsive Memorandum on or before Wednesday, April 25, 2007. Each Memorandum shall be accompanied by witness lists and exhibit lists and any motions contemplated by Appendix A ¶¶ 14, 15 and 16. Any objection to a witness or exhibit not made in the Memorandum or a separate motion filed on the same date shall, if the objection is of a type that could reasonably have been identified at the time of such filing, be deemed waived absent a showing of a compelling reason for the failure. Defendant shall file its responses to any motions filed by plaintiffs on or before Wednesday, April 18, 2007. Plaintiffs shall file their responses to any motions filed by defendant on or before Wednesday, May 9, 2007.

3. Pretrial Conference. The pretrial conference will be held on Wednesday, May 16, 2007 at the National Courts Building, 717 Madison Place, N.W., Washington, DC 20005. The parties shall bring to the pretrial conference at least three copies of any exhibit as to which an objection remains outstanding. The parties shall prepare and deliver at the pretrial conference a joint preliminary trial schedule or, if they cannot agree, separate trial schedules, using the template attached.

4. Trial. Trial to be held Monday, June 4, 2007 through Friday, June 8, 2007. If necessary, the trial will extend through the following week and be completed on or before

Friday, June 15, 2007. Trial will begin at 9:00 a.m. on each day. Trial will be held at a location to be determined near St. Joseph, Michigan.

In order to assist the parties in their designation of trial witnesses and their planning for the presentation of evidence at trial, the parties are advised that the court expects documentary evidence to be presented through and explained to the court by expert and/or percipient witnesses. Accordingly, the court will include the following in its pretrial order: "Any exhibit and/or any portion of an exhibit the import of which with respect to one or more issues in the case is not specifically pointed out by a witness at trial may be disregarded by the court in its determination of the case. 'Specifically pointed out' means specific mention, with reference to an exhibit number, and to one or more specific page numbers within, or otherwise identifiable portion of, the exhibit, together with an indication of how the evidence supports or disproves a fact in issue. 'Specifically pointed out' shall not include mention for the first time in post-trial briefing."

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

Banks, et. al. v. The United States (99-4451)
Trial Dates: June 4, 2007 - June 15, 2007
Location to be Determined

| Time | Sun. 6/03 | Monday 6/04 | Tuesday 6/05 | Wednesday 6/06 | Thursday 6/07 | Friday 6/08 | Sat. 6/09 |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |

Banks, et. al. v. The United States (99-4451)
Trial Dates: June 4, 2007 - June 15, 2007
Location to be Determined

| Time | Sun. 6/10 | Monday 6/11 | Tuesday 6/12 | Wednesday 6/13 | Thursday 6/14 | Friday 6/15 | Sat. 6/16 |
|---|---|---|---|---|---|---|---|
| 9:00 | | | | | | | |
| 9:30 | | | | | | | |
| 10:00 | | | | | | | |
| 10:30 | | | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | | | | | | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |