**PLAINTIFFS FOR WHOM DEFENDANT MOVES TO DISMISS**

| NAME OF PLAINTIFF | DOCKET NO. |
|---|---|
| Anderson, et al. | No. 00-388 L |
| Bodnar, et al. | No. 05-1381 L |
| Bunker | No. 00-381 L |
| Chapman, et al. | No. 00-380 L |
| Concklin | No. 00-384 L |
| Country Day, L.L.C. | No. 00-392 L |
| Cosgrove, et al. | No. 00-391 L |
| Del Mariani, et al. | No. 00-386 L |
| Kane, et al. | No. 99-4456 L |
| Lahr, et al. | No. 99-4457 L |
| Marzke, et al. | No. 00-382 L |
| Miller, et al. | No. 00-390 L |
| Morvis | No. 00-389 L |
| Okonski, et al. | No. 06-72 L |
| Renner | No. 99-44511 L |
| Smith | No. 00-393 L |
| Wilschke, et al. | No. 00-395 L |

EXHIBIT 1