IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOHN H. and MARY E. BANKS, )
et al., )
Plaintiffs, )
vs. ) No. 99-4451 L
UNITED STATES OF AMERICA, )
Defendant. )
STONE, ERROL L. & SUSAN H. )
In their own right and as )
Trustees of the Susan H. )
Stone Trust and the Errol )
L. Stone Trust, )
Plaintiffs, )
vs. ) No. 04-277 L
UNITED STATES OF AMERICA, )
Defendant. )

The deposition of JANICE ANDERSON, called for examination, taken before LISA O'BRIEN ZURAWSKI, CSR No. 84-3822, a Notary Public within and for the County of DuPage, State of Illinois, and a Certified Shorthand Reporter of said state, at Suite 1000, 155 North Wacker Drive, Chicago, Illinois, on the 3rd day of May, A.D. 2006, at 9:45 a.m.

ORIGINAL

Q. Do you have any kind of understanding about whether or not the Corps of Engineers ever undertook any kind of efforts to improve the -- what was happening out there along the shoreline; any kind of efforts by them to provide additional sand to the beaches or to the shoreline to somehow improve the overall erosion issue there?

A. I always felt that we were alone in that; that no one -- I mean, this isn't like Katrina, or anything, but that it was just our tough luck. This is what happened. We have no sand. Forget it. Move on. Either, you know -- there's no beach, so that's life.

Q. So do I --

A. I don't think -- to answer the question, I will say no, they didn't help us. We didn't seek help, and they didn't help us.

Q. Okay. "Us" being not --

A. My husband and I.

Q. Okay. Apart from you and your husband, do you have any awareness of whether or not they had any other kind of efforts for the general good of the shoreline itself, and not specifically you and your husband, per se?

10:20:14 A. No. And I would say because I am a
10:20:17 summer person, I don't follow their local news.
10:20:23 Q. Okay.
10:20:32 MR. PETRIE: I would like to take a break.
10:20:34 THE WITNESS: Okay.
10:26:15 (WHEREUPON, a recess was had.)
BY MR. PETRIE:
10:26:17 Q. Ms. Anderson, I wanted to revisit your
10:26:25 efforts to remember when this big storm occurred
10:26:27 where you lost everything; the storm that preceded
10:26:30 the building of the second seawall, okay.
10:26:34 And I fully appreciate difficulties in
10:26:38 looking back a number of years and trying to place
10:26:42 roughly when something happened. Let me give you an
10:26:49 example of how Petrie tries to remember things, to
10:26:52 see if my methodology has any application in your
10:26:56 life, to assist you in remembering when this storm
10:26:59 happened.
10:27:00 I spent 20 years in the air force after I
10:27:03 graduated from the Air Force Academy, and my wife --
10:27:08 I noticed some of the things that you were able to
10:27:11 remember were associated with the kinds of things my
10:27:13 wife remembers things by; same sort of things in
10:27:16 life -- in a married life. But my ability to