IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOHN H. and MARY E. BANKS, et al.,

Plaintiffs,

vs.

THE UNITED STATES OF AMERICA,

Defendant.

No. 99-4451 L
Judge Emily C. Hewitt

ORIGINAL

STONE, ERROL L. & SUSAN H, In their own right and as Trustee of the Susan H. Stone Trust and the Errol L. Stone Trust,

Plaintiffs,

vs.

THE UNITED STATES OF AMERICA,

Defendant.

No. 04-277 L
Judge Emily C. Hewitt

EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and

DONNA P. FRETT,

Plaintiffs,

vs.

THE UNITED STATES OF AMERICA,

Defendant.

No. 05-1353 L
Judge Emily C. Hewitt

DEPOSITION OF FRANK BUNKER, M.D.



EXHIBIT 3

Q Okay. So the beach you have today extends further --
A Correct.
Q -- towards the lake than what you had in 1983?
A Correct.
Q Okay. And how about the bluff that you have today, where is the location of it, is what I'm now trying to ask.
A The bluff is now -- the sea wall is the bluff.
Q Okay. Okay. I understand that. Sir, let me change gears here for a second and ask you about your knowledge or your understanding about any kind of program or effort by the Army Corps of Engineers to address erosion problems south of the St. Joe harbor there along the shoreline of Lake Michigan.
Are you aware of any kind of program or efforts that the Corps has undertaken over the years?
A Not in the last ten years.
Q I'm sorry. Repeat your answer.
A Not in the last ten years or more.
Q Okay. That response suggests to me that you had some kind of awareness of an effort by them before the last ten years or so?
A Correct.
Q Can you tell me what your understanding was about efforts before the last ten years or so?
A Well, those years deal primarily with the mid-'80s when

everyone was concerned, every person that owned lakeside property were very concerned about the erosion and the lake levels and the St. Joe pier. But as the lake started coming down and the erosion, at least where I live, had ceased and we began to seeing some areas, the beaches again.

Q Let me focus, draw your attention, sir, to before the last ten years or so.

MR. EHRET: Terry, can I interrupt you again?

MR. PETRIE: Sure may, John.

MR. EHRET: I'm thinking that Dr. Bunker interprets your word programs to be presentations to the public.

MR. PETRIE: Okay.

MR. EHRET: Rather than what I believe you mean.

MR. PETRIE: I agree, John. Thank you. I appreciate yet again your efforts to keep this record clear when sometimes confusion might enter in because of the formulation of my question.

Q Let me try to ask it a little bit more -- or ask it slightly differently, Dr. Bunker.

A Okay.

Q And I appreciate your efforts here. The Army Corps of Engineers had a program for a number of years where they would provide nourishment to the shoreline, place sediment, sand, material, that sort of composition.

A I am aware of those.
Q Are you aware of those efforts?
A Somewhat. Just south of the piers I have noticed the beach in St. Joe.
Q Yes, sir.
A But I -- and I, from time to time, see articles in the papers saying what the Army Corps of Engineers is doing, but --
Q Yes, sir.
A I mean I also received, very rarely, but some letters from the Army Corps of Engineers as well as from other organizations that are concerned about erosion. And -- but I guess in the last 15 years or so I maybe have been complacent and safe because I have a, what I think is a good protection now.
Q Yes, sir.
A And a lot of beach in front. So --
Q Yes, sir. Did you have any understanding or belief that those kinds of efforts by the Corps would benefit your property?
A No, I did not.
Q So then when you decided to bring the lawsuit, did you hold off in bringing the lawsuit because of the Corps' efforts, those kinds of efforts by the Corps?
A No, I don't think so.