IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOHN H. and MARY E. BANKS, )
ERROL L. and SUSAN H. STONE, )
as Trustees of the SUSAN H. )
STONE TRUST, et al., ) No. 99-4451
Plaintiffs, ) Consolidated with
-vs- ) No. 04-277L
UNITED STATES OF AMERICA, )
Defendant. )

The deposition of J. THOMAS CONCKLIN, called for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before SUSAN K. TODAY, a Notary Public within and for the County of DuPage, State of Illinois, and a Certified Shorthand Reporter of said state, C.S.R. No. 84-2212, at Suite 1000, 155 North Wacker Drive, Chicago, Illinois, on the 1st day of March, A.D. 2006, at 1:00 p.m.

ORIGINAL



EXHIBIT 5

your concerns about erosion with the Corps, anybody at the Corps?

A. No.

Q. Did you contact anybody to express your concerns about this, by way of example be it a congressman or a city council? Did you ever approach anybody about the issue?

I am talking -- so that I am more clear, I am talking outside the notion of these kind of discussions among neighbors.

A. Just the DEQ when applying for the permit as a result of this erosion.

Q. I think you mentioned, did you not, that there was some form of protection installed on the property before you acquired it in '87? Did I understand that correctly?

A. There was an existing sand-saver out on the beach.

Q. Do you know whether or not the Corps of Engineers attempted to address the problem of erosion south of the St. Joe Harbor?

A. No.

Q. You mentioned the beach nourishment efforts by the Corps on the east coast of the United

States where you grew up.

Are you aware of whether or not the Corps of Engineers ever attempted something like that south of St. Joe Harbor?

A. No.

MR. EHRET: Objection. Something like what?

MR. PETRIE: I beg your pardon?

MR. EHRET: Something like what?

MR. PETRIE: Something like what he saw on the east coast of the United States. Beach nourishment program.

BY MR. PETRIE:

Q. Okay. So just so I am clear, you are not aware then again -- and I realize I am asking the question a second time. You are not aware then of any efforts by the Corps to address the erosion south of the St. Joseph Harbor?

A. No.

MR. PETRIE: If we may, I would like to take a break and just go off the record.

(WHEREUPON, discussion was had off the record.)

BY MR. PETRIE:

Q. Mr. Concklin, I think in your course of