IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOHN H. and MARY E. BANKS, et al.,

Plaintiffs

vs. No. 99-4451 L

THE UNITED STATES OF AMERICA,

Defendant

TRUE COPY

---

STONE, ERROL L. & SUSAN H.,
In their own right and as Trustees
of the Susan H. Stone Trust and the
Errol L. Stone Trust

Plaintiffs No. 04-277 L

vs.

THE UNITED STATES OF AMERICA

Defendant

---

EUGENE J. FRETT, Individually and
as trustee of the Victor J. Horvath
and Frances B. Horvath Trust, and

DONNA P. FRETT

Plaintiffs No. 05-1353L

vs.

THE UNITED STATES

Defendant

\- - - - - - -

The deposition of CAROL SCALLAN, taken before Barbara J. Enneking, CVR, Court Reporter and Notary Public, on the 16th day of May, 2006, at the offices of Verbatim Reporting, 4555 Lake Forest Drive, Suite 650, Cincinnati, Ohio, 45242, beginning at the hour of 9:00 a.m., said deposition to be used as evidence in the above-entitled cause of action.



EXHIBIT 6

Q Okay. Did you have any understanding whether or not those efforts that you've just now described for us, the nourishment of this beach, the public beach south of the St. Joseph Harbor, whether or not there was to be any kind of gain or benefit to your property as a result of those efforts?

A No.

Q And I apologize for asking because it might leave you scratching your head and wondering why I'm asking the question, but I'm just trying to make sure I've got a clear understanding here. Prior to your bringing the lawsuit or Country, LLC bringing the lawsuit -- well, let me ask it this way.

Were you involved in the decision to bring the lawsuit?

A In terms -- can you clarify that? In terms of developing the lawsuit or just becoming a part of it?

Q Becoming a part of it?

A So your question is what?

Q Were you involved in making the decision?

A Yes.

Q To bring the lawsuit?

A Yes.

A It might have -- no. Not in the '60s. It may have been the '70s. It was at a time when people were trying to decide what to do, if they were going to do a seawall, a concrete wall, actually a steel girder seawall, and that was probably in the 70's at some point. That's my best guess.

Q I appreciate that. Thank you. Did you ever hear of any kind of efforts by the Corps to provide sediment or nourishment to the beaches themselves?

A I can only answer that in terms, I think I am correct in saying that the St. Joe beach south of the pier, the public beach, was re-nourished at some point. I do not know by whom and I'm not sure if that's even accurate that it was re-nourished.

Q This recollection that you have in that regard, is that a recollection or an understanding that you had contemporaneous way back at that point in time?

A No. That would have been much more recently, like late '80s, '90s.

Q And that's your recollection as to when that information was brought to your attention as well?

A That's my best guess, and as I say, I'm not even sure if that is accurate. I'm not even sure if it's accurate information.