IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOHN H. and MARY E. BANKS, et al., ORIGINAL

Plaintiffs,

vs.

No. 99-4451 L

THE UNITED STATES,

Defendant,

_______________________________________/

STONE, ERROL L. and SUSAN H.,

As Trustees of the Susan H. Stone Trust,

Plaintiffs,

vs.

No. 04-277 L

THE UNITED STATES,

Defendant,

_______________________________________/

PAGES 1 TO 45

The Deposition of MARILYN J. CUNAT,

Taken at 100 Main Street (Clarion Hotel),

St. Joseph, Michigan,

Commencing at 11:47 a.m.,

Friday, March 17, 2006,

Before Dale E. Rose, CSR-0087.



EXHIBIT 7

through that exercise, no easy feat.

Can you tell me whether or not you have had any understanding over the years about whether or not the Corps of Engineers have undertaken any efforts to address the erosion south of the St. Joseph Harbor along the shoreline?

A. I don't know.

Q. Have you ever heard your parents discuss any kind of efforts along those lines by the Corps?

A. I don't believe so.

Q. How about neighbors or people that live there in the community adjacent or the surrounding vicinity to your property, do you recall any of them ever having any kind of conversations to that effect?

A. I probably wouldn't have been involved in any conversations if they had them with my parents or anything.

Q. I appreciate your bearing with me because I know your first response basically rules out any source of information, but just in case I might jog your memory, how about any kind of newspaper articles, do you recall any newspaper articles talking about efforts by the Corps to address erosion?

A. No.

Q. I wanted to swing back briefly on a couple

of areas and it shouldn't take long, I hope, just to close the loop on an item or two.

Earlier, ma'am, you mentioned as part of your preparation you happened to come across some articles on the web from the Berrien County newspapers?

A. Yes.

Q. And you described at least one of those articles discussing condominiums had been taken out by a storm?

A. Or the threat of.

Q. Or a threat of. Do you recall approximately when, what point in time those articles were published?

A. I believe they were recent in the 2000s.

Q. Sometime after -- 2000 or subsequent?

A. Yes.

Q. And then the other item I was going to ask you about was we've discussed a little bit about the idea of shore protection, seawalls and so forth associated with your property. You mentioned sandbags.

I was going to ask you more generally, growing up and spending summers there at the property then owned by your grandparents did you