IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOHN H. and MARY E. BANKS, et al.,

Plaintiffs,

vs. Civil Action

No. 99-4451 L

Emily C. Hewitt

UNITED STATES OF AMERICA,

Defendant,

and

ERROL L. & SUSAN H. STONE,

as Trustees of the Susan H. Stone Trust,

Plaintiffs,

vs. Civil Action

No. 04-277L (Consolidated)

UNITED STATES OF AMERICA,

Defendant.

/

PAGE 1 TO 96

The Deposition of MARC DEL MARIANI,

Taken at 100 Main Street,

St. Joseph, Michigan,

Commencing at 1:23 p.m.,

Wednesday, March 15, 2006,

Before Lori S. Johns, CSR 1097

Condensed Copy



EXHIBIT 8

which was: Do you recall when the idea the piers in St. Joseph harbor, you just kinda sparked the question when you said that this period of time, '90 to '96, was a major period of time for people's concerns and so forth. And with people's major concerns often comes, I would think, voicing of ideas.
A. Yeah. But I'd be --
Q. Would you place it in that period of time?
A. I'd be, you know, again, I don't know. It strikes me that when I heard it, it was like, Marc, where have you been, that was done a long time ago kind of comment to me. So to time when I learned it, I don't think, even though I can't do that, wouldn't tell me when it actually happened, so I don't, you know, I may have heard it in the '90s when this other stuff was, you know, I probably had more conversations between '90 and '96 because that's where I got hit real hard, so I was probably asking more people. I'm sure others got hit hard during those years, so it was probably more discussion.
That's when the township had the meetings about building something. So it was, the issue was on the floor, so I'm sure I had more conversations. Now, whether that was when I had that conversation, I don't know.



Q. You don't know?
A. No. And I didn't bother to research it, either, obviously, because I'd know something here. I mean, I didn't go on line or say I'm going to write to the coalition and find out what they know about the closing of the pier, call the Corps, call them up or what. It just struck me that didn't you realize they've closed off those piers and that's affecting you was the conversation, and I'm like, oh, duh. So I was out of the loop. So, don't know more.
Q. Any other awareness of efforts by the Corps to address erosion problems for the property owners such as yourself south?
A. Well, I guess heard vaguely somebody mentioned that they were taking, they were taking dredgings out of the river and taking them out and dropping them in the lake with hopes of building beach, building sandbars, something like that. That's about the only other, but I thought they always did that anyway. I mean, where else would they take the dredgings. I mean, I know they were using them to build beach, but.
Q. Do you recall roughly when it was that you vaguely remember hearing this idea of them taking dredgings? And this is --



A. Out into the lake.
Q. And this is separate from what you were describing in the early '70s, I gather. Is this a separate episode of hearing the idea of the Corps taking dredgings and placing them?
A. Taking dredgings was much later.
Q. Okay.
A. I think much later that I heard.
Q. Can you give some sense --
A. Well, I mean, I thought they always did it, but then somebody clarified, oh, the reason they do that is to help the beaches and build, and I said, well, aren't they still doing the beach, building the beach with the sand from that, and, well, no. They take some out into the lake and they dump it, and that's also intended to, so where in the context that occurred. But when you asked if I had any other, those are the only three possible things I ever heard the Corps of Engineers did pro or con toward beach erosion. One was the beach building project, the con would have been, was perceived by many and myself of closing the piers, and the other one was dredging, and putting the dredgings out into the lake, but again, that didn't surprise me because I thought that's always what they thought with dredgings. You wouldn't



