IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOHN H. and MARY E. BANKS,
et al.,

Plaintiffs,

vs. No. 99-4451 L
Judge Emily C. Hewitt

THE UNITED STATES OF AMERICA,

Defendant.

CRIGINAL

STONE, ERROL L. & SUSAN H.,
In their own right and as
Trustees of the Susan H.
Stone Trust and the
Errol L. Stone Trust,

Plaintiffs,

vs. No. 04-277 L
Judge Emily C. Hewitt

THE UNITED STATES OF AMERICA,

Defendant.

EUGENE J. FRETT, Individually
and as trustee of the Victor
J. Horvath and Frances B.
Horvath Trust, and

DONNA P. FRETT,

Plaintiffs,

vs. No. 05-1353 L
Judge Emily C. Hewitt

THE UNITED STATES OF AMERICA,

Defendant.

DEPOSITION OF RICHARD MARZKE



EXHIBIT 11

information in the sense of perhaps approaching -- for example, approaching the Corps and inquiring of them about the idea that the jetties there at the St. Joseph harbor was causing problems for your property?
A No, I didn't. I just -- the reason why is because the information I was getting from other people experiencing the same thing is that it was falling on deaf ears. Whether that was right or wrong, I guess maybe I was taking their word for it.
Q Okay, sir, I understand that. My purpose today is not to take exception --
A No, and I don't mean to point fingers really, it's just -- because it's after the fact.
Q Sure. Sure. I understand that, sir. Sir, did you ever have -- well, let me ask it this way. Did you ever have awareness of any program or effort that the Corps of Engineers undertook to nourish the shoreline there south of the St. Joseph harbor?
A Yes. They did some dredging, and I think they pumped some stuff on the beach back when they could, when the environmentalists would let them.
Q Yes, sir. Did you have any understanding about whether or not that kind of effort would benefit your property?
A No, I was too far south, is what they told me.
Q Okay. Who is they?

A Going back to Speidel and Yerington and people that were doing the marine work for me.

Q Okay. Why did you decide to bring the lawsuit against the United States?

A Well, I've got a lot of expenses. I've had to move a house back. I've tore two houses down. I've put over $100,000 into sea walls. I've done a lot of that kind of stuff and I thought well, maybe there'd be some way where I might be able to recoup a little of that.

Q Yes, sir. And I'm -- by no means am I even beginning to remotely deprecate the expenses, and obviously the emotional that goes with what you and your wife experienced over the years there. And I understand that you've incurred a fair amount of expenses.

At what point in time would you have believed that you had incurred a fairly substantial amount of expenses, in the first place, even though, obviously, you had continued to incur expense after that point in time?

A I guess I don't understand your question. You mean what time did I get fed up with it?

Q Well, you may have had that sensation any number of times, for all I know. But, for example, and I'm just going to pluck out, numbers out of the air that may or may not bear any correlation to the reality, okay? If I spent a million dollars I'd say I've spent a heck of a lot of money. But I