DONALD MILLER

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOHN H. and MARY E.
BANKS, et al.,
Plaintiffs,
v.

THE UNITED STATES
OF AMERICA,
Defendant.
______________________________/

No. 99-4451 L
Judge Emily C. Hewitt

STONE, ERROL L. & SUSAN H.,
in their own right and
as Trustees of the Susan H.
Stone Trust and the Errol L.
Stone Trust,
Plaintiffs,
v.

THE UNITED STATES
OF AMERICA,
Defendant.
______________________________/

No. 04-277 L
Judge Emily C. Hewitt

EUGENE J. FRETT, Individually
and as trustee of the Victor
J. Horvath and Frances B.
Horvath Trust, and

DONNA P. FRETT,
Plaintiffs,
v.

THE UNITED STATES
OF AMERICA,
Defendant.
______________________________/

No. 05-1353 L
Judge Emily C. Hewitt

HOLDEN
REPORTING SERVICE, INC.
5100 Tamiami Trail N. #119
Newgate Center
Naples, Florida 34103

Tel: 239.571.2200 • Fax: 239.514.1956
www.holdenreporting.com
DEPONET
A Hobart West Company
We Connect Professionals

EXHIBIT 12

DEPOSITION OF DONALD MILLER

Upon oral examination, taken by counsel for the Defendant on April 25, 2006, commencing at 10:46 a.m., at 606 Bald Eagle Drive, 6th Floor, Marco Island, Florida, before Janice R. Maline, Court Reporter and Notary Public, State of Florida at Large.

APPEARANCES:

| | |
|---|---|
| For Donald Miller: (Telephonic) | JOHN B. EHRET, ESQUIRE<br>20860 Greenwood Drive<br>Olympia Fields, IL 60461<br>708.748.8975 |
| For Stone Plaintiffs: (Telephonic:) | DREW W. MARROCCO, ESQUIRE<br>Sonnenschein, Nash & Rosenthal<br>1301 K Street N.W.<br>East Tower, Suite 600<br>Washington, D.C. 20005<br>202.408.6387 |
| For Defendant: (Telephonic:) | TERRY M. PETRIC, ESQUIRE<br>United States Department of Justice, Environment & Natural Resources Division<br>1961 Stout Street, 8th Floor<br>Denver, CO 80294<br>303.844.1369 |

APPEARANCES CONTINUED:

For the Army Corps of Engineers: (Telephonic:)

GARY W. SEGREST, ESQUIRE
Assistant District Counsel
477 Michigan Avenue, Room 659
Detroit, MI 48231
313.226.2215

\- - -

I N D E X

| ATTORNEY | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| Mr. Petric: | 3 | | | |
| Mr. Ehret: | | 52 | | |

\- - -

E X H I B I T S

(None marked at this time.)

A I don't believe so.
Q Do you still have a copy of that survey?
A I'm not sure; 50 years ago, probably not.
Q I understand. Okay.
MR. EHRET: Can we take a break here?
MR. PETRIC: Yeah, let's go ahead and go off the record. Keep the lines open and go off the record.
(A discussion was held off the record.)
MR. PETRIC: Back on the record here. Thank you.

CONTINUED DIRECT EXAMINATION

BY MR. PETRIC:
Q Mr. Miller, have you ever had any kind of understanding about efforts by the Corps of Engineers to address the erosion problems that the shore south of St. Joseph Harbor, to include your property, experienced?
A No.
Q Sir, are you aware of any kind of program by the Corps of Engineers to provide additional sediment material, nourishment, to the shoreline south of St. Joseph Harbor?
A I am not.
MR. EHRET: Hello?

MR. PETRIC: I'm still here. Part of not being able to see each other, I'm sitting here pondering.

MR. EHRET: Okay.

CONTINUED DIRECT EXAMINATION

BY MR. PETRIC:

Q I'm trying to understand. Here's what I'm pondering, Mr. Miller, if I have understood the gist of your testimony correctly, and I don't want you to feel defensive about the question, even though it may sound that way, it's not my intention.

I understand that you lost a lot of property, you had an understanding that what was happening out there was not normal, and you had this awareness somewhere in the vicinity, I don't have the exact date in front of me, your testimony shows it, in the mid 80's, and I'm trying to understand what was behind your waiting a good 10, 15 years or so to bring the lawsuit? And again I don't ask that to challenge you, I'm trying to understand your thinking. Can you elaborate or explain that to me?

A I guess I can't. I was approached by Attorney Ehret and some other people that had property, and I guess that's my only comment.

Q Okay. Okay. And again not meant to