IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOHN H. and MARY E. BANKS, et al, )
Plaintiffs, )
)
vs. ) No. 99-4451 L
)
THE UNITED STATES OF AMERICA, )
Defendant. )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _)
STONE, ERROL L. & SUSAN H.., in )
their own right and as Trustee of )
SUSAN H. STONE TRUST and the )
ERROL L. STONE TRUST, )
Plaintiffs, )
vs. ) No. 04-277 L
) Judge Emily Hewitt
THE UNITED STATES OF AMERICA, )
Defendant. )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _)
EUGENE J. FRETT, Individually and )
as trustee of the Victor J. Horvath)
and Frances B. Horvath Trust, and )
DONNA P. FRETT, )
Plaintiffs, )
)
vs. ) No. 05-1353L
) Judge Emily Hewitt
THE UNITED STATES, )
Defendant. )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _)

The Deposition of:

LEONARD SMITH

Taken on Behalf of the Defendant
MAY 17, 2006

---

Reported by: MEMRA SURLES, CCR
Post Office Box 315
Summertown, TN 38483-0315
(931) 964-3306 / (31) 388-9888



EXHIBIT 15

Q. Yes, sir. Did you ever regain that foredune and the trees? Obviously, you wouldn't regain the trees once they were lost, but did you ever regain the foredune?
A. No, we didn't.
Q. Did you ever reach a point in time where you concluded that we're never going to regain that foredune?
A. I don't think I --
Q. Consciously, have you ever thought about that?
A. No, I don't think. It's gone; I never thought about it coming back, really.
Q. The pause that's occurring right now is just me taking a look through some of my notes. Let me change the line of questioning to another area, and that involves your understanding or knowledge about efforts by the United States or, more specifically, the U.S. Army Corps of Engineers to address or remedy problems of erosion south of the St. Joseph Harbor. Do you have any understanding or awareness of those kind of efforts by the Corps?
A. No, I don't either way, sorry to say.
Q. That's fine, sir. Let me ask it a little bit more specifically. Are you aware that the Corps of



Engineers had a program for a period of time in which they dumped sediment off the shore there close to the shoreline for the purpose of nourishing the shoreline? Do you have an awareness of that program?
A. I do have an awareness of that, but not -- my answer is, yes, I do.
Q. Can you tell me what your awareness of that program was?
A. I would see barges come and drop sand off. But to finish the question, and maybe it isn't going to help here, but it should, this would be in front of my house in Indiana, so I'm assuming they were doing the same thing in Michigan, although I didn't know about that.
Q. Sure; okay.
A. But I know they did it in Indiana, because I would see when they do dredging, they would bring the barges along the lake front and drop sand there once in a while. Actually, I don't know if that was the Army Corps of Engineers, but I remember them dredging out the harbor and then they would dump the sand on the lake. To be candid, I don't know that the Army Corps of Engineers did that, but I know it was being done.
Q. Do you have any awareness of whether or



not that kind of thing was being actually done there in the vicinity of your property south of the St. Joseph Harbor?
A. No, I don't.
Q. How about maybe not in the vicinity of your property itself, but between your property going north to the St. Joseph Harbor itself, are you aware of any kind of efforts to do that in that span of the shoreline?
A. No, I wasn't. But if they did, I'm happy.
Q. I appreciate that. I can appreciate that. So given your lack of awareness, then, about that kind of a program or the vicinity south of the St. Joseph Harbor to include your property, would it be correct for me to understand that the existence of that kind of a program, one which you did not have an awareness of, did not in some manner weigh in on when you decided to bring this lawsuit?
A. Read that back to me again.
Q. I beg your pardon?
A. I was asking her to read that back again.
Q. Sure. Or if you can or if you'd like, I'd be glad to restate it, because it was a fairly long question.



A. Oh, okay.
Q. Let me go ahead and try to restate it. Sir, you brought this lawsuit in 2000, and what I'm trying to get an idea of is, given the fact that you didn't have an awareness of an army program there south of the St. Joseph Harbor to nourish the beach, that did not, then, affect when you brought your lawsuit; is that right?
A. No, it didn't affect it. I didn't know about it, so the question -- no, I guess.
Q. So it's kind of hard for it to have an impact on when you decided to bring your lawsuit if you aren't aware of it?
A. Right; yes.
Q. Give me another moment here, sir. I want to check my notes.
(Short break.)
MR. PETRIE: Mr. Smith, I have no other questions for you at this point. Mr. Ehret?
MR. EHRET: I have a few.
* * * * *
EXAMINATION
BY MR. EHRET:
Q. When you used to walk as a young boy, you