IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOHN H. and MARY E. BANKS, et al.,

Plaintiffs,

vs. Civil Action

No. 99-4451 L

Emily C. Hewitt

UNITED STATES OF AMERICA,

Defendant,

and

ERROL L. & SUSAN H. STONE,

as Trustees of the Susan H. Stone Trust,

Plaintiffs,

vs. Civil Action

No. 04-277L (Consolidated)

UNITED STATES OF AMERICA,

Defendant.

/

PAGE 1 TO 47

The Deposition of ROGER WILSCHKE,

Taken at 100 Main Street,

St. Joseph, Michigan,

Commencing at 4:00 p.m.,

Wednesday, March 15, 2006,

Before Lori S. Johns, CSR 1097.

Condensed Copy



EXHIBIT 16

Q. Can you, so you're using the iron breakwater as a point of reference?
A. Yes.
Q. Does the location of the iron breakwater, in your mind, does that equate to the location of where the ordinary high water mark itself was --
A. No.
Q. -- at that time?
A. At one time, but that was before we moved in.
Q. Okay. Are you able, using it nonetheless as a reference, to give us some sense of where the ordinary high water mark was?
A. Yes.
Q. Vis-a-vis where that iron breakwater was located?
A. This was the iron breakwater.
Q. Okay. You're looking at a photo for me?
A. And this is the edge of the iron breakwater here (indicating).
Q. Yes, sir.
A. And we moved in, our beach went out approximately this close, and now.
Q. A little bit beyond the breakwater?
A. And now it's back here. That's how I use



that as a reference.
Q. And just so we're able to capture that, let's go ahead, if we could, and mark that as Exhibit 74. As I understand your description, correct me if I'm wrong, you're placing where you're property extended to a time you bought it as more lakeward?
A. Oh, yes.
Q. The lakeward side of that iron breakwater that we see in this picture?
A. Yeah.
Q. Is that right, sir?
A. Yes.
Q. Can you, if you recall, can you give us an estimate of how much further lakeward your property was located, the edge of it, at the time you bought it, vis-a-vis where we see this iron breakwater today?
A. Probably 30 or 40 feet. It was almost out there.
Q. And again, this is a photo that you took this last weekend?
A. Yes.
Q. Thank you.
MR. PETRIE: If we could, please, mark that as Exhibit 74.
DEPOSITION EXHIBIT 74



Photograph
WAS MARKED BY THE REPORTER
FOR IDENTIFICATION
BY MR. PETRIE:
Q. Sir, are you aware of any efforts by the Corps to address the erosion problems that various landowners, such as yourself, have experienced south of the St. Joe harbor?
A. Yes.
Q. Can you describe those for me, please?
A. We spoke earlier about them bringing barges of rocks over to fill holes in the lake, and I think at different times when they dredged the river, they tried to funnel the sand back into the Silver beach area.
Q. Any other efforts by the Corps that you are aware of?
A. Not in our area, no.
Q. I apologize again. I was going to ask you what time frame would you place the Corps bringing the barges over?
A. I think it was like six years ago, but I'm, I just don't remember.
Q. The location of where they were placing the rocks and so forth, about how far is that from your



property?
A. It was about four, maybe five properties north, and then maybe 200 feet out into the lake.
Q. Did you have any understanding, when they were doing this, as to whether or not that effort by the Corps in some manner was going to address or help the erosion that you were experiencing?
A. No, I had no idea.
Q. How about on the Corps' efforts when they dredged the river, over what period of time were those kind of efforts undertaken that you know about?
A. From time to time, Congressman Upton gets a project down here to open up the channels in the river so the ships can come in, and that's when they would try to put the sand around the pier down on the beach. In fact, they run them over the pier out to the beach.
Q. Do you have any understanding or knowledge about why the Corps dredges the harbor?
A. To deepen the channel so that the ships can come in.
Q. Do you have any understanding about whether or not that effort to dredge the channel and then to place the sand was intended to provide some kind of relief or address the erosion problems that property owners experienced?

A. I think that was secondary. The main concern was to open up the channel so that the, the rocks, and the different ships that come into the harbor here can get in.
Q. Do you have any understanding about whether or not that effort, as you put it, the secondary sort of purpose to address erosion, do you have any understanding whether, or belief, that that kind of effort in some manner was going to assist in addressing the erosion your property was experiencing?
A. No.
Q. Just so that I'm clear, no, you don't have any idea or no, it wasn't?
A. I don't think it was enough sand out of the river to come all the way down to my property, which is approximately seven miles south of St. Joe.
Q. Have you, at some point in time, up through the point in time that you filed the lawsuit, did you reach an understanding or belief that the Corps, at least in part, was responsible for the erosion your property was incurring?
A. I believe they were involved in it, yes.
Q. Can you give me some idea as to when you reached that conclusion in your own mind, approximately, what point in time are we talking



about?
A. Sometime before I filed the lawsuit.
Q. Okay. Are you able to peg it --
A. No.
Q. -- to any general point in time 1990, 1995? Hard to say on that?
A. Hard to say.
Q. Okay. The various efforts that you've described here that you had some understanding that the Corps was taking that in some manner was addressing erosion, the barging, the dredging of the river, did those efforts by the Corps in any manner delay you or keep you from bringing the lawsuit?
MR. EHRET: If you remember.
A. I don't -- say that, please.
BY MR. EHRET:
Q. Sure. In other words, at some point in time, you formed a belief that the Corps was a part or responsible of the, for the erosion your property was experiencing. What I'm trying to get a sense of is, in your mind, as you're thinking through whether or not to bring a lawsuit, whether or not these kind of efforts by the Corps had the effect of having you hold off from bringing a lawsuit?
A. No.



Q. And that's, if I understand your answers here correctly, is because, at least in your mind, those efforts were not going to address the erosion your property had experienced?
A. Right. They did not.
Q. What I'd like to do, sir, is take a break and my practice is when I get out of questions, I ask Mr. Segrest here if I've overlooked anything, and what I'd like to do is do precisely that, and if I have a few follow along ones, I might, and then John here will have an opportunity to ask you some follow on questions as well. Okay.
MR. PETRIE: If we may, let's take a break.
(Recess had from 4:57 to 5:02 p.m.)
MR. PETRIE: Let's go back on the record.
THE WITNESS: Yes.
BY MR. PETRIE:
Q. Sir, I had just one last thought I wanted to cover with you, make sure I am clear about your understanding about what was happening with your property. You've described for us, and I appreciate it, your effort to describe the various types of losses caused by erosion to your property, and what I



wanted to ask you in light of that was: Whether you had any sense that this was a temporary loss, these kind of losses that you were having, that over time, in some manner, the land, the shoreline would be restored, or were you of the understanding that as you'd go out there and you see the slippage and so forth, that this was permanent loss to your property?
A. It's a complex question.
Q. Yes.
A. Each time you see a loss like this, --
Q. Right.
A. -- you hope it's the last one.
Q. Yes.
A. I have a friend that lives down the lake, Bert Pearson. He also is an engineer, and he says that sand, at rest or repose, takes a 65-degree angle. So if you have erosion and it falls down and gets washed away and everything, finally when it reaches 65 degrees it will stop slipping. That would be the end of it, but it never ends.
What's happening is like if you have a pile of sand on your property, and a guy comes with a fire hose and starts hitting it, it keeps just washing away, and it's really not erosion. Erosion is a natural process that occurs over hundreds of years