# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L
(E-Filed: February 28, 2007)

JOHN H. BANKS, ET AL.,

Plaintiffs, — 99-4451 L

v.

THE UNITED STATES,

Defendant.

---

STONE, ERROL L. and SUSAN H.
As Trustees of the Susan H. Stone Trust,

Plaintiffs, — 04-277 L

v.

THE UNITED STATES,

Defendant.

---

EUGENE J. FRETT, Individually and
as Trustee of the Victor J. Horvath
and Frances B. Horvath Trust,

Plaintiff, — 05-1353 L

v. )
)
THE UNITED STATES, )
)
Defendant. )
)
________________________________ )

ORDER

Defendant has electronically filed its Motion to Partially Dismiss and Memorandum in Support Thereof (motion). Because the motion, including its eighteen exhibits, exceeds fifty pages, plaintiff shall, in accordance with United States Court of Federal Claims General Order No. 42A, Part I, ¶ 5, provide to chambers in paper form a courtesy copy of the document.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge