# Appendix

**U.S. Department of Justice**

Environment and Natural Resources Division

Terry *M. Petrie, Attorney*
*Denver Field Office*
***1961 Stout Street, 8th Floor***
***Denver, CO 80294***

*Telephone (303) 844-1369*
*Facsimile (303) 844-1350*

October 5, 2006

**BY FACSIMILE**

John Ehret, Esq.
5986 Dunham
Stevensville, MI 49127

RE: Banks, et al. v. United States, No. 99-4451 L; Stone, et al. v. United States, No. 04-277 L; Frett, et al. v. United States, No. 05-1351 L

Dear John:

On September 28, 2006, in response to your September 23, 2006 letter requesting that I provide you a copy of those page[s] from Appendix A to Dr. Nairn's May 2006 report that set forth the formulas he used in the COSMOS model to calculate the Long Shore Transport (LST) rate, I referred you to pages 32 through 37 of Appendix A. You responded by letter sent to me by facsimile the evening of October 2, 2006. This letter responds to your October 2 letter.

You comment about a number of items. I will attempt to address each of them.

1. First, you complain that you cannot determine what equations within pages 32 through 37 calculate the LST rate. As you put it, "[n]ot one equation solves for LST." Surely that cannot be surprising given the complexity of the variables that comprise that calculation. Someone familiar with the use and technique of modeling and the variables needed to calculate a LST rate would recognize, for example, the need to employ the algebraic concept of incorporating various of these primary equations and results into other equations set forth within pages 32 through 37 of Appendix A. Please advise if you need us to provide that assist.

2. Second, you describe what you declare are a number of "faults." With respect, we disagree and you are certainly able to pursue those perceptions at trial when Dr. Nairn testifies. I do note, for example, that you declare as one of the "faults" that "[g]rain size numerical quantities are not provided for." I refer you to paragraph 2d on page 4 of my letter to you dated September 22, 2006. There I inform you, among other things, about the availability of information regarding grain size.

3. You suggest an inconsistency in a passage of Dr. Nairn's Appendix A which mentions two stations and my statement of three stations as stated in my September 22, 2006 letter.

The two statements are not inconsistent. The reference to two stations in Dr. Nairn's Appendix A under the Baird Wave Hindcast discussion refers simply to the number of stations where the model was tested. For this project, as stated in paragraph a 2(b)(1) of my September 22 letter, Dr. Nairn applied the model to develop wave climates at three stations.

4. You also ask what is meant by a statement set forth in Dr. Nairn's Appendix A on page 66: " . . . there are several instances where a parameter has more than one definition or where a definition has more than one parameter." This statement refers to the use of many different u's and U's, all of which represent different measures of flow and grain velocity. However, when subscripts and modifying symbols are considered with each primary symbol (such as "u"), each term is uniquely defined. Also, as noted in Appendix A, all new parameters are defined immediately following each equation.

5. You state that you "can't use pages 32-37 of Nairns paper, much less relate COSMOS 1996 with Nairn 1992 or Nairn 1997." Initially, this statement prompts several observations. First, as you were previously informed in my September 22 letter, no COSMOS 1996 calculation of LST rate was ever performed. Second, similarly, no "Nairn 1992" calculation of LST rate exists for the St. Joseph Harbor area whether calculated by COSMOS or any other means. And, in response to the thrust of your comment, we can try to provide the assist that I mentioned above under point 1. Or, perhaps you could consider acquiring or retaining the assistance of someone else with the appropriate expertise to understand the equations we have provided.

In sum, we stand ready as I mentioned in my September 22 letter to produce the data described in that letter. I remind you again of Dr. Nairn's estimate that it would take two-three weeks to produce all of the data described in that letter.

Sincerely,

Terry M. Petrie

Terry M. Petrie
Trial Attorney

cc: Drew Marrocco
Dr. Nairn