# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L
(E-Filed: March 16, 2007)

| | | |
|---|---|---|
| JOHN H. BANKS, ET AL., | ) | |
| Plaintiffs, | ) | 99-4451 L |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| STONE, ERROL L. and SUSAN H. As Trustees of the Susan H. Stone Trust, | ) | |
| Plaintiffs, | ) | 04-277 L |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust, | ) | |
| Plaintiff, | ) | 05-1353 L |

)<br>
v. )<br>
)<br>
THE UNITED STATES, )<br>
)<br>
Defendant. )<br>
)<br>
_________________________________ )

EXHIBIT A

AFFIDAVIT OF CONFIDENTIALITY

STATE OF _________________________,

1. My name is ___________________________.

2. I live at ___________________________________________________________ _________________________________________________________________________.

I am serving as (counsel) (expert) (_________________) on behalf of (plaintiff)
(identify role)
(defendant) in the above-captioned proceeding.

2. I certify that I have fully read and completely understand the attached Protective Order entered on March 16, 2007 in the above-captioned proceeding. I undertake and agree to abide fully and completely by its terms.

3. I understand that, if I disclose any Protected Information or information derived from any Protected Information in violation of this Affidavit of Confidentiality, I may be subject to all applicable sanctions, including the penalties imposed by the court for contempt.

___________________________
AFFIANT

SWORN TO AND SUBSCRIBED BEFORE ME,
THIS _______________ DAY OF __________________, 2007.

__________________________________
NOTARY PUBLIC