# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L
(E-Filed: March 16, 2007)

JOHN H. BANKS, ET AL.,

Plaintiffs, 99-4451 L

v.

THE UNITED STATES,

Defendant.

STONE, ERROL L. and SUSAN H.
As Trustees of the Susan H. Stone Trust,

Plaintiffs, 04-277 L

v.

THE UNITED STATES,

Defendant.

EUGENE J. FRETT, Individually and
as Trustee of the Victor J. Horvath
and Frances B. Horvath Trust,

Plaintiff, 05-1353 L

| | |
|---|---|
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| ________________________________ | ) |

ORDER

Pursuant to a telephonic status conference held by the court on Friday, March 16, 2007, the parties shall, on or before Friday, March 30, 2007, advise each other in writing of any excerpts of particular documents that the parties intend to present as evidence at trial without presenting the documents in full. On or before Friday, April 13, 2007, the parties shall respond to each other, stating whether presenting the excerpt(s) only is agreeable, agreeable with additional portions of the document(s), or objectionable.

The parties shall also confer with each other to determine whether they will request that the court visit the site that is the subject of this case. On or before Friday, April 6, 2007, the parties shall file with the court a Joint Status Report regarding a site visit. The court suggests the afternoon of Sunday, June 3, 2007 for any such proposed visit.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge