# Appendix

# APPENDIX



| Exhibit | | Page |
|---|---|---|
| 1. | May 16, 2003 Mandate Ordered for issuance 5/23/03 | 2 |
| 2. | Nov. 3, 2003 Petition for Writ of Certiorari DENIED | 2 |
| 3.1 | June 1996 Report | 2 |
| 3.2 | July 1997 Report | 2 |
| 3.3 | 10/26/00 Deposition Exhibit of Schweiger | 2 |
| 4.0 | May 1973 Section 111 Detailed Project Report (DPR) | 4 |
| 4.1 | 1973 DPR Page 26 | 4 |
| 4.2 | 1973 DPR Page 55 | 4 |
| 4.3 | 1973 DPR Page 58 | 4 |
| 4.4 | 1973 DPR Page 59 | 4 |
| 5. | 1973 DPR DRAWING SHOWING ZONE OF INFLUENCE | 4,7 |
| 6.1 | June 1986 Interim Monitoring Report (IMR) for 1975-84 | 4 |
| 6.2 | June 1986 IMR Paragraph Wind Waves & Littoral Drift | 4,4 |
| 6.3 | June 1986 Potential Longshore Sediment Transport | 4 |
| 6.4 | June 1986 Monthly hindcast sediment transport | 4 |
| 7.1 | Jan. 26, 1988 Finding No Significant Impact | 5 |
| 7.2 | Jan. 26, 1988 Site Plan | 5 |
| 8.1 | June 21, 1994 Memorandum of Meeting at Shoreham Village | 5 |
| 8.2 | June 24, 1994 " " " " " " | 7,8 |
| 8.3 | June 24, 1994 " " " " " " | 5 |
| 9.1 | July 1997 Report Page 27 | 5 |
| 9.2 | July 1997 Report Page 79 | 6 |
| 9.3 | June 1996 Report Page 49 | 8 |
| 9.4 | July 1997 Report Page 84 | 9,9 |

| Exhibit | | Page |
|---|---|---|
| 9.5 | July 1997 Report Page 7 | 9 |
| 9.6 | July 1997 Report Page 6 | 9 |
| 9.7 | 3/12/91 Larry Parson Report Use sediment tracer so downdrift benefits can be evaluated | 9 |
| 10. | January 2000 FY 1999 Section 111 Annual Report Monitoring Pages 1 - 7. | 9 |
| 11. | September 2003 In the U. S. Supreme Court Petition for Writ of Certiorari, Cover and pages 19 and 20 | 10 |
| 12.1 12.2 | June 2, 2006 Transcript of Dr. James P. Selegean Dep. | 11,11 |
| 13.1 | May 28, 2003 Color photos of Dredging off south pier | 11 |
| 13.2 | May 28, 2003 Color photos of sand deposition at Larson | 11 |
| 13.3 | November 7, 2005 Color photos of Lions Park/Larson | 12 |
| 13.4 | May 5, 2005 Wayne Schloop - Dredging Ruined | 12 |
| 13.5 | January 1904 Aerial Photo St. Joseph Harbor Dredging Excerpt from Navigation Chart 14930 | 12 |
| 13.6 | Aerial Photo of sand diverted off south pier Terra Modus U. of Wisconsin - Madison 4-26-05 | 13 |
| 13.7 | 11-3-54 Corps Aerial Photo of Sand diverted off sout pier DETH&H 0357 | 13 |

[Filed: May 16, 2003]

ORDER

A combined petition for panel rehearing and for rehearing en banc having been filed by the APPELLEE, and a response thereto having been invited by the court and filed by the APPELLANTS and the petition for rehearing having been referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc and response having been referred to the circuit judges who are in regular active service,

UPON CONSIDERATION THEREOF, it is

ORDERED that the petition for panel rehearing be, and the same hereby is, DENIED and it is further

ORDERED that the petition for rehearing en banc be, and the same hereby is, DENIED.

The mandate of the court will issue on May 23, 2003.

Circuit Judge CLEVENGER would grant the petition to rehear en banc.

FOR THE COURT

/s/ JAN HORBALY
JAN HORBALY
Clerk

Dated: May 16, 2003

cc: John B. Ehret
Jeffrey Bossert Clark

Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public record.

EXHIBIT
tabbies
1

No. 03-402 Status: DECIDED

Title: United States, Petitioner
v.
John H. Banks, et al.

Docketed: September 16, 2003
Lower Ct: United States Court of Appeals for the Federal Circuit
Case Nos.: (01-5150 to 01-5185)
Decision Date: January 2, 2003
Rehearing Denied: May 16, 2003

| ~~~Date~~~ | ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~ |
|---|---|
| Aug 4 2003 | Application (03A100) to extend the time to file a petition for a writ of certiorari from August 14, 2003 to September 13, 2003, submitted to The Chief Justice. |
| Aug 5 2003 | Application (03A100) granted by The Chief Justice extending the time to file until September 13, 2003. |
| Aug 29 2003 | Application (03A100) to extend further the time from September 13, 2003 to September 28, 2003, submitted to The Chief Justice. |
| Sep 2 2003 | Application (03A100) denied by The Chief Justice. |
| Sep 15 2003 | Petition for writ of certiorari filed. (Response due October 16, 2003) |
| Sep 24 2003 | Waiver of right of respondents John H. Banks, et al. to respond filed. |
| Oct 8 2003 | DISTRIBUTED for Conference of October 31, 2003. |
| Nov 3 2003 | Petition DENIED. |

