





EXHIBIT
13.1



h




EXHIBIT
tabbies
13.2




2

