


FLO LARSON'S
LOOKING
NORTH

tabbies
EXHIBIT
13.3



ZONE OF DRIFT
DIVERGENCE
LIONS PARK




LIONS PARK
LOOKING SOUTH

K