Contract Number DACW35-98C-0030
St. Joe, MI (looking west)




ACOE - St. Joe Michigan 40K of
Coarse/heavy sand less than 3"
(looking south)

about 2500 Ft.
to Lions Park




0030
Army Corps Contract DACW35-98C
St. Joe Michigan - Park St.
40K Tons of Sand 94-58% -½"




About 2500 feet
south of piers

EXHIBIT
14
tabbies