# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **JOHN H. and MARY E. BANKS, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 99-4451 L**<br>**Judge Emily C. Hewitt** |
| **STONE, ERROL L. & SUSAN H.,**<br>**In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 04-277 L**<br>**Judge Emily C. Hewitt** |
| **EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and**<br><br>**DONNA P. FRETT,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 05-1353 L**<br>**Judge Emily C. Hewitt** |

## JOINT CERTIFICATION – MEETING OF COUNSEL

Counsel for the parties to this litigation certify that they met via conference phone call on March 14, 2007, and addressed all matters required by Appendix A, paragraph 13, of the Rules of the United States Court of Federal Claims.

Dated: March 21, 2007

Respectfully submitted,

*s/John B. Ehret by Terry M. Petrie*
John B. Ehret, Esq.
20860 Greenwood Drive
Olympia Fields, IL 60461
Telephone: (708) 748-8975
Facsimile: (708) 748-7661
jbehret@covad.net

Counsel for Banks plaintiffs

*s/Drew W. Marrocco by Terry M. Petrie*
Drew W. Marrocco, Esq.
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone: (202) 408-6387
Facsimile: (202) 408-6399
dmarrocco@sonnenschein.com

Counsel for Stone plaintiffs

*s/Eugene J. Frett by Terry M. Petrie*
Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-4874
Facsimile: (312) 641-6492
gfrett@sperling-law.com

Counsel for Frett plaintiffs

MATTHEW McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/Terry M. Petrie*
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the "**JOINT CERTIFICATION – MEETING OF COUNSEL**" by electronic filing with the Unites States Court of Federal Claims on the 21st day of March, 2007 on:

John Ehret, Esq.
20860 Greenwood Drive
Olympia Fields, IL 60461

Counsel for *Banks* Plaintiffs

****************

Drew Marrocco, Esq.
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005

Counsel for *Stone* Plaintiffs

****************

Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603

Counsel for *Frett* Plaintiffs

****************

*s/Terry M. Petrie*
TERRY M. PETRIE