# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-4451 L
c/w 04-277 L, 05-1353 L, 05-1381 L, 06-72 L

| | |
|---|---|
| JOHN H. BANKS, MARY E. BANKS, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | NO. 99-4451 L<br>Judge Emily C. Hewitt |
| STONE ERROL L. & SUSAN H.<br>as trustees of the Susan H. Stone Trust,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-277 L<br><br>Consolidated |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-1353 L<br><br>Consolidated |

PLAINTIFFS' MEMORANDUM OF CONTENTIONS OF FACT AND LAW

PURSUANT TO COURT ORDER DATED:1-19-07 DOCKET 167

SUPPLEMENTARY FILING TO ADD PLAINTIFFS' WITNESS AND EXHIBIT LISTS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-4451 L
c/w 04-277L, 05-1353L, 05-1381L, 06-72L

| | | |
|---|---|---|
| JOHN H. BANKS, MARY E. BANKS, et al<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 99-4451 L<br>Judge Emily C. Hewitt |
| STONE ERROL L. & SUSAN H.<br><br>Plaintiffs<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-277 L<br>Consolidated |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-1353 L<br>Consolidated |

**PLAINTIFFS' PRELIMINARY TRIAL EXHIBITS AND WITNESSES**

| Exhibit | Description | | |
|---|---|---|---|
| 1. | 1690 - 1780 French Saint Joseph by Mildred E. Webster and Fred Krzuse, copyright 1986 and 1990 | | |
| 2. | 1831 Plat of Newberryport | | |
| 3. | 1860 St. Joseph Business Directory | | |
| 4. | Thos. J. Cram, Capt., Topographical Engineers<br>U.S. 26th Congress, First Session 1830-1840, Senate Document 140, Serial 357 | | |
| 5.1-5.2<br>5.3 | 1870<br>1873 | Saint Joseph, Michigan<br>" " | |
| 5.4 | 1887 | " " | |
| 5.5-5.6 | 1898<br>1903 | " "<br>" " | |
| 5.7<br>5.8<br>5.9-5.91 | 1932<br>1918<br>1963 | " "<br>" "<br>" " | <br><br>Chart 758 |
| 5.92-5.93<br>5.94-5.95 | 1975<br>1997<br>November 8, 1997 - COMPLETE - St. Joseph Harbor Navigation Chart (14930)<br>2004 NOAA Navigation Chart 1490 for St. Joseph Michigan Harbor. Shows: Sand at 8 feet below water level adjacent to the end of the north pier. | " "<br>" " | Chart 14930<br>Chart 14930 |
| 6. | History of St. Joseph 72, 73, 74, 75, St. Joseph Chamber of Commerce. By L. Benj. Reber | | |
| 7. | 1890 St. Joseph Wooden Piers | | |
| 8. | Undated St. Joseph Wooden Piers | | |
| 9. | 1896 St. Joseph Wooden Piers<br>Ship PURITAN | | |
| 10. | 1995 or 1996 St. Joseph Harbor Aerial photo by John Penrod | | |
| 11. | Barbara G. Troost Summary<br>Maud Palenske Library | | |
| 12. | 1890 History of Berrien County | | |
| 13. | 1914 Post Card of St. Joseph Pier | | |
| 14. | Newspaper Articles | | |

| Exhibit | Description |
|---|---|
| 15. | 1995 Post Card of St. Joseph Harbor. Aerial Photo John Penrod |
| 16. | February 26, 2001 The Beach - A River of Sand - Video 20 minutes<br>Produced by Encyclopedia Britannica, American Geological Institute<br>Scripts Institute of Oceanography, Dougles Inman, Ph.D, John S. Sheton, Ph.D<br>Earth Science Programs Order from 1-800-554-9862 |
| 17. | February 24, 1991 River of Sand Chicago Tribune<br>Illinois State Geological Survey Michael Chrzastowski |
| 18. | 1994 Geomorphology and Littoral Cell Div. Michael Chrzastowski<br>Illinois State Geological Survey, Journal of Great Lakes Research Vol. 20, No. 1, Pages 27 - 43 |
| 19. | 1982 Quartenary Geology of Michigan Farr and University of Michigan<br>Ice - Contact Outwash And Gravel |
| 20. | 1946 Occasional Papers for Post-Glacial Geology of the Grand Marais Embayment in Berrien County Michigan - Former Lake Beds and Outwash Plains; (Figure 2 only) by: G. C. Tague, Michigan Department of Conservation and Geological Survey Division |
| 21. | July, 1995 - COMPLETE - U.S. Army Engineer District, Detroit<br>SHOREHAM STONE PLACEMENT DRAWING 39" X 27", St. Joseph, Michigan Area, Mather Deposition, Exhibit 2 |
| 21A. | March 31, 1995 - PUBLIC NOTICE - Statement of Finding of No Significant Impact - Erosion Mitigation adjacent to Shoreham. 50,000 tons David L. Ulong<br>PUBLIC NOTICE March 31, 1995 Recent USGS studies<br>" " Lakebed downcutting<br>" " New Approach<br>" " Section 111 directs the Sec. of Army<br>" " Up to $2,000,000<br>" " Angle of Repose<br>" " Approach a permanent solution (Paragraph 5.03) |
| 21B. | January 16, 1996 Memo from Dillenback RE: Blue Line Prints |

