# Exhibit A

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOHN H. BANKS, ET AL.,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 99-4451 L<br>Judge Emily C. Hewitt |
| STONE, ERROL L. and SUSAN H.<br>As Trustees of Susan H. Stone Trust,<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 04-277 L<br>Judge Emily C. Hewitt |
| EUGENE J. FRETT, Individually and<br>Plaintiffs,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 05-1353 L<br>Judge Emily C. Hewitt |

# STONE PLAINTIFFS' APPENDIX 13(a) AND (b) SUBMISSIONS

## I. Witnesses

Pursuant to the Court's Order filed January 19, 2007, and paragraph 13 of Appendix A of the Court's Rules, Stone Plaintiffs may call the following witnesses at trial for its case-in-chief or rebuttal purposes, except those to be used exclusively for impeachment:

### A. Guy Meadows

May testify to issues set for in his expert report and to which he testified to in his deposition in the case.

### B. Robert Nairn

May testify to issues set forth in his expert report and to which he testified in his deposition in the case.

### C. James Selegean

May testify to knowledge of the Army Corp of Engineers regarding erosion caused by the St. Joseph Harbor jetties and mitigation efforts by the government and issues testified to in his depositions in the case. Parts of Mr. Selegean's testimony may be submitted by deposition designation.

### D. Errol Stone

If the Court requires testimony regarding the specific erosion to each parcel of land, may testify to the erosion of the property owned by the Stone Plaintiffs from 1980 to the present.

### E. Any witness included on Defendant's witness list.

### F. Any witness included on Banks' witness list.

## II. Exhibits

Stone Plaintiffs do not anticipate using exhibits in addition to those listed on the Defendant's or Banks' exhibit lists. Stone Plaintiffs reserve the right to introduce any exhibit

listed on Defendant's or Banks' Plaintiffs exhibit list. If the Court rules that each plaintiff must provide parcel – specific evidence, Stone Plaintiffs reserve the right to supplement this submission.

Dated: March 14, 2007

Respectfully submitted,

Drew W. Marrocco
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
(202) 408-6400 (Telephone)
(202) 408-6399 (Facsimile)
dmarrocco@sonnenschein.com

*Attorney for Stone Plaintiffs*