IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN H. and MARY E. BANKS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 99-4451 L<br>Judge Emily C. Hewitt |
| STONE, ERROL L. & SUSAN H., In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-277 L<br>Judge Emily C. Hewitt |
| EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and<br><br>DONNA P. FRETT,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 05-1353L<br>Judge Emily C. Hewitt |

**JOINT STATUS REPORT REGARDING SITE VISIT**

Pursuant to this Court's order dated March 16, 2007, the parties file this joint status report, requesting that the Court visit the site that is the subject of this case. The parties have conferred and wish to inform the Court of the following:

**Date and Time**

Based upon the Court's suggestion, the parties agree that Sunday, June 3, 2007, would be an acceptable time for the Court to visit the site. As will be discussed below, the parties believe that the Court should visit several locations along the coastline, and that a boat tour would be beneficial to the Court's understanding of the site. Therefore, the parties request that the site visit commence at 10:30 a.m., to ensure sufficient time for the visit.

**Allocation of Expenses**

Subject to necessary approvals, the parties anticipate sharing the costs associated with the site visit, including boat rental and any other necessary transportation. Plaintiffs reserve the right to revisit the issue of whether the site visit should include a boat tour, in the event that it becomes cost prohibitive.

**Attendance and Participation**

The parties agree that counsel should play a minimal role in the site visit. While the attorneys representing the parties will be present, counsel agree to refrain from commentary or argument regarding the site. In the event that the Court poses questions to counsel, the parties agree that any response by counsel should address only the question and not use the occasion to advocate the merits of their client's case.

The parties disagree with regard to whether experts should be present for the site visit.

Defendant's Position: Defendant believes that the presence of experts could prove helpful

to the Court, in identifying and explaining the geological and coastal conditions that the Court will encounter, in the event that the Court has questions during the visit. As with the attorneys, experts would be instructed to refrain from commentary unless asked specific questions by the Court, and in that event, would limit their responses to the specific questions asked. We believe that it will be more effective for the Court to be able to ask any questions contemporaneously, while standing on the coast and viewing the conditions that have prompted the questions, rather than wait until the experts testify, at which time the Court will no longer have the benefit of such visual cues. Additionally, given the continuous presence of attorneys for all parties during the site visit, there will be no danger of *ex parte* communication between the Court and either party's experts. Further, the presence of experts will not necessitate the presence of a court reporter. To the extent that the experts provide information to the Court during the site visit, and either party wishes to rely on any statements made by the experts, counsel may bring out the same information during direct or cross examination at trial.

Plaintiffs' Position: Plaintiffs decline to have experts attend the field tour. We do not consider the conditions (including weather) on a boat, bluff, dune or beach to be conducive for an evidentiary hearing or the recordation of such.

**Locations**

The parties are working together to develop a manageable itinerary for the site visit that would take the Court to a number of locations that are illustrative of the conditions present in the numerous properties at issue. The itinerary can be modified to include any specific areas that the Court may wish to view.

**Additional Issues**

Plaintiffs plan to compile a series of photographs to assist the Court during the site visit. Defendant is unable to take a position on the appropriateness of the photographs before viewing them.

Counsel for the Banks Plaintiffs, Mr. Ehret, wishes to inform the Court that, due to physical limitations, he may not be able to accompany the Court for the portion(s) of the site visit that entail descending to the beach.

Dated: April 6, 2007

Respectfully submitted,

*s/John B. Ehret by Terry M. Petrie*
John B. Ehret, Esq.
20860 Greenwood Drive
Olympia Fields, IL 60461
Telephone: (708) 748-8975
Facsimile: (708) 748-7661
jbehret@covad.net

Counsel for Banks plaintiffs

*s/Drew W. Marrocco by Terry M. Petrie*
Drew W. Marrocco, Esq.
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone: (202) 408-6387
Facsimile: (202) 408-6399
dmarrocco@sonnenschein.com

Counsel for Stone plaintiffs

MATTHEW McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/Terry M. Petrie*
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant

*s/Eugene J. Frett by Terry M. Petrie*
Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-4874
Facsimile: (312) 641-6492
gfrett@sperling-law.com

Counsel for Frett plaintiffs

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the **JOINT STATUS REPORT REGARDING SITE VISIT**" by electronic filing with the Unites States Court of Federal Claims on the 6th day of April, 2007 on:

John Ehret, Esq.
20860 Greenwood Drive
Olympia Fields, IL 60461

Counsel for *Banks* Plaintiffs

****************

Drew Marrocco, Esq.
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005

Counsel for *Stone* Plaintiffs

****************

Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603

Counsel for *Frett* Plaintiffs

****************

*s/Terry M. Petrie*
TERRY M. PETRIE