# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L
(E-Filed: April 19, 2007)

| | | |
|---|---|---|
| JOHN H. BANKS, ET AL., | ) | |
| Plaintiffs, | ) | 99-4451 L |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| STONE, ERROL L. and SUSAN H. As Trustees of the Susan H. Stone Trust, | ) | |
| Plaintiffs, | ) | 04-277 L |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust, | ) | |
| Plaintiff, | ) | 05-1353 L |

| | |
|---|---|
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| ________________________________ | ) |

ORDER

Attached to this order is a proposed pretrial agenda. The parties will be invited to add items to the agenda prior to and/or at the beginning of the pretrial conference.

The pretrial conference will take begin on Wednesday, May 16, 2007 at 10 a.m. EDT at the National Courts Building. The conference shall run until 12:30 p.m. EDT and then resume at 2:00 p.m. EDT. The conference shall last until 5 p.m. EDT or later, as agreed by the parties with the court. The conference shall continue on subsequent days if so required.

The parties are urged to seek ways to take advantage of the opportunities that trial preparation provides for fruitful settlement discussions. The court suggests that, among other steps, counsel promptly provide their clients with copies of their own and the other party's pretrial memorandums and such other pretrial filings as may assist in informing the principals of each party of the strengths and weaknesses of each party's case.

The parties are reminded to bring to the pretrial conference at least four copies of their proposed joint preliminary trial schedule or, if they cannot agree, separate trial schedules in the form attached to the court's Scheduling Order dated January 19, 2007. In preparing their pretrial schedule, the parties shall consider the following guidance regarding the use of exhibits:

1. Admission of Exhibits. No exhibits will be admitted after the close of evidence at the close of trial. The court reminds the parties that any exhibit and/or any portion of an exhibit the import of which with respect to one or more issues in the case is not specifically pointed out by a witness at trial may be disregarded by the court in its determination of the case, unless otherwise agreed to by the parties and the court. "Specifically pointed out" means specific mention, with reference to an exhibit number, and to one or more specific page numbers within, or otherwise identifiable portion of, the exhibit, together with an indication of how the evidence supports or

disproves a fact in issue. "Specifically pointed out" shall not, except with respect to designated portions of depositions introduced into evidence and exhibits introduced through such designated portions of depositions, include mention for the first time in post-trial briefing.

2. Post-Trial Briefs. The court will order post-trial briefing. In their post-trial briefs, the parties shall support the elements of their legal arguments with specific citations to the trial transcript and deposition designations, and to exhibits that were admitted at trial and discussed with a witness. The parties are reminded that the court may disregard evidence that is not "specifically pointed out" by a witness, see supra ¶ 1, unless otherwise agreed to by the parties and the court. The parties shall not attach copies of exhibits or portions of the trial transcript to their post-trial briefing.

The parties are invited to contact the court at any time when it appears that the involvement of the court may assist in securing "the just, speedy, and inexpensive determination of [this] action." RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge

Banks, et. al. v. United States
No. 99-4451 L
(into which has been consolidated No. 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L)

PRETRIAL CONFERENCE
AGENDA
Beginning May 16, 2007

1. Progress Toward Fact Stipulations pursuant to RCFC Appendix A ¶ 17

   a. Report from Parties

2. Witnesses/Witness Lists/Deposition Designations

   a. Witness Lists
   b. Plaintiffs' Deposition Designations
   c. Defendant's Deposition Designations
   d. Exclusion of Witnesses under Fed. R. Ev. 615
   e. Objections

3. Exhibits/Exhibit Lists

   a. Exhibit Lists (DX, PX, JX)
   b. Use/Identification/Organization of Exhibits at Trial
   c. Four Copies of Exhibits at Trial (Plaintiff, Defendant, Court, Witness/Reporter)
   d. Technology Requirements
   e. Objections to Exhibits

4. Motions in Limine and Motions to Exclude

5. Trial Schedule

   a. Site Visit

b. Review/Reconciliation of Parties' Proposed Schedule of Witnesses

c. Opening Arguments

d. Post-Trial Briefing

   i. Opening Briefs (date to be determined): 50 pages maximum. Simultaneous filing.

   ii. Response Briefs (date to be determined): 20 pages maximum. Simultaneous filing.

6. Discussion of Contested Issues Identified in Pretrial Filings (the court expects to circulate an outline of issues closer to the date of the pretrial conference)