# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-4451 L
c/w 04-277 L, 05-1353 L, 05-1381 L, 06-72 L

| | |
|---|---|
| JOHN H. BANKS, MARY E. BANKS, et. al.<br>Plaintiffs,<br>v.<br>THE UNITED STATES OF AMERICA<br>Defendant. | NO. 99-4451 L<br>Judge Emily C. Hewitt |
| STONE ERROL L. & SUSAN H.<br>as trustees of the Susan H. Stone Trust,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | No. 04-277 L<br>Consolidated |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | No. 05-1353 L<br>Consolidated |

PLAINTIFFS' MOTION FOR ORDER REQUIRING 100 MILE PLUS TRIAL WITNESSES TO APPEAR

PLAINTIFFS' MOTION FOR ORDER REQUIRING 100 MILE PLUS TRIAL WITNESSES TO APPEAR

NOW COME consolidated plaintiffs, by their attorney, John B. Ehret, and hereby move this Court to provide an appropriate order for attachment to trial subpoenas where witnesses are served beyond 100 miles from the Niles, Michigan courthouse.

1. Rule 45b(2) provides that the court may upon proper application and good cause shown authorize the service of subpoena any other place (ie beyond 100 miles).

2. Subpoena Form #6 directs when travel distance for trial witnesses exceeds 100 miles: - - - - - - A court order be attached to the subpoena requiring his/her appearance notwithstanding the distance of travel.

3. The below listed individuals work or reside in or near Detroit for the U. S. Army Corps of Engineers.

a. John Konik, Chief Regulatory Office

b Gary R. Mannesto, Chief Regulatory

c. Phil Ross, Hydraulic Coastal Engineer

d. Wayne Schloop, Chief of Operations

e. David L. Schweiger, Chief of Operations former Chief Hydraulics and Hydrology

f. Gary W. Segrest, Asst. Dist. Counsel

g. James P. Selegean, Hydraulics-Coastal Engineer

h. Scott J. Thieme, Chief Hydraulic Engineer

i. Charles L. Thompson, Retired, Physical Scientist Hydraulics and Hydrology Branch

(The above list is not intended to be all inclusive.)

j. Martin R. Jannereth, Chief Great Lakes Shorelands Section Michigan Dept. of Environmental Quality located in Lansing, Michigan

All 10 of the above listed individuals may not be called but they will be subpoenaed because they are understood to have information important to plaintiffs' cause of action.

WHEREFORE plaintiffs attorney prays that this court issue a general order (not to specific names) which may be attached to a subpoena stating that "appearance is required, notwithstanding the distance of travel exceeds 100 miles".

Respectfully sybmitted,

John B. Ehret
Attorney for Plaintiffs

Dated: April 24, 2007

20860 Greenwood Drive
Olympia Fields, IL 60461
708-748-8975
708-748-7661 (FAX)
Email: jbehret@covad.net

CERTIFICATE OF SERVICE

I, the attorney, John B. Ehret do hereby certify that on the 24th day of April, 2007 I caused to be electronically filed the Plaintiffs' MOTION FOR ORDER REQUIRING 100 MILE PLUS TRIAL WITNESSES TO APPEAR on the below listed attorneys of record:

Terry M. Petrie
Trial Attorney
U. S. Dept. of Justice
ENRD
1961 Stout Street 8th Floor
Denver, CO 80294
P. 303-844-1369
F. 303-844-1350
Terry.Petrie@usdoj.gov

Eugene J. Frett,ESQ.
SPERLING AND SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
P. 312-641-3200
F. 312-641-6492

Drew W. Marrocco, Attorney
SONNENSCHEIN NATH & ROSENTHAL
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
P. 202-408-6387
F. 202-408-6399
dmarrocco@sonnenschein.com

Heide L. Herrmann, Attorney
U. S. Dept. of Justice
P. O. Box 663
Washington, DC 20044-0663
P. 202-305-3315
F. 202-305-0274
Heide.Herrmann@usdoj.gov

Dated: April 24, 2007

John B. Ehret
Attorney for Plaintiffs
John H. Banks et al