# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L
(E-Filed: April 25, 2007)

JOHN H. BANKS, ET AL.,

Plaintiffs, 99-4451 L

v.

THE UNITED STATES,

Defendant.

STONE, ERROL L. and SUSAN H.
As Trustees of the Susan H. Stone Trust,

Plaintiffs, 04-277 L

v.

THE UNITED STATES,

Defendant.

EUGENE J. FRETT, Individually and
as Trustee of the Victor J. Horvath
and Frances B. Horvath Trust,

Plaintiff, 05-1353 L

| | |
|---|---|
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| ________________________________ | ) |

ORDER

Before the court is Plaintiffs' Motion for Order Requiring 100 Mile Plus Trial Witnesses to Appear (motion). The court would like to discuss this motion with the parties' representatives and requests that a telephonic status conference (TSC) be held as soon as possible with Mr. Ehret and Mr. Petrie. If Mr. Frett and/or Mr. Marrocco would like to participate in the TSC, they may call the court at 202-357-6565 and request to join.

Mr. Ehret and Mr. Petrie shall call the court together today, April 25 before 6:00 p.m. EDT; on Thursday, April 26 at 10:00-11:00 a.m., 2:00-3:00 p.m., or after 4:00 p.m. EDT; or on Friday, April 27 at 10:00 a.m - 12:00 p.m. or 2:00 p.m. - 5:00 p.m. EDT. The parties' representatives shall call the court at 202-357-6568.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge