IN THE UNITED STATES COURT OF FEDERAL CLAIMS

JOHN H. BANKS, ET AL, )
)
Plaintiff, )
)
v. ) Docket No.: 99-4451L
)
UNITED STATES, )
)
Defendant. )

Chambers, Suite 617
National Courts Building
717 Madison Place NW
Washington, D.C.

Friday,
January 19, 2007

The parties met, pursuant to notice of the Court, at 2:00 p.m.

BEFORE: HONORABLE EMILY C. HEWITT
Judge

APPEARANCES: (Via Telephone)

For the Plaintiff:

JOHN EHRET, Esquire
20860 Greenwood Drive
Olympia Fields, Illinois 60461
(708) 748-8975

Also for the Plaintiff:

DREW MARROCCO, Esquire
Sonnenschein, Nath & Rosenthal, LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
(202) 408-6400



**Exhibit 1**

APPEARANCES: (Cont'd)

Also for the Plaintiff:

EUGENE FRETT, Esquire
Sperling & Slater, P.C.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
(312) 641-3200

For the Defendant:

TERRY PETRIE, Esquire
HEIDE HERRMANN, Esquire
U.S. Department of Justice
Environment and Natural Resources Division
1961 Stout Street, Eighth Floor
Denver, Colorado 80294
(303) 844-1369

For the Army Corps of Engineers:

GARY SEGREST, Esquire

with the percipient witnesses and expert witnesses pointing to these formulas, pointing to the evidence, pointing to the damage that's caused, and helping the Court understand so that I can write in as coherent a fashion as possible an explanation of why I think or do not think that this set of facts and circumstances yields a takings result for the Plaintiff or does not do so under the Fifth Amendment of the Constitution.

I want to say a couple of other things about the scope of this trial. The scope of the trial should leave the Court with a general view, assuming some taking, a general view about the taking, the nature of that taking, across the entire length of the properties that are owned by the individual plaintiffs.

We do not want to get into a situation in which there is a judgment on liability, which is the purpose of this trial, and then that opinion is written. Six months down the road, we get into a situation where we are now speaking about individual property owned by the Horvath Trust and comes some discussion about well, this is special because actually the whole beach works differently in front of Horvath. We don't want to be in that situation.

I mean, it doesn't mean we wouldn't, but