**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JOHN H. and MARY E. BANKS, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **No. 99-4451 L**<br>**Judge Emily C. Hewitt** |
| **STONE, ERROL L. & SUSAN H.,**<br>**In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **No. 04-277 L**<br>**Judge Emily C. Hewitt** |
| **EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and**<br><br>**DONNA P. FRETT,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 05-1353 L**<br>**Judge Emily C. Hewitt** |

**MEMORANDUM OF CONTENTIONS**
**OF FACT AND LAW: DEFENDANT'S EXHIBITS**

Pursuant to the Court's Order filed January 19, 2007, and paragraph 16 of Appendix A of the Court's Rules, defendant provides the attached list of exhibits it expects to offer at trial for case-in-chief or rebuttal purposes, other than those to be used exclusively for impeachment. Per paragraph 16 of Appendix A, we have identified the exhibits which we believe, at this time, that we expect to offer at trial and those that we may offer if the need arises.

Dated: April 25, 2007

Respectfully submitted,

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/Terry M. Petrie*
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tele: 303-844-1369
Fax: 303-844-1350
Terry.Petrie@usdoj.gov

OF COUNSEL
Gary W. Segrest, Esq.
Office of Counsel
U.S. Army Corps of Engineers
477 Michigan Avenue, Room 659
Detroit, MI 48226

HEIDE L. HERRMANN
G. EVAN PRITCHARD
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the "**Defendant's Memorandum of Contentions of Fact and Law: Defendant's Exhibits**" by electronic filing with the Unites States Court of Federal Claims on the 25th day of April, 2007 on:

John Ehret, Esq.
20860 Greenwood Drive
Olympia Fields, IL 60461
Counsel for *Banks* Plaintiffs

****************
Drew Marrocco, Esq.
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
Counsel for *Stone* Plaintiffs

****************
Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Counsel for *Frett* Plaintiffs

****************

*s/Terry M. Petrie*
TERRY M. PETRIE