# DEFENDANT'S EXHIBITS

**Banks, et al. v. United States**
No. 99-4451 L

| EXH # | DOCUMENT TITLE | "Expect" OR "May" offer into evidence |
|---|---|---|
| DX-1 | "Assessment of the Causes of Erosion in the Vicinity of St. Joseph Harbor, Michigan" by Dr. Robert B. Nairn | Expect |
| DX-2 | "Supplemental Report on Review of Plaintiff Expert's Reports" by Dr. Robert B. Nairn | Expect |
| DX-3 | "Geology and Long-Term Lakeshore Erosion in the Vicinity of St. Joseph, Michigan" by Dr. Grahame J. Larson | Expect |
| DX-4 | "Supplemental Report on Review of Plaintiff Expert's Reports" by Dr. Grahame J. Larson | Expect |
| DX-5 | Offshore Wave Rose (Figure A20 of the Nairn Expert Report) | Expect |
| DX-6 | Figure 2.8 Wave focusing effect (red band approaching shore) of the lakebed rise on the Plaintiffs' area (from Nairn Expert Report, p. 2-29). | Expect |
| DX-7 | Figure 2.9 Predicted pre-harbor longshore transport rates in the study area (from Nairn Expert Report, p. 2-29). | Expect |
| DX-8 | Figure 4.15a Nearshore slope change history offshore in front of C&O Railway revetment. (from Nairn Expert Report, p. 4-142). | Expect |
| DX-9 | Figure 4.15b Railroad Location. (from Nairn Expert Report, p. 4-143). | Expect |
| DX-10 | Figure 3.3 Profile Height Definitions. (from Nairn Expert Report, p. 3-40). | Expect |
| DX-11 | Figure 3.4 North Fillet Beach Change (from Nairn Expert Report, p. 3-42). | Expect |
| DX-12 | Figure 3.5 South Fillet Beach Change (from Nairn Expert Report, p. 3-43). | Expect |
| DX-13 | Figure 3.6 North Fillet Beach Growth (from Nairn Expert Report, p. 3-45). | Expect |
| DX-14 | Figure 3.7 South Fillet Beach Growth (from Nairn Expert Report, p. 3-46). | Expect |

| EXH # | DOCUMENT TITLE | "Expect" OR "May" offer into evidence |
|---|---|---|
| DX-15 | Figure 3.9 Lakebed change between 1907 and 1954 (from Nairn Expert Report, p. 3-51). | Expect |
| DX-16 | Figure 3.10 Lakebed change between 1954 and 2001 (from Nairn Expert Report, p. 3-52). | Expect |
| DX-17 | Figure 3.11 Nearshore Currents (NW Storm) with high river flow on 1907-1954 lakebed change (HYDROSED) (from Nairn Expert Report, p. 3-54). | Expect |
| DX-18 | Figure 3.12 Nearshore Currents (SW Storm) with high river flow on 1907-1954 lakebed change (HYDROSED) (from Nairn Expert Report, p. 3-55). | Expect |
| DX-19 | Figure 3.14 Sedimentation due to an extreme (20-year return period) flow discharge with 1991 channel bathymetry (RMA2/SED2D) (from Nairn Expert Report, p. 3-57). | Expect |
| DX-20 | Figure 3.16a Nearshore currents under NW storm event (HYDROSED model results) (from Nairn Expert Report, p. 3-59). | Expect |
| DX-21 | Figure 3.17a Nearshore currents under SW storm (HYDROSED model results) (from Nairn Expert Report, p. 3-61). | Expect |
| DX-22 | Table 4.2 Bluff Erosion Rates (from Nairn Expert Report, p. 4-120). | Expect |
| DX-23 | Figure 4.2 AARR Summary by Reach (from Nairn Expert Report, p. 4-121). | Expect |
| DX-24 | Figure 4.18 Predicted pre-harbor longshore transport rates in the study area – Present Conditions (from Nairn Expert Report, p. 4-146). | Expect |
| DX-25 | Table 4.4 Long-term Sediment Budget Downdrift of St. Joseph Harbor (Sand Only) (from Nairn Expert Report, p. 4-148). | Expect |
| DX-26 | Figure 1a Comparison of Average Annual Bluff Recession Rates MDEQ to Nairn Expert Report, Hagar Township (from Nairn Supplemental Report on Review of Plaintiffs Experts' Reports, p. 19). | Expect |
| DX-27 | Figure 2b Comparison of Average Annual Bluff Recession Rates MDEQ to Nairn Expert Report, Lincoln Township (from Nairn Supplemental Report on Review of Plaintiffs Experts' Reports, p. 22). | Expect |
| DX-28 | Document Title: Figure 6 from Larson expert report – Glacial Geologic Map of Berrien County | Expect |

