**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **JOHN H. and MARY E. BANKS, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 99-4451 L**<br>**Judge Emily C. Hewitt** |
| **STONE, ERROL L. & SUSAN H., In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 04-277 L**<br>**Judge Emily C. Hewitt** |
| **EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and**<br><br>**DONNA P. FRETT,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 05-1353 L**<br>**Judge Emily C. Hewitt** |

**MEMORANDUM OF CONTENTIONS**
**OF FACT AND LAW: DEFENDANT'S WITNESSES**

Pursuant to the Court's Order filed January 19, 2007, and paragraph 15 of Appendix A of the Court's Rules, defendant provides the following list of witnesses at trial for its case-in-chief or rebuttal purposes, except those to be used exclusively for impeachment. Per paragraph 15(a) of Appendix A, we have listed first those witnesses whom we believe, at this time, that we expect to present at trial, followed by those witnesses whom we may call if the need arises.

A. Witnesses Expected to Testify

1. Ron Erickson, Retired Corps of Engineers geologist
4647 Burnsline Rd
Croswell, Michigan 48422
(810) 679-4610

Mr. Erickson may testify as to his observations of the geology and geologic conditions along the shoreline and lake bottom in St. Joseph.

2. John Konik, Chief, Regulatory
U.S. Army Corps of Engineers
Detroit District Office
477 Michigan Ave.
Detroit, Michigan 48226
(313) 226-7732

Mr. Konik may testify as to regulatory files, procedures, permit processing, Corps' OHWM, and cumulative effect of structures on the St. Joseph, MI, harbor shoreline as it relates to regulatory permitting.

3. Dr. Grahame J. Larson
Department of Geological Sciences
Michigan State University
East Lansing, MI 48824
(517) 353-9485

Dr. Larson may testify to the matters addressed in his expert report dated may 2006, supplemental report dated June 2006, and his deposition conducted on July 14, 2006, regarding the geological composition of the shoreline and erosion in the vicinity of St. Joseph, Michigan.

4. Dr. Andrew Morang, research physical scientist
USACE-ERDC
3909 Halls Ferry Road
Vicksburg, MS 39180
(601) 634-2064

Dr. Morang may testify about his work in the Corps' reports "Geologic Effects on Behavior of Beach Fill and Shoreline Stability for Southeast Lake Michigan", Technical Report CERC-96-10, and "Effectiveness of Beach Nourishment on Cohesive Shores, St. Joseph, Lake Michigan", Technical Report CERC-97-15.

5. Dr. Robert B. Nairn
W.F. Baird & Associates Coastal Engineers Ltd.
2981 Yarmouth Greenway
Madison, WI 53711
(905) 845-5385

Dr. Nairn may testify as to the matters addressed in his expert report dated May 2006, his supplemental report dated June 8, 2006, and his deposition conducted in this litigation on August 23, 2006.

6. Thomas O'Bryan, Civil Engineer for the Grand Haven Area Sub-Office
U.S. Army Corps of Engineers
Detroit District Office
Grand Haven Area Office
307 South Harbor Street
Grand Haven, Michigan 49417
(616) 842-5510

Mr. O'Bryan may testify as to observations and experience on Lake Michigan with respect to lake and weather conditions, operation and maintenance of the St. Joseph harbor structures, and dredging operations and mitigation placement operations.

7. Wayne Schloop, Chief of Operations
U.S. Army Corps of Engineers
Detroit District Office
477 Michigan Ave.
Detroit, Michigan 48226
313-226-5013

Mr. Schloop may testify as to the drafting and maintenance of annual reports of dredging, dredging and placement operations, records and reports of the construction and structural history of the St. Joseph, MI harbor, the Operations and Maintainence manual, and Section 111 Detailed Project Report.

8. James Selegean, hydraulic engineer
U.S. Army Corps of Engineers
Detroit District Office
477 Michigan Ave.
Detroit, Michigan 48226
(313) 226-6791

Mr. Selegean may testify as to structure history, design and physical construction, rehabilitations, permeability and dredging and disposal/mitigation history, as well as those additional matters addressed in the course of plaintiffs' depositions taken of him as a Rule 30(b)(6) witness.

9. Charles L. Thompson, Retired Corps of Engineers physical scientist
10012 Ruth
Allen Park, Michigan 48101
(313) 381-4339

Mr. Thompson may testify as to his observations of the erosion processes along the shoreline in St. Joseph and of the Corps' mitigation efforts, as well as his contacts with the general public in the area associated with informing the pubic as to Corps operations, mitigation and studies.

B. Witnesses Who May Testify

1. Don Holley, Floating Plant & Surveying Coordinator
U.S. Army Corps of Engineers
Detroit District Office
477 Michigan Ave.
Detroit, Michigan 48226
(313) 226-6816

Mr. Holley may testify as to Corps' hydrographic surveying operations and hydrographic surveys in the St. Joseph area.

2. Jeff Lillycrop
USACE-Mobile District
109 St. Joseph St.
Mobile, AL 36602
(251) 694-3721

Mr. Lillycrop may testify as to the SHOALS bathymetric surveying operations.

3. Dr. Guy Meadows
1085 S. University Avenue
Ann Arbor, MI 48109
(734) 764-5235

Dr. Meadows may testify as to the matters addressed in his expert report and supplemental report submitted in this litigation, and his depositions conducted in this litigation on August 22, 2006, and December 6, 2000.

4. Document custodian for the U.S. Army Corps of Engineers

5. Document custodian for CSX Transportation, Inc.

6. Document custodian for State of Michigan Department of Transportation.

7. Defendant reserves the right to call to testify those witnesses listed upon plaintiffs' lists of witnesses provided pursuant to paragraph 15 of Appendix A of the Court's rules.

Dated: April 25, 2007

Respectfully submitted,

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/Terry M. Petrie*
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tele: 303-844-1369
Fax: 303-844-1350
Terry.Petrie@usdoj.gov

HEIDE L. HERRMANN
G. EVAN PRITCHARD
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

Attorneys for Defendant

OF COUNSEL
Gary W. Segrest, Esq.
Office of Counsel
U.S. Army Corps of Engineers
477 Michigan Avenue, Room 659
Detroit, MI 48226

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the "**Defendant's Memorandum of Contentions of Fact and Law: Defendant's Witnesses**" by electronic filing with the Unites States Court of Federal Claims on the 25th day of April, 2007 on:

John Ehret, Esq.
20860 Greenwood Drive
Olympia Fields, IL 60461
Counsel for *Banks* Plaintiffs

****************
Drew Marrocco, Esq.
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
Counsel for *Stone* Plaintiffs

****************
Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Counsel for *Frett* Plaintiffs

****************

*s/Terry M. Petrie*
TERRY M. PETRIE