**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JOHN H. and MARY E. BANKS, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **No. 99-4451 L**<br>**Judge Emily C. Hewitt** |
| **STONE, ERROL L. & SUSAN H., In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **No. 04-277 L**<br>**Judge Emily C. Hewitt** |
| **EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and**<br><br>**DONNA P. FRETT,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **No. 05-1353L**<br>**Judge Emily C. Hewitt** |

**DEFENDANT'S MOTION FOR LEAVE TO DESIGNATE DEPOSITION TESTIMONY**

Pursuant to Rule 32(a) of the Rules of the Court of Federal Claims ("RCFC") and RCFC Appendix A ¶ 15(b), Defendant hereby moves for leave to file and present substantive evidence through the deposition testimony of Plaintiffs' expert witness, Dr. Guy Meadows.

**DISCUSSION**

At the outset, it should be emphasized that Defendant intends to rely on excerpts of Dr. Meadows' testimony only in the event that Plaintiffs ultimately choose not to call Dr. Meadows to the stand. If Plaintiffs call Dr. Meadows, as we expect they will, Defendant is prepared to elicit the necessary information through in-court cross examination, and reliance on deposition testimony will prove unnecessary.

In the event that Dr. Meadows is not called to testify during the trial of this matter, Defendant seeks to designate the following pages from his December 2000 deposition: 1-2, 8-10, 20-25 and 46-51. Copies of the designated pages are attached as Exhibit A.

According to RCFC 32(a)(3)(E), the deposition of a witness may be used for any purpose if the court finds "upon application and notice, that the witness is at a greater distance than 100 miles from the place of trial," unless the witness's absence "was procured by the party offering the deposition" or if the court determines "that it is not in the interest of justice" to allow use of the deposition.

In this case, the deposition excerpts Defendant seeks to file and present as substantive evidence meet these standards. The trial is currently scheduled to take place in Niles, Michigan. According to plaintiffs' witness list, Dr. Meadows resides in Ann Arbor, Michigan, which is approximately 150 miles away from Niles. Defendant has not, and would not, procure the absence of Dr. Meadows. Indeed, Defendant anticipates that Dr. Meadows will most likely be

called by Plaintiffs, which would obviate the need for reliance upon excerpts from his deposition. Further, justice does not require the use of live testimony on the issues for which these deposition excerpts are offered. All parties had an opportunity to examine Dr. Meadows during his deposition.

As the Court is aware, the upcoming trial will consist of numerous witnesses and trial exhibits. Allowing Defendant to present some substantive evidence by way of deposition testimony, only in the event that it becomes necessary, will allow courtroom proceedings to proceed more efficiently.

## CONCLUSION

For the foregoing reasons, Defendant respectfully moves for leave to file and present substantive evidence through the deposition testimony of Dr. Guy Meadows.

Dated: April 25, 2007

Respectfully submitted,

s/ Terry M. Petrie
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tele: 303-844-1369
Fax: 303-844-1350
Terry.Petrie@usdoj.gov

HEIDE L. HERRMANN
Environment and Natural Resources Division
Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
202-305-3315 (phone)
202-305-0274 (fax)
Heide.Herrmann@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the "**Defendant's Motion for Leave to Designate Deposition Testimony**" by electronic filing with the Unites States Court of Federal Claims on the 25th day of April, 2007 on:

John Ehret, Esq.
20860 Greenwood Drive
Olympia Fields, IL 60461
Counsel for *Banks* Plaintiffs

****************

Drew Marrocco, Esq.
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
Counsel for *Stone* Plaintiffs

****************

Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Counsel for *Frett* Plaintiffs

****************

s/ Terry M. Petrie
TERRY M. PETRIE