# EXHIBIT A

IN THE UNITED STTES COURT OF FEDERAL CLAIMS

JOHN H. BANKS, et al,

Plaintiffs,

-vs-

No. 99-445 L

THE UNITED STATES,

Defendant.

_______________________________________ /

DEPONENT: GUY A. MEADOWS, Ph.D.

DATE: Wednesday, December 6, 2000

TIME: 11:00 a.m.

LOCATION: 2600 Draper, Ann Arbor, Michigan

REPORTER: Nora Grenier, RMR, CRR, CSR-2642

APPEARANCES:

MR. JOHN B. EHRET
20860 Greenwood Drive
Olympia Fields, Illinois 60461
708-748-8975
Appearing on behalf of the Plaintiffs.

US ARMY CORPS OF ENGINEERS
BY: Mr. Gary W. Segrest
477 Michigan Avenue, Rm. 659
Detroit, Michigan 48231
313-226-2215
Appearing on behalf of the Defendant.

US DEPARTMENT OF JUSTICE
BY: Mr. Alan Brenner
601 Pennsylvania, N.W., Rm. 847
Washington, P.C. 20004
202-305-0466
Appearing on behalf of the Defendant.

project of special merit --

MR. EHRET: Why don't we enter this as Exhibit 3, please.

DEPOSITION EXHIBIT 3
WAS MARKED BY THE REPORTER
FOR IDENTIFICATION.

Q. (BY MR. EHRET) I'm a mechanical engineer also. So, we have that in common. I went to Cornell but probably about the time when you were born, 1952 I graduated.

A. I see.

Q. Now, in your project you established project, by project I mean Exhibit 3 project, you established survey lines, is that what you call them, or transects?

A. If I can make a clarification on your characterization. You said our most recent report.

Q. Okay.

A. We have enjoyed 12 years of continuous funding by the Michigan Department of Environmental Quality, and there are both reports prior to and since this report that deal with coastal processes on the Lake Michigan shoreline.

This particular project reports as of 1998 the most recent surveys on selected lines that

we have -- survey lines that we have established for coastal monitoring for the Department of Environmental Quality.

Q. So, those lines were previously established though?

A. That's correct.

Q. In earlier reports?

A. That's correct.

Q. And since this report which we are -- which we have marked as Exhibit 3, you have done another report?

A. Several others.

Q. Having to do with these same survey lines?

A. That's correct.

Q. And were those reports intended to produce the same kind of appendix one charts of the bottom of the lake at those same survey points?

A. We have done a number of things in subsequent reports. We have continued to monitor all of the U of M lines, meaning University of Michigan permanent survey lines that were established in 1987 and first surveyed in 1988. We have continued to monitor those at least annually, and in some of those more often than once a year.

Some of the reports deal with the

impact of private shore protection structures on the shoreline and some of those deal with the impact of larger federal structures on the shoreline.

Q. In connection with the impact of the larger federal structures, have you ever actually tried to analyze the volume of sand that is accumulated north and south of the jetties at St. Joe?

A. Yes, we worked in the St. Joseph's region a substantial amount over this 12-year period both under contract from Michigan DEQ as well as from the Army Corps of Engineers in monitoring their beach fill programs.

Q. So, if I wanted to know how much volume is accumulated in the fillet to the north of the jetties at St. Joe, would I look in this report or some other report?

A. We would never have performed the calculation of the rate of increase of total sediment volume or the rate of change of total sediment volume in the updrift side. Most of our efforts have been concentrated on the southern side of the harbor.

There are, however, several lines to the north of the St. Joe that were monitored for a number of years under Corps of Engineer contracts.

closure, that term implies that the waves are no longer able to move that sediment. So, losing sediment to the offshore region loses that sediment forever.

Similarly sediment can be transported out of a particular region parallel to the shoreline and if sufficient sediment is not brought in from the updrift side, then again there is a net loss of sediment to that region.

We consider near shore sediment as a natural resource that needs to be managed and preserved.

Q. Have you ever heard the term total barrier to littoral drift?

A. Yes, sir.

Q. Is that a term you use?

A. Yes, it is.

Q. Do you consider that the jetties at St. Joseph represent a total barrier to littoral drift?

A. I wouldn't consider them a total barrier. There is some sediment that does move around the outside from the north to the south which necessitates periodic dredging of the harbor entrance. So, some sediment is getting around there, but for practical purposes the St. Joseph harbor and other harbors

similar to it are a very significant barrier to the longshore transport of sediment.

