Case: 1:99-cv-04451

1 of 9 Pages
Draft: 03/09/2007

# PRELIMINARY WITNESS LIST

| | |
|---|---|
| Ames, Don ( 1 hr. )<br>Ames Multi Image<br>1340 S. Manor Drive<br>St. Joseph, MI 49085-3114 | AERIAL PHOTOS - Oblique<br>Authenticate<br>Interpretation<br>Shoaling |
| Blumer, Stephen P. ( )<br>U.S. Dept. of Interior<br>USGS<br>Water Resources Discipline<br>6520 Mercantile Way, Suite 5<br>Lansing, MI 48911-5991<br>(517) 887-8922 | EX. 123-124<br>St. Joseph River Gauge<br>04101500 @ Niles, Michigan<br>Readings - 1979 to 1995 |
| Burkholz, R. J. ( )<br>St. Joseph Harbor Authority<br>94 Higman Park Hill<br>Benton Harbor, MI 49022-3559<br>(269) 925-6347 | Federal Harbor Tonnage Requirement<br>Harbor Dredging<br>Harbor Smoaling<br>Economics |
| Chrzastowski, Michael J., Ph. D. ( )<br>Illinois Geological Survey State<br>615 East Peabody Drive<br>Champaign, IL 61820<br>(217) 244-2194 | EX 23, 24, 31, 33, 41, 86 (Nairn)100, 101, 102, |
| Davis, Stephen E., ( )<br>INDR<br>Lake Michigan Specialist<br>100 W. Water Street<br>Michigan City, IN 46360<br>(219) 874-8316 | EX 106, EX 129 |

Exhibit 2

Case: 1:99-cv-04451


Draft: 03/09/2007

| | |
|---|---|
| Ebersole, Bruce A. (______________) | EX. 11, March, 2002 |
| ERDC/CHL | LSTF Physical Model |
| US Army Engineer Research | |
| and Development Center | |
| Vicksburg, MS | |
| (601) 634-3209 | |
| Large Scale Sediment Transport Facility | |
| | |
| Ellison III, James M (______________ ) | St. Joseph Harbor |
| Chief | EX 124 Wave Absorbers |
| Boatswain's Mate | |
| U.S. Coast Guard | |
| 1 Washington Park Marina | |
| Michigan City, IN 46860 | |
| (219) 879-8371 | |
| | |
| Erickson, Ron (______________) | EX 113, 4-30-94 Tour |
| Geologist, DDC Retired | EX 23, 24, 31, 32, 41, 28, 61 |
| 4647 Burnsline Road | EX 28 |
| Crosswell, MI 48422 | |
| | |
| Folger, Dr. David W. (______________) | EX 100, EX 33, EX 23 & 24 |
| United States Geological Survey | Rate of Downcutting |
| Woods Hole, MA 02543 | GENER substrata |
| | (Clay?) Wadsworth |
| | |
| Foster, David S. (______________) | EX 100, EX 33, EX 23-24 |
| United States Geological Survey | Downcutting Glacial Till |
| Woods Hole, MA 02543 | Rate of same |
| (508) 457-2271 | |

| | |
|---|---|
| Gauthier, Roger (__________)<br>Hydrologist<br><br>Ann Arbor, MI | EX 118 |
| Hendrix, Lee (__________)<br>Ex-Chairman<br>Lincoln Township Park District<br>6801 Jericho Road<br>Stevensville, MI 49127<br>(269) 465-9943 | |
| Houston, James R. (__________)<br>Director<br>CERC- WES | EX. 28 3/95 CETN II-32<br>EHL Set Backs<br>Erosion Hazard Line |
| Jannereth, Martin R ( 1 ½ hr. )<br>Chief<br>Great Lakes Shorelands Section<br>Land and Water Management Division<br>MDEQ<br>Constitution Hall<br>523 West Allegan St<br>P.O. Box 30458<br>Lansing, MI 48909-7958<br>(517) 335-3458 | Ehret letter 3-6-07 to Jannereth<br>Re Erosion Hazard Line Set Backs<br>Berrien County, Michigan<br>Martin R. Jannereth letter 10-7-05 Re<br>Occasional Papers on Geology of Michigan<br>For 1946 |
| Kasischke, Kevin A., R.S. ( 1 ½ hr )<br>Berrien County Health Department<br>2106 M-139, P.O. Box 706<br>Benton Harbor, MI 49023<br>(269) 927-5657 | Well Digger Logs<br>Unified Soils Classification System<br>Drive Sample Blows<br>Location of Borings |

