**JOHN B. EHRET**
**20860 GREENWOOD DRIVE**
**OLYMPIA FIELDS, IL 60461**
**PHONE: 708-748-8975**
**FAX: 708-748-7661**

SPRING
**SUMMER**
FALL
**5986 DUNHAM AVE.**
**STEVENSVILLE, MI 49127**
P. 269-465-5857
F. 269-465-3736

Saturday
Date: July 22, 2006

Attorney Terry M. Petrie
Environment & Natural Resources Division
U. S. Department of Justice
1961 Stout Street 8th Floor
Denver, CO 80294
P. 303-844-1369
F. 303-844-1350

Subject: Banks et al v. U. S. A. No. 99-4451L
Charles W. Shabica, Ph.D. - President of Shabica & Assc.

Dear Attorney Petrie:

During our phone conversation on July 20, 2006 I indicated that Dr. Shabica might not be presented as an expert-opinion witness. We have decided that he will not be such.

Some reasons are in order: a. duplication b. not a tour member of the April 30, 1994 DDC visit to the zone influenced by the St. Joseph jetties c. possible conflicts arising out of business relationships with Baird & Assc. We may want to present him as a fact witness regarding his Carolewood chain of custody. We are planning to have him ask Beta Analytic about SEMEDS study of the clay which surrounded the Carolewood. Your comments? I believe his shore tour, underwater findings and review of aerial photos could be presented at trial as pure fact. Your comments?

I'll be asking for your input regarding CD-Rom and Larson input to the USGS/NOAA May, 1992 REX 33. Seems I am missing material referred to in that document. I can go direct to USGS/NOAA if you approve.

Very truly yours,

John B. Ehret
John B. Ehret
Attorney

cc: Marrocco

**Exhibit 6**