**U.S. Department of Justice**

Environment and Natural Resources Division

*Terry M. Petrie, Attorney*
*Denver Field Office*
*1961 Stout Street, 8th Floor*
*Denver, CO 80294*

*Telephone (303) 844-1369*
*Facsimile (303) 844-1350*

March 21, 2007

**BY FACSIMILE**

John Ehret, Esq.
20860 Greenwood Drive
Olympia Fields, IL 60461

Drew W. Marrocco
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005

Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603

RE: Banks, et al. v. United States, No. 99-4451 L; Stone, et al. v. United States, No. 04-277 L; Frett, et al. v. United States, No. 05-1351 L (Missing Copies of Plaintiffs' Exhibits)

Gentlemen:

At our Meeting of Counsel last week, both parties expressed the willingness to provide a copy of those exhibits, if any, that the other could not locate. We have conducted a search (both before and after our meeting of counsel that consumed hours of time) for plaintiffs' exhibits. Here is a list of plaintiffs' exhibits for which we have questions:

A. Missing Exhibits

1. Exhibit 16
2. Exhibit 21 A
3. Exhibit 21 B
4. Exhibit 21 C

**Exhibit 1**

5. Exhibit 66 (we have only 1 [photo ID 11-76-0126] of the 15 maps listed)
6. Exhibit 67
7. Exhibit 69
8. Exhibit 73
9. Exhibit 87
10. Exhibit 95
11. Exhibit 96
12. Exhibit 97
13. Exhibit 102
14. Exhibit 106
15. Exhibit 127
16. Exhibit 128
17. Exhibit 129
18. Exhibit 130
19. Exhibit 132
20. Exhibit 134

B. Incomplete Exhibits

1. Exhibit 18 – We only have pages 27, 36, 37, 38, and 42.
2. Exhibit 22 – We only have pages 1, 2, 30, 31, 45, 55, 56, and 77.
3. Exhibit 25 – We only have the front page and Figure 12-10.
4. Exhibit 26 – We only have pages 61, 63, 69, and 71.
5. Exhibit 27 – We only have pages 215, 216, 217, 220, and 223.
6. Exhibit 28 – We only have pages 1-4.
7. Exhibit 29 – We only have pages 1 and 2.
8. Exhibit 34 – We only have a partial report.
9. Exhibit 35 – We only have pages 250 - 265.
10. Exhibit 37 – We only have the fax cover page, preface, appendix B (2 pages), and appendix C (1 page).
11. Exhibit 44 – We only have pages 48, 49 and the cover page.
12. Exhibit 89 – We only have pages 153-162. Is this the complete article?

**********

I will ask the Corps to check on the following exhibits – which appear to be Corps documents from your description – and will advise you if we can locate the documents. Those are exhibits 22, 28, 29, 37, 95, 102, 127, 129, 132, and 133.

I ask your immediate help in locating the exhibits addressed in this letter. If, for example, you can point us to a particular correspondence in which one of the exhibits was provided, that would help. The provision of these exhibits will enable plaintiffs to

meet their Appendix A, paragraph 13 obligation to provide copies of exhibits and allow defendant to determine whether to interpose objections.

Sincerely,

Terry M. Petrie

Terry M. Petrie
Trial Attorney