TO: PETRIE
4-22-07
4 PAGES




PX 5.96
Page 1
Banks V. U.S. 99-4451 L
JAN 2004 NAV. CHART

Exhibit 5

Case 1:99-cv-04451-ECH Document 196-6 Filed 04/25/2007 Page 2 of 4




25th Ed., Jan. / 04 ■ Corrected through NM Jan. 3/04
Corrected through LNM Dec. 16/03

# 14930

CAUTION

This chart has been corrected from the Notice to Mariners (NM) published weekly by the National Geospatial-Intelligence Agency and the Local Notice to Mariners (LNM) issued periodically by each U.S. Coast Guard district to the dates shown in the lower left hand corner.

PX 5.96
Page 2
Banks V. U.S. 99-4451 L


NO-DISCHARGE ZONE
(see note Z)
N PIERHEAD LT
Iso 6s 31ft 15 St M
HORN
21½ FEET JUN 2003
N PIER INNER LT
F 53ft 16 St M
S PIERHEAD LT
Iso R 6s 35ft 6 St M
14 FT FOR MIDDLE WIDTH OF 150 FT
Spoil Area
PX 5.96
Page 3
Banks V. U.S. 99-4451 L
JAN. 2004 NAV. CHART 1/10,000

...Low Water Datum. Reporting depths are corres-
greater or lesser than the charted depths.




NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION
U.S. DEPARTMENT OF COMMERCE
COAST SURVEY

UNITED STATES - GREAT LAKES

LAKE MICHIGAN - MICHIGAN

# ST JOSEPH AND BENTON HARBOR

Polyconic Projection
Scale 1:10,000

North American Datum of 1983
(World Geodetic System 1984)

SOUNDINGS IN FEET

For Symbols and Abbreviations see Chart No. 1

Additional information can be obtained at nauticalcharts.noaa.gov.

NOTES

PLANE OF REFERENCE OF THIS CHART (Low Water Datum)................................ 577.5 ft.
Referred to mean water level at Rimouski, Quebec, International Great Lakes Datum (1985).

AIDS TO NAVIGATION. Consult U.S. Coast Guard Light List for supplemental information concerning aids to navigation.

SYMBOLS AND ABBREVIATIONS. For complete list of symbols and abbreviations see Chart No. 1.

AUTHORITIES. Hydrography and Topography by the National Ocean Service, Coast Survey, with additional data from the Corps of Engineers, Geological Survey, and U.S. Coast Guard.

BRIDGE AND OVERHEAD CABLE CLEARANCES. When the water surface is above Low Water Datum, bridge and overhead clearances are reduced correspondingly. For clearances see U.S. Coast Pilot 6.

42° 05'

SUPPLEMENTAL INFORMATION

Consult U.S. Coast Pilot 6 for important supplemental information.

POLLUTION REPORTS

Report all spills of oil and hazardous substances to the National Response Center via 1-800-424-8802 (toll free), or to the nearest U.S. Coast Guard facility if telephone communication is impossible (33 CFR 153).

PX 5.96
Page 4
Banks V. U.S. 99-4451 L
JAN. 2004 NAV. CHART

LOGARITHMIC SPEED SCALE

1 2 3 4 5 6 7 8 9 10 15 20 25 30 40 50 60

To find SPEED, place one point of dividers on distance run (in any unit) and the other on minutes run. Without changing divider spread, place right point on 60 and left point will then indicate speed in units per hour. Example: with 4.0 nautical miles run in 15 minutes, the speed is 16.0 knots. [redacted]

10' 86° 28' 50' 86° 27

INGS IN FEET

St. Joseph and Benton Harbor
SOUNDINGS IN FEET - SCALE 1:10,000

14930