**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **JOHN H. and MARY E. BANKS, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 99-4451 L**<br>**Judge Emily C. Hewitt** |
| **STONE, ERROL L. & SUSAN H.,**<br>**In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 04-277 L**<br>**Judge Emily C. Hewitt** |
| **EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and**<br><br>**DONNA P. FRETT,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 05-1353L**<br>**Judge Emily C. Hewitt** |

**JOINT RESPONSE TO COURT ORDER**
**APRIL 20, 2007 RE: DATE OF 1999 REPORT**

The parties file the following response to the Order filed April 20, 2007, in which the Court directed the parties to "provide the date of publication of the 1999 Report" referenced in Banks v. United States, 314 F.3d 1304, 1310 (Fed. Cir. 2003). That report is titled the "January 2000 FY-1999 Annual Report on the Section 111 Beach Nourishment Monitoring Report." Id. at 1307. As the attached declaration of James P. Selegean, United States Army Corps of Engineers, explains, he attempted to identify a date of publication for the document in early 2006 and was not able to find anything beyond the "Jan 2000" that appears on the cover of the report.

Plaintiffs' attorney does not contest the facts as recited by Declarant James P. Selegean. There would be no basis upon which to make such a challenge at this point in time. Plaintiffs argue, however, that in the context of a "seeking for just compensation," it would be per se unjust to impute knowledge of an undated Corps Report which "in the normal course of business, is retained within H & H" as stated by declarant.

Plaintiffs' knowledge of the facts are as stated in paragraph 8, page 3 of their March 21, 2007 Response to Defendant's Motion to Partially Dismiss.

Plaintiffs state additional information might be forthcoming from testimony at trial by Charles L. Thompson and David L. Schweiger who are both listed for subpoena to appear.

Dated: April 27, 2007

Respectfully submitted,

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/Terry M. Petrie*
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant

*s/John B. Ehret by Terry M. Petrie*
John B. Ehret, Esq.
20860 Greenwood Drive
Olympia Fields, IL 60461
Telephone: (708) 748-8975
Facsimile: (708) 748-7661
jbehret@covad.net

Counsel for Banks plaintiffs

*s/Drew W. Marrocco by Terry M. Petrie*
Drew W. Marrocco, Esq.
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone: (202) 408-6387
Facsimile: (202) 408-6399
dmarrocco@sonnenschein.com

Counsel for Stone plaintiffs

*s/Eugene J. Frett by Terry M. Petrie*
Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-4874
Facsimile: (312) 641-6492
gfrett@sperling-law.com

Counsel for Frett plaintiffs

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the "**JOINT RESPONSE TO COURT ORDER APRIL 20, 2007 RE: DATE OF 1999 REPORT** " by electronic filing with the Unites States Court of Federal Claims on the 27th day of April, 2007 on:

John Ehret, Esq.
20860 Greenwood Drive
Olympia Fields, IL 60461

Counsel for *Banks* Plaintiffs

****************

Drew Marrocco, Esq.
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005

Counsel for *Stone* Plaintiffs

****************

Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603

Counsel for *Frett* Plaintiffs

****************

*s/Terry M. Petrie*
TERRY M. PETRIE