# DECLARATION OF JAMES P. SELEGEAN
HYDRAULIC ENGINEER
DETROIT DISTRICT OFFICE
U.S. ARMY CORPS OF ENGINEERS

In accordance with 28 U.S.C. §1746, I, James P. Selegean, declare as follows:

1. I have been employed by the Detroit District, U.S. Army Corps of Engineers, for 14 years as a Hydraulic Engineer, with the Great Lakes Hydraulic and Hydrology Office (H & H).

2. In early 2006, with the filing of the Frett, Okonski and Bodnar complaints, I was asked to determine the publication date of the document entitled, "January 2000 FY-1999 Annual Report on the Section 111 Beach Nourishment Monitoring Report." This report is, in the normal course of business, retained within H & H.

3. I then took the following actions in an attempt to determine the date of publication:

   a. I searched the physical files of H & H for any routing slips or other physical evidence of the report's time of routing and/or review;

   b. I searched the H & H electronic files and archives;

   c. I spoke with Charles L. Thompson, retired employee of H & H and the author of the report;

   d. I spoke with David Schweiger, Mr. Thompson's former immediate supervisor;

   e. I contacted our Operations and Maintenance office and requested that they also perform a search of the files for the report and any routing slips, however no additional information was uncovered;

4. In conclusion, I have made all possible efforts to determine the date of publication of this report, but have been unable to discover anything more than the "January 2000" which appears on the report cover.

Under the provisions of 28. U.S.C. §1746, I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 24 April 2007

James P. Selegean
Hydraulic Engineer
U.S. Army Corps of Engineers
Detroit District