# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L
(E-Filed: April 27, 2007)

______________________________

JOHN H. BANKS, ET AL.,

Plaintiffs, ) 99-4451 L

v.

THE UNITED STATES,

Defendant.

______________________________

STONE, ERROL L. and SUSAN H.
As Trustees of the Susan H. Stone Trust,

Plaintiffs, ) 04-277 L

v.

THE UNITED STATES,

Defendant.

______________________________

EUGENE J. FRETT, Individually and
as Trustee of the Victor J. Horvath
and Frances B. Horvath Trust,

Plaintiff, ) 05-1353 L

| | |
|---|---|
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| ________________________________ | ) |

ORDER

To: Larry E. Parson, U.S. Army Corps of Engineers, Vicksburg, MS

During a telephonic status conference held on Thursday, April 26, 2007, plaintiffs requested that the court issue an order to be attached to its subpoena to require the appearance of the person named above at trial notwithstanding the distance of travel.

Plaintiffs' request is GRANTED. The person named above is required to appear on the date and time specified by the subpoena. Response to the subpoena will entitle the person named above to the fees and mileage allowed by law. See 28 U.S.C. § 1821.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge