# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L
(E-Filed: April 27, 2007)

JOHN H. BANKS, ET AL.,

Plaintiffs, ) 99-4451 L

v.

THE UNITED STATES,

Defendant.

STONE, ERROL L. and SUSAN H.
As Trustees of the Susan H. Stone Trust,

Plaintiffs, ) 04-277 L

v.

THE UNITED STATES,

Defendant.

EUGENE J. FRETT, Individually and
as Trustee of the Victor J. Horvath
and Frances B. Horvath Trust,

Plaintiff, ) 05-1353 L

| | |
|---|---|
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| ________________________________ | ) |

ORDER

To: Scott J. Thieme, Chief Hydraulic Engineer, U.S. Army Corps of Engineers

The court has before it Plaintiffs' Motion for Order Requiring 100 Mile Plus Trial Witnesses to Appear (motion). Plaintiffs request that the court issue an order to be attached to its subpoena to require the appearance of the person named above at trial notwithstanding the distance of travel. Motion 2-3.

Plaintiffs' motion is GRANTED. The person named above is required to appear on the date and time specified by the subpoena. Response to the subpoena will entitle the person named above to the fees and mileage allowed by law. See 28 U.S.C. § 1821.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge