# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L

(E-Filed: May 7, 2007)

| | | |
|---|---|---|
| JOHN H. BANKS, ET AL., | ) | |
| Plaintiffs, | ) | 99-4451 L |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| STONE, ERROL L. and SUSAN H. As Trustees of the Susan H. Stone Trust, | ) | |
| Plaintiffs, | ) | 04-277 L |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust, | ) | |

| | | |
|---|---|---|
| Plaintiff, | ) | 05-1353 L |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ________________________________ | ) | |

ORDER

Further to the Telephonic Status Conference (TSC) held on May 7, 2007, the parties stated that they do not anticipate further material evidence concerning the filing of the 1999 Report to emerge from testimony. See Order of May 3, 2007, at 15-17. Plaintiff has up to and including May 10, 2007, to file briefing arguing for jurisdiction of the court to hear the Okonski plaintiffs' case. See id. Defendant may file a reply on or before May 14, 2007.

Also further to the TSC and plaintiffs' request for relief from the Order of January 19, 2007, plaintiffs shall file their response to any motions in limine filed by defendant on or before noon, Eastern Daylight Time, on Monday, May 14, 2007.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge