# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-4451 L
c/w 04-277 L, 05-1353 L, 05-1381 L, 06-72 L

| | | |
|---|---|---|
| JOHN H. BANKS, MARY E. BANKS, et. al.<br>Plaintiffs,<br>v.<br>THE UNITED STATES OF AMERICA<br>Defendant. | ) | NO. 99-4451 L<br>Judge Emily C. Hewitt |
| STONE ERROL L. & SUSAN H.<br>as trustees of the Susan H. Stone Trust,<br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | ) | No. 04-277 L<br>Consolidated |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust,<br>Plaintiff,<br>v.<br>THE UNITED STATES,<br>Defendant. | ) | No. 05-1353 L<br>Consolidated |

## PLAINTIFFS' SUBMISSION REGARDING DATE OF THE 1999 REPORT

PLAINTIFFS' SUBMISSION REGARDING DATE OF THE 1999 REPORT

Pursuant to the Court's verbal Order during the May 7, 2007 conference call with Attorney Petrie, plaintiffs supplement information previously considered by the Court on the matter of the OKONSKI statute of limitation accrual date.

Plaintiffs repeat for the record, the facts discussed by phone on May 7, 2007 as follows:

a. Dr. James P. Selegean's Declaration executed on 24 April, 2007 and included in the joint Response of April 27, 2007 states that "routing slips" or other physical evidence of the JANUARY 2000 REPORT could not be found.

b. A "routing slip" for the FY 1997 Report has been in evidence and was dated 23 Feb 1998 for routing to:

Chief, Engineering & Planning Div.
Chief, Construction - Operations Div.
Chief, Operations & Technical Support Branch
plus
cc:PPM & DE (not identified)

c. With reluctance to assert the Webster's Collegiate Dictionary of 1947, plaintiffs note the derivation of the Federal Circuit's word "issue" is: Old French issir or eissir - to go out, from the Latin exire, from ex, out of, from + ire to go.

d. OKONSKI'S complaint is signed December 23, 2005. Their check is dated January 27, 2006. Their Complaint is Docketed on January 27, 2006.

ARGUMENT

There is no evidence that the JANUARY 2000 MONITORING REPORT would ever be published outside the Detroit District Corps

in the normal course of business.

There is no evidence that the JANUARY 2000 MONITORING REPORT was issued, that is, routed internally at the Detroit District Corps.

There is evidence that that the FY 1997 Monitoring Report was routed to at least 5 groups or entities, internally.

For these reasons, the OKONSKI'S should be deemed to have been timely filed and the Court should retain Jurisdiction for trial.

Respectfully submitted,

John B. Ehret
OKONSKI'S Attorney

Dated: May 8, 2007

20860 Greenwood Drive
Olympia Fields, Illinois 60461
P. (708)748-8975
F. (708)748-7661
Email: jbehret@covad.net

CERTIFICATE OF SERVICE

I, the attorney, John B. Ehret, do hereby certify that on the 8th day of May, 2007 I caused to be electronically filed the PLAINTIFFS' SUBMISSION REGARDING DATE OF THE 1999 REPORT on the below listed attorneys of record:

Terry M. Petrie
Trial Attorney
U. S. Dept. of Justice
ENRD
1961 Stout Street 8th Floor
Denver, CO 80294
P. 303-844-1369
F. 303-844-1350
Terry.Petrie@usdoj.gov

Eugene J. Frett, ESQ.
SPERLING AND SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
P. 312-641-3200
F. 312-641-6492

Drew W. Marrocco, Attorney
SONNENSCHEIN NATH & ROSENTHAL
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
P. 202-408-6387
F. 202-408-6399
dmarrocco@sonnenschein.com

Heide L. Herrmann, Attorney
U. S. Dept. of Justice
P. O. Box 663
Washington, DC 20044-0663
P. 202-305-3315
F. 202-305-0274
Heide.Herrmann@usdoj.gov

Dated: May 8, 2007

John B. Ehret
OKONSHI'S ATTORNEY