# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L

(E-Filed: May 10, 2007)

| | | |
|---|---|---|
| JOHN H. BANKS, ET AL., | ) | |
| Plaintiffs, | ) | 99-4451 L |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| STONE, ERROL L. and SUSAN H. As Trustees of the Susan H. Stone Trust, | ) | |
| Plaintiffs, | ) | 04-277 L |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust, | ) | |

| | | |
|---|---|---|
| Plaintiff, | ) | 05-1353 L |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ________________________________ | ) | |

ORDER

For the purpose of assisting the court in preparing for the Pretrail Conference to be held at the court's chambers, Suite 617, at the National Courts Building, 717 Madison Place NW, Washington DC, at 10 a.m. on May 16, 2007, each of the parties shall file and serve, at or before noon Eastern Daylight Time on Friday, May 11, 2007, the lists of witnesses and exhibits exchanged by the parties at or in connection with the meeting of counsel on March 14, 2007, and any additions to those lists made since March 14, 2007. The parties are directed to provide the following information regarding any additions: whether the proposed additional witness or exhibit has been agreed to by the other party, not agreed to, or agreed to with conditions (in which case, state the conditions).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge