# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-4451 L
c/w 04-277 L, 05-1353 L, 05-1381 L, 06-72 L

| | | |
|---|---|---|
| JOHN H. BANKS, MARY E. BANKS, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | ) | NO. 99-4451 L<br>Judge Emily C. Hewitt |
| STONE ERROL L. & SUSAN H.<br>as trustees of the Susan H. Stone Trust,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-277 L<br><br>Consolidated |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-1353 L<br><br>Consolidated |

PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION
FOR LEAVE TO DESIGNATE DEPOSITION TESTIMONY
(DOCKET #194 4-25-07)

Plaintiffs', by their attorney, John B. Ehret do hereby RESPOND TO DEFENDANT'S MOTION FOR LEAVE TO DESIGNATE DEPOSITION TESTIMONY OF Dr. Guy A. Meadows. Plaintiffs' expect to call Dr. Meadows as their first witness.

Consequently, defendant's reliance on deposition testimony will prove unnecessary.

Respectfully submitted,

Dated: May 9, 2007

John B. Ehret
Plaintiffs' ATTORNEY
20860 Greenwood Drive
Olympia Fields,IL 60461
P. (708)748-8975
F. (708)748-7661
Email: jbehret@civad.net

## CERTIFICATE OF SERVICE

I, the attorney, John B. Ehret do hereby certify that on the 9th day of May, 2007 caused to be electronically filed the PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR LEAVE TO DESIGNATE DEPOSITION TESTIMONY on the below listed attorneys of record:

Terry M. Petrie
Trial Attorney
U. S. Dept. of Justice
ENRD
1961 Stout Street 8th Floor
Denver, CO 80294
P. 303-844-1369
F. 303-844-1350
Terry.Petrie@usdoj.gov

Eugene J. Frett,ESQ.
SPERLING AND SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
P. 312-641-3200
F. 312-641-6492

Drew W. Marrocco, Attorney
SONNENSCHEIN NATH & ROSENTHAL
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
P. 202-408-6387
F. 202-408-6399
dmarrocco@sonnenschein.com

Heide L. Herrmann, Attorney
U. S. Dept. of Justice
P. O. Box 663
Washington, DC 20044-0663
P. 202-305-3315
F. 202-305-0274
Heide.Herrmann@usdoj.gov

Respectfully submitted,

Dated: May 9, 2007

John B. Ehret
Plaintiffs' Attorney