**U.S. Department of Justice**

Environment and Natural Resources Division

Terry *M. Petrie, Attorney*
*Denver Field Office*
***1961 Stout Street, 8th Floor***
***Denver, CO 80294***

*Telephone (303) 844-1369*
*Facsimile (303) 844-1350*

March 12, 2007

**BY FEDERAL EXPRESS**

John Ehret, Esq.
20860 Greenwood Drive
Olympia Fields, IL 60461

Drew W. Marrocco
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005

Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603

RE: Banks, et al. v. United States, No. 99-4451 L; Stone, et al. v. United States, No. 04-277 L; Frett, et al. v. United States, No. 05-1351 L (List of Witnesses and Exhibits)

Gentlemen:

Pursuant to the Court's Order filed January 19, 2007, and paragraph 13 of Appendix A of the Court's Rules, I have attached (a) a list of the witnesses who may be called at trial for the defendant's case-in-chief or rebuttal purposes, except those to be used exclusively for impeachment; and (b) a list of all exhibits to be used at trial for the defendant's case-in-chief or rebuttal purposes, except those to be used exclusively for impeachment.

There are two other items regarding the list of exhibits. Please note that I have attached a second table, "Information for Summary Exhibits" that provides the information Appendix A specifies for those proposed exhibits which are summaries. I believe all proposed exhibits have been previously provided. If you are unable, however, to locate a copy of a proposed exhibit, please advise me immediately.

For our 2 p.m. Eastern conference call this Wednesday, March 14, 2007, please use the

EXHIBIT 1

following call-in information:

a. Dial toll free number: (866) 410-9426
b. When prompted, enter Conference Code number: 3038441369, followed by # sign.

Sincerely,

Terry M. Petrie

Terry M. Petrie
Trial Attorney

Atchs: As stated.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOHN H. and MARY E. BANKS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 99-4451 L<br>Judge Emily C. Hewitt |
| STONE, ERROL L. & SUSAN H.,<br>In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-277 L<br>Judge Emily C. Hewitt |
| EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and<br><br>DONNA P. FRETT,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-1353 L<br>Judge Emily C. Hewitt |

APPENDIX A, PARAGRAPH 13(b) – DEFENDANT'S WITNESSES

Pursuant to the Court's Order filed January 19, 2007, and paragraph 13 of Appendix A of the Court's Rules, defendant may call the following witnesses at trial for its case-in-chief or rebuttal purposes, except those to be used exclusively for impeachment:

a. Ron Erickson, Retired Corps of Engineers geologist
4647 Burnsline Rd
Croswell, Michigan 48422
(810) 679-4610

Mr. Erickson may testify as to his observations of the geology and geologic conditions along the shoreline and lake bottom in St. Joseph.

b. Don Holley, Floating Plant & Surveying Coordinator
U.S. Army Corps of Engineers
Detroit District Office
477 Michigan Ave.
Detroit, Michigan 48226
(313) 226-6816

Mr. Holley may testify as to Corps' hydrographic surveying operations and hydrographic surveys in the St. Joseph area.

c. John Konik, Chief, Regulatory
U.S. Army Corps of Engineers
Detroit District Office
477 Michigan Ave.
Detroit, Michigan 48226
(313) 226-7732

Mr. Konik may testify as to regulatory files, procedures, permit processing, Corps' OHWM, and cumulative effect of structures on the St. Joseph, MI, harbor shoreline as it relates to regulatory permitting.

d. Dr. Grahame J. Larson
Department of Geological Sciences
Michigan State University
East Lansing, MI 48824
(517) 353-9485

Dr. Larson may testify to the matters addressed in his expert report dated may 2006, supplemental report dated June 2006, and his deposition conducted on July 14, 2006, regarding the geological composition of the shoreline and erosion in the vicinity of St. Joseph, Michigan.

e. Jeff Lillycrop
USACE-Mobile District
109 St. Joseph St.
Mobile, AL 36602
(251) 694-3721

Mr. Lillycrop may testify as to the SHOALS bathymetric surveying operations.

f. Dr. Guy Meadows
1085 S. University Avenue
Ann Arbor, MI 48109
(734) 764-5235

Dr. Meadows may testify as to the matters addressed in his expert report and supplemental report submitted in this litigation, and his depositions conducted in this litigation on August 22, 2006, and December 6, 2000.

g. Dr. Andrew Morang, research physical scientist
USACE-ERDC
3909 Halls Ferry Road
Vicksburg, MS 39180
(601) 634-2064

Dr. Morang may testify about his work in the Corps' reports "Geologic Effects on Behavior of Beach Fill and Shoreline Stability for Southeast Lake Michigan", Technical Report CERC-96-10, and "Effectiveness of Beach Nourishment on Cohesive Shores, St. Joseph, Lake Michigan", Technical Report CERC-97-15.

h. Dr. Robert B. Nairn
W.F. Baird & Associates Coastal Engineers Ltd.
2981 Yarmouth Greenway
Madison, WI 53711
(905) 845-5385

Dr. Nairn may testify as to the matters addressed in his expert report dated May 2006, his supplemental report dated June 8, 2006, and his deposition conducted in this litigation on August 23, 2006.

i. Thomas O'Bryan, Civil Engineer for the Grand Haven Area Sub-Office
U.S. Army Corps of Engineers
Detroit District Office
Grand Haven Area Office
307 South Harbor Street

Grand Haven, Michigan 49417
(616) 842-5510

Mr. O'Bryan may testify as to observations and experience on Lake Michigan with respect to lake and weather conditions, operation and maintenance of the St. Joseph harbor structures, and dredging operations and mitigation placement operations.

j. Wayne Schloop, Chief of Operations
U.S. Army Corps of Engineers
Detroit District Office
477 Michigan Ave.
Detroit, Michigan 48226
313-226-5013

Mr. Schloop may testify as to the drafting and maintenance of annual reports of dredging, dredging and placement operations, records and reports of the construction and structural history of the St. Joseph, MI harbor, the Operations and Maintainence manual, and Section 111 Detailed Project Report.

k. James Selegean, hydraulic engineer
U.S. Army Corps of Engineers
Detroit District Office
477 Michigan Ave.
Detroit, Michigan 48226
(313) 226-6791

Mr. Selegean may testify as to structure history, design and physical construction, rehabilitations, permeability and dredging and disposal/mitigation history, as well as those additional matters addressed in the course of plaintiffs' depositions taken of him as a Rule 30(b)(6) witness.

l. Charles L. Thompson, Retired Corps of Engineers physical scientist
10012 Ruth
Allen Park, Michigan 48101
(313) 381-4339

Mr. Thompson may testify as to his observations of the erosion processes along the shoreline in St. Joseph, as well as his contacts with the general public in the area associated with informing the pubic as to Corps operations, mitigation and studies.

m. Document custodian for the U.S. Army Corps of Engineers

n. ~~Document custodian for CSX Transportation, Inc.~~

o. Document custodian for State of Michigan Department of Transportation.

p. Defendant reserves the right to call to testify those witnesses listed upon plaintiffs' list of witnesses provided pursuant to paragraph 13(b) of Appendix A of the Court's rules.

Dated: March 12, 2007

Respectfully submitted,

Terry M. Petrie

TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

HEIDE L. HERRMANN
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-3315
Facsimile: 202-305-0274
Heide.Herrmann@usdoj.gov

Attorneys for Defendant

OF COUNSEL

Gary W. Segrest, Esq.
Office of Counsel
U.S. Army Corps of Engineers
477 Michigan Avenue, Room 659
Detroit, MI 48226

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JOHN H. and MARY E. BANKS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 99-4451 L<br>Judge Emily C. Hewitt |
| STONE, ERROL L. & SUSAN H.,<br>In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-277 L<br>Judge Emily C. Hewitt |
| EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and<br><br>DONNA P. FRETT,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-1353 L<br>Judge Emily C. Hewitt |

APPENDIX A, PARAGRAPH 13(a) – DEFENDANT'S EXHIBITS

Pursuant to the Court's Order filed January 19, 2007, and paragraph 13 of Appendix A of the Court's Rules, defendant may offer into evidence the exhibits listed on the attached chart, "Defendant's Exhibits," at trial for its case-in-chief or rebuttal purposes, except those to be used exclusively for impeachment. Also attached is a chart, "Information for Summary Exhibits," for those exhibits which are offered as summaries under Fed. R. Evid. 1006.

Defendant also reserves the right to call to offer into evidence those exhibits set forth on plaintiffs' list of exhibits provided pursuant to paragraph 13(a) of Appendix A of the Court's rules.

Dated: March 12, 2007

Respectfully submitted,

Terry M. Petrie

TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

OF COUNSEL

Gary W. Segrest, Esq.
Office of Counsel
U.S. Army Corps of Engineers
477 Michigan Avenue, Room 659
Detroit, MI 48226

HEIDE L. HERRMANN
Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202-305-3315
Facsimile: 202-305-0274
Heide.Herrmann@usdoj.gov

Attorneys for Defendant

# DEFENDANT'S EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | BEGDOC | DOCDATE | RECIPIENT | AUTHOR | SUMMARY |
|---|---|---|---|---|---|---|
| 1 | Assessment of the Causes of Erosion in the Vicinity of St. Joseph Harbor, Michigan | | May-06 | | Dr. Robert B. Nairn | |
| 2 | Supplemental Report on Review of Plaintiff Expert's Reports | | June 8, 2006 | | Dr. Robert B. Nairn | |
| 3 | Geology and Long-Term Lakeshore Erosion in the Vicinity of St. Joseph, Michigan | | May-06 | | Dr. Robert B. Nairn | |
| 4 | Supplemental Report on Review of Plaintiff Expert's Reports | | Jun-06 | | Dr. Robert B. Nairn | |
| 5 | Offshore Wave Rose (Figure A20 of the Nairn Expert Report) | | | | Dr. Robert B. Nairn | Yes |
| 6 | Figure 2.8 Wave focusing effect (red band approaching shore) of the lakebed rise on the Plaintiffs' area (from Nairn Expert Report, p. 2-29). | | | | Dr. Robert B. Nairn | Yes |
| 7 | Figure 2.9 Predicted pre-harbor longshore transport rates in the study area (from Nairn Expert Report, p. 2-29). | | | | Dr. Robert B. Nairn | Yes |
| 8 | Figure 4.15a Nearshore slope change history offshore in front of C&O Railway revetment. (from Nairn Expert Report, p. 4-142). | | | | Dr. Robert B. Nairn | Yes |
| 9 | Figure 4.15b Railroad Location. (from Nairn Expert Report, p. 4-143). | | | | Dr. Robert B. Nairn | Yes |
| 10 | Figure 3.3 Profile Height Definitions. (from Nairn Expert Report, p. 3-40). | | | | Dr. Robert B. Nairn | Yes |
| 11 | Figure 3.4 North Fillet Beach Change (from Nairn Expert Report, p. 3-42). | | | | Dr. Robert B. Nairn | Yes |
| 12 | Figure 3.5 South Fillet Beach Change (from Nairn Expert Report, p. 3-43). | | | | Dr. Robert B. Nairn | Yes |
| 13 | Figure 3.6 North Fillet Beach Growth (from Nairn Expert Report, p. 3-45). | | | | Dr. Robert B. Nairn | Yes |
| 14 | Figure 3.7 South Fillet Beach Growth (from Nairn Expert Report, p. 3-46). | | | | Dr. Robert B. Nairn | Yes |
| 15 | Figure 3.9 Lakebed change between 1907 and 1954 (from Nairn Expert Report, p. 3-51). | | | | Dr. Robert B. Nairn | Yes |
| 16 | Figure 3.10 Lakebed change between 1954 and 2001 (from Nairn Expert Report, p. 3-52). | | | | Dr. Robert B. Nairn | Yes |
| 17 | Figure 3.11 Nearshore Currents (NW Storm) with high river flow on 1907-1954 lakebed change (HYDROSED) (from Nairn Expert Report, p. 3-54). | | | | Dr. Robert B. Nairn | Yes |

# DEFENDANT'S EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | BEGDOC | DOCDATE | RECIPIENT | AUTHOR | SUMMARY |
|---|---|---|---|---|---|---|
| 18 | Figure 3.12 Nearshore Currents (SW Storm) with high river flow on 1907-1954 lakebed change (HYDROSED) (from Nairn Expert Report, p. 3-55). | | | | Dr. Robert B. Nairn | Yes |
| 19 | Figure 3.14 Sedimentation due to an extreme (20-year return period) flow discharge with 1991 channel bathymetry (RMA2/SED2D) (from Nairn Expert Report, p. 3-57). | | | | Dr. Robert B. Nairn | Yes |
| 20 | Figure 3.16a Nearshore currents under NW storm event (HYDROSED model results) (from Nairn Expert Report, p. 3-59). | | | | Dr. Robert B. Nairn | Yes |
| 21 | Figure 3.17a Nearshore currents under SW storm (HYDROSED model results) (from Nairn Expert Report, p. 3-61). | | | | Dr. Robert B. Nairn | Yes |
| 22 | Table 4.2 Bluff Erosion Rates (from Nairn Expert Report, p. 4-120). | | | | Dr. Robert B. Nairn | Yes |
| 23 | Figure 4.2 AARR Summary by Reach (from Nairn Expert Report, p. 4-121). | | | | Dr. Robert B. Nairn | Yes |
| 24 | Figure 4.18 Predicted pre-harbor longshore transport rates in the study area – Present Conditions (from Nairn Expert Report, p. 4-146). | | | | Dr. Robert B. Nairn | Yes |
| 25 | Table 4.4 Long-term Sediment Budget Downdrift of St. Joseph Harbor (Sand Only) (from Nairn Expert Report, p. 4-148). | | | | Dr. Robert B. Nairn | Yes |
| 26 | Figure 1a Comparison of Average Annual Bluff Recession Rates MDEQ to Nairn Expert Report, Hagar Township (from Nairn Supplemental Report on Review of Plaintiffs Experts' Reports, p. 19). | | | | | Yes |
| 27 | Figure 2b Comparison of Average Annual Bluff Recession Rates MDEQ to Nairn Expert Report, Lincoln Township (from Nairn Supplemental Report on Review of Plaintiffs Experts' Reports, p. 22). | | | | | Yes |
| 28 | Document Title: Figure 6 from Larson expert report – Glacial Geologic Map of Berrien County | | | | Dr. Grahame Larson | Yes |
| 29 | Figure 7 from Larson expert report – Glacial and post glacial lakes in the Great Lakes basin | | | | Dr. Grahame Larson | Yes |

# DEFENDANT'S EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | BEGDOC | DOCDATE | RECIPIENT | AUTHOR | SUMMARY |
|---|---|---|---|---|---|---|
| 30 | Figure 8 from Larson expert report – Lake-level history of glacial and post glacial lakes in the Lake Michigan basin | | | | Dr. Grahame Larson | Yes |
| 31 | Figure 9 from Larson expert report – A. Geologic cross-section of lake bluffs north and south of St Joseph looking east; B. Blowup of geologic cross-section of lake bluffs from St. Joseph to Grand Mere Lakes. | | | | Dr. Grahame Larson | Yes |
| 32 | Well logs used to generate cross section in Figure 9 of Dr. Larson's expert report | | | | | |
| 33 | Peat rafts - Box of peat rafts collected by Dr. Larson in Spring 1996 along shore of Lake Michigan near Grand Mere Lakes, Michigan. (These can be made available to plaintiffs' inspection at a time mutually agreeable.) | | | | Dr. Grahame Larson | |
| 34 | Spreadsheet – St. Joseph Dredging (see Exhibit 6 to James P. Selegean's May 19, 2005 deposition) | | | | James P. Selegean, PH.D. | Yes |
| | | | STONE | | | |
| 35 | Response to Mrs. Lee Botts letter dated August 7, 1974 re: Section III studies (letter dated August 7, 1974 also part of this exhibit) | DETCOE-00000114 | 00/00/1974 | Mrs. Lee Botts - Executive Secretary, Lake Michigan Federation | James E. Hayes - Detroit District, Army Corps of Engineers | |
| 36 | Response to Mr. McMullen's letter dated December 21, 1984 re: the Public Notice titled "Maintenance Dredging and Beach Nourishment, St. Joseph Harbor, Michigan" dated November 26, 1984 | DETCOE-00000157 | 1/8/1985 | Patrick McMullen - Chairman, St. Joseph River Board of Harbor Commissioners | P. McCallister, P.E. - Chief Construction-Operations Division | |
| 37 | Response to Mr. Upton's letter dated Octover 13, 1993 re: his formal application for a study, under the Continuing Authorities Program (CAP) | DETCOE-00000171 | 12/2/1993 | Jefferson M. Upton - Shoreline Erosion Chairman Village of Shoreham | Dale Monteith, P.E. - Acting Chief, Planning Division | |
| 38 | Response to Mr. Upton's letter dated December 2, 1993 re: Preliminary surveys are now indicating that roughly 15,000 cubic yards of sand will be dredged and placed at the Shoreham feeder beach. | DETCOE-00000175 | 1/13/1994 | Jefferson M. Upton - Shoreline Erosion Chairman Village of Shoreham | Dale Monteith, P.E. - Acting Chief, Planning Division | |
| 39 | Memo Report on Beach Erosion at Shoreham, Michigan | DETCOE-00000178 | 10/8/1953 | Planning and Report Branch | Sidney Drew - Area Engineer | |
| 40 | Effectiveness of Beach Nourishment on Cohesive Shores, St. Joseph, Lake Michigan | DETCOE-00000245 | 07/00/1997 | | Robert B. Narin, Peter Zuzek, Baird & Associates Andrew Morang, Larry E. Parson, WES | |

# DEFENDANT'S EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | BEGDOC | DOCDATE | RECIPIENT | AUTHOR | SUMMARY |
|---|---|---|---|---|---|---|
| 41 | Mitigation of Shore Damage Attributed To The Federal Navigation Structures At St. Joseph Harbor, Michigan | DETCOE-00000349 | 11/00/1974 | | U.S. Army Engineer District, Detroit, Michigan | |
| 42 | Section III Monitoring Report FY 1997 | DETCOE-00000367 | 00/00/1997 | | Great Lakes Hydraulics and Hydrology Branch | |
| 43 | Annual Report On The Section III Beach Nourishment Monitoring Program - FY 1999 Exhibit 39 January 2000 | DETCOE-00000373 | 01/00/2000 | | Great Lakes Hydraulics and Hydrology Branch | |
| 44 | Section III Preliminary Report on St. Joseph Harbor, Michigan | DETCOE-00000383 | 3/13/1970 | | Department of the Army, Detroit District, Corps of Engineers | |
| 45 | Bluff Line Recession And Economic Loss In Coastal Berrien County, Michigan | DETCOE-00000416 | 12/00/1988 | The Whirlpool Foundation - Benton Harbor, Michigan | C. Nicholas Raphael & Elwood J.C. Kureth - Department of Geography and Geology in association with the Institute for Community and Regional Development Eastern Michigan University | |
| 46 | Shoreline Classification of Berrien County | DETCOE-00000830 | 00/00/1958 | | C.R. Humphrys, Associate Professor, R.N. Horner, Graduate Research Assistant, J.H. Rogers, Graduate Student - Department of Resource Development Michigan State University | |
| 47 | Nearshore Profile Change and Its Impact On Rates Of Shoreline Recession | DETCOE-00000867 | 00/00/1999 | | Thomas Bennett, Lorelle Meadows, Guy Meadows, Brian Caufiled, A.M. ASCE and Hans VanSumeren | |
| 48 | Section III Detailed Project Report On Shore Damage At St. Joseph Harbor, Michigan | DETCOE-00000919 | 05/00/1973 | | U.S. Army Engineer District, Detroit Corps of Engineers Detroit, Michigan | |
| 49 | Physical Geology - Fourth Edition Selegean book | DETCOE-00001296 | | | Charles C. Plummer & David McGeary - California State University, Sacramento | |
| 50 | Living on the Coast - Protecting Investments in Shore property on the Great Lakes | DETCOE-00001315 | | | US Army Coprs of Engineers Detroit District | |

# DEFENDANT'S EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | BEGDOC | DOCDATE | RECIPIENT | AUTHOR | SUMMARY |
|---|---|---|---|---|---|---|
| 51 | Living With The Lakes - Understanding And Adapting to Great Lakes Water Level Changes | DETCOE-00001407 | | | US Army Corps Of Engineers, Detroit District | |
| 52 | Report to Chief Of Engineers on St. Joseph Harbor, Michigan | DETCOE-00001447 | 7/26/2004 | | Andrew Morang - Engineer Research and Development Center, Coastal & Hydraulics Laboratory, Vicksburg, MS | |
| 53 | Property Numbers in High Risk Erosion Areas In Berrien County, Chickaming Township (arranged north to south) | DETGHA-00000090 | 1/15/1981 | | | |
| 54 | Part I The Post-Glacial Geology of the Grand Marais Embayment, Berrien County, Michigan | DETH&H-00000282 | 4/19/2000 | | Glenn Charles Tague | |
| 55 | Permit Application with supporting documents 85-12-1166, 85-56-161 | DETREG-00000001 | 6/25/1985 | | | |
| 56 | Permit Application with supporting documents 86-56-741 | DETREG-00000022 | 10/24/1986 | | | |
| 57 | Permit Status Summary with supporting documents Bulkhead and Sand Traps | DETREG-00000043 | 6/23/1997 | | | |
| 58 | Permit Status Summary - Detroit District with supporting documents Rip Rap - Nationwide | DETREG-00000065 | 9/1/1998 | | | |
| 59 | Permit Status Summary with supporting documents Rip Rap | DETREG-00000084 | 7/22/1997 | | | |
| 60 | Permit Application with supporting documents Sand Bags | DETREG-00000101 | 8/8/1986 | | | |
| 61 | Permit Application with supporting documents | DETREG-00000127 | 6/26/1986 | | | |
| 62 | Permit Application with supporting documents Cement Filled Bag Groin | DETREG-00000143 | 7/27/1987 | | | |
| 63 | Permit Application with supporting documents Rock Placement | DETREG-00000167 | 8/10/1985 | | | |
| 64 | Permit Application with supporting documents Sand Bags | DETREG-00000190 | 10/9/1986 | | | |
| 65 | Permit Application with supporting documents Dredging for backfill | DETREG-00000204 | 7/9/1986 | | | |
| 66 | Permit Application with supporting documents Geotextile sand bags groin - dredge sand from lake | DETREG-00000222 | 12/5/1984 | | | |
| 67 | Permit Application with supporting documents Seawall above OHWM - No Permit required | DETREG-00000241 | 5/12/1984 | | | |
| 68 | Permit Application with supporting documents Wooden Groins | DETREG-00000247 | 7/2/1984 | | | |
| 69 | Permit Status Summary Bulkhead | DETREG-00000260 | 11/22/1994 | | Renner/Pancoast/Bixby | |

# DEFENDANT'S EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | BEGDOC | DOCDATE | RECIPIENT | AUTHOR | SUMMARY |
|---|---|---|---|---|---|---|
| 70 | Permit Application with supporting documents Rip Rap | DETREG-00000292 | 9/16/1985 | | | |
| 71 | Permit Status Summary Bulkhead | DETREG-00000313 | 6/25/1997 | | | |
| 72 | Permit Application with supporting documents Sand Bags | DETREG-00000325 | 12/30/1986 | | | |
| 73 | Permit Application with supporting documents Seawall | DETREG-00000339 | 6/5/1985 | | | |
| 74 | Permit Application with supporting documents Bulkhead - Dredge backfill | DETREG-00000359 | 8/21/1985 | | | |
| 75 | Monthly Mean Water Levels (feet IGLD 1985) | DETBANKS-00000041 | | | | |
| 76 | Survey Of the Harbour at St. Joseph Michigan Made under the Direction of Capt. A. Canfield | DETBANKS-00000042 | 09/00/1844 | | | |
| 77 | Permit-Status-Summary - John Banks | DETBANKS-00000043 | 6/25/1997 | | John Banks | |
| 78 | Regional Permit Review Document Minor Discharges, Work and Structures in the State of Michigan | DETBANKS-00000048 | 6/25/1997 | | John C. Cramblet - Reviewer | |
| 79 | 3140 S. Lakeshore Drive, St. Joseph, MI | DETBANKS-00000145 | 9/25/2000 | | Tara Gray - Metropolitan Title Company | |
| 80 | Permit Number 56-868 86-56-868 Bulkhead | DETBANKS-00000227 | | | Yolanda Stevens | |
| 81 | Permit 85-56-043 Revetment/Sandtrap | DETBANKS-00000241 | | | Yolanda Stevens | |
| 82 | Permit 85-56-288 Bulkhead | DETBANKS-00000261 | | | Robert J. Kane | |
| 83 | Permit 85-56-161 Sandtrap/Seawall - back fill from near shore | DETBANKS-00000282 | | | Dwight & Thelma McKay | |
| 84 | Exhbit A - Damages | DETBANKS-00000303 | | | | |
| 85 | Survey of the Mouth of the River - St.Joe's Michigan 1834 | DETBANKS-00000338 | 00/00/1984 | | | |
| 86 | Sputnik Aerial - June 7, 1988 | DETBANKS-00000344 | 6/7/1988 | | | |
| 87 | Aerial Photo | DETBANKS-00000361 | 5/1/1968 | | Ames Multi-Image | |
| 88 | Aerial Photo looking North to St. Joseph, Michigan | DETBANKS-00000362 | 5/10/2000 | | Ames Multi-Image | |
| 89 | Aerial Photo | DETBANKS-00000363 | 5/10/2000 | | Ames Multi Image | |
| 90 | Map of Shoreline - Lincoln TWP | DETBANKS-00000376 | | | | |
| 91 | Plat map for a protion of Village of Shoreham - St. Joseph TWP | DETRED-00000003 | | | | |
| 92 | Reports Of The Chief Of Engineers, U.S. Army 1866 - 1980 | STONEDISCLOSURES-00000001 | 00/00/1980 | | | |
| 93 | Record of Construction FY99 & FY01 Maintenance Dredging New Buffalo, St. Joseph (Inner & Outer) Harbors, Michigan FY00 Maintenance Dredging of St. Joseph (Outer) and South Haben Harbors, MI | STONEDISCLOSURES-00000526 | | | M.C.M. Marine Inc., Sault Ste. Marie, MI | |

# DEFENDANT'S EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | BEGDOC | DOCDATE | RECIPIENT | AUTHOR | SUMMARY |
|---|---|---|---|---|---|---|
| 94 | Effectiveness of Beach Nourishment on Cohesive Shores, St. Joseph, Lake Michigan (Technical Report CHL 97-15) | STONEDISCLOSURES-00000969 | 07/00/1997 | Headquarters, U.S. Army Corps of Engineers | Robert B. Nairn, Peter Zuzek, Baird & Associates, Andrew Morand, Larry E. Parson, WES | |
| 95 | Memorandum For File: Field Report - St. Joseph Site visit for Historical Harbor Information - Banks Case | STONEDISCLOSURES-00001152 | 7/26/2004 | | James P. Selegean, PH.D. | |
| 96 | Annual reports of the Topographial Engineer from 1835 to 1868. | STONEDISCLOSURES-00001220 | 7/26/2004 | Jim Selegean - U.S. Army Corps of Engineers, Detroit District, Great Lakes Hydraulics and Hydrology Office | | |
| | | | BANKS | | | |
| 97 | Guidance and Lessons Learned from Monitoring Completed Navigation Projects | DETH&H-00000112 | 06/00/2004 | Corps Detroit Construction Operations | | |
| 98 | Two wood bulkheads: Repair waterwood, replace landward with vinyl | DETREG-00000262 | 4/29/1997 | John C. Cramblet Engineer Technician Grand Haven Field Office | Robert D. Melcher & Anderson | |
| 99 | Application for Permit | DETREG-00000269 | 3/31/1997 | Robert Melcher/Mike Anderson | | |
| 100 | Denial based on State denial of permit; type of work not mentioned | DETREG-00000273 | 1/17/1986 | Mark S. Grazioli, P.E. - Chief, Construction-Operations Division | Michael Anderson | |
| 101 | Coordinate Data | DETH&H-00000038 | 00/00/0000 | | | |
| 102 | Sand Resources Of Southeastern Lake Michigan | DETH&H-00000040 | 06/00/1978 | Edward P. Meisburger, S. Jeffress Williams, Dennis A. Prins | | |
| 103 | Drilling Logs | DETDSN-00000076 | 00/00/0000 | | | |
| 104 | Memorandum For Commander, Detroit District: St. Joseph - Laboratory Results of Soil Samples | DETDSN-00000565 | 7/18/1988 | | David P. Hammer, P.E. - Chief Geotechnical Branch | |
| 105 | Report for the Geotechnical Investigation of the Southwestern Michigan Lake Michigan Shoreline | DETDSN-00001062 | 01/00/1995 | Army Corps of Engineers Detroit District | Patrick Engineering | |
| 106 | Geotechnical Investigation At Lake Michigan Shorelines Sites, Michigan DACW35-96-D-0008 Delivery Order No.10 | DETDSN-00001230 | 01/00/1999 | Army Corps of Engineers Detroit District | TolTest, Inc. | |
| 107 | Report of Field Geophysical Investigation Lake Michigan SONAR, Sub-Bottom GPR, and Sampling | DETDSN-00001301 | 2/26/1999 | | William A. Sauck, PH.D. Dept of Geosciences, Western Michigan University | |

# DEFENDANT'S EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | BEGDOC | DOCDATE | RECIPIENT | AUTHOR | SUMMARY |
|---|---|---|---|---|---|---|
| 108 | Various Aerial photos | DETH&H-00000316 | 00/00/0000 | | | |
| 109 | Final Report - Fiscal Year 2001/2002 FEPS Modeling for LMPDS | DETH&H-00000391 | 03/00/2003 | U.S. Army Corps of Engineers, Detroit District | W.F. Baird & Associates Coastal Engineers LTD. | |
| 110 | Final Report - Fiscal Year 2000 - FEPS Development and Application to the LMPDS Protype Counties | DETH&H-00000583 - 00000327 | 11/00/2001 | U.S. Army Corps of Engineers, Detroit District | W.F. Baird & Associates Coastal Engineers LTD. | |
| 111 | LMPDS - Development and Testing Of The Flood & Erosion Prediction System - FY 98 Process | DETH&H-00000728 | 3/19/1999 | U.S. Army Corps of Engineers, Detroit District | W.F. Baird & Associates Coastal Engineers LTD. | |
| 112 | LMPDS - Development and Testing Of The FLood & erosion Prediction System - FY98 Progress - Appendix | DETH&H-00000869 | 3/19/1999 | U.S. Army Corps of Engineers, Detroit District | W.F. Baird & Associates Coastal Engineers LTD. | |
| 113 | Various Aerial Photos | DETH&H-00001124 - 00001130 | 00/00/0000 | | | |
| 114 | U. S. Army Corp Of Engineers - St. Joseph, Michigan - 1992 Proposed Soil Borings | DETDSN-00001054 | 10/16/1992 | | James Surhigh - CTI and Associated, Incorporated | |
| 115 | Record of Construction FY05 Maintenance Dredging St. Joseph Harbor, Michigan | DETCON-00001293 | 3/24/2005 | The King Company, 13520 Barry Street, Holland, MI 49424 | | |
| 116 | Annual Section III Beach Nourishment Monitoring Program and Trip Report - Fiscal Year 04 | DETH&H-00003502 | 00/00/2004 | | | |
| 117 | Drawing - Existing Jetties | DETMDOT-00000001 | 12/10/1954 | Michigan State Highway Department | | |
| 118 | Drawing - Existing Jetties | DETMDOT-00000002 | 5/10/1954 | Michigan State Highway Department | | |
| 119 | Drawing - Existing Jetties | DETMDOT-00000003 | 00/00/1956 | Michigan State Highway Department | | |
| 120 | Drawing - Shore Protection | DETMDOT-00000004 | 4/5/1973 | Michigan State Highway Department | | |
| 121 | Drawing - General Plan of Project | DETMDOT-00000006 | 4/5/1973 | Michigan Department Of State Highways | | |
| 122 | Drawing - General Plan of Project | DETMDOT-00000007 | 4/5/1973 | Michigan Department Of State Highways | | |
| 123 | Drawing - General Plan of Project | DETMDOT-00000008 | 4/5/1973 | Michigan Department Of State Highways | | |
| 124 | Drawing - Shore Protection | DETMDOT-00000009 | 00/00/1970 | Michigan Department Of State Highways | | |
| 125 | Drawing - General Plan of Project | DETMDOT-00000022 | 2/5/1981 | Michigan Department Of State Highways | | |

# DEFENDANT'S EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | BEGDOC | DOCDATE | RECIPIENT | AUTHOR | SUMMARY |
|---|---|---|---|---|---|---|
| 126 | Drawing For Shore Protection - M 11012-25579A | DETMDOT-00000024 | 7/31/1986 | Michigan Department Of State Highways | | |
| 127 | Drawing - General Plan of Project | DETMDOT-00000027 | 7/29/1986 | Michigan Department Of State Highways | | |
| 128 | Drawing - General Plan of Project | DETMDOT-00000028 | 7/29/1986 | Michigan Department Of State Highways | | |
| 129 | Drawing - General Plan of Project - 11012-25579 | DETMDOT-00000029 | 7/29/1986 | Michigan Department Of State Highways | | |
| 130 | Drawing - General Plan of Project | DETMDOT-00000030 | 7/29/1986 | Michigan Department Of State Highways | | |
| 131 | Drawing - Sections | DETMDOT-00000032 | 2/20/1970 | Michigan Department Of State Highways | | |
| 132 | Lists of repairs and proposed work | CSX-0000001 to 0000003 | | | | |
| 133 | Drawing – Renewing 41' 0" Linear Feet of Retaining Wall Along Lake Michigan | CSX--0000004 | | | | |
| 134 | Drawing – Renewing 140.5' Linear Feet of Retaining Wall Along Lake Michigan | CSX--0000005 | | | | |
| 135 | Drawing – Renewing 141'-6" Linear Feet of Retaining Wall Along Lake Michigan | CSX--0000006 | | | | |
| 136 | Drawing – Location of Lake Mich. Shore Line Near St. Joseph, Michigan from Sta. 3315 to 3390 | CSX--00000010 | | | | |
| 137 | Drawing – Proposed reparis Shore Protection Works, St. Joseph, Michigan | CSX--00000015 | | | | |
| 138 | Drawing – Repair portions of retaining wall | CSX--00000026 | | | | |
| 139 | Drawing – Relative Position of Shore Line and Tracks at about Sta. 3330 | CSX--00000028 | | | | |
| 140 | Drawing – Proposed Embankment Protection South of St. Joseph, MI | CSX--00000031 | | | | |
| 141 | Drawing – GD-94-B | CSX--00000034 | | | | |
| 142 | Drawing – Proposed Extension of Revetment Wall S. Of St. Joseph | CSX--00000046 | | | | |

# INFORMATION FOR SUMMARY EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | SOURCES | LOCATION OF SOURCES | TIME OF SOURCE EXAMINATION | SUMMARY PREPARED BY |
|---|---|---|---|---|---|
| 5 | Offshore Wave Rose (Figure A20 of the Nairn Expert Report) | 1) Baird Wave Hindcast Model; 2) The Milwaukee wind data; 3) fetch distances; 4) Baird Wave Hindcast model input and output files. | 1) Baird Wave Hindcast Model is described in Appendix A of Nairn Expert Report provides a description of the model and source data; page 2-28 of the Nairn Expert Report; and in the Nairn Daubert Challenge Declaration p. 15 to 19; submission of proprietary model pending. 2) Milwaukee Airport Wind Data is described at: http://www4.ncdc.noaa.gov/cgi-win/wwcgi.dll?wwDI~StnSrch~StnID~20020968 and was submitted to Plaintiffs as part of model input data; 3) fetch distances were submitted to Plaintiffs as part of model input data; 4) see Table 1b on p. 6 of the Nairn Daubert Challenge Declaration. | With the exception of proprietary model, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 6 | Figure 2.8 Wave focusing effect (red band approaching shore) of the lakebed rise on the Plaintiffs' area (from Nairn Expert Report, p. 2-29). | 1) Baird *HYDROSED* Model; 2) *HYDROSED* Model Results 3) Deepwater wave data from EX5; 4) bathymetry data. | 1) submission of proprietary model pending, *HYDROSED* mdel is described in Appendix A of Nairn Expert Report; pages 2-27 and 2-28 of the Nairn Expert Report; and in the Nairn Daubert Challenge Declaration p. 15 to 19; 2) *HYDROSED* model results (output files) have been provided to Plaintiffs; 3) Sources for deepwater wave data are described under EX5; 4) see Section 4.3.1 of the Nairn Expert Report, Table 1c on p. 7 of the Nairn Daubert Challenge Declaration; and input data files have been submitted to Plaintiff. | With the exception of proprietary model, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 7 | Figure 2.9 Predicted pre-harbor longshore transport rates in the study area (from Nairn Expert Report, p. 2-29). | 1) Baird *COSMOS* Model; 2) *COSMOS* Model Results; 3) Deepwater wave data from EX5; 4) US Army Corps of Engineers Lake level data for Lake Michigan; 5) nearshore profile shapes; 6) sediment grain size; 7) *HYDROSED* model results on nearshore wave transformation from EX2. | 1) submission of proprietary model pending, *COSMOS* model is described in Appendix A of Nairn Expert Report; pages 2-28, 2-30 and 2-32 of the Nairn Expert Report; and in the Nairn Daubert Challenge Declaration p. 20 to 21; 2) *COSMOS* model results (output files) have been provided to Plaintiffs; 3) Sources for deepwater wave data are described under EX5; for 4) to 6) see Table 1a of the Nairn Daubert Challenge Declaration, and all related input data files have been submitted to Plaintiff; 7) *HYDROSED* model results on wave transformation have been submitted to Plaintiffs (see EX6). | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |

# INFORMATION FOR SUMMARY EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | SOURCES | LOCATION OF SOURCES | TIME OF SOURCE EXAMINATION | SUMMARY PREPARED BY |
|---|---|---|---|---|---|
| 8 | Figure 4.15a Nearshore slope change history offshore in front of C&O Railway revetment. (from Nairn Expert Report, p. 4-142). | 1) 1999 SHOALS hydrographic data; 2) 1965 NOAA bathymetry survey; 3) 1871 Lake Survey Chart; 4) 2001 LIDAR topographic mapping; 5) 2003 air photo; 6) 1973 air photo; 7) 1960 air photo; 8) 1938 air photo. | 1) described on p. 4-129 of the Nairn Expert Report; 2) described on p. 4-130 of the Nairn Expert Report; 3) described on p. 4-129 of the Nairn Expert Report; 4) described at p. 4-115 of the Nairn Expert Report; 5) described at p. 4-113 of the Nairn Expert Report; 6) to 8) described in Table 4.1 on p. 4-114 of the Nairn Expert Report. All source information has been submitted to the Plaintiffs. | All source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 9 | Figure 4.15b Railroad Location. (from Nairn Expert Report, p. 4-143). | 1) 1871 Lake Survey Chart; 2) 2003 air photo. | 1) described on p. 4-129 of the Nairn Expert Report; 2) described at p. 4-113 of the Nairn Expert Report. All source information has been submitted to the Plaintiffs. | All source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 10 | Figure 3.3 Profile Height Definitions. (from Nairn Expert Report, p. 3-40). | 1) US Army Corps of Engineers 2001 hydrographic data; 2) 1954 US Lake Survey; 3) 1907 US Lake Survey; 4) 1871 Lake Survey; 5) 1834 map. | 1) described on p. 4-129 of the Nairn Expert Report; 2) described on p. 4-130 of the Nairn Expert Report; 3) described on p. 4-130 of the Nairn Expert Report; 4) described at p. 4-129 of the Nairn Expert Report; 5) described at p. 3-39 of the Nairn Expert Report. All source information has been submitted to the Plaintiffs. | All source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 11 | Figure 3.4 North Fillet Beach Change (from Nairn Expert Report, p. 3-42). | 1) 2003 air photo; 2) 2002 air photo; 3) 1996 air photo; 4) 1985 air photo; 5) 1973 air photo; 6) 1960 air photo; 7) 1954 US Lake Survey; 8) 1938 air photo; 9) 1914 map; 10) 1907 US Lake Survey; 11) 1897 map; 12) 1882 map; 13) 1871 map; 14) 1863 map; 15) 1843 map; 16) 1840 from 1844 map; 17) 1838 from 1844 map; 18) 1836 on the 1844 map. | 1) described at p. 4-113 of the Nairn Expert Report; 2) to 18) described on pp. 3-38, 3-39, 4-114 and 4-115 of the Nairn Expert Report. All source information has been submitted to the Plaintiffs. | All source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |

# INFORMATION FOR SUMMARY EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | SOURCES | LOCATION OF SOURCES | TIME OF SOURCE EXAMINATION | SUMMARY PREPARED BY |
|---|---|---|---|---|---|
| 12 | Figure 3.5 South Fillet Beach Change (from Nairn Expert Report, p. 3-43). | 1) 2003 air photo; 2) 2002 air photo; 3) 1996 air photo; 4) 1985 air photo; 5) 1973 air photo; 6) 1960 air photo; 7) 1954 US Lake Survey; 8) 1938 air photo; 9) 1914 map; 10) 1907 US Lake Survey; 11) 1897 map; 12) 1882 map; 13) 1871 map; 14) 1863 map; 15) 1843 map; 16) 1840 from 1844 map; 17) 1838 from 1844 map; 18) 1836 on the 1844 map; 19) 1834 map. | 1) described at p. 4-113 of the Nairn Expert Report; 2) to 19) described on pp. 3-38, 3-39, 4-114, 4-115, 4-129 and 4-130 of the Nairn Expert Report. All source information has been submitted to the Plaintiffs. | All source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 13 | Figure 3.6 North Fillet Beach Growth (from Nairn Expert Report, p. 3-45). | 1) 2003 air photo; 2) 1996 air photo; 3) 1985 air photo; 4) 1973 air photo; 5) 1960 air photo; 6) 1954 US Lake Survey; 7) 1938 air photo; 8) 1914 map; 9) 1907 US Lake Survey; 10) 1897 map; 11) 1882 map; 12) 1871 map; 13) 1863 map; 14) 1843 map; 15) 1840 from 1844 map; 16) 1838 from 1844 map; 17) 1836 on the 1844 map; 18) lake level records from US Army Corps of Engineers. | 1) described at p. 4-113 of the Nairn Expert Report; 2) to 17) described on pp. 3-38, 3-39, 4-114, 4-115 , 4-129 and 4-130 of the Nairn Expert Report. 18) Shown on Figure 4.20 on p. 4-162 of the Nairn Expert Report, and also in Table 1a of the Nairn Daubert Challenge Declaration. All source information has been submitted to the Plaintiffs. | All source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 14 | Figure 3.7 South Fillet Beach Growth (from Nairn Expert Report, p. 3-46). | 1) 2003 air photo; 2) 1996 air photo; 3) 1973 air photo; 4) 1960 air photo; 5) 1954 US Lake Survey; 6) 1938 air photo; 7) 1914 map; 8) 1907; US 9) 1871 map; 9) 1863 map; 10) lake level records from US Army Corps of Engineers. | 1) described at p. 4-113 of the Nairn Expert Report; 2) to 9) described on pp. 3-38, 3-39, 4-114, 4-115, 4-129 and 4-130 of the Nairn Expert Report; 10) Shown on Figure 4.20 on p. 4-162 of the Nairn Expert Report, and also in Table 1a of the Nairn Daubert Challenge Declaration. All source information has been submitted to the Plaintiffs. | All source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 15 | Figure 3.9 Lakebed change between 1907 and 1954 (from Nairn Expert Report, p. 3-51). | 1) 2003 air photo; 2) 1907 US Lake Survey; 3) 1954 US Lake Survey. | 1) described at p. 4-113 of the Nairn Expert Report; 2) and 3) described at p. 4-130 of the Nairn Expert Report. All source information has been submitted to the Plaintiffs. | All source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |

# INFORMATION FOR SUMMARY EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | SOURCES | LOCATION OF SOURCES | TIME OF SOURCE EXAMINATION | SUMMARY PREPARED BY |
|---|---|---|---|---|---|
| 16 | Figure 3.10 Lakebed change between 1954 and 2001 (from Nairn Expert Report, p. 3-52). | 1) 2003 air photo; 2) 1954 US Lake Survey; 3) US Army Corps of Engineers 2001 hydrographic survey. | 1) described at p. 4-113 of the Nairn Expert Report; 2) described at p. 4-130 of the Nairn Expert Report; and 3) described at p. 4-129 of the Nairn Expert Report. All source information has been submitted to the Plaintiffs. | All source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 17 | Figure 3.11 Nearshore Currents (NW Storm) with high river flow on 1907-1954 lakebed change (HYDROSED) (from Nairn Expert Report, p. 3-54). | 1) 1907 US Lake Survey; 2) 1954 US Lake Survey; 3) *HYDROSED* model; 4) *HYDROSED* model input files; 5) *HYDROSED* model results (output files). | 1) and 2) described at p. 4-130 of the Nairn Expert Report; 3) submission of proprietary model pending, HYDROSED model is described in Appendix A of Nairn Expert Report; page 3-50 of the Nairn Expert Report; 4) model inputs are described in Table 1d of the Nairn Daubert Challenge Declaration, p. 8; 5) HYDROSED model results (output files) have been provided to Plaintiffs. All source information has been submitted to the Plaintiffs. | With the exception of proprietary model, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 18 | Figure 3.12 Nearshore Currents (SW Storm) with high river flow on 1907-1954 lakebed change (HYDROSED) (from Nairn Expert Report, p. 3-55). | 1) 1907 US Lake Survey; 2) 1954 US Lake Survey; 3) *HYDROSED* model; 4) *HYDROSED* model input files; 5) *HYDROSED* model results (output files). | 1) and 2) described at p. 4-130 of the Nairn Expert Report; 3) submission of proprietary model pending, *HYDROSED* model is described in Appendix A of Nairn Expert Report; page 3-50 of the Nairn Expert Report; 4) model inputs are described in Table 1d of the Nairn Daubert Challenge Declaration, p. 8; 5) *HYDROSED* model results (output files) have been provided to Plaintiffs. All source information has been submitted to the Plaintiffs. | With the exception of proprietary model, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 19 | Figure 3.14 Sedimentation due to an extreme (20-year return period) flow discharge with 1991 channel bathymetry (RMA2/SED2D) (from Nairn Expert Report, p. 3-57). | 1) 1991 NOAA bathymetry survey; 2) River flow and suspended sediment concentration data from USGS; 3) depositional zones from EX11; 4) *RMA2/SED2D* model; 5) *RMA2/SED2D* model input files; 6) *RMA2/SED2D* model results (output files). | a. 1) described at p. 4-130 of Nairn Expert Report; 2) described in Table 1f of the Nairn Daubert Challenge Declaration, p. 10; 3) from EX11; 4) numerical model has been submitted to Plaintiffs, *RMA2/SED2D* model is described in Appendix A of Nairn Expert Report; page 3-50 of the Nairn Expert Report; 5) model inputs are described in Table 1f of the Nairn Daubert Challenge Declaration, p. 10; 6) *RMA2/SED2D* model results (output files) have been provided to Plaintiffs. All of this information has been submitted to the Plaintiffs. | All source data and the model have been submitted to Plaintiffs. | Dr. Robert B. Nairn |

# INFORMATION FOR SUMMARY EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | SOURCES | LOCATION OF SOURCES | TIME OF SOURCE EXAMINATION | SUMMARY PREPARED BY |
|---|---|---|---|---|---|
| 20 | Figure 3.16a Nearshore currents under NW storm event (HYDROSED model results) (from Nairn Expert Report, p. 3-59). | 1) 1945 NOAA bathymetry survey; 2) 1991 NOAA bathymetry survey; 3) 1999 SHOALS bathymetry survey from US Army Corps of Engineers; 4) 2001 US Army Corps of Engineers bathymetry survey; 5) HYDROSED model; 6) HYDROSED model input files; 7) HYDROSED model results (output files). | 1) to 4) described at p. 4-129 and 4-130 of the Nairn Expert Report; 5) submission of proprietary model pending, *HYDROSED* model is described in Appendix A of Nairn Expert Report; page 3-50 of the Nairn Expert Report; 6) model inputs are described in Table 1d of the Nairn Daubert Challenge Declaration, p. 8 and have been provided to Plaintiffs; 7) *HYDROSED* model results (output files) have been provided to Plaintiffs. All source information has been submitted to the Plaintiffs. | With the exception of proprietary model, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 21 | Figure 3.17a Nearshore currents under SW storm (HYDROSED model results) (from Nairn Expert Report, p. 3-61). | 1) 1945 NOAA bathymetry survey; 2) 1991 NOAA bathymetry survey; 3) 1999 SHOALS bathymetry survey from US Army Corps of Engineers; 4) 2001 US Army Corps of Engineers bathymetry survey; 5) *HYDROSED* model; 6) *HYDROSED* model input files; 7) *HYDROSED* model results (output files). | 1) to 4) described at p. 4-129 and 4-130 of the Nairn Expert Report; 5) submission of proprietary model pending, *HYDROSED* model is described in Appendix A of Nairn Expert Report; page 3-50 of the Nairn Expert Report; 6) model inputs are described in Table 1d of the Nairn Daubert Challenge Declaration, p. 8 and have been provided to Plaintiffs; 7) HYDROSED model results (output files) have been provided to Plaintiffs. All source information has been submitted to the Plaintiffs. | With the exception of proprietary model, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 22 | Table 4.2 Bluff Erosion Rates (from Nairn Expert Report, p. 4-120). | 1) 2003 air photo; 2) 2002 air photo; 3) 1960 air photo; 4) 1938 air photo; 5) 1871 map; 6) 1830 GLO Survey. | Location of Sources: 1) to 6) described at p. 4-113 to 4-115 of the Nairn Expert Report. All source information has been submitted to the Plaintiffs. | All source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 23 | Figure 4.2 AARR Summary by Reach (from Nairn Expert Report, p. 4-121). | Sources: 1) 2003 air photo; 2) 1871 map; 3) 1830 GLO Survey; 4) 1996 air photo | Location of Sources: 1) to 4) described at p. 4-113 to 4-115 of the Nairn Expert Report. All source information has been submitted to the Plaintiffs. | All source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |

# INFORMATION FOR SUMMARY EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | SOURCES | LOCATION OF SOURCES | TIME OF SOURCE EXAMINATION | SUMMARY PREPARED BY |
|---|---|---|---|---|---|
| 24 | Figure 4.18 Predicted pre-harbor longshore transport rates in the study area – Present Conditions (from Nairn Expert Report, p. 4-146). | 1) Baird *COSMOS* Model; 2) *COSMOS* Model Results; 3) Deepwater wave data from EX1; 4) US Army Corps of Engineers Lake level data for Lake Michigan; 5) nearshore profile shapes; 6) sediment grain size; 7) *HYDROSED* model results on nearshore wave transformation from EX2. | 1) submission of proprietary model pending, *COSMOS* model is described in Appendix A of Nairn Expert Report; pages 2-28, 2-30 and 2-32 of the Nairn Expert Report; and in the Nairn Daubert Challenge Declaration p. 20 to 21; 2) *COSMOS* model results (output files) have been provided to Plaintiffs; 3) Sources for deepwater wave data are described under EX1; for 4) to 6) see Table 1a of the Nairn Daubert Challenge Declaration, and all related input data files have been submitted to Plaintiffs; 7) *HYDROSED* model results on wave transformation have been submitted to Plaintiffs. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 25 | Table 4.4 Long-term Sediment Budget Downdrift of St. Joseph Harbor (Sand Only) (from Nairn Expert Report, p. 4-148). | | | | |
| | Column I – Net Updrift Supply (from Table 4.4) | 1) Fillet beach infilling and dredging rates for 3 time periods (1836 to 1844, 1897 to 1938 and 1960 to 1996); 2) COSMOS estimate of net LST rate north of the harbor; and 3) Sand Supply rate from the erosion zone north of the harbor. Nairn, R.B., Zuzek, P.J., Morang, A. and Parson, L.E. 1997. Effectiveness of Beach Nourishment on Cohesive Shores, St. Joseph, Lake Michigan. USACE Technical Report CHL-97-15. DETCOE-00000245 – DETCOE-00000348 in Stone;, Stonedisclosures 00000969 – 00001070 in Stone. U.S. Army, 1866-1980. Reports of the Chief of Engineers | 1) to 3) are described on p. 3-64 and 3-65 of the Nairn Expert Report. The fillet beach infilling rates (1) are determined from the data presented in EX13 on the north fillet beach combined with profile heights from EX10 and the dredging rates are derived from EX34 on dredging data from the US Army Corps of Engineers. The COSMOS estimates of net LST for source (2) are derived from the information presented in EX7 and EX20 on COSMOS model results. The sand supply rates from erosion of the bluffs and shoreline north of the harbor are derived from the shoreline erosion data described in EX22 and from the stratigraphy data developed by Larson (see EX31). Also, described on p. 4-147 of the Nairn Expert Report. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |

# INFORMATION FOR SUMMARY EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | SOURCES | LOCATION OF SOURCES | TIME OF SOURCE EXAMINATION | SUMMARY PREPARED BY |
|---|---|---|---|---|---|
| | Column IIa and IIb – Fillet Infilling for the North and South Fillet (from Table 4.4) | 1) Fillet beach infilling rates (by area) are based on the information presented for the north fillet in EX13 and the south fillet in EX14 and the profile height changes from EX10. | 1) See EX10, EX13 and EX14. Also, described on p. 4-147 of the Nairn Expert Report. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column III – Total Sand Supplied by the River (from table 4.4) | 1) *SWAT* watershed sand transport model, its inputs and outputs to develop sand supplied for the 7 time periods of Table 4.4. | 1) Described from p.3-67 to 3-84 and p. 4-147 of the Nairn Expert Report, and Table 1e on p. 9 of the Nairn Daubert Challenge Declaration. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column IV – River Sand Reaching the Lake (from Table 4.4) | 1) *SWAT* model results; 2) *RMA2/SED2D* model input files and results; 3) Discharge and suspended sediment concentration data from the USGS Niles Gage on the St. Joseph River; 4) Dredging data from the US Army Corps of Engineers. | 1) see Column III description; 2) RMA2/SED2D model results are described from 3-85 to 3-97 of the Nairn Expert Report; 3) Data from the USGS gage is shown in Figures 3.32 to 3.35 of the Nairn Expert Report; 4) Dredging data compiled by the US Army Corps of Engineers is presented in EX34. All input and output data and the *SWAT* and RMA2SED2D models, and the associated data described in (3) and (4) and the models themselves have been submitted to Plaintiffs. | All input and output data and the *SWAT* and RMA2SED2D models, and the associated data described in (3) and (4) and the models themselves have been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column V – Updrift Supply Bypassing into the channel and downdrift (from Table 4.4) | 1) Calculated as the difference between Columns I (updrift supply rate) and Column IIa (north fillet beach accumulation rate). | 1) Explained at p. 4-147 of the Nairn Expert Report. Information sources for Columns I and IIa described above. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column VIa and VIb – Dredging of the Inner (a) and Outer (b) Harbor (from Table 4.4) | 1) Dredging data from the US Army Corps of Engineers given in EX34. | 1) Explained at p. 4-147 of the Nairn Expert Report and summarized in Figure 3.8 on p. 3-49 of the Nairn Expert Report. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column VII – Capital Dredging (from Table 4.4) | 1) US Army Corps of Engineers Annual Reports to Congress. | 1) This source information has been provided to Plaintiffs. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column VIII – Beach Nourishment (from Table 4.4) | 1) Dredging data from the US Army Corps of Engineers given in EX34. | 1) Explained at p. 4-147 of the Nairn Expert Report and summarized in Figure 3.21 on p. 3-71 of the Nairn Expert Report. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |

# INFORMATION FOR SUMMARY EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | SOURCES | LOCATION OF SOURCES | TIME OF SOURCE EXAMINATION | SUMMARY PREPARED BY |
|---|---|---|---|---|---|
| | Columns IXa and IXb – Accumulation Rates for Zones 2a and 2b (Bypassing Shoals) (from Table 4.4) | 1) Based on the lakebed change data presented in EX15 and EX16. | 1) Explained at p. 4-149 of the Nairn Expert Report and development of source information described under EX15 and EX16 above. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column X – Accumulation Rates for Zones3 (Offshore Losses) (from Table 4.4) | 1) Based on the lakebed change data presented in EX15 and EX16. | 1) Explained at p. 4-149 of the Nairn Expert Report and development of source information described under EX11 and EX12 above. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column XI – Total Sand Delivered to Downdrift (from Table 4.4) | 1) The total sand delivered to downdrift is determined from the following calculation (values of each column): IV+V+VIa+VII + 0.5*(IXa + IXb). | 1) Explained at p. 4-149 of the Nairn Expert Report and development of source information described above under the description of the data from each of the noted columns. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column XII – Direct Estimate of Average Total Lakebed and Bluff Erosion (from Table 4.4) | Determined from summation of bluff and lakebed erosion rates together with stratigraphy information on sand content of bluffs and nearshore. Bluff erosion rates estimated with: 1) 2003 air photo; 2) 2002 air photo; 3) 1960 air photo; 4) 1938 air photo; 5) 1871 map; 6) 1830 GLO Survey; Lakebed erosion rates estimated from: 7) pre-harbor erosion rate south of the harbor of 0.5 m/yr on average based on erosion outside the zone of harbor influence in the 1830 to 1871 comparison; 8) 1871 US Lake Survey; 9) 1954 US Lake Survey; 10) 1965 NOAA bathymetry survey; 1999 SHOALS hydrographic survey by the USACE; and 11) description of the bluff stratigraphy. | 1) through 6) are described on p. 4-113 to 4-114 of the Nairn Expert Report; 7) see p. 4-118 of the Nairn Expert Report for derivation of the background erosion rate in pre-harbor times; 8) through 10) are described on p. 4-129 to 4-131 of the Nairn Expert Report; 11) the bluff stratigraphy is shown in Figure 1.1 of the Nairn Expert Report on p. 3, and included as EX31 of Larson. The development of the overall direct estimates of erosion rates are explained on p. 4-131 to 4-137 of the Nairn Expert Report is summarized for development of Table 4.2 on p. 4-149. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |

# INFORMATION FOR SUMMARY EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | SOURCES | LOCATION OF SOURCES | TIME OF SOURCE EXAMINATION | SUMMARY PREPARED BY |
|---|---|---|---|---|---|
| | Column XIII – Estimated Potential Outgoing LST at the Downdrift Limit of Plaintiffs' Properties (from Table 4.4) | 1) COSMOS estimates for pre-harbor conditions; 2) COMSOS estimates for present conditions; 3) nearshore lakebed slope; 4) methods of considering the influence of profile steepening on longshore sand transport. | 1) see EX7; 2) see EX20; 3) see Column XVII sources below; 4) described at p. 4-140 to 4-141 of the Nairn Expert Report. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column XIV – Expected Total Lakebed and Bluff Erosion Based on Outgoing LST (from Table 4.4) | 1) The expected total lakebed and bluff erosion is determined from the following calculation (values of each column): XIII-XI. | 1) This calculation is explained at p. 4-149 of the Nairn Expert Report and development of source information described above under the description of the data from each of the noted columns. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column XV – Sand Trapped Upstream of Dams (from Table 4.4) | 1) *SWAT* watershed sand transport model, its inputs and outputs to develop sand supplied for the 7 time periods of Table 4.4. | 1) Described from p.3-67 to 3-84 and p. 4-149 of the Nairn Expert Report, and Table 1e on p. 9 of the Nairn Daubert Challenge Declaration. All input and output data and the SWAT model have been submitted to Plaintiffs | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column XVI – Shoreline Protection (% of total length of shore protected) (from Table 4.4) | The total length of shoreline protected from the harbor to the south end of the Plaintiffs' properties was determined from the following sources of information: 1) 2003 air photo; 2) 2002 air photo; 3) 1996 air photo; 4) 1960 air photo; 5) 1938 air photo. | 1) through to 5) are described on p 4-113 to 4-114 of the Nairn Expert Report and the delineation of shore that is protected is described on p. 4-138 to p. 4-139 of the Nairn Expert Report. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column XVII – Average Bottom Slope (from Table 4.4) | The average nearshore lakebed slope was determined from the following bathymetry sources for several locations along the shore to determine an average for each of the 7 time periods of Table 4.4: 1) 1999 SHOALS hydrographic data; 2) 1965 navigation chart survey; 3) 1871 Lake Survey Chart. | The source information for 1) to 3) is described at 4-129 to 4-131 and 4-140 of the Nairn Expert Report. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |

# INFORMATION FOR SUMMARY EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | SOURCES | LOCATION OF SOURCES | TIME OF SOURCE EXAMINATION | SUMMARY PREPARED BY |
|---|---|---|---|---|---|
| | Column XVIII – Direct Estimate of Average Total Lakebed and Bluff Erosion Without Shore Protection (from Table 4.4) | 1) The direct estimate of average total lakebed and bluff erosion without the influence of shore protection is determined from the following calculation (values of each column): XII – (XIII-205,000). | 1) This calculation is explained at p. 4-150 of the Nairn Expert Report and development of source information described above under the description of the data from each of the noted columns. The (XIII-205,000) gives the increase in Longshore Sand Transport attributable to the steepening of the nearshore profile. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column XIX – Expected Total Erosion Without Shore Protection (from Table 4.4) | 1) The expected total lakebed and bluff erosion without the influence of shore protection is determined from the following calculation: (205,000 – Column XI). | 1) This calculation is explained at p. 4-150 of the Nairn Expert Report and development of source information described above under the description of the data from the noted column. The calculation gives the expected erosion had the Longshore Sand Transport rate remained unchanged from pre-harbor conditions. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column XX – Expected Total Erosion Without Shore Protection and Dams (from Table 4.4) | 1) The expected total lakebed and bluff erosion without the influence of shore protection and dams in the watershed is determined from the following calculation: (XIX - 0.5*XV); 2) the factor of ½ applied to sand trapped in dams is developed from the results of the RMA2/SED2D modeling. | 1) This calculation is explained at p. 4-150 of the Nairn Expert Report and development of source information described above under the description of the data from each of the noted columns. The calculation gives the expected erosion had the Longshore Sand Transport rate remained unchanged from pre-harbor conditions and had the dams not trapped sand. 2) The factor of ½ is derived from the RMA2/SED2D model as explained under Column IV. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column XXIa – Impact of Harbor and Operations on Erosion of the Dwondrift Shores – Based on the Direct Estimate of Erosion (from Table 4.4) | 1) The impact in terms of sand not delivered to the downdrift shores due to the presence of the harbor and the influence of dredging is determined from this calculation: (131,000 - Column XVIII). | 1) This calculation is explained at p. 4-150 of the Nairn Expert Report and development of source information described above under the description of the data from the noted column. The impact of the harbor and its operations is determined from the difference between the direct estimate of erosion for each period compared to the pre-harbor erosion. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| | Column XXIb – Impact of Harbor and Operations on Erosion of the Dwondrift Shores – Based on the Expected Total Erosion (from Table 4.4) | 1) The impact in terms of sand not delivered to the downdrift shores due to the presence of the harbor and the influence of dredging is determined from this calculation: (141,000 - Column XIX). | 1) This calculation is explained at p. 4-150 of the Nairn Expert Report and development of source information described above under the description of the data from the noted column. The impact of the harbor and its operations is determined from the difference between the expected total erosion for each period compared to the pre-harbor erosion. | With the exception of proprietary models, all source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |

# INFORMATION FOR SUMMARY EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | SOURCES | LOCATION OF SOURCES | TIME OF SOURCE EXAMINATION | SUMMARY PREPARED BY |
|---|---|---|---|---|---|
| 26 | Figure 1a Comparison of Average Annual Bluff Recession Rates MDEQ to Nairn Expert Report, Hagar Township (from Nairn Supplemental Report on Review of Plaintiffs Experts' Reports, p. 19). | 1) 2003 air photo; 2) 2002 air photo; 3) 1938 air photo; 4) MDEQ Erosion Rates. | 1) to 3) described on pp. 4-112 and 4-114 of the Nairn Expert Report and p. 2 of Nairn Supplemental Report on Review of Plaintiffs Experts' Report; 4) described on p. 2 of Nairn Supplemental Report on Review of Plaintiffs Experts' Report and MDEQ data from http://www.michigan.gov/deq/0,1607,7-135-3307_3331-107407--,00.html. All source information for determining bluff recession rates developed by Baird has been submitted to the Plaintiffs. | All source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 27 | Figure 2b Comparison of Average Annual Bluff Recession Rates MDEQ to Nairn Expert Report, Lincoln Township (from Nairn Supplemental Report on Review of Plaintiffs Experts' Reports, p. 22). | 1) 2003 air photo; 2) 2002 air photo; 3) 1938 air photo; 4) MDEQ Erosion Rates. | 1) to 3) described on pp. 4-112 and 4-114 of the Nairn Expert Report and p. 2 of Nairn Supplemental Report on Review of Plaintiffs Experts' Report; 4) described on p. 2 of Nairn Supplemental Report on Review of Plaintiffs Experts' Report and MDEQ data from http://www.michigan.gov/deq/0,1607,7-135-3307_3331-107407--,00.html. All source information for determining bluff recession rates developed by Baird has been submitted to the Plaintiffs. | All source data has been submitted to Plaintiffs. | Dr. Robert B. Nairn |
| 28 | Figure 6 from Larson expert report – Glacial Geologic Map of Berrien County | Compiled from Stone et al. 2003; Larson and Monaghan 1988. | Dr. Grahame J. Larson, Department of Geological Sciences, Michigan State University, East Lansing, MI 48824 | At a time mutually agreeable to the parties | Dr. Grahame J. Larson |
| 29 | Figure 7 from Larson expert report – Glacial and post glacial lakes in the Great Lakes basin | Modified from Larson and Schaetzt 2001 | Dr. Grahame J. Larson, Department of Geological Sciences, Michigan State University, East Lansing, MI 48824 | At a time mutually agreeable to the parties | Dr. Grahame J. Larson |
| 30 | Figure 8 from Larson expert report – Lake-level history of glacial and post glacial lakes in the Lake Michigan basin | Compiled from Baedke and Thompson 2000, Coleman et al. 1994, Larsen 1985, USACE | Dr. Grahame J. Larson, Department of Geological Sciences, Michigan State University, East Lansing, MI 48824 | At a time mutually agreeable to the parties | Dr. Grahame J. Larson |
| 31 | Figure 9 from Larson expert report – A. Geologic cross-section of lake bluffs north and south of St Joseph looking east; B. Blowup of geologic cross-section of lake bluffs from St. Joseph to Grand Mere Lakes. | A. compiled from photographic base of bluffs, measured sections made by author in 1985, water-well log records on file with the Michigan Department of Environmental Quality, and Side-Scan Sonar data (Ohio DNR, 2002) | Dr. Grahame J. Larson, Department of Geological Sciences, Michigan State University, East Lansing, MI 48824 | At a time mutually agreeable to the parties | Dr. Grahame J. Larson |

# INFORMATION FOR SUMMARY EXHIBITS

| EXHIBIT # | DOCUMENT TITLE | SOURCES | LOCATION OF SOURCES | TIME OF SOURCE EXAMINATION | SUMMARY PREPARED BY |
|---|---|---|---|---|---|
| 34 | Spreadsheet – St. Joseph Dredging (see Exhibit 6 to James P. Selegean's May 19, 2005 deposition) | 1 - Annual Reports to Congress (STONEDISCLOSURES 00000001 TO 00000525);<br>2 - Environmental Assessment - Emergency Dredging at St. Joseph, Michigan,February 1978;<br>3 - Record of Construction, Annually produced by USACE Grand Haven Area Office (STONEDISCLOSURES 00000526 to 00000608);<br>4 - Summary of Daily Reports (1975-1985) in 17 Oct 1985 memo by Pete Rosiek, USACE Detroit District, Operation and Maintenance Office;<br>5 - Corps of Engineers, Detroit District Web Page http://www.lre.usace.army.mil/OandM/text/stjoseph.pdf), Jan 2007, USACE Detroit District | 1) USACE, Hydraulics and Hydrology Office, Detroit, MI.;<br>2) USACE, Hydraulics and Hydrology Office, Detroit, MI.;<br>3) USACE, Hydraulics and Hydrology Office, Detroit, MI.;<br>4) USACE, Hydraulics and Hydrology Office, Detroit, MI.;<br>5) USACE, Hydraulics and Hydrology Office, Detroit, MI. | 1) Previously provided to plaintiffs; 2) At a time mutually agreeable to the parties; 3) Previously provided to plaintiffs; 4) At a time mutually agreeable to the parties; 5) At a time mutually agreeable to the parties | Dr. James Selegean |