# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-4451 L
c/w 04-277 L, 05-1353 L, 05-1381 L, 06-72 L

| | | |
|---|---|---|
| JOHN H. BANKS, MARY E. BANKS, et. al,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | ) | NO. 99-4451 L<br>Judge Emily C. Hewitt |
| STONE ERROL L. & SUSAN H.<br>as trustees of the Susan H. Stone Trust,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-277 L<br><br>Consolidated |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-1353 L<br><br>Consolidated |

PLAINTIFFS' MOTION TO STRIKE DOCUMENT 207

PLAINTIFFS' MOTION TO STRIKE DOCUMENT 207

Plaintiffs' attorney, John B. Ehret, hereby MOVES to STRIKE DOCUMENT 207 dated 5-10-07 which inadvertantly had the wrong Document attached to it. PLAINTIFFS will be promptly filing their RESPONSE TO DEFENDANT'S MOTION TO EXCLUDE TESTIMONY OF 23 OF PLAINTIFFS' WITNESSES in order to correct this inadvertancy in electronic filing.

Respectfully submitted,

Dated: May 11, 2007

John B. Ehret
Plaintiffs Attorney

20860 Greenwood Drive
Olympia Fields, IL 60461
P. 708-748-8975
F. 708-748-7661
Email: jbehret@covad.net

# CERTIFICATE OF SERVICE

I, the attorney, John B. Ehret do hereby certify that on the 11th day of May, 2007 I caused to be electronically filed the foregoing PLAINTIFFS' MOTION TO STRIKE DOCUMENT 207 on the below listed attorneys of record:

Terry M. Petrie
Trial Attorney
U. S. Dept. of Justice
ENRD
1961 Stout Street 8th Floor
Denver, CO 80294
P. 303-844-1369
F. 303-844-1350
Terry.Petrie@usdoj.gov

Eugene J. Frett, ESQ.
SPERLING AND SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
P. 312-641-3200
F. 312-641-6492

Drew W. Marrocco, Attorney
SONNENSCHEIN NATH & ROSENTHAL
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
P. 202-408-6387
F. 202-408-6399
dmarrocco@sonnenschein.com

Heide L. Herrmann, Attorney
U. S. Dept. of Justice
P. O. Box 663
Washington, DC 20044-0663
P. 202-305-3315
F. 202-305-0274
Heide.Herrmann@usdoj.gov

Dated: May 11, 2007

John B. Ehret
John B. Ehret
Attorney for Plaintiffs