drop them in the river, I wouldn't think so.
Q. When you say pro-con, the three different things that you described?
A. Yeah.
Q. Can you characterize, vis-a-vis beach building, pros and con, how from your vantage point did you view each of those?
A. Well, I thought the beach building was foolish, just because of my observations of what happens south of any obstruction, you know. It's going to take it right back out again. You have to either get rid of that obstruction that's sticking out or you have to put so darn much stuff here and just count on you're going to lose half of it every year and you're going to have to rebuild it every year, and I think they did wind up rebuilding it every year, which made me wonder, well, is this just a continual effort to maintain or are they thinking at some point this is going to be the cure all, because it just made me wonder how many years can they do this. And why are they doing this for just 20 people when all the way down the beach there were people that were losing beaches and had their houses at risk. Mine was far enough back, I wasn't at risk, but, you know, here, Surfside, the condos next to me, their pool was on the

edge. Nobody was coming to them and putting sand in to protect them.
Q. Did I understand fairly or accurately your earlier testimony that you did not view the beach building project as something that was, in some manner, meaningfully addressing the erosion on your property?
A. No. Yes, you did, because my thought at that, you know, my thought was in their foolhardiness, maybe I would gain a little bit by only my theory that it's going to gouge it out there and it's going to dump it somewhere, but then I also put that in perspective and said there's five miles of beach between me and there, how much of this might I get, and then I came to my, you know, senses and said if it added one inch, it would be a lot, you know, that far away. But again I thought, you know, then what would you do that, you know, how many years are they going to do this, and it's foolish anyway, because I think I'm still in the area, if I had to speculate a theory, that that pier is affecting beaches all the way down probably to Michigan City, so if it's doing that, okay, and you pile some sand here and that sand moves down, that sand may stop in my place until the next winds, but eventually it's going to wind up down here.



And I would sense it's going to get dumped at the end of the lake, it's not going to settle in any one place here and stay there because the impact of this is going to, the gouging is going to continue to occur all the way down till the lake is no longer doing this (indicating), and that's where the sand gets dumped. For all I know, that's all the way over here on the other side of the lake.
Q. So in some, you didn't see the Corps', in some, you did not understand or view the Corps' beach building project as something that was providing relief to the erosion on your property was experiencing?
A. No.
Q. Is that right?
A. Right.
Q. You did not see it?
A. Did not.
Q. How about the dredging that you described that you were aware that the Corps was doing periodically in dumping sand, did you see that?
A. Out in the lake?
Q. Yeah. Did you see that as any kind of meaningful or assistance to the erosion you were experiencing?



A. No. 'Cause there was no, no, the one thing, there was no tangible cause-and-effect thing and I, I guess the gouging thing, I had some sense about how that worked. I did not have a sense of if you drop some sand here in the lake, where does that sand wind up. I knew that if you put something out in the lake, it takes it out from behind it. I don't know if you drop sand where that, what that does, so I had no theory or no --
Q. In your, as you know or obviously you don't know, you have to approximate, in the course of your decision-making process leading up to bringing suit, did either of those kind of efforts by the Corps affect your decision as to whether or not to bring suit?
A. No.
Q. It didn't have any effect --
A. No.
Q. -- to make you hold off from bringing the lawsuit?
A. No.
Q. Is that a no?
A. That's a no.
MR. PETRIE: Let's take a break.
(Recess had from 3:22 to 3:24 p.m.)



MR. PETRIE: Why don't we go back on the record. John, let's go back on the record.
BY MR. PETRIE:
Q. Mr. Del Mariani, I wanted to ask just a couple of follow-up areas. They both relate to the idea that the piers being flow through that you've described that you heard information about. And the first area or line of inquiry I wanted to ask about was: You've lived here for years and as a young man growing up here. Did you ever have opportunity or the occasion to actually walk down to the jetties and observe them as you were growing up?
A. Yeah, I walked on the piers a few times.
Q. And is that something --
A. Not often.
Q. I beg your pardon?
A. Not often, but I was on them a few times.
Q. During those occasions, did you ever notice or observe whether or not the piers, from your vantage point of looking at them, were flow through or not?
A. No. I never, some of the kids used to drive off the piers down there. I never found it to be safe, so I never did that. And I don't recall whether I noticed or when I might have noticed that they seemed to have at one point have been cement, the