| ~~Name~~~~~~~~~~~~~~~~~~~~~ | ~~~~~~Address~~~~~~~~~~~~~~~~~~ | ~~Phone~~~ |
|---|---|---|
| **Attorneys for Petitioner:** | | |
| Theodore B. Olson | Solicitor General<br>United States Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Room 5614<br>Washington, DC 20530-0001 | |
| Party name: United States | | |
| **Attorneys for Respondent:** | | |
| John Broderick Ehret | 20860 Greenwood Drive<br>Olympia Fields, IL 60461 | (708) 748-8975 or<br>(269) 465-5857 |
| Party name: John H. Banks, et al. | | |

EXHIBIT 2

Technical Report CERC-96-10
June 1996

US Army Corps
of Engineers
Waterways Experiment
Station

# Geologic Effects on Behavior of Beach Fill and Shoreline Stability for Southeast Lake Michigan

*by Larry E. Parson, Andrew Morang, WES*
*Robert B. Nairn, Baird & Associates*

WES

Approved For Public Release; Distribution Is Unlimited

EXHIBIT
3.1

246

EXHIBIT
23

Prepared for Headquarters, U.S. Army Corps of Engineers

US Army Corps
of Engineers
Waterways Experiment
Station

Technical Report CHL-97-15
July 1997

# Effectiveness of Beach Nourishment on Cohesive Shores, St. Joseph, Lake Michigan

*by Robert B. Nairn, Peter Zuzek, Baird & Associates
Andrew Morang, Larry E. Parson, WES*

Approved For Public Release; Distribution Is Unlimited

EXHIBIT
tabbles
3.2



EXHIBIT
tabbles
24

# ANNUAL REPORT ON THE SECTION 111 BEACH NOURISHMENT MONITORING PROGRAM

FY-1999

January 2000

SCHWEIGER
EXHIBIT NO. 2
10/26/00 K

EXHIBIT
3.3

EXHIBIT
41

77

# SECTION 111 DETAILED PROJECT REPORT ON SHORE DAMAGE AT ST. JOSEPH HARBOR, MICHIGAN



U.S. ARMY ENGINEER DISTRICT, DETROIT
CORPS OF ENGINEERS
DETROIT, MICHIGAN
MAY 1973

EXHIBIT
4.0

GOV000897

quantities total on the order of between 100,000 and 110,000 cubic yards per year. Of the material eroded from the south St. Joseph and Shoreham Village areas over the period of record, probably no more than one-third of the material supplied by the bluffs and one-half of the material eroded from offshore areas has been suitable and available for transport alongshore as littoral drift. The remainder of the material eroded was lost either to the offshore bottom lakeward of the 20-foot depth, impounded in the lee of the south jetty, or carried into the harbor channel during reversal in littoral transport. Under the latter assumptions, material leaving the eroding area south of the jetties as littoral drift would appear also to have done so at the rate of about 110,000 cubic yards per year. Construction of protective structures south of St. Joseph Harbor no doubt further decreased the natural supply of beach material available to the area under consideration in recent years, and the result has been extension of severely eroding areas southward.

46. On the above basis, the potential rate of littoral transport to be expected in the vicinity of St. Joseph Harbor might be approximated at 110,000 cubic yards per year. This rate appears reasonable for use in design computations concerning beach fill losses.

47. INFLUENCE OF THE NAVIGATION STRUCTURES ON THE SHORELINE

The earliest recorded data on the shorelines north and south of the harbor piers were obtained in 1863. Condition drawings of St. Joseph Harbor are included as plates 10 through 16. Between 1863 and 1937, the shoreline north of and adjacent to the north pier advanced lakeward a distance of about 870 feet. The average rate of shore movement lakeward was about 10 feet per year. Immediately south of and adjacent to the south pier, a slight amount of accretion has taken place due to reversals in the direction of littoral drift. And protection from northerly waves



41

GOV000940

ANNUAL COST

95. The estimated annual charges for the mitigation measures recommended in this report are summarized in table 10. The interest rate for the project is 6 7/8 percent and the project life is 50 years. The investment costs represent the total first costs for the project less the estimated nourishment costs during the initial year of the project.

TABLE 10

ESTIMATE OF ANNUAL CHARGES

| Item | | Annual Cost (Dollars) |
|---|---|---|
| Investment costs | $ 931,000 | |
| Annual Charges | | |
| Interest | | $ 64,000 |
| Amortization | | 2,400 |
| Maintenance | | 158,000 |
| Total Annual Charges | | $224,400 |



4.2

R 11/9/73

BENEFIT-COST RATIO

99. The considered plan to mitigate shore damages attributable to the Federal navigation works at St. Joseph Harbor is engineeringly feasible and economically justified. The selected plan to restore littoral drift yields average annual benefits of $230,000 as compared to average annual charges of $224,400 The resulting benefit to cost ratio is 1.03 to 1.0.

CONCLUSIONS

100. Erosion along the shores of Lake Michigan is a natural occurrence. This natural shore erosion is a matter of record for hundreds of years, both north and south of St. Joseph, Michigan. The effects of this natural erosion is continuous. This natural continuous process is often overlooked. The Corps of Engineers has limited its erosion problem solution to only the Federal project impact on the natural occurrence. The solution suggested will, as a minimum, re-establish the long term natural rate of shore erosion. The area affected by the St. Joseph piers extends from the foot of Park Street in St.Joseph southerly along the Lake Michigan shoreline for a distance of approximately 18,400 feet. South of this area, the average littoral drift approximates the rate of littoral drift north of the piers, and therefore, is not affected by the navigation works. The annual littoral drift southward in the vicinity of St. Joseph, Michigan, is estimated from past surveys at 110,000 cubic yards per year. The navigation structures have interrupted and/or diverted this quantity annually over the years. A large portion diverted to deep water is eventually dredged from the harbor entrance channel during the continuing maintenance program. It is concluded that interruption of littoral drift by the Federal piers has contributed to erosion of the shoreline from Park Street, in St. Joseph, southward for a distance of approximately 18,400 feet.

101. The plan of improvement considered most suitable for mitigation and prevention of shore damages attributable to the Federal navigation structures at St. Joseph, Michigan, consists of providing feeder beaches for dissipating wave energy which attacks the adjoining backshore areas. Three feeder beaches would be initially provided to prevent the uprush of storm waves from reaching and eroding the bluff and would be located from (a) Park Street to the St. Joseph pumping plant, (b) from the south end of the Michigan State Highway business loop I-94 protection to Hawthorne Avenue, and (c) 1,400 feet of shoreline within the village limits of Shoreham. These sites are selected so that beach material would be distributed by natural shore processes to provide the nourishment required for the unprotected portions of the shore damage area. Since the navigation structures would continue to interrupt the natural littoral drift in the vicinity of St. Joseph, periodic nourishment of the St. Joseph feeder beach at the rate of 110,000 cubic yards per year is also considered necessary to prevent future damages due to the Federal navigation project. Other methods of improvement have been considered and found to be less effective or provide a degree of protection which is normally associated with a regular beach erosion control project.

102. The recommended mitigation measures would eliminate the tangible and intangible losses caused by the interruption of the littoral drift by the St. Joseph navigation project which is estimated to be 30% of the total annual loss. The estimated average annual benefits for 18,400 feet of shoreline affected by the navigation structures is conservatively estimated at $230,000 based on the Berrien County report. The restoration of littoral drift along the Lake Michigan shore would not completely eliminate erosion within the project area. The effects of wind and wave action, violent storms, high lake levels, bluff drainage problems and the normal erosion processes will continue in the project area and other areas. These factors have been considered in the analysis to insure that the proposed plan mitigates damage attributable



4.4

R 11/9/73

GOV000994

1973 Detailed Project Report Detroit District Corps of Engineers
Section 111 of 1968 River & Harbor Act



# Interim Monitoring Report for

# St. Joseph Harbor, Michigan

## for the Period 1975-1984

Detroit District
U.S. Army Corps of Engineers
June 1986

EXHIBIT
tabbies
6.1

32

Grain size analyses of the beach nourishment material should be conducted to determine the gradation of the nourishment material. Samples should be obtained from every 2,000 tons of material delivered to verify that the nourishment material meets the recommended specification.

WIND, WAVES, AND LITTORAL DRIFT

Reliable Great Lakes wave data, as measured by wave gages, was unavailable for St. Joseph. Instead, the method of developing wave parameters called wave hindcasting was used for the Section 111 DPR. This method mathematically relates meteorologic and physiographical data to wave heights and periods. The meteorological data used in the Section 111 DPR was collected at Muskegon, Michigan. Muskegon is about 75 miles north of St. Joseph and was considered to have the best available data to represent the wave climate at St. Joseph Harbor. The Section 111 DPR determined that the annual wave energy towards the south is about twice that directed towards the north. These conclusions were based on wind data collected during the three year period from 1965 to 1967.

The Section 111 DPR indicates the predominant direction of littoral currents in the St. Joseph vicinity is north to south. This direction is confirmed by the accumulation of material to the north of the harbor structure. The net southward direction of drift would also be expected from the Section 111 DPR conclusion that annually twice as much wave energy is directed south as compared to wave energy directed north. The Section 111 DPR attributes the higher southerly wave energy to the longer fetch distances to the north and northwest. Waves which develop from the south have a shorter fetch length and would have a smaller wave energy. The Section 111 DPR determined the net littoral transport interrupted by the harbor structure to be 110,000 cubic yards per year based on available topographic and hydrographic data for the period of 1907 to 1971. This volume determined the amount of nourishment material to be placed for the project.

EXHIBIT
6.2

July 1984 plots, indicating a net erosion for the period. Only lines R-1 and R-3 within the north fillet show a net accretion. All other lines show a net erosion with the magnitude of erosion being greatest at the south end of the study area in the vicinity of lines R-22, R-22A, and R-24.

The plots exhibit longshore bars for a number of the reaches. In areas where there is a supply of transferable material, the existence of well-developed longshore bars is an indicator of sediment available for movement in the nearshore transport system. The absence of such bars generally indicates a dis-equilibrium and a nearshore sediment deficit. Lines R-1 and R-3, which have been identified as accretion areas for the 1983-1984 period, show two well developed bars approximately 750 and 1,500 feet offshore. Moving to the south side of the harbor into the active erosion areas, offshore bars become poorly developed or nonexistent. Well developed bars do not appear until Lines R-22A and R-24 which are at the south end of the study area. At Line R-24, the bars are approximately 750 and 1,800 feet off-shore, indicating sediment for transport in the nearshore transport system is again available at this point.

The observed net erosion for the period May 1983 to July 1984, - 1,539,000 cy, is an order of magnitude larger than the average annual nourishment of 118,638 cy. The reasons for this large erosion are not known. However, this condition may be related to the combined effects of high, fluctuating lake levels and the fine material makeup of the bluffs.

In determining hydrographic survey volumes, the hydrographic volumes were found to be very sensitive to potential measurement error. A sounding measurement error of only 1.0 inch (.08 foot) when obtaining the hydrographic surveys would result in a volume of 305,400 cy over the almost 29,450-foot reach for which data is available. For these reasons, volumes generated from the hydro-graphic surveys must be used with caution until their reliability can be verified.

Potential Longshore Sediment Transport

The results of the hindcast sediment transport analysis point out several differences between the period of study for this report, 1975 to 1984, and the periods considered in developing the Section 111 DPR. Some interesting observations can also be made regarding volumes of sediment movement and directions of movement during various periods of the year.

For the entire period 1975 to 1984, the net direction of sediment transport was to the north. This result indicates the combined effort of wind direction and wind energy was more out of the southwest than for the long-term average which indicates a long-

EXHIBIT 6.3

term net drift to the south. Because of these atypical wind characteristics, the 1975 to 1984 period may not be a good period for evaluating the nourishment program.

Because the hindcast net drift direction for the period was northward, it would be expected that an erosion area would be observed north of the harbor. However, the monitoring area does not extend northward beyond the north fillet area; thus, no data were available for comparison.

The yearly net direction of movement of material varied. Six years showed movement north and two years showed southward movement. Two years were not conclusive. In one year, the northward movement was 89,000 cy, which approaches the average annual nourishment volume of 118,638 cy for the period. It is possible that in years with a net northward movement, the nourishment material is moved to the north into the fillet and does not effectively move into the nearshore zone to the south as intended and predicted in the Section 111 DPR. If the trend for northward movement were to continue, the placement location of nourishment material may have to be moved or varied.

The monthly hindcast net sediment movement is generally southward from January to April, with no net movement from May to October. November and December movement is generally to the north. Nourishment material placed in May through August may move northward before moving southward. Depending on the magnitude of the northward movement, some or all of the nourishment material may not be effectively utilized to fulfill the southward transport demand. If this trend were to continue, it might suggest a change in when the nourishment material is placed.

Although the magnitude of the annual net longshore transport volumes for the 1975 to 1984 vary, they are as large as 94,000 cy. The magnitude of the net transport is reasonably consistent with the nourishment volumes being placed.

Bluff Crest and Water's Edge Movement

Movement in the water's edge and bluff crest is an indication of the amount of erosion or accretion the shoreline or the bluff has experienced over a given time period. The water's edge movement rates can be affected by other factors, however. For instance, the dynamic nature of the beach in response to recent wave action combined with water level changes may indicate an apparent erosion or accretion over the short term that does not represent the long-term trend. The bluff recession rates may be affected by bluff failure that would distort the short-term rate.

EXHIBIT
6.4

 Oth Br *

DEPARTMENT OF THE ARMY
DETROIT DISTRICT, CORPS OF ENGINEERS
BOX 1027
DETROIT, MICHIGAN 48231-1027

IN REPLY REFER TO

Meadows EXHIBIT NO. 15 ng 12-6-00

Planning Division
Environmental Analysis Branch

EXHIBIT 58

FINDING OF NO SIGNIFICANT IMPACT

Structural Repairs To Pier Sections A, B, and H
at St. Joseph Harbor,
Berrien County, Michigan

In accordance with the National Environmental Policy Act of 1969 (NEPA), the Detroit District, Corps of Engineers, has assessed the environmental impacts of the repairs to the north and south piers, Sections A, B, and H, at St. Joseph Harbor, Berrien County, Michigan.

The project involves the rehabilitation of the north and south piers along Sections A, B, and H by installing steel sheet piling on both sides of the existing structures, backfilling with stone, placing a concrete cap with new handrails, and placing toe stone.

An Environmental Assessment for the project has been completed. The document indicates that overall project impacts would be short-term and minor and occur during the project construction phase. Such impacts would include: temporary interference with recreational use of the piers and portions of the navigation channel and shoreline; temporary localized disruption of aquatic organisms and their habitats; short-term degradation of the aesthetic quality of the area; and minor fishery impacts due to increased turbidity. Benefits of the project include: maintenance of the existing pier structures; maintenance of the commercial and recreational use of the harbor and channel; rehabilitation of the piers for access and use by pedestrians, including handicapped persons.

A review of the proposed project indicates that it does not constitute a major Federal action significantly affecting the quality of the human environment. Therefore, an Environmental Impact Statement (EIS) will not be prepared.

26 JAN 88
Date of Signature

Philip P. Johnson, Jr.
LTC, Corps of Engineers
Acting District Engineer

EXHIBIT 7.1

# STRUCTURE REPAIRS TO SECTIONS "A","B", AND "H"




ST. JOSEPH HARBOR, MICHIGAN
PROPOSED STRUCTURAL REPAIRS

SITE PLAN

500 0 500 1000

Sec. 111

CENCE-ED-LR

21 June 94

MEMORANDUM FOR RECORD

SUBJECT: Shoreham, MI Village Council Meeting

1. **PURPOSE:** To present an overview of the District's Section 111 beach nourishment issues at St. Joseph.

2. **DATE AND PLACE:** 8 June 94 at the Shoreham Village Hall.

3. **CORPS ATTENDEES:** C. Thompson, D. Schweiger, J. Karmo, D. Zande, R. Kittleman.

4. **NARRATIVE:**

(Note: To supplement this narrative, attached are copies of the presentations made by C. Thompson (Eng Divn), J. Karmo (Plng Divn), and D. Zande (C-O Divn)).

Mr. Thompson began the presentation with a discussion on the existing beach nourishment monitoring program, with emphasis placed on the fact that the Corps is mitigating only for that portion of the erosion attributable to the harbor structures. According to the Section 111 DPR for St. Joseph, that amount is 30%. The mitigation plan is not designed to alleviate erosion caused by other factors such as non-federal shore protection structures or natural erosion.

The beach nourishment program for St. Joseph calls for the annual placement of an annual average of 110,000 cubic yards of sand south of the harbor. Two feeder beaches are designated at St. Joseph--one just north of the water intake plant in Lions Park; and the second at the foot of Hawthorne St. Although much of the initial placement was at Hawthorne St., that was the only time this feeder beach was used. Material for beach nourishment is obtained from two sources--the navigation channel and from inland sand pits.

Mr. Thompson noted that the purpose of the Section 111 monitoring program is to monitor the beach nourishment, evaluate its effectiveness at mitigating the erosion caused by the harbor jetties and to recommend changes that might improve its effectiveness.

He then discussed the activities at St. Joseph under the Corps' Coastal Engineering Research Center (CERC) Monitoring of Completed Coastal Projects (MCCP) program. The goal of this study is to determine the effectiveness of using coarse graded beach nourishment material. He also noted that the United States Geological Survey (USGS) has been conducting detailed hydrographic/sidescan sonar/ground penetrating radar

EXHIBIT 8.1

surveys along southeastern Lake Michigan, including the Shoreham and St. Joseph shorelines.

For further details on Mr. Thompson's presentation, refer to the attachment.

Ms. Karmo briefly discussed the authorities related to the Section 111 program at St. Joseph. The shore damage feasibility study for the St. Joseph Harbor was prepared under the authority of Section 111 of the River and Harbor Act of 1968. This study resulted in the preparation of the Detailed Project Report (DPR), which was completed in 1973, at 100% federal expense. She noted, however, that now such studies require a non-federal study/project sponsor who is responsible to provide 50% of the feasibility phase costs. Furthermore, the benefits resulting from the implementation of the project must exceed the cost to design and implement a solution. Ms. Karmo emphasized that in determining economic justification of a project, the Corps can only consider publically owned structures. She summarized by stating that, under current Corps' planning authorities and Administration policies, there are no programs available to restudy or further study this area.

Mr. Zande then discussed the District's planned construction activities for FY 94 and 95. He noted that the Section 111 program has provided annual nourishment St. Joseph since the 1970's in the amount of 2,000,000 cubic yards. The District will be placing about 25,000 cubic yards of dredged at Shoreham this year, although it is not expected to stay in place very long, because it is such fine material. He proposed that the District, through supplemental nourishment funds, would like to place a much coarser, cobble-sized material at Shoreham in FY95. This material would tend to stay in place longer than the fine beach sand and help reduce wave energy.

Following these presentations, questions from the audience (mainly homeowners, but also representatives from the local newspaper and radio station) were addressed. Below is a sampling of the primary concerns.

Q. If the Corps is responsible for 30% of the erosion south of the harbor structure, who is responsible for the other 70%?

A. The remainder of the erosion in the area is due to natural causes and to the vast number of private shore protection structures placed along the shoreline in the last 50 years.

Q. Does the Corps feel that the 110,000 cubic yards per year is addressing 30% of the erosion?

A. There is really no way of knowing. The only answer that can be given is that the DPR stated that the harbor structure is blocking 30% of the littoral material coming from the north and that placing 110,000 cubic yards per year would replace this lost material.



EXHIBIT
tabbles
8.2

Q. I have purchased some shore property along the lake in Shoreham and would like to build a home on it--can you give me an idea on how far from the bluff I should put my home?

A. It is advisable to put your home as far away from the bluff as possible. It is best if I take a look at your property and then I can give you an indication of the MDNR setback limits.

In summary, the audience was informed that the Shoreham shoreline is in very unstable condition and that there is very little that can be done to inexpensively remediate the situation. They seemed to understand their plight, but were looking for any advice/assistance that the Corps could provide. In general, they were very receptive to the presentors and seemed very appreciative of the Corps' presence.

**5. ACTIONS TO BE TAKEN:**

a. C-O Divn will ensure that sufficient funds are included in the FY95 for supplemental nourishment.

b. Eng Divn, in coordination with C-O Divn, will make a determination as to the most cost-effective and stable stone gradation which could be placed at Shoreham.

c. Once this determination is made, Eng and C-O Divn's will again meet with the Shoreham Village officials and residents to present the Corps' specific proposal for FY95.

David L. Schweiger

David L. Schweiger, P.E.
Chief, Riverine & Coastal Sec.

CF:
✓ CENCE-CO
CENCE-CO-O
CENCE-ED
CENCE-ED-DG
CENCE-ED-LR
CENCE-PD-PF



EXHIBIT
8.3

22,395'

*d.* Line 4. Downdrift cohesive profile (not influenced by reduced sediment supply from the north - representative of natural conditions or background erosion rate).

Model runs were completed for profiles from the four available bathymetric surveys: 1945/46, 1964/65, 1991, and 1995. Changes in these profiles are discussed in a later section titled "Trends in Profile Change" (page 57), and the changes are illustrated in Figures 11 to 13. The results of the model runs are summarized in Table 6.

Decreased depths at Line 2 in the vicinity of the depositional fillet beach have increased the potential for alongshore sediment transport because the zone of breaking waves is wider. However, this increase may be offset by the change in shoreline and contour orientation at this location.

The large depression offshore of R12 and R14 and the associated steeper nearshore slopes at Line 3 resulted in a 24-percent reduction in southerly potential transport from 259,000 to 198,000 $m^3$/year from 1945 to 1995 (see Table 6). At Line 3 the northerly transport component was reduced by 32 percent from 207,000 $m^3$/year in 1945 to 142,000 $m^3$/year in 1995.

At Line 4, located 8.2 km south of the harbor jetties, the predicted transport rates were also much lower for the 1995 profile (see Table 7). From 1945 to 1995, southerly transport decreased 31 percent and northerly transport decreased by 41 percent.

In summary, long-term profile changes at St. Joseph have influenced the potential for northerly and southerly alongshore sediment transport. At the north fillet beach, the reduction in nearshore depths due to deposition has increased the potential for sediment transport. South of the harbor jetties, the deeper nearshore profiles off the revetment and the unprotected shores further to the south have significantly reduced the potential for northerly and southerly transport.

## Bypassing and channel infilling at St. Joseph Harbor

Since the construction of the jetties in 1903, the fillet beach deposits north and south of the harbor have increased in size, resulting in increased potential for channel infilling during northerly and southerly wave attack. Profile data from the detailed 1995 bathymetry were used as input for the COSMOS-2D model to assess the existing potential for channel bypassing and/or infilling.

Annual rates of alongshore transport were calculated beyond the end of the north and south jetties. Landward of the channel entrance, the harbor jetties due to their sheet-pile construction, were assumed to be complete barriers to alongshore transport. The average annual potential for channel infilling from the north was estimated to be 15,000 $m^3$/year (see Figure 14a) based on the

EXHIBIT
tabbies
9.1

The descriptive model of coastal morphodynamics for the historic, present, and future conditions at St. Joseph is illustrated in Figures 35 - 37. For each period, the descriptive model summarizes the findings of the lake bed surface comparisons, dredging and nourishment volumes, recession rates, and representative estimates of alongshore sediment transport. Any variation in the transport rates between the different periods only reflects changes to the representative nearshore profiles used as model input with the average annual wave climate from 1956 to 1987. Qualitative information from the analysis of lake levels, profile comparisons, and COSMOS 2D/3D modeling presented in Chapter 4 is also incorporated in the descriptive model.

## Historic Conditions

### 1945/6 to 1964/5

Descriptive model results for 1945 to 1965 are summarized in Figure 35. Current understanding of coastal processes for cohesive environments would suggest that the shoreline of Sector A has been eroding since the glaciers receded several thousand years ago. Analysis of air photo information dating back to 1939 indicates that the recent long-term recession rate is about 0.8 m/year (see Section of Chapter 2 entitled "Shoreline Recession"). The average lowering rate for Panel 1 was found to be 2.7 cm/year for the period from 1945 to 1965. This rate of erosion compares well to the situation in Sector G during this period (i.e. at the south end of the project area), which featured a recession rate of about 0.9 m/year and an averaged lowering rate of 2.6 cm/year. Based on this finding, and on the fact that these recession rates are similar to those found in areas further to the north and south of the harbor (i.e., well beyond any zone of harbor influence), the authors suggest that these two sectors are representative of the "background" erosion conditions related to cohesive shore processes and are not strongly influenced by the presence of the harbor jetties, at least for historic periods. This is an important finding because the Section 111 program is only intended to mitigate erosion related to the presence of the structure and not the background erosion.

The fillet beaches immediately north and south of the St. Joseph River mouth (Sectors B and C) have been stable or accreting at least since the construction of the jetties in 1903. Numerical modeling results indicate that significant quantities of sediment may be deposited in these areas during storms. The bypassing analysis showed that the combination of the long jetties and the deep navigation channel acts as a total littoral barrier, trapping all sediment reaching this area from either the north or the south.

Somewhere in Sector D (i.e., the feeder beach), the shore changes from sandy to cohesive as the bank of the incised river valley is encountered. MDNR calculations of long-term recession rates indicate that the entire reach of Sector D has been eroding, with recession rates between 0.35 and 1.15 m/year over the last 50 years (with the larger rates occurring immediately north of the Waterworks revetment).



EXHIBIT
tabbles
9.2

Cross-shore modeling of the St. Joseph study area has provided evidence that the till does become exposed during storms, and the till downcutting laboratory investigation confirmed that the till will erode when subjected to wave shear stresses, with or without the presence of sand or gravel. Changes in lake levels result in different parts of the glacial till under the upper beach being exposed. Changes to the location and extent of till exposures offshore of the inner surf zone must be a result of the cumulative impact of small changes related to storm and lake level cross-shore influences and/or due to changes to lake bed morphology related to alongshore sediment transport processes. Previous findings by Nairn (1992) and Skafel and Bishop (1994) revealed that a covering of sand and/or gravel of only 2 to 5 cm would be enough to protect the till from erosion.

Erosion characteristics of cohesive shores are distinctively different when compared to sandy shores, a finding which has an impact on downdrift nourishment requirements. The analyses performed under this study suggest that the beach nourishment program at St. Joseph may provide at least partial protection to the underlying glacial till along and offshore of the feeder beach and the waterworks revetment section of shore. It is unclear whether the beach nourishment is having any negative or positive impact along the 3.5-km revetment section of shoreline south of the waterworks. Whether the beach nourishment is having any positive impact further south will be investigated in the next phase of this project.

Supplying downdrift areas with fill from a feeder beach is a complex process consisting of both cross-shore and longshore components. Because the longshore processes responsible for moving the fill from the feeder beach to locations downdrift of St. Joseph are not yet well understood, the longshore components will be addressed in a subsequent study. A comprehensive understanding of the amount of material being transported to the southern project limits is necessary for designing an effective nourishment program to provide protection to the vulnerable cohesive lake bed.

EXHIBIT
tabbies
9.3

It should be noted that the tenfold reduction in lake bed lowering rates may not be sufficient with respect to mitigation of the harbor influence on erosion further downdrift. If the feeder beach sand simply ends up slowly filling the large lake bed depression that has developed in Sectors D to F, the shore further downdrift will continue to be denied the historic levels of sediment supply.

# Existing and Future Conditions

## Existing conditions (1991 to 1995)

Comparison of the lake bed surfaces from the 1991 and 1995 hydrographic surveys reveals a rapid acceleration in lake bed lowering. In Sectors E to F, the lake bed lowering rates are 30 to 50 percent higher than the 1945/6 to 1964/5 comparison period and an order of magnitude greater than the 1965 to 1991 period (see Table 7). Of greatest concern is the observation that the rate of lake bed lowering in Sector G is of a similar magnitude to that of Sectors E to F (see Figure 37). In other words, it would appear that Sector G is now being influenced by the harbor structure and may no longer be regarded as representative of background erosion. A review of the contour plots of lake bed change (see Figure 32) also indicates that the focus of lake bed lowering (i.e., that led to the development of the depression offshore of Sectors E to F) has shifted to the south.

One significant difference between this most recent period and the previous comparison period was the annual average volume of beach nourishment. Annual placement volumes have been reduced by approximately 50 percent to 40,000 $m^3$ over the last 5 years (see Figure 2). The reduced level of beach feeding may at least partly explain the accelerated erosion rates.

## Projections of future conditions

The fillet beach south of the harbor is currently stable or slightly accreting. During southwest storms, this sector receives sediment from erosion in the feeder beach area. It would appear that the fillet has reached its maximum extent and that any additional sand transported northwards eventually makes its way into the navigation channel where it is deposited, and later dredged.

The feeder beach shoreline is maintained at a stable average position with the annual beach nourishment. Without the nourishment, the numerical model investigations have shown that shoreline recession would recommence, with the transport of sand to the south and the uncovering and downcutting of underlying glacial till where it exists. Comparison of the 1991 to 1995 lake bed surfaces in Figure 32 revealed that this sector experienced erosion under the recently reduced nourishment levels. A summary of the changes to the

EXHIBIT 9.4

SCHWEIGER EXHIBIT NO. 6 10/26/00




Figure 2. Annual beach nourishment volumes (dredged & trucked volumes) (Source: U.S. Army Engineer District, Detroit)

EXHIBIT 9.5 1997

**Table 1**
**Nourishment Details for St. Joseph Harbor, Michigan**
**(from U.S. Army Engineer District, Detroit)**

| Year | Date | Dredged ($m^3$) | Trucked ($m^3$) | Type | Total Year ($m^3$) | Location of Beach Fill Placement |
|---|---|---|---|---|---|---|
| 1970 | | 22,901 | | fine | 22,901 | |
| 1971 | | 16,260 | | fine | 16,260 | |
| 1972 | | 32,824 | | fine | 32,824 | |
| 1973 | | 6,107 | | fine | 6,107 | |
| 1974 | | 19,542 | | fine | 19,542 | |
| 1975 | | 38,779 | | fine | 38,779 | |
| 1976[1] | | 71,908 | 212,213 | fine | 284,121 | |
| 1977 | | 123,664 | | fine | 123,664 | |
| 1978 | | 68,321 | | fine | 68,321 | |
| 1979 | | 84,580 | | fine | 84,580 | |
| 1980 | | 70,992 | | fine | 70,992 | |
| 1981 | | 50,229 | | fine | 50,229 | |
| 1982 | | 89,771 | | fine | 89,771 | |
| 1983 | | 169,084 | | fine | 169,084 | |
| 1984 | | 76,336 | | fine | 76,336 | |
| 1985 | | 28,779 | | fine | 28,779 | |
| 1986 | | 11,221 | 120,229 | fine/coarse | 131,450 | |
| 1987 | 14 Sept. to 20 Nov. | | 51,527 | coarse | 51,527 | 2250 ft - 4650 ft South |
| 1988 | 31 May to 29 July | 33,728 | | fine | 33,378 | Park St. - 3400 ft South (OHWM - 8-ft Contour) |
| 1988 | 19 Oct. to 19 Nov. | | 51,527 | coarse | 51,527 | CL of Park St. - 2700 ft South (OHWM - 4-ft Contour) |
| 1989 | 24 May to 22 June | 14,309 | | fine | 14,309 | CL Park St. Ext 2700 ft (OHWM - 8-ft Contour) |
| 1990 | 22 May to 22 June | 44,515 | | fine | 44,515 | CL Park St. Ext 2700 ft South (OHWM - 7-ft Contour) |
| 1991 | 3 May to 22 May | 40,086 | | fine | 40,086 | CL Park St. Ext 2700 ft South (OHWM 7-ft Contour) |
| 1991 | 3 Sept. to 30 Sept. | | 63,651 | coarse | 63,651 | CL Park St. Ext 2800 ft South (OHWM - 4-ft Contour) |
| 1992 | 22 May to 9 June | 25,682 | | fine | 25,682 | CL Park St. Ext 2700 ft South (OHWM - 7-ft Contour) |
| 1993 | 18 June to 30 July | 1,756 | | fine | 1,756 | 50 ft South of CL Park St. Ext 2700 ft S (OHWM - 7-ft Contour) |
| 1993 | 7 Sept. to 29 Oct. | | 45,821 | coarse | 45,821 | 1200 ft South of CL Park St. Ext 1300 ft S (OHWM - 4-ft Contour) |
| 1994 | June | 24,000 | | fine | 24,000 | Shoreham |
| 1995 | Sept. - Nov. | | 43,350 | coarse | 43,350 | Lions Park |
| Total ($m^3$)<br>Average/year ($m^3$) | | 1,165,374<br>44,822 | 588,318<br>22,628 | | | |

Note: The OHWM is 1.22 m above Datum
[1] Denotes implementation of Section 111 Plan.

EXHIBIT
tabbies
9.6
1997

SCHWEIGER
EXHIBIT NO. 5
10/26/00 R

Rec'd O&M Br
3/12/91

PROGRAM TITLE: Monitoring of Completed Coastal Projects

WORK UNIT #: 22126
WORK UNIT TITLE: St. Joseph, MI

PERFORMING LAB: CEWES-C PRINCIPAL INV: Larry Parson
ADDRESS: P.O. Box 631
Vicksburg, MS 39180-0631

PROBLEM: Fine beach fill material ($D_{50}$ about 0.2 mm) has been used on several Lake Michigan beach nourishment projects, often resulting in higher than expected loss rates. In addition to having a short retention time, fine fill does not replenish the beach and nearshore with coarse material necessary for protection of underlying basal clay layers. Erosion of the unprotected clay during periods of low water level results in a permanent loss to the beach profile. In 1986, 1987, and 1988, coarser graded fill was used at St. Joseph, MI. The coarser material ($D_{50}$ about 1.0 mm) has been observed to remain much longer and the material is transported more slowly along the shoreline. In addition, the coarse material has been observed to widen downdrift beaches, thus providing additional benefits.

OBJECTIVES: The first objective is to determine if current methods for evaluating native beach sediment characteristics are applicable in locations such as at St. Joseph where coarser grained particles (greater than 8mm) are present. The second objective is to stratigraphically examine the clay layer immediately underlying the beach to resolve the importance of armoring the shoreface with coarser beach fill. The third objective is to evaluate the improved retention and additional benefits of coarse fills. A comprehensive monitoring program will be implemented at St. Joseph to study the response of the coarse beach fill which will be placed in the Fall of 1991. The last objective will document the mechanisms and rates of coarse material movement alongshore in order that downdrift benefits can be evaluated.

DESCRIPTION: The overall approach to this study will involve the collection of quality data and use of scientific method for analysis of that data. Data collection can be divided into three distinct efforts. First is collection of already existing data sets such as geological and sedimentological data, nearshore profile information, vertical aerial photos and limited wave information. The second endeavor will involve non-repetitive collection of core borings, acoustic profiling, and ground penetrating radar to quantify the underlying stratigraphy. The third phase of field data collection is for monitoring the Fall 1991 beach fill. This effort will include surveys out to closure in the fill area and downdrift, vertical aerial photos, and placement of sediment tracer material to help track movement of the coarse fill. All results will be summarized and presented in a series of reports.

BENEFITS: Additional benefits in terms of fill longevity associated with placement of coarse beach fill material will be determined. Benefits derived to beaches downdrift of coarse fill projects will be assessed. Geological controls on nearshore morphology will be evaluated, thereby providing insight on "structure-induced" (COE) versus "natural" coastal erosion.

ACCOMPLISHMENTS: During FY91 development of data acquisition contracts was completed and pre-fill sediment sampling was conducted. In addition, coordinated with USGS to conduct geophysical survey of site and developed a monitoring plan.

EXHIBIT
tabbles
9.7