| Exhibit | Description |
| --- | --- |
| 21C. | April 20, 1998 Newspaper interview of CORPS physical scientist (Charles L. Thompson) in: The Herald Palladium "Performing an Experiment" "Disequilibrium" "Big notch" "Breakwaters are biggest" "Beach nourishment" "100 years of non-mitigation" "8 million cubic yards as needed" "Many years to see an effect on bluff" |
| 21D. | December 16, 1993 The Herald Palladium - NEWS - "Shoreham gets sand for Christmas" |
| 22. | November 1994 [handwritten correction: 7] MITIGATION OF SHORE DAMAGE ATTRIBUTED TO FEDERAL NAVIGATION STRUCTURES AT ST. JOSEPH, MICHIGAN. EIS various pages |
| 23. | June 1996 - COMPLETE - Geologic Effects on Behavior of Beach Fill and Shoreline Stability for Southeast Lake Michigan; Nairn, Parson, Morancy Technical Report: CERC - 96 - 10 |
| 24. | July 1997 - COMPLETE - Effectiveness of Beach Nourishment on Cohesive Shores, St. Joseph, Lake Michigan; by. Robert B. Narin, Peter Zuzek - Baird & Associates, Andrew Morang, Larry E. Parson, WES Technical Report: CHL - 97 - 15 |
| 25. | Great Lakes Basin Framework Study, Appendix 12, Shore Use and Erosion Net direction of littoral transport |
| 26. | 1994 Survey of Littoral Drift Sand Deposits Along Illinois and Indiana Shore of Lake Michigan; Shabica and Pranschke. Journal Great Lakes Research Vol. 20, No. 1, Pages 61 - 72 |
| 27. | 1994 Sediment Budget for Southern Lake Michigan; Coleman and Foster, U.S. Geological Survey, Woods Hole, Massachusetts Journal Great Lakes Research Vol. 20, No. 1, Pages 215 - 22 |
| 28. ✓ | March 1995 - REVISED) Coastal Engineering Technical Note Technical Report: CETN 11 - 32 U.S. ARMY COASTAL ENGINEERING, Research Center, Vicksburg, Mississippi RE: Equilibrium Beach, Sediment Fall Velocity, Depth of Closure. **BRUUN RULE** |
| 29. | 1963 - 1998 ANNUAL REPORT/CONTRACT DREDGING, U.S. ARMY CORPS OF ENGINEERS, ST. JOSEPH , MICHIGAN 1903 - 1983 7,560,780 CY Open Water |

| Exhibit | Description |
|---|---|
| 30. | January 26, 1988 DEPARTMENT OF THE ARMY DETROIT DISTRICT, Structural Repairs to Pier Sections, A, B and H, St. Joseph Harbor, Michigan; Philips P. Johnson, Jr. Lt. Col. FINDINGS OF NO SIGNIFICANT IMPACT, U.S. ARMY CORPS OF ENGINEERS |
| 31. | February 23, 1998 David L. Schweiger, P.E.<br>Fiscal Year 1997 Section 111, Monitoring Report |
| 32.<br>June 1986 | 1975 - 1984 U.S. ARMY CORPS INTERIM MONITORING REPORT, St. Joseph Harbor, Michigan June 1986<br>Section 111, Monitoring Report |
| 33. | May 1992 - COMPLETE - Preliminary Results of a Pilot Study conducted between St. Joseph, Michigan and Michigan City, Indiana by U.S. Geological Survey national Oceanic and Atmospheric Administration - 46 pages plus covers and contents. Foster and Folger |
| 34. | State of Michigan Coastal Monitoring Program<br>1997 Project of special Merit<br>May 26, 1998 Guy A. Meadows et. al.<br>Technical Report: OEL - 9801 |
| 35. | A Geomorphic Map of Lake Michigan Shoreline; 13th Conference Great Lakes Research, International Association of Great Lakes Research; Edward B. Hands |
| 36. | June 7, 1988 SPUTNIK Aerial of St. Joseph Pier |
| 37. | November 22, 1995 Coastal Engineering Research Center, Brevard County Florida Erosion, Mitigation Substudy from: Todd Walton |
| 38. | September 11, 1998 40,000 Tons of sand, U.S.A. Engineer District - Detroit, Contract No. DACW - 98 - C - 0030 |
| 39. | Berrien County Michigan Road Map, Plaintiffs Location - Generally |
| 40. | U.S. Army Corps of Engineers, GREAT LAKES SHORELINE, NET LITTORAL TRANSPORT |
| 41. | January 2000 Annual Report of the Section 111 Beach Nourishment Monitoring Program<br>FY 1999 David Schweiger, Chief Hydraulics and Hydrology Detroit Corps. |
| 42. | Weights and specific gravities |
| 43. | Weights and measures - conversion factors |

| Exhibit | Description |
|---|---|
| 44. | 1998 Beach Processes and Sedimentation by Professor Paul D. Komar, Professor of Oceanic and Atmospheric Sciences. Excerpts (Prentice Hall) |
| 45. | October 30, 1999 MELBOURNE DAILY NEWSPAPER, Beach Erosion Suit Settles (Applegate Case) - 2 pages, 1998 Prentice Hall |
| 46. | April 1996 Aerial Photo of Berrien County Shoreline, Scale 1" = 800 feet. (5' x 3') |
| 47. | 1831 Plat Map of Newberryport (now St. Joseph) shows St. Joseph River entering Lake Michigan at azimuth of about 208 degrees |
| 48. | September 1839 Survey map of St. Joseph, Michigan, by Capt. T. J. Cram |
| 48A. | February 19, 1835 Report from the Secretary of War to Third Congress, Second Session. (12 pages) |
| 48B. | 1880 History of Berrien County, Michigan (4 pages) |
| 49. | 1832 Plat map of City of St. Joseph |
| 50. | October 30, 1999 Florida Today - "Beach Erosion Suit Settles." Cape Canaveral to Melbourne Beach |
| 51. | 1996 Shore Protection Act in The Herald Palladium - "$106.7 million for shoreline protection." |
| 52 | November 15, 1999 The Herald Palladium article Re: Nairn - Lake Bed Eroding - "only came up recently." |
| 53. | February 26, 2001 The Chicago Tribune Air is cold, but water in Lake Michigan is warm. Little ice = much evaporation = low lake level |
| 54. | CORPS - Kittleman, Nourish Shoreham beaches in FY 1994<br>November 5, 1993 Memo |
| 55. | March 12, 1991 - Memo - "Coarse material widens downdrift beaches." |
| 56. | July 31, 2000 - Public Notice - Shore "protection structures can adversely impact others." Gary R. Mannesto, (6 + 2 pages) |
| 57. | January 26, 1988 Sheet piling the piers at AB & H (9 pages) |
| 58. | June 1986 - SAND SEALING OF COASTAL STRUCTURES - CETN - 111 - 28 (6 pages) |
| 59. | June 21, 1994 - Structural Engineering Handbook - McGraw Hill, RE: Crib structures (6 pages) |

| Exhibit | Description |
|---|---|
| 60. | Memorandum for the record, RE: June 8, 1994 Meeting at Shoreham Village Hall (12 pages) |
| 61A. | Defendants Response to Plaintiffs First Request to Admit. Note 3 |
| 61B. | October 16, 2000 Memo from U.S. DOJ Brenner Declarations from Zande, Segrest, Thompson, Selegean, and Thieme |
| 61C. | September 5, 2000 Plaintiffs' Amended Interrogatories |
| 61D. | October 12, 2000 Defendant USA's Answers to Plaintiffs' Amended Interrogatories |

| Exhibit | Description |
|---|---|
| 62. | Thirty-eight Related Case Plaintiffs arranged alphabetically.<br>ANDERSON<br>BANKS<br>BODNAR<br>BOVEE (About 3.3 miles south of jetties)<br>BUNKER (about 710.82 miles south of jetties in St. Joseph)<br>CARTER<br>CHAPMAN<br>CONKLIN<br>COSGROVE<br>COUNTRY LLC<br>CREGULE<br>CUNAT<br>DEL MARIANI<br>EHRET<br>ERRANT<br>GREENBRAIAR<br>HORVATH (Frett)<br>JACKSON<br>JYUNG<br>KANE<br>LAHR<br>MARZKE<br>McKAY<br>MELCHER<br>MILLER<br>MORVIS<br>NEUSER<br>NOTRE DAME PATH<br>OKONSKI<br>PANCOAST<br>RAGINS<br>RENNER<br>SMITH<br>STEVENS<br>STONE (Marrocco)<br>VARGA<br>WERGER<br>WILSCHKE<br>WINEBERG |

| Exhibit | Description |
|---|---|
| 63 | Thirty-eight Related Cases, arranged geographically from north to south with plat map locations showing tax ID.<br><br>4. BOVEE (About 3.3 miles south of jetties)<br>36. WINEBERG<br>34. WERGER<br>OKONSKI<br>BODNAR<br>35. WILSCHKE<br>17. JYUNG<br>32. VARGA<br>16. JACKSON<br>14. GREENBRAIAR<br>20. MARZKE<br>25. NEUSER<br>STONE (Marrocco)<br>11. DEL MARIANI<br>23. MILLER<br>28. RAGINS<br>24. MORVIS<br>6. CHAPMAN<br>13. ERRANT<br>26. NOTRE DAME PATH<br>9. COUNTRY LLC<br>7. CONKLIN<br>1. ANDERSON<br>22. MELCHER<br>30. SMITH<br>19. LAHR<br>27. PANCOAST<br>29. RENNER<br>5. CARTER<br>21. McKAY<br>18. KANE<br>8. COSGROVE<br>31. STEVENS<br>HORVATH (Frett)<br>2. BANKS<br>12. EHRET<br>10. CUNAT<br>15. CREGULE<br>3. BUNKER (about 7.82 miles south of jetties in St. Joseph) |

| Exhibit | Description |
|---|---|
| 64A. | River and Harbor Act of 1968, Section 111*<br>- Prevention or mitigate<br>- Attributable<br>- 100 per cent cost to U.S.A.<br>- $1,000,000 w/o authorization<br>* PL 90-483, 82 STAT 735, 33 U.S.C. 4261 |
| 64B. | November 17, 1986 River and Harbor Act of 1968, Section 111**<br>- $2,000,000 w/o authorization<br>** PL 99-662, 100 STAT. 4082, 33 U.S.C. 4261 |
| 64C. | August 17, 1999 Water Resources and Development Act ***<br>- $5,000,000 w/o authorization<br>*** PL 106-53, 113 STAT. 291, 33 U.S.C. 4261 |
| 64D. | 1999 WRDA, Statement by President Clinton Upon Signing S. 507<br>" . . . create expectations for future funding that are not likely to be forthcoming." |
| 64E. | Michigan Compiled Laws, Ordinary high water mark, OHWM 579.8 feet, Section: 324.32502,(5-24-95) Cartoon Explanation (4 pages) |
| 65. Thru 65K. | Various photos of St. Joseph Harbor, St. Joseph River sediment sample, Pine St. Beach nourishment, and Grand Mere area at southern end of the Plaintiffs' Zone. |

| Exhibit | Description |
|---|---|
| 66 | 3-13-01<br>BERRIEN COUNTY AERIAL PHOTOS OF LAKE MICHIGAN SHORELINE FROM 100,000 FEET NORTH OF ST. JOSEPH TO EIGHT MILES SOUTH OF ST. JOSEPH |

| AERIAL PHOTO I.D. | APRIL 1996 NUMBER | |
|---|---|---|
| 11 - 03 - 0212 | Exhibit 66 | ONE |
| 11 - 03 - 0213 | " " | TWO |
| 11 - 18 - 0214 | " " | THREE |
| 11 - 18 - 0123 | " " | FOUR |
| 11 - 76 - 0126 | " " | ------ |
| 11 - 18 - 0127 | " " | FIVE |
| 11 - 18 - 0134 | " " | SIX |
| 11 - 18 - 0003 | " " | SEVEN |
| 11 - 18 - 0004 | " " | EIGHT |
| 11 - 18 - 0009 | " " | NINE |
| 11 - 12 - 0016 | " " | TEN |
| 11 - 12 - 0017 | " " | ELEVEN |
| 11 - 12 - 0022 | " " | TWELVE |
| 11 - 12 - 0029 | " " | THIRTEEN |
| 11 - 12 - 0030 | " " | FOURTEEN |

PHOTOS ARE 32" X 36"

| Exhibit | Description |
|---|---|
| 67. | 3-13-01<br>BERRIEN COUNTY AERIAL PHOTOS OF LAKE MICHIGAN SHORELINE FROM 10,000 FEET NORTH OF ST. JOSEPH TO EIGHT MILES SOUTH OF ST. JOSEPH |

| AERIAL PHOTO I.D. | APRIL 1984 NUMBER | |
|---|---|---|
| 11 - 03 - 0212 | Exhibit 67 | ONE |
| 11 - 03 - 0213 | " " | TWO |
| 11 - 18 - 0214 | " " | THREE |
| 11 - 18 - 0123 | " " | FOUR |
| 11 - 76 - 0126 | " " | ------ |
| 11 - 18 - 0127 | " " | FIVE |
| 11 - 18 - 0134 | " " | SIX |
| 11 - 18 - 0003 | " " | SEVEN |
| 11 - 18 - 0004 | " " | EIGHT |
| 11 - 18 - 0009 | " " | NINE |
| 11 - 12 - 0016 | " " | TEN |
| 11 - 12 - 0017 | " " | ELEVEN |
| 11 - 12 - 0022 | " " | TWELVE |
| 11 - 12 - 0029 | " " | THIRTEEN |
| 11 - 12 - 0030 | " " | FOURTEEN |

PHOTOS ARE 32" X 36"

| Exhibit | Description |
|---|---|
| 68. | 1834 Survey of St. Joseph River mouth showing soundings, flow rates (yards per hour), grid of town, section of breakwater by Topographical Engr. Lt. Berrien. |
| 69. | 1836 - 1840 St. Joseph River mouth survey showing soundings and changes of the shoreline. |
| 70. | 1843 Survey of St. Joseph Michigan River mouth by Capt. Canfield. |
| 71. | 1839 Survey of the mouth of the St. Joseph River and Harbor - Capt. Thomas Jefferson Cram - War Department Topographical Engineer. |
| 72. | 1844 Survey of St. Joseph Harbor by Capt. Canfield. |
| 73. | 1845 Survey of St. Joseph Harbor showing improvements made and proposed by Capt. Canfield. |
| 74A. thru 74Z. Plus AA | 8 1/2 x 11 Aerial Photos of St. Joseph Harbor, General Shoreline, Wineberg's Neuser's, Marzke's, Chapman's, Lahr's, Ehret's, Gregule's, Cunat's and Bunker's |

| Exhibit | Description |
|---|---|
| 75. | February 2000 Great Lakes Levels - 1865 through 2000. From Army Corps "Living with the Lakes". Color |
| 76. | September 1990 Geology & Aqifers in Berrien County, Michigan by Benton and Passaro, Ph.D. Western Michigan University |
| 77. See EX 20 | 1946 Occasional Papers for Post-Glacial Geology of the Grand Marais Embayment in Berrien County, Michigan by G. C. Tague. Michigan Department of Conservation and Geological Survey Division (COMPLETE) |
| 78. | April 15, 1969 Herald Press, St. Joseph, Michigan Aerial Photo of Harbor by Adolph Hann - RIVER SEDIMENT |
| 79. | June 17, 1976 Herald Press, St. Joseph, Michigan Aerial Photo of CORPS Marine Based Sand Transfer Plant by Adolph Hann |
| 80. | December 31, 1976 Herald Press, St. Joseph, Michigan Aerial Photo of CORPS Land Based Sand Transfer Plant by Adolph Hann |
| 81. | August 9, 1976 St. Joseph, Michigan Harbor Aerial Photo by Adolph Hann - RIVER PLUME |
| 82. | April 16, 1973 St. Joseph, Michigan - Truck dumping over bluff causing recession - Photo by Booth |
| 83. | March 19, 1973 St. Joseph, Michigan - Crane causing collapse of shoreline - Staff Photo |
| 84. | April, 1996 Berrien County, Michigan Aerial Photo Scale 1" = 300' includes Brown School Road south to Glenlord Road and Plat Lines |
| 85. | April, 1996 Berrien County, Michigan Aerial Photo Scale 1" = 300' includes just south of Glenlord Road to end of Grand Mere Road (Bunker's) and Plat Lines |
| 86. | April 1997 Presentation Cohesive Shores by Robert B. Nairn, Ph.D. & PE. Shows: Sandy shores at St. Joseph, Michigan. Shore and Beach |
| 87. | April 1997 Presentation Wave Climatology of the Great Lakes by Lorelle and Guy Meadows and William J. Wood - Shows: Wind FETCH ZONES with southeastern Lake Michigan being a very long FETCH ZONE |
| 88. | 2000 SOURCES and SINKS for New Buffalo, Michigan by Baird and Nairn - from Lake Michigan Potential Damage Study - Shows: Littoral sand transport of 80,000 m3/year input |

| Exhibit | Description |
|---|---|
| 89. | 1994 Journal of Great Lakes Research Vol. 20, No. 1 - Page 153 Contemporary and Historical Rates of Eolian Sand Transport in the Indiana Dunes Area of Southern Lake Michigan. Shows: Breakwaters updrift disrupted natural sediment balance - beach no longer grow. Olyphant and Bennett |
| 90. | September 1999 Michigan DNR St. Joseph River Assessment - Elevation at headwaters is 570 feet above Lake Michigan water level - 22 river miles to first dam in Berrien Springs by Jay K. Wesley |
| 91. | 1958 Michigan State University Shoreline Classification of Berrien County. Shows: wet beach 100/150 feet - Dry beach 30/80 feet with fine sand for Warren Dunes Shoretype<br>and<br>Wet beach 50/75 feet. Dry beach 10/50 feet sand with gravel from bluff for St. Joseph Harbor shoretype |
| 92. | 2002 Coastal Monitoring Program by University of Michigan Ocean Engineering Laboratory. Shows DEPLETION of the nearshore zone of sand-sized material which is essential to littoral sediment budget balance. SAND RICH TO SAND DEPLETED. Meadows |
| 93. | May 1973 Section 111 Detailed Project Report on Shore Damage at St. Joseph Harbor, MI, U.S. Army Engineer District, Corps of Engineers, Detroit (COMPLETE) |
| 94. | 1983 Effects of Breakwater Construction on Littoral Transport Along the State of Michigan shoreline, U.S. Army Corps of Engineers, Detroit District |
| 95. | April 1985 Environmental Assessment - Changes in Shoreline Erosion Mitigation, St. Joseph Harbor, Berrien County, Michigan. Prepared by U.S. Army Engineer District |
| 96. | July 1974 (69) Glacial Tills Under Lake Michigan: by Jerry A. Lineback and David I. Gross, Illinois State Geological Survey, Robert P. Meyer - Department of Geology and Geophysics - University of Wisconsin |
| 97. | 1994 Lake-Level History of Lake Michigan for the Past 12,000 Years: The Record from Deep Lacustrine Sediments by Forester et al. |
| 98. | May 12, 2006 Report entitled Geology and Long-Term Lakeshore Erosion in the Vicinity of St. Joseph, Michigan. Grahame J. Larson, Ph.D |
| 99. | 1994 Journal of Great Lakes, Research Vol. 20, Nol. 1 by Chrzastowski and Thompson. Lake Michigan Lake Level History for 14,000 years (Page 13 of Vol. 20, No. 1) |

| Exhibit | Description |
|---|---|
| 100 | May 1992 USGS-NOAA U.S. Great Lakes Shoreline Mapping Project - Open File Report 92-348 (3 pages - Cover, Page 1, and Figure 11: depth difference map 1945 - 1946 compared to 1991 St. Joseph to Grand Mere) |
| 101. ✓ | 2001 Journal of Great Lakes Research Volume 27(4):518-538 Grahame J. Larson & Randall Schaetzl, Michigan State University Review Origin & Evolution of the Great Lakes (COMPLETE) |
| 102. | 1871 National Survey of the EAST SHORE OF LAKE MICHIGAN from St. Joseph to a point south of Grand Marais by Superintendence of Major C. B. Comstock Corps of Engineers done by Henry Custer. (7 pages 8 ½ x 11) (Full size 5' x 3') |
| 103. | May 10, 2000 Two Aerial Photos of St. Joseph to Churchill Farms along the shore by AMES MULTI-IMAGE |
| 104. | 1981 Dissertation by William R. Buckler to Michigan State University (MSU) for Ph.D. entitled RATES AND IMPLICATIONS OF BLUFF RECESSION ALONG THE LAKE MICHIGAN SHOREZONE OF MICHIGAN & WISCONSIN. (Cover & pages 97 and 98) Includes quote of William J. Gibbs, Jr. Of Shoreham |
| 105. ✓ | 2001 Figure 7 excerpted from Larson/Schaetzl REVIEW showing Lakes Michigan, Huron & Erie shoreline receding. Journal Great Lakes Research |
| 106. | March 31, 1975. INDIANA SHORELINE by Moffatt & Nichol, Engineers prepared for USACOE Chicago District Contract DACW-23-74-C-006 cited in Save the Dunes Council v. Alexander, Sec. of the Army, 584 F.2d 158, 7th Circuit 1978 at 161. |
| 107. | April 1997 Cohesive Shores by Robert B. Nairn, Ph.D., pages 17 thru 21 of Shore & Beach |
| 108. | May 1992 USGS-NOAA Depth Difference map 1945 - 1946 and 1991 Nearshore erosion south of St. Joseph, Michigan and New Buffalo, Michigan. Figure 8 referenced on Figure 11 Nairn Dep. Exhibit 3. |
| 109. | May 1995 USGS-NOAA Figure 18 Sidescan Sonar mosaic showing exposed glacial till. Shorehan, Michigan |
| 110. | May 1992 USGS-NOAA Sidescan sonar mosaic showing glacial till exposed at Grand Mere, Michigan |
| 111. | May 1992 USGS-NOAA Page 7 Seismic Stratigraphy "Glacial till appears as a massive seismic unit that contains scattered internal reflections." |
| 112. | June 1997 COASTAL ENGINEERING TECHNICAL NOTE - Cohesive Environment Site Characterization and Monitoring by Dr. Andrew Morang (10 pages WES, Vicksburg, MS) |

| Exhibit | Description |
|---|---|
| 113. | April 30, 1994 Great Lakes Coastal Geology and Coastal Engineering, Southeastern Lake Michigan by Erickson, Thompson and Parson USACOE, Tour of Shoreline (9 pages or description and 17 Figures). |
| 114. | March 1992 Coastal Engineering Technical Note (CETN 111-47) EXPERIENCE WITH SAND TIGHTENED COASTAL STRUCTURES WES, Vicksburg, MS November |
| 115. | November 3, 1954 Aerial photo of St. Joseph Harbor DETH&H-0367 |
| 116. | April 28, 2005 Record of Construction FY 2005, St. Joseph Harbor Dredging Contract Summary - The King Co. |
| 117. | March 2002 Longshore Sand Transport and new Large Scale Physical Model Sediment Transport Facility (LSTF). CERC total rate of longshore transport. (10 pages) Ebersole. |
| 118. | May 1992 USGS-NOAA Shoreline update INTRODUCTION ". . . sand . . . is thin to non-existent." |
| 119. | Net Gradient Loss LST 80,000 $m^3$/year Grand Haven on the north to Saugatuck on the south. Baird & Associates. |
| 120. ✓ | July 2, 2004 Nairn's Response to Plaintiffs' Motion for Summary Judgment Figure 23.2 Longshore Transport Rate in 1,000 cy/year |
| 121. | October 26, 2000 Lake Michigan Potential Damage Study SOURCES AND SINKS 80,000 $m^3$/year north to south Baird and Associates. |
| 122. | April 15, 1969 Aerial Photo, St. Joseph Harbor, Herald Press, POURING SILT INTO THE LAKE |
| 123. | 1991 St. Joseph River USGS Gage #04101500 - Sediment Transport modeling Study USACE Detroit District. Blumer |
| 124. | 1979 - 1995 USGS St. Joseph River at Niles (Bridge at Rt. 12) Gage Station 04101500, 100 readings. Suspended sediment discharge in tons per day. Blumer |
| 125. | FY 2004 Annual Section 111 - Beach Nourishment Monitoring Program & Trip Report. |
| 126. | August 4, 2005 Declaration of John Konik, Chief Regulatory Office Detroit District USACOE Exhibit 2, Appendix pages 18 through 32, defendant's Memorandum in Support of Motion for Partial Summary Judgment as to Erosion Caused by Plaintiffs' Shore Protection |

| Exhibit | Description |
|---|---|
| 127 | October 2005 USACOE Detroit District Great Lakes Update Wave Absorbers at Federal Harbors on the Great Lakes.<br>February 2006 Monitoring of Entrance Channel Navigation Improvements at Pentwater & Design Guidance for Pocket Wave Absorbers ERDC//CHL TR-06-xx |
| 128. | September 2003 Petition for Writ of Certiorari in U.S. Supreme Court - Sec. 111-14 of 83 Projects Funded. |
| 129. | April 2002 Indiana Lake Michigan Coastal Program Final Environmental Impact Statement - Divert all Sediment, Wave Rose |
| 130. | Jan. 2005 St. Clair River Erosion - Decline in Average Lake Level of MH of 2.6' |
| 131. ✓ | July 1979 Sand Resources of southeastern Lake Michigan, CERC, Fort Belvoir, VA |
| 132. ✓ | Feb. 1958 Berrien County Beach Erosion Control Study - Major General E.C. Itschner (12-3-57) 25,000 cy/mile/yr at Shoreham |
| 133 | 1984 Shore Protection Manual - Excerpts re LST - Velocity of Sand Movement. |
| 134. | 2001 Geology of Michigan Text (University of Michigan Press) by Dorr & Eschman Rivers (189), Lakes (204) (167), Glacial Map (160), Lake Drainage Outlets (168) Inland Dunes Formed at Higher Lake Levels. |

Case: 1:99-cv-04451


Draft: 03/09/2007

# PRELIMINARY WITNESS LIST

| | |
|---|---|
| Ames, Don ( 1 hr. )<br>Ames Multi Image<br>1340 S. Manor Drive<br>St. Joseph, MI 49085-3114 | AERIAL PHOTOS - Oblique<br>Authenticate<br>Interpretation<br>Shoaling |
| Blumer, Stephen P. ( ____________ )<br>U.S. Dept. of Interior<br>USGS<br>Water Resources Discipline<br>6520 Mercantile Way, Suite 5<br>Lansing, MI 48911-5991<br>(517) 887-8922 | EX. 123-124<br>St. Joseph River Gauge<br>04101500 @ Niles, Michigan<br>Readings - 1979 to 1995 |
| Burkholz, R. J. ( ____________ )<br>St. Joseph Harbor Authority<br>94 Higman Park Hill<br>Benton Harbor, MI 49022-3559<br>(269) 925-6347 | Federal Harbor Tonnage Requirement<br>Harbor Dredging<br>Harbor Smoaling<br>Economics |
| Chrzastowski, Michael J., Ph. D.<br>( ____________ )<br>Illinois Geological Survey State<br>615 East Peabody Drive<br>Champaign, IL 61820<br>(217) 244-2194 | EX 23, 24, 31, 33, 41, 86 (Nairn)100, 101, 102, |
| Davis, Stephen E., ( ____________ )<br>INDR<br>Lake Michigan Specialist<br>100 W. Water Street<br>Michigan City, IN 46360<br>(219) 874-8316 | EX 106, EX 129 |

| | |
|---|---|
| Ebersole, Bruce A. ( ______________ )<br>ERDC/CHL<br>US Army Engineer Research<br>and Development Center<br>Vicksburg, MS<br>(601) 634-3209<br>Large Scale Sediment Transport Facility | EX. 11, March, 2002<br>LSTF Physical Model |
| Ellison III, James M ( ______________ )<br>Chief<br>Boatswain's Mate<br>U.S. Coast Guard<br>1 Washington Park Marina<br>Michigan City, IN 46860<br>(219) 879-8371 | St. Joseph Harbor<br>EX 124 Wave Absorbers |
| Erickson, Ron ( ______________ )<br>Geologist, DDC Retired<br>4647 Burnsline Road<br>Crosswell, MI 48422 | EX 113, 4-30-94 Tour<br>EX 23, 24, 31, 32, 41, 28, 61<br>EX 28 |
| Folger, Dr. David W. ( ______________ )<br>United States Geological Survey<br>Woods Hole, MA 02543 | EX 100, EX 33, EX 23 & 24<br>Rate of Downcutting<br>GENER substrata<br>(Clay?) Wadsworth |
| Foster, David S. ( ______________ )<br>United States Geological Survey<br>Woods Hole, MA 02543<br>(508) 457-2271 | EX 100, EX 33, EX 23-24<br>Downcutting Glacial Till<br>Rate of same |

Case: 1:99-cv-04451



Gauthier, Roger (____________)
Hydrologist

Ann Arbor, MI

EX 118

Hendrix, Lee (____________)
Ex-Chairman
Lincoln Township Park District
6801 Jericho Road
Stevensville, MI 49127
(269) 465-9943

Houston, James R. (____________)
Director
CERC- WES

EX. 28 3/95 CETN II-32
EHL Set Backs
Erosion Hazard Line

Jannereth, Martin R ( 1 ½ hr. )
Chief
Great Lakes Shorelands Section
Land and Water Management Division
MDEQ
Constitution Hall
523 West Allegan St
P.O. Box 30458
Lansing, MI 48909-7958
(517) 335-3458

Ehret letter 3-6-07 to Jannereth
Re Erosion Hazard Line Set Backs
Berrien County, Michigan
Martin R. Jannereth letter 10-7-05 Re
Occasional Papers on Geology of Michigan
For 1946

Kasischke, Kevin A., R.S. ( 1 ½ hr )
Berrien County Health Department
2106 M-139, P.O. Box 706
Benton Harbor, MI 49023
(269) 927-5657

Well Digger Logs
Unified Soils Classification System
Drive Sample Blows
Location of Borings

| | |
|---|---|
| King, Dean ( ½ hr ) <br> THE KING CO. <br> 13520 Barry Street <br> Holland, MI 49424 <br> (616) 399-1784 | Dredging at St. Joseph Harbor- Shoreline Protection <br> EX 113 4-28-05 Dredging Contract |
| Kittleman, R ( ) <br> DDC <br> Retired <br> Current Address | EX 61 6-8-94 Shoreham Village <br> EX 124 Wave Absorbers |
| Konik, John ( ¾ hr. ) <br> Chief Regulatory Office DDC | Permit Summary <br> 8-4-05 Declaration <br> EX 113 4-18-05 Contract |
| Larson, Graham J. Ph.D ( ) <br> Department of Geological Sciences <br> Michigan State University <br> East Lansing, MI 48824 | EX 96 1974 Lineback Glacial Tills <br> EX 99, 100, 102 93 Sec. 111 DPR <br> EX 101, 104 Buckler <br> EX 20, 1946 Tague - Jannereth Re: Authority of Occasional Papers <br> EX 151 1979 Sand Resources <br> EX 98, 99 |
| LaValley, Larry ( ) <br> St. Joseph Harbor Master <br> Hager Township <br> 2947 Coloma Road <br> Benton Harbor, MI 49022 <br> (269) 849-1406 | Shipping Tonnage <br> Federal Harbor <br> Qualified <br> Dredging |
| Mannesto, Gary R ( ). <br> Chief Regulatory <br> USACOE – DDC | Fixed OHWM <br> Taxing Seawalls |

| | |
|---|---|
| Meadows, Guy A., Ph. D. (_________)<br>Professor, Naval Architecture & Marine Engineering<br>Director Ocean Engineering Laboratory<br>124A West Hall<br>1085 S. University Avenue<br>Ann Arbor, MI 48109<br>(734) 764-5235<br>(734) 878-0633 (Home) | EX 23, 24, 31, 32, 41, 33, 34, 35, 132, 130<br>EX 101, 102, 106, 107<br>Fundamentals of Littoral Drift, Depth of Closure<br>BRUUN Rule, Equilibrium Beach etc. |
| Morang, Dr. Andrew ( _________)<br>USACOE<br>Waterways Experiment Station (WES)<br>3909 Halls Ferry Road<br>Vicksburg, MS 39180-6199<br>(601) 634-2064 | Longshore Sand Transport<br>(LST) 1996, 1997 Reports<br>Harbor Status Reports to Congress<br>EX 112, EX 23 & 24, EX 131 |
| O'Bryan, Tom W. (___________)<br>Chief of Construction<br>ACOE<br>P.O. Box 629<br>Grand Haven, MI 49417<br>(616) 842-5510 X 25523 | Dredging, Contracting<br>Southwest Regional Airport - FSL<br>Use of Dredged Material |
| Parson, Larry E. (___________)<br>Coastal Hydraulics Laboratory<br>Waterways Experiment Station (WES)<br>3909 Halls Ferry Road<br>Vicksburg, MS 39180-6199<br>(601) 634-2064 | EX 23 and 24 1996 and 1997 Reports<br>EX 106, 130, EX 110<br>Monitoring Completed (3-12-91)<br>Coastal Projects - St. Joseph, MI<br>Down Drift Benefits - Effect of Coarse Material - Sediment Transfer |
| Platz, Carl ( _____________ )<br>Project Manager<br>Southwest Regional Airport<br>ACOE<br>P.O. Box 629<br>Grand Haven, MI 49417<br>(616) 842-5510 | Plan to take river sand for Inland Airport |

| | |
|---|---|
| Ross, Phil (______)<br>DDC<br>RSM 6/2001<br>Hydraulic - Coastal Engineer<br>GLH & H Branch | Lead Member<br>Regional Sediment Management Team |
| Schaetzl, Randall (______)<br>Dept. of Geography<br>Michigan State University<br>East Lansing, MI 48824 | Coauthor 2001 Origin/Evolution of the Great<br>Lakes Journal of Great Lakes Research 27(4),<br>518-546 |
| Schlopp, Wayne (______)<br>Chief of Operations DDC | Taking River Sand (inner harbor) |
| Schweiger, David L., P.E. (______)<br>Chief, Great Lakes Hydraulics<br>and Hydrology Branch (10/26/00)<br>Chief Riverine and Coastal Sec. 6-21-94 | Monitoring Program. EX 31. 41, 60-<br>EX 61, 6-8-94 Shoreham<br>Village Council Meeting<br>EX 23. 24 |
| Segrest, Gary W. (______)<br>Asst. Dist. Counsel<br>USACOE - DDC<br>477 Michigan Avenue<br>Detroit, MI 48226<br>(313) 226-6791 | EX 29, Contract Dredging, 63-98<br>DDC Training Re 5th Amendment<br>EX 128 |
| Selegean, James P., Ph. D. ( )<br>Hydraulics Engineer – Coastal Engineer<br>USACOE – DDC<br>477 Michigan Avenue<br>Detroit, MI 48226<br>(313) 226-6791 | Ex 23, 24, 31, 41, 93 (1973 DPR), 61A,B,C,D<br>11/26/07 MDEQ EHL Setbacks<br>Presentation at St. Joseph M.S.<br>Declarant on 1/12/00 Interrogatories<br>10/12/00 Interrogatories and Requests to Admit<br>EX 130, 131, 132, 86 |

| | |
|---|---|
| Shabica, Charles W., Ph. D.<br>(__________)<br>SHABICA & ASSOCIATES<br>550 Frontage Road, Suite 3735<br>Northfield, IL 60093<br>(847) 446-1436 | Shoreline Walk, Glacial Till, Carole Wood,<br>Headlands - Bay Beach,- Shore Line Protection |
| Thieme, Scott J. (__________)<br>Chief, Hydraulic Engineering<br>USACOE – DDC | EX 61, EX 31, 32, 35, 23, 24, 93 |
| Thompson, Charles Lyle (__2 hr.__)<br>Physical Scientist<br>10012 Ruth<br>Allen Park, MI 48101<br>(313) 381-4339 | EX 113 4-30-94 Tour conducted by DDC<br>EX 61, 6-8-94 Shoreham Village<br>EX 21C. 4-20-98 Interview Herald Palladium<br>EX 28 CETN 11-32 (Revised 3/95)<br>EX 31, 32, 41 Monitoring Reports<br>EX 23, 24 |
| Congressman Fred S. Upton<br>(__1 hr.__)<br>800 Shif St.<br>St. Joseph, MI 49095<br>(269) 982-1986 | Sec. 111, Harbor Dredging, Resident<br>Both north and south (Shoreham) of piers,<br>5th Amendment takings and just compensation |
| Voss, Richard A (__½ hr.__).<br>2918 Royalton Heights Road<br>St. Joseph, MI 49085<br>(269) 429-0423 | Retired Appraiser (Midwest)<br>Raised north of jetties - swam through<br>General Effect of, No Beach, Rocky Beach,<br>Boulder Revetment, Lake Access, etc. on value<br>% not $ |
| Wesley, Jay K. (__1 hr.__)<br>MDNR<br>Plainwell Operations Service Ctr.<br>621 N. 10th Street<br>Plainwell, MI 49080-1004<br>PH: (269) 685-6851 x117<br>Fax: (269) 695-1362 | EX 90, St. Joseph River Assessment<br>Lake Michigan Berrien County<br>Lake Shore Condition |

| | |
|---|---|
| Wolf, Richard P., P.E. ( 45 minues )<br>OSELKA CONSTRUCTION<br>10900 Kruger Road<br>Union Pier, MI 49129<br>(269) 469-2420 | Shoreline protection, Boulders<br>Maintenance, Permanency |
| Zande, Doug ( 1 ¾ hrs. )<br>Chief of Operations & Technical Services<br>USACOE – DDC | EX 61 6-8-94 Shoreham Village, Mtg.,<br>Dredging Practices,<br>Dumping |

PROPOSE TO CALL ON FOLLOWING PLAINTIFFS TO TESTIFY

| | |
|---|---|
| Bunker M.D., Frank H. ( ¾ hr )<br>6050 Grand Mere Road<br>Stevensville, MI 49127 | Shoreline Protection,<br>Maintenance, Peninsular Shore Configuration |
| Chapman, Gail ( ¾ hr. )<br>4978 Oak Lane Path<br>Stevensville, MI 49127 | Shoreline Protection<br>Maintenance, Buttons in Littoral Drift |
| Ehret, Carole ( 1 ½ hr )<br>5986 Dunham Ave.<br>Stevensville, MI 49127 | Shoreline Protection, Carole Wood, Glacial Till,<br>Fossiliferous, Cobble Beach, Fast Land |
| Marzke, Richard ( 1 hr )<br>800 Ocean Drive<br>Unit 505<br>Juno Beach, FL 33408 | Shoreline Protection,<br>Loss of Beach, Trees |

| | | |
|---|---|---|
| Melcher, Robert<br>5710 Dunham Rd.<br>Stevensville, MI 49127-9755 | ( 1 hr ) | Shore Line Protection (SLP)<br>Wells, Trees, Boulders<br>Wall, Stairs, MDEQ<br>Set back, Beach Width |
| Miller, Donald<br>1080 South Collier Blvd.<br>Apt. 307<br>Marco Island, FL 34145-6453 | ( 1 hr ) | SLP - Boulders, Vegetation<br>Pre-existing beach<br>Current Beach<br>Seawall |
| Wineberg, Marcia A.<br>9047 Mason Ave.<br>Morton Grove, IL 60053-2458 | ( 1 hr ) | Shoreline Protection (SLP)<br>Corps Sand Dump<br>Concrete Blocks (4' cubes)<br>Property Loss, New<br>MDEQ Set Backs 500'<br>Stairs |

PLAINTIFFS RESERVE THE RIGHT TO CALL ANY OF
DEFENDANTS WITNESSES TO TESTIFY

APPENDIX A
Paragraph 13(a) Summaries per Fed. R. Evid. 1006

1. 1928 to present. Photos by Carole L. Ehret - hundreds (also others by plaintiffs Melcher and Wineberg

2. Litigation photos by James P. Selegean Ph.D of individual properties.

3. September 5, 2005 * Ames Aerials - complete flyover from north (Rocky Gap Park) to south (Grand Mere National Natural Landmark State Park). Oblique. Plaintiffs properties identified. Other Ames shoaling at harbor jetties with Corps'. Various other aerials (oblique) and plan view by Clete Brummel, Hahm and Herald-Palladium of St. Joseph, MI.
   * Ames flyover - 4/23/03

4. News Articles

5. Plaintiffs' Properties

   a. Table of lot depths Arranged North to South

   b. Table of front feet and years owned (later corrected after depositions) arranged north to south

   c. Table of front feet x years owned x 4 cy/ft as shoreline protection not property per 1958 Corps Erosion Control Study (Trial Exhibit 132 here)

   d. 2-18-2004 Summary of Sand Loss Claimed provided by Ehret as Answers to Defendant's 2nd Set of Interrogatories & Request for Production with Expanded Answers and Document Appendix. (Please note that monetary sand losses were provided as early as Ehret's letter to Attorney Brenner on March 10, 2000 related to NOTICE OF ADDITIONAL PLAINTIFFS.)

6. Group of Geological Surficial Maps

7. Group of NET LITTORAL DRIFT ARROW MAPS BASED ON GEOMORPHICS.

8. Currently (3-14-07) the MDEQ is preparing a summary of about 800 Set Backs determined by aerial photo Erosion Hazard Lines (EHL) for the entire length of Berrien County which are expected to be available.

**SUPPLEMENTARY** **

CERTIFICATE OF SERVICE

I, the attorney, John B. Ehret do hereby certify that on the 4th day of April, 2007 I caused to be electronically filed the PLAINTIFFS' MEMORANDUM OF LAW AND FACTS on the below listed attorneys of record:

Terry M. Petrie
Trial Attorney
U. S. Dept. of Justice
ENRD
1961 Stout Street 8th Floor
Denver, CO 80294
P. 303-844-1369
F. 303-844-1350
Terry.Petrie@usdoj.gov

Drew W. Marrocco, Attorney
SONNENSCHEIN NATH & ROSENTHAL
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
P. 202-408-6387
F. 202-408-6399
dmarrocco@sonnenschein.com

Eugene J. Frett, ESQ.
SPERLING AND SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
P. 312-641-3200
F. 312-641-6492

Heide L. Herrmann, Attorney
U. S. Dept. of Justice
P. O. Box 663
Washington, DC 20044-0663
P. 202-305-3315
F. 202-305-0274
Heide.Herrmann@usdoj.gov

Dated: April 4 , 2007

John B. Ehret
John B. Ehret
Attorney for Plaintiffs
John H. Banks et al

** To Add WITNESS AND EXHIBIT LISTS to MEMORANDUM previously filed April 3, 2007.