| EXH # | DOCUMENT TITLE | "Expect" OR "May" offer into evidence |
|---|---|---|
| DX-29 | Figure 7 from Larson expert report – Glacial and post glacial lakes in the Great Lakes basin | Expect |
| DX-30 | Figure 8 from Larson expert report – Lake-level history of glacial and post glacial lakes in the Lake Michigan basin | Expect |
| DX-31 | Figure 9 from Larson expert report – A. Geologic cross-section of lake bluffs north and south of St Joseph looking east; B. Blowup of geologic cross-section of lake bluffs from St. Joseph to Grand Mere Lakes. | Expect |
| DX-32 | Well logs used to generate cross section in Figure 9 of Dr. Larson's expert report | Expect |
| DX-33 | Peat rafts - Box of peat rafts collected by Dr. Larson in Spring 1996 along shore of Lake Michigan near Grand Mere Lakes, Michigan. (These can be made available to plaintiffs' inspection at a time mutually agreeable.) | May |
| DX-34 | Spreadsheet – St. Joseph Dredging (see Exhibit 6 to James P. Selegean's May 19, 2005 deposition) | Expect |
| DX-35 | Response from Colonel Hays, District Engineer, to Mrs. Lee Botts' letter dated August 7, 1974 re: Section III studies (Mrs. Hays's letter dated August 7, 1974 to Colonel Hays also part of this exhibit) | Expect |
| DX-36 | Letter dated January 8, 1985, from P. McCallister, Chief, Construction-Operations Division, to Mr. Patrick McMullen re: the Public Notice titled "Maintenance Dredging and Beach Nourishment, St. Joseph Harbor, Michigan" dated November 26, 1984 | Expect |
| DX-37 | Letter dated December 2, 1993, from Dale Monteith, Acting Chief, Planning Division, to Mr. Jefferson Upton re: his formal application for a study, under the Continuing Authorities Program (CAP) | Expect |
| DX-38 | Letter dated January 13, 1994, from Dale Monteith, Acting Chief, Planning Division, to Mr. Jefferson Upton re: Preliminary surveys are now indicating that roughly 15,000 cubic yards of sand will be dredged and placed at the Shoreham feeder beach. | Expect |
| DX-39 | October 8, 1953 Memo Report on Beach Erosion at Shoreham, Michigan by Mr. Drew, Area Engineer | Expect |
| DX-40 | Technical Report CHL-97-15, July 1997 titled "Effectiveness of Beach Nourishment on Cohesive Shores, St. Joseph, Lake Michigan" | Expect |

| EXH # | DOCUMENT TITLE | "Expect" OR "May" offer into evidence |
|---|---|---|
| DX-41 | Final Environmental Statement: "Mitigation of Shore Damage Attributed To The Federal Navigation Structures At St. Joseph Harbor, Michigan" dated November, 1974 | Expect |
| DX-42 | Section 111 Monitoring Report FY 1997 | Expect |
| DX-43 | "Annual Report On The Section 111 Beach Nourishment Monitoring Program - FY 1999 January 2000" | Expect |
| DX-44 | "Section 111 Preliminary Report on St. Joseph Harbor, Michigan" dated 13 March 1970. | Expect |
| DX-45 | Excerpt of "Bluff Line Recession And Economic Loss In Coastal Berrien County, Michigan" dated December 1988 | Expect |
| DX-46 | "Shoreline Classification of Berrien County" by C.R. Humphrys, R.N. Horner, J.H. Rogers, Michigan State University | Expect |
| DX-47 | Article titled "Nearshore Profile Change and Its Impact On Rates Of Shoreline Recession" published in Coastal Sediments '99. | May |
| DX-48 | "Section 111 Detailed Project Report On Shore Damage At St. Joseph Harbor, Michigan" dated May 1973 | Expect |
| DX-49 | Excerpt of Physical Geology - Fourth Edition | May |
| DX-50 | "Living on the Coast - Protecting Investments in Shore property on the Great Lakes" | May |
| DX-51 | "Living With The Lakes - Understanding And Adapting to Great Lakes Water Level Changes" | May |
| DX-52 | Excerpts of Report to Chief Of Engineers on St. Joseph Harbor, Michigan, from 1835 to 1868 | May |
| DX-53 | Property Numbers in High Risk Erosion Areas In Berrien County, Chickaming Township (arranged north to south), January 1981, amended 5/81 | May |
| DX-54 | "The Post-Glacial Geology of the Grand Marais Embayment, Berrien County, Michigan" by Glenn Charles Tague. April, 1942 | Expect |
| DX-55 | Permit Application with supporting documents 85-12-1166, 85-56-161 for plaintiff McKay property in 1985 | Expect |
| DX-56 | Permit Application with supporting documents 86-56-741 for plaintiff McKay property in 1986 | Expect |
| DX-57 | Permit Status Summary with supporting documents Bulkhead and Sand Traps for plaintiff McKay property in 1997 | Expect |

| EXH # | DOCUMENT TITLE | "Expect" OR "May" offer into evidence |
|---|---|---|
| DX-58 | Permit Status Summary - Detroit District with supporting documents Rip Rap - Nationwide for plaintiff Notre Dame Path Association property in 1999 | Expect |
| DX-59 | Permit Status Summary with supporting documents Rip Rap for plaintiffs Renner and Pancoast properties in 1997 | Expect |
| DX-60 | Permit Application with supporting documents Sand Bags for plaintiff Renner property in 1986 | Expect |
| DX-61 | Permit Application with supporting documents for plaintiff Renner property in 1986 | Expect |
| DX-62 | Permit Application with supporting documents Cement Filled Bag Groin for plaintiff Renner property in 1987 | Expect |
| DX-63 | Permit Application with supporting documents Rock Placement for plaintiff Lahr property in 1986 | Expect |
| DX-64 | Permit Application with supporting documents Sand Bags for plaintiff Cunat property in 1986 | Expect |
| DX-65 | Permit Application with supporting documents Dredging for backfill for plaintiff Ehret property in 1986 | Expect |
| DX-66 | Permit Application with supporting documents Geotextile sand bags groin - dredge sand from lake for plaintiff Ehret property in 1986 | Expect |
| DX-67 | Permit Application with supporting documents Seawall above OHWM (No Permit required) for plaintiff Ehret property in 1984 | Expect |
| DX-68 | Permit Application with supporting documents Wooden Groins for plaintiff Lahr property in 1984 | Expect |
| DX-69 | Permit Status Summary Bulkhead for plaintiff Renner property in 1994 | Expect |
| DX-70 | Permit Application with supporting documents Rip Rap for plaintiff Wineberg property in 1985 | Expect |
| DX-71 | Permit Status Summary Bulkhead for plaintiff Banks property in 1997 | Expect |
| DX-72 | Permit Application with supporting documents Sand Bags for plaintiff Stevens property in 1986 | Expect |
| DX-73 | Permit Application with supporting documents Seawall for plaintiff Stevens property in 1985 | Expect |

| EXH # | DOCUMENT TITLE | "Expect" OR "May" offer into evidence |
|---|---|---|
| DX-74 | Permit Application with supporting documents Bulkhead - Dredge backfill for plaintiff Kane property in 1985 | Expect |
| DX-75 | Monthly Mean Water Levels (feet IGLD 1985) | May |
| DX-76 | Map - "Survey Of the Harbor at St. Joseph Michigan Made under the Direction of Capt. A. Canfield" dated September 1844 | Expect |
| DX-77 | Permit-Status-Summary - John Banks for plaintiff Banks property in 1997 | Expect |
| DX-78 | Regional Permit Review Document Minor Discharges, Work and Structures in the State of Michigan for plaintiff Banks property in 1997 | Expect |
| DX-79 | Letter dated 9/25/00 to Roger (Wilschke) from Tara Gray, Metropolitan Title Company re: 3140 S. Lakeshore Drive, St. Joseph, MI | May |
| DX-80 | Permit Number 56-868 86-56-868 Bulkhead for plaintiff Stevens property in 1986 | Expect |
| DX-81 | Permit 85-56-043 Revetment/Sandtrap for plaintiff Stevens property in 1985 | Expect |
| DX-82 | Permit 85-56-288 Bulkhead for plaintiff Kane property in 1985 | Expect |
| DX-83 | Permit 85-56-161 Sandtrap/Seawall - back fill from near shore for plaintiff McKay property in 1985 | Expect |
| DX-84 | Exhibit A - Damages | May |
| DX-85 | Map - "Survey of the Mouth of the River - St. Joseph, Michigan" dated 1834 | Expect |
| DX-86 | Photo --Sputnik Aerial - June 7, 1988 | Expect |
| DX-87 | Aerial Photo labeled May 1, 1968 | Expect |
| DX-88 | Aerial Photo looking North to St. Joseph, Michigan labeled 5/10/00 | Expect |
| DX-89 | Aerial Photo labeled 5/10/00 | Expect |
| DX-90 | Plat Map of Shoreline - Lincoln TWP | May |
| DX-91 | Plat map for a portion of Village of Shoreham - St. Joseph TWP | May |
| DX-92 | Excerpts of Reports Of The Chief Of Engineers, U.S. Army 1866 - 1980 | May |

| **EXH #** | **DOCUMENT TITLE** | **"Expect" OR "May" offer into evidence** |
|---|---|---|
| DX-93 | Various Records of Construction for dredging and maintenance work dating from 1976 through FY99 & FY01 Maintenance Dredging New Buffalo, St. Joseph (Inner & Outer) Harbors, Michigan FY00 Maintenance Dredging of St. Joseph (Outer) and South Haven Harbors, MI | May |
| DX-94 | Technical Report CHL-97-15, July 1997 titled "Effectiveness of Beach Nourishment on Cohesive Shores, St. Joseph, Lake Michigan" | Not offer into evidence (duplicate of DX-40) |
| DX-95 | "Memorandum For File: Field Report - St. Joseph Site visit for Historical Harbor Information - Banks Case" by James P. Selegean, dated 26 July 2004, containing excerpts of two books | Expect |
| DX-96 | Report to Chief Of Engineers on St. Joseph Harbor, Michigan, from 1835 to 1868 | Not offer into evidence (duplicate of DX-52) |
| DX-97 | Excerpts of "Guidance and Lessons Learned from Monitoring Completed Navigation Projects" Report dated June 2004 | Expect |
| DX-98 | Two wood bulkheads: Repair waterwood, replace landward with vinyl for plaintiff Melcher property in 1997 | Expect |
| DX-99 | Application for Permit for plaintiff Melcher property in 1997 | Expect |
| DX-100 | Permit denial based on State denial of permit for plaintiff Anderson property in 1986 | Expect |
| DX-101 | Coordinate Data | Not offer into evidence |
| DX-102 | Excerpt of Draft of "Sand Resources Of Southeastern Lake Michigan" dated June 1978 by Meisburger, Williams, and Prins of Corps of Engineers | May |
| DX-103 | Drilling Logs | May |
| DX-104 | Memorandum For Commander, Detroit District: St. Joseph - Laboratory Results of Soil Samples, by David P. Hammer, Chief, Geotechnical Branch, Corps of Engineers, dated 18 Jul 88 | May |
| DX-105 | "Report for the Geotechnical Investigation of the Southwestern Michigan Lake Michigan Shoreline" dated January 1995 | May |

| EXH # | DOCUMENT TITLE | "Expect" OR "May" offer into evidence |
|---|---|---|
| DX-106 | "Geotechnical Investigation At Lake Michigan Shorelines Sites" submitted January 1999 | May |
| DX-107 | "Report of Field Geophysical Investigation Lake Michigan SONAR, Sub-Bottom GPR, and Sampling" by William A. Sauck, Western Michigan University, dated February 26, 1999 (revised) | May |
| DX-108 | Various Aerial photos | Expect |
| DX-109 | Excerpt of "FEPS Modeling for LMPDS (Final Report) - Fiscal Year 2001/2002", by Baird & Associates, dated March 2003 | Expect |
| DX-110 | Excerpt of "FEPS Development and Application to the LMPDS Protype Counties (Final Report) - Fiscal Year 2000", by Baird & Associates, dated November, 2001 | Expect |
| DX-111 | LMPDS - Development and Testing Of The Flood & Erosion Prediction System - FY 98 Process | May |
| DX-112 | LMPDS - Development and Testing Of The Flood & Erosion Prediction System - FY98 Progress - Appendix | May |
| DX-113 | Various Aerial Photos | Expect |
| DX-114 | U. S. Army Corp Of Engineers - St. Joseph, Michigan - 1992 Proposed Soil Borings | May |
| DX-115 | Record of Construction FY05 Maintenance Dredging St. Joseph Harbor, Michigan | May |
| DX-116 | "Annual Section 111 Beach Nourishment Monitoring Program and Trip Report - Fiscal Year 04" | Expect |
| DX-117 | Michigan State Highway Department (MSHD) Drawing - Prop. Alterations to Existing Jetty Installation for Shore Protection Along US-12 at Shoreham, Berrien Co., South of St. Joseph. Approved 12/10/54 | Expect |
| DX-118 | MSHD Drawing - Prop. Alterations to Existing Jetty Installation for Shore Protection Along US-12 at Shoreham, Berrien Co., South of St. Joseph. (M11-28, C16) –Approved 12/10/54 | Expect |
| DX-119 | MSHD Drawing - Existing Jetties for Shore Protection Along US-12 at Shoreham, Berrien Co., South of St. Joseph. (M11-28) Dated 1955. | Expect |
| DX-120 | Michigan Department of State Highways (MDSH) Drawing - Plans of Proposed Shore Protection Repair. Approved 4-5-73 | Expect |

| EXH # | DOCUMENT TITLE | "Expect" OR "May" offer into evidence |
|---|---|---|
| DX-121 | MDSH Drawing - General Plan of Project. Proposed Shore Protection along I-94BL in the City of St. Joseph. Approved 4-5-73. | Expect |
| DX-122 | MDSH Drawing - General Plan of Project. Proposed Shore Protection along I-94BL in the City of St. Joseph. Approved 4-5-73. | Expect |
| DX-123 | MDSH Drawing - General Plan of Project. Proposed Shore Protection along I-94BL in the City of St. Joseph. Approved 4-5-73. | Expect |
| DX-124 | MDSH Drawing - Plans of Proposed State Project I-94 BL in St. Joseph, Berrien County, City of St. Joseph. Recommended for Approval - 1970 | Expect |
| DX-125 | MDSH Drawing - General Plan of Project for Proposed Shore Protection along I-94BL in the City of St. Joseph. Checked 2-5-81. | Expect |
| DX-126 | Michigan Department of Transportation (MDOT) Drawing Plans of Poposed Michigan Project along Route I-94BL. Approved 8/19/86 | Expect |
| DX-127 | MDOT Drawing - General Plan of Project for Proposed Shore Protection along I-94BL in the City of St. Joseph. Approved 7-29-86. | Expect |
| DX-128 | MDOT Drawing - General Plan of Project for Proposed Shore Protection along I-94BL in the City of St. Joseph. Sheet 4 of 6. Approved 7-29-86. | Expect |
| DX-129 | MDOT Drawing - General Plan of Project for Proposed Shore Protection along I-94BL in the City of St. Joseph. Sheet 5 of 6. Approved 7-29-86. | Expect |
| DX-130 | MDOT Drawing - General Plan of Project for Proposed Shore Protection along I-94BL in the City of St. Joseph. Sheet 6 of 6. Approved 7-29-86. | Expect |
| DX-131 | MDSH Drawing - Sections. Checked1970. | Expect |
| DX-132 | CSX Document of Lists of repairs and proposed work | Expect |
| DX-133 | Chesapeake and Ohio Railway (C&O) Drawing – Renewing 41' 0" Linear Feet of Retaining Wall Along Lake Michigan, St. Joseph, MI. Date: 6-22-71 | Expect |

| **EXH #** | **DOCUMENT TITLE** | **"Expect" OR "May" offer into evidence** |
|---|---|---|
| DX-134 | C&O Drawing – Renewing 140.5' Linear Feet of Retaining Wall Along Lake Mich., St. Joseph, MI. Drawing No. X-11081. Date: 9-13-71. | Expect |
| DX-135 | C&O Drawing – Renewing 141'-6" Linear Feet of Retaining Wall Along Lake Mich., St. Joseph, MI. Date: 6-5-69. | Expect |
| DX-136 | CSX document. Drawing – Location of Lake Mich. Shore Line Near St. Joseph, Michigan from Sta. 3315 to 3390. Dated: July 3, 1919 | Expect |
| DX-137 | C&O Drawing – Proposed repairs Shore Protection Works, St. Joseph, Michigan. Sheet 4 of 4. Date: July 12, 1955 | Expect |
| DX-138 | C&O Drawing – Strengthen and Repair portions of retaining wall. Drawing X-11089 | Expect |
| DX-139 | CSX document Drawing – Relative Position of Shore Line and Tracks at about Sta. 3330. Date: July 1, 1940 | Expect |
| DX-140 | CSX document Drawing – Proposed Embankment Protection South of St. Joseph, MI. Date: Sept. 25, 1929 | Expect |
| DX-141 | CSX document Drawing – GD-94-B | Expect |
| DX-142 | CSX document Drawing – Proposed Extension of Revetment Wall S. Of St. Joseph. Date: Feb. 18, 1943 | Expect |