Q. And we started to get close to discussing how much sand was accumulated on the north side of the jetties at St. Joseph. Do you have a number in mind or --

A. I don't have a number in mind simply because I have not done the calculation. Based on our survey data as well as Corps of Engineers survey data it is certainly possible to calculate the total volume of sediment on the northern side.

Also from our wave analysis studies we estimate that somewhere between 50 to 60 thousand cubic yards of sediment could potentially be transported along that shoreline given the wave energy that is incident along that section.

Q. And that section being to the north or to the south?

A. That section being -- looking to either side of the harbor with the harbor in the center, the incident wave climate that strikes that shoreline given the geometry and orientation of that shoreline, those waves have the potential to transport somewhere between 50 to 60 thousand cubic yards of material from north to south.

Q. On an annual basis?
A. On an annual basis.
Q. So that that sand would move along there if the piers weren't there?
A. That is correct.
Q. Have you ever heard of a design that would permit the piers to be there but allow the sand to go through?
A. Attempts to allow sand to naturally pass a structure have not been successful, but there certainly is a variety of mechanical means by which sediment can be transported around the structure. These are called sand bypassing operations. They have existed in a number of harbors.
Q. And what do they consist of? Essentially are they dredging?
A. They consist of some form of dredging that picks sand up from the updrift side where it is impounded by the structure and mechanically transports it to the downdrift side which in this case would be the southern side of the structure at a rate equal to the potential transport by the waves.
Q. Are you familiar with the Corps' mitigation program for St. Joseph harbor?
A. I am familiar with it in general but not with

the specific quantities that have been transported each particular year.

Q. Are you familiar with -- do you know Mr. Nairn, Rob Nairn?

A. Yes, I do.

Q. I'm going to show you -- I'm not going to mark this but it's a technical report CHL-97-15 dated July 1997 and it's entitled effectiveness of beach nourishment by Robert B. Nairn.

Do you know any of these other gentlemen, Peter Zuzack (phonetic), Andrew Morange (phonetic), Larry Parsons?

A. I know Andrew Morange and Larry Parsons from the Corps of Engineers water waste experiment station.

Q. Okay, thanks. Now, in this brochure or book or technical report -- I take it you've looked at this?

A. Yes, I have.

Q. There is a table which purports to show the beach nourishment that the Corps has done for the St. Joe harbor over a period of years. Do you remember having seen that? I'm trying to find it for you so that your memory will be refreshed.

A. Thank you.

Q. I know I pulled it out of here but I just

can't seem to put my fingers on it.

DEPOSITION EXHIBITS 4, 5, 6
WERE MARKED BY THE REPORTER
FOR IDENTIFICATION.

Q. Now, I don't expect you to digest all those figures, but if anybody could, I think you could. They do show what Mr. Nairn has published and I assume he acquired this information from the Corps records, what the annual mitigation has been.

This is a chart which came from the same report, the same technical report, CHL 97-15 showing that the mitigation has dropped off in the period of 1991 through 1995.

His paper is in cubic meters, and I've converted 40 thousand 852 cubic meters to 53 thousand 532 cubic yards.

A. That would be about right.

Q. Were you -- are you privy to all this information or have you ever studied this in any way?

A. I have not studied it in any detail. I am aware that it exists.

Q. I'm struck by the similarity between the number you used of the capability of the waves, the wave climate to move 50 thousand cubic yards to the south annually and the number 53 thousand cubic yards

which the Corps according to these records has historically been putting down at various places along the shore south of St. Joe.

Were you previously aware of this similarity?

A. No, sir.

Q. So, theoretically based on that information what would that lead you to conclude?

A. That if they have indeed placed somewhere on the order of 50 thousand cubic yards per year as figure two which is not marked as an exhibit indicates --

MR. EHRET: Let's mark this as an exhibit.

DEPOSITION EXHIBIT 7
WAS MARKED BY THE REPORTER
FOR IDENTIFICATION.

A. That if that quantity of material has been placed on the beach and that it has been properly placed so that it can be absorbed back into the transport, then the Corps has more or less mitigated for the total impact that this structure is having.

Q. (BY MR. EHRET) To my knowledge the most recent nourishment that the Corps has done has been what they refer to as heavy sand or coarse sand, and

Q. And have you ever run totals to see how much sand has been dredged and dumped out deep in the water?

A. Yes. Now you are getting somewhere.

Q. That's significant?

A. Yes, sir, it is.

Q. Do you have those totals?

A. I don't.

Q. Now, those -- in the beginning of this case I was much more ambitious and I looked at every web site so that what you are looking at there has really become irrelevant except for St. Joseph, but in St. Joseph I believe that there are -- there were one million nine hundred thousand cubic yards of sand that were deep dumped between '63 and '83. I don't expect you to memorize numbers like that, but does that number shock you at all over a 20-year time?

That's about -- two million divided by 20 is about a hundred thousand a year, or is it only ten thousand a year? No, it's a hundred thousand a year, isn't it?

A. That seems a little high but not totally unreasonable.

Q. Are you aware whether they've stopped doing that?

A. It's my understanding that that is no longer the practice, and when I refer to near shore sediment as being a resource, this is precisely what I'm referring to, the loss of material to the offshore region is unrecoverable.

Q. But that dredging is coming out of the river, isn't it, out of the channel?

A. I'm sure some of it is sand deposits out of the channel. The bulk of it is most likely material that has moved around the end of the breakwaters and not allowing the channel to be at the project depth. I believe the bulk of this is significant beach-type sand that has been transported offshore not only at this harbor but other harbors as well and is no longer available to the near shore environment.

Q. But would that be included within the 50 thousand cubic yards per year that you're referring to or would that be in addition to it, if it was still there? Maybe I'm not -- if I give you a question you don't understand, just say I don't understand your question.

A. Yes, sir.

Q. Should I repeat that?

(The requested portion of the record was read by the

reporter)

A. The 50 thousand cubic yards is the amount of sand, beach sand type of material that the annual wave climate is available to transport past a location.

If some of that material is trapped in the updrift fillet or some of that material is trapped within the harbor structures themselves, that material is no longer available to flow naturally to the downdrift beaches.

So, the fact that -- and if this is truly sand size material all of which was dredged and dropped offshore, it is a loss from the near shore system of the 14 million cubic yards that you've calculated.

So, it is material that would have flown past the harbor most of it and would have nourished the downdrift beaches, and I hope that answers your question.

Q. We've already established that there is a dominant littoral drift from north to south?

A. Yes, sir.

Q. You fully agree with that?

A. I do.

Q. So, would all this sand now have been taken down to the Indiana dunes, this dredged sand?

A. In a perfect world for the beach to remain stable, that is, for a property owner such as yourself to stake out a claim and have certain dimensions on that, for that to remain stable for a long period of time an equivalent amount of sand has to enter in your case from the north that is being transported out the south and being transported offshore.

So, there has to be a net balance of sediment. Otherwise, the beach decreases or if there is a surplus of sediment, the beach would increase.

We don't usually see increasing beaches other than a few locations within the Great Lakes.

So, if there were no alterations to the shoreline, whatever comes in from the north is generally transported out by the south. Superimposed on that is the fact that the Great Lakes are very new features geologically. They are only 10 to 12 thousand years old. They are unusually steep sided and unusually deep, and mother nature tends to broaden that out.

So, even in the absence of any man-made intervention on the shoreline, erosion does exist on the Great Lakes shorelines, and that is

somewhere around a foot per year most places and referred to in the literature as the background erosion rate.

Superimposed on that are the influences of man-made structures, both small private structures as well as large navigation structures that perturb that general equilibrium.

MR. SEGREST: How much did you say was an annual erosion?

THE WITNESS: The background erosion is approximately one foot per year. The lakes are trying to become swamps.

Q. (BY MR. EHRET) Are you talking about the line, the shoreline between the visible beach and the water itself, or are you talking about the four dunes and the main dunes and the bluffs?

A. Generally the top of the dune or the top of the bluff, that edge towards the lake is chosen for a couple reasons. One, it's visible in aerial photography which is perhaps one of the best ways to keep track of its migration over a long period of time, and how wide the beach is is dependent on water levels on that particular day and in that particular sequence of years.

So, normal beach slopes are one to a

hundred. So, a change of water level by one foot would either erase or produce a hundred foot difference in the width of the beach.

So, for those two reasons the edge of the bluff is usually the point that is referenced.

Q. I'm going to show you a photograph, and this is our property, my wife's property, but it's not atypical of the area. It's a poor -- I'm going to use -- I think you've seen this before.

This is an aerial photograph -- I'll give you the original.

MR. EHRET: Let's mark the copy.

DEPOSITION EXHIBIT 19
WAS MARKED BY THE REPORTER
FOR IDENTIFICATION.

Q. (BY MR. EHRET) This house here happens to be ours. This house was built in 1913, and it was there along with trees in front of it which we have photographs of that are a hundred years old, and they were at the edge of the bluff which would indicate to us that our bluff line was over a hundred years old at least and that had never been subjected to erosion.

Now, the only -- I want to keep asking you questions, but I do want to lay the foundation.