Case: 1:99-cv-04451


Draft: 03/09/2007

| | |
|---|---|
| King, Dean ( ½ hr )<br>THE KING CO.<br>13520 Barry Street<br>Holland, MI 49424<br>(616) 399-1784 | Dredging at St. Joseph Harbor- Shoreline Protection<br>EX 113 4-28-05 Dredging Contract |
| Kittleman, R ( )<br>DDC<br>Retired<br>Current Address | EX 61 6-8-94 Shoreham Village<br>EX 124 Wave Absorbers |
| Konik, John ( ¾ hr. )<br>Chief Regulatory Office DDC | Permit Summary<br>8-4-05 Declaration<br>EX 113 4-18-05 Contract |
| Larson, Graham J. Ph.D ( )<br>Department of Geological Sciences<br>Michigan State University<br>East Lansing, MI 48824 | EX 96 1974 Lineback Glacial Tills<br>EX 99, 100, 102 93 Sec. 111 DPR<br>EX 101, 104 Buckler<br>EX 20, 1946 Tague - Jannereth Re: Authority of Occasional Papers<br>EX 151 1979 Sand Resources<br>EX 98, 99 |
| LaValley, Larry ( )<br>St. Joseph Harbor Master<br>Hager Township<br>2947 Coloma Road<br>Benton Harbor, MI 49022<br>(269) 849-1406 | Shipping Tonnage<br>Federal Harbor<br>Qualified<br>Dredging |
| Mannesto, Gary R ( ).<br>Chief Regulatory<br>USACOE – DDC | Fixed OHWM<br>Taxing Seawalls |

| | |
|---|---|
| Meadows, Guy A., Ph. D. (_________)<br>Professor, Naval Architecture & Marine Engineering<br>Director Ocean Engineering Laboratory<br>124A West Hall<br>1085 S. University Avenue<br>Ann Arbor, MI 48109<br>(734) 764-5235<br>(734) 878-0633 (Home) | EX 23, 24, 31, 32, 41, 33, 34, 35, 132, 130<br>EX 101, 102, 106, 107<br>Fundamentals of Littoral Drift, Depth of Closure<br>BRUUN Rule, Equilibrium Beach etc. |
| Morang, Dr. Andrew ( __________)<br>USACOE<br>Waterways Experiment Station (WES)<br>3909 Halls Ferry Road<br>Vicksburg, MS 39180-6199<br>(601) 634-2064 | Longshore Sand Transport<br>(LST) 1996, 1997 Reports<br>Harbor Status Reports to Congress<br>EX 112, EX 23 & 24, EX 131 |
| O'Bryan, Tom W. (____________)<br>Chief of Construction<br>ACOE<br>P.O. Box 629<br>Grand Haven, MI 49417<br>(616) 842-5510 X 25523 | Dredging, Contracting<br>Southwest Regional Airport - FSL<br>Use of Dredged Material |
| Parson, Larry E. (_____________)<br>Coastal Hydraulics Laboratory<br>Waterways Experiment Station (WES)<br>3909 Halls Ferry Road<br>Vicksburg, MS 39180-6199<br>(601) 634-2064 | EX 23 and 24 1996 and 1997 Reports<br>EX 106, 130, EX 110<br>Monitoring Completed (3-12-91)<br>Coastal Projects - St. Joseph, MI<br>Down Drift Benefits - Effect of Coarse Material -<br>Sediment Transfer |
| Platz, Carl ( _______________ )<br>Project Manager<br>Southwest Regional Airport<br>ACOE<br>P.O. Box 629<br>Grand Haven, MI 49417<br>(616) 842-5510 | Plan to take river sand for Inland Airport |

| | |
|---|---|
| Ross, Phil (____________)<br>DDC<br>RSM 6/2001<br>Hydraulic - Coastal Engineer<br>GLH & H Branch | Lead Member<br>Regional Sediment Management Team |
| Schaetzl, Randall (________)<br>Dept. of Geography<br>Michigan State University<br>East Lansing, MI 48824 | Coauthor 2001 Origin/Evolution of the Great Lakes Journal of Great Lakes Research 27(4), 518-546 |
| Schlopp, Wayne (____________)<br>Chief of Operations DDC | Taking River Sand (inner harbor) |
| Schweiger, David L., P.E. (________)<br>Chief, Great Lakes Hydraulics and Hydrology Branch (10/26/00)<br>Chief Riverine and Coastal Sec. 6-21-94 | Monitoring Program. EX 31. 41, 60-<br>EX 61, 6-8-94 Shoreham<br>Village Council Meeting<br>EX 23. 24 |
| Segrest, Gary W. (__________)<br>Asst. Dist. Counsel<br>USACOE - DDC<br>477 Michigan Avenue<br>Detroit, MI 48226<br>(313) 226-6791 | EX 29, Contract Dredging, 63-98<br>DDC Training Re 5th Amendment<br>EX 128 |
| Selegean, James P., Ph. D. ( )<br>Hydraulics Engineer – Coastal Engineer<br>USACOE – DDC<br>477 Michigan Avenue<br>Detroit, MI 48226<br>(313) 226-6791 | Ex 23, 24, 31, 41, 93 (1973 DPR), 61A,B,C,D<br>11/26/07 MDEQ EHL Setbacks<br>Presentation at St. Joseph M.S.<br>Declarant on 1/12/00 Interrogatories<br>10/12/00 Interrogatories and Requests to Admit<br>EX 130, 131, 132, 86 |

Case: 1:99-cv-04451



| | |
|---|---|
| Shabica, Charles W., Ph. D.<br>(__________)<br>SHABICA & ASSOCIATES<br>550 Frontage Road, Suite 3735<br>Northfield, IL 60093<br>(847) 446-1436 | Shoreline Walk, Glacial Till, Carole Wood,<br>Headlands - Bay Beach,- Shore Line Protection |
| Thieme, Scott J. (__________)<br>Chief, Hydraulic Engineering<br>USACOE – DDC | EX 61, EX 31, 32, 35, 23, 24, 93 |
| Thompson, Charles Lyle ( 2 hr. )<br>Physical Scientist<br>10012 Ruth<br>Allen Park, MI 48101<br>(313) 381-4339 | EX 113 4-30-94 Tour conducted by DDC<br>EX 61, 6-8-94 Shoreham Village<br>EX 21C. 4-20-98 Interview Herald Palladium<br>EX 28 CETN 11-32 (Revised 3/95)<br>EX 31, 32, 41 Monitoring Reports<br>EX 23, 24 |
| Congressman Fred S. Upton<br>( 1 hr. )<br>800 Shif St.<br>St. Joseph, MI 49095<br>(269) 982-1986 | Sec. 111, Harbor Dredging, Resident<br>Both north and south (Shoreham) of piers,<br>5th Amendment takings and just compensation |
| Voss, Richard A ( ½ hr. ).<br>2918 Royalton Heights Road<br>St. Joseph, MI 49085<br>(269) 429-0423 | Retired Appraiser (Midwest)<br>Raised north of jetties - swam through<br>General Effect of, No Beach, Rocky Beach,<br>Boulder Revetment, Lake Access, etc. on value<br>% not $ |
| Wesley, Jay K. ( 1 hr. )<br>MDNR<br>Plainwell Operations Service Ctr.<br>621 N. 10th Street<br>Plainwell, MI 49080-1004<br>PH: (269) 685-6851 x117<br>Fax: (269) 695-1362 | EX 90, St. Joseph River Assessment<br>Lake Michigan Berrien County<br>Lake Shore Condition |

| | |
|---|---|
| Wolf, Richard P., P.E. ( 45 minues )<br>OSELKA CONSTRUCTION<br>10900 Kruger Road<br>Union Pier, MI 49129<br>(269) 469-2420 | Shoreline protection, Boulders<br>Maintenance, Permanency |
| Zande, Doug ( 1 ¾ hrs. )<br>Chief of Operations & Technical Services<br>USACOE – DDC | EX 61 6-8-94 Shoreham Village, Mtg.,<br>Dredging Practices,<br>Dumping |

PROPOSE TO CALL ON FOLLOWING PLAINTIFFS TO TESTIFY

| | |
|---|---|
| Bunker M.D., Frank H. ( ¾ hr )<br>6050 Grand Mere Road<br>Stevensville, MI 49127 | Shoreline Protection,<br>Maintenance, Peninsular Shore Configuration |
| Chapman, Gail ( ¾ hr. )<br>4978 Oak Lane Path<br>Stevensville, MI 49127 | Shoreline Protection<br>Maintenance, Buttons in Littoral Drift |
| Ehret, Carole ( 1 ½ hr )<br>5986 Dunham Ave.<br>Stevensville, MI 49127 | Shoreline Protection, Carole Wood, Glacial Till,<br>Fossiliferous, Cobble Beach, Fast Land |
| Marzke, Richard ( 1 hr )<br>800 Ocean Drive<br>Unit 505<br>Juno Beach, FL 33408 | Shoreline Protection,<br>Loss of Beach, Trees |

Case: 1:99-cv-04451



| | | |
|---|---|---|
| Melcher, Robert<br>5710 Dunham Rd.<br>Stevensville, MI 49127-9755 | ( 1 hr ) | Shore Line Protection (SLP)<br>Wells, Trees, Boulders<br>Wall, Stairs, MDEQ<br>Set back, Beach Width |
| Miller, Donald<br>1080 South Collier Blvd.<br>Apt. 307<br>Marco Island, FL 34145-6453 | ( 1 hr ) | SLP - Boulders, Vegetation<br>Pre-existing beach<br>Current Beach<br>Seawall |
| Wineberg, Marcia A.<br>9047 Mason Ave.<br>Morton Grove, IL 60053-2458 | ( 1 hr ) | Shoreline Protection (SLP)<br>Corps Sand Dump<br>Concrete Blocks (4′ cubes)<br>Property Loss, New<br>MDEQ Set Backs 500′<br>Stairs |

PLAINTIFFS RESERVE THE RIGHT TO CALL ANY OF DEFENDANTS WITNESSES TO TESTIFY