# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-4451 L
c/w 04-277 L, 05-1353 L, 05-1381 L, 06-72 L

| | | |
|---|---|---|
| JOHN H. BANKS, MARY E. BANKS, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | ) | NO. 99-4451 L<br>Judge Emily C. Hewitt |
| STONE ERROL L. & SUSAN H.<br>as trustees of the Susan H. Stone Trust,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | ) | No. 04-277 L<br><br>Consolidated |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-1353 L<br><br>Consolidated |

PLAINTIFFS' RESPONSE TO MOTION IN LIMINE TO EXCLUDE TESTIMONY OF 23 OF PLAINTIFFS' WITNESSES
<u>(DOCKET #195 4-25-07)</u>

PLAINTIFFs' RESPONSE TO MOTION IN LIMINE TO EXCLUDE
TESTIMONY OF 23 OF PLAINTIFFS' WITNESSES
(DOCKET #195 4-25-07)

Pursuant to conference call of May 7, 2007 with Judge Emily C. Hewitt and Attorney Petrie, plaintiffs are to RESPOND by noon of May 14, 2007.

For plaintiffs' response Attorney Ehret hereby addresses the defendant's assertions of irrelevance seriatim as follows:

Generally speaking, plaintiffs' attorney Ehret's purpose is to present plaintiffs' case through his own best knowledge of the witnesses who have the necessary local knowledge and longevity to potentially fill the role of a percipient witness as called for by Judge Hewitt.

Plaintiffs do not believe that defendant, with their touch and go relationship to the the St. Joseph community has the necessary qualifications to evaluate plaintiffs' witnesses. Nor should defendant attempt to determine how to put on plaintiffs' case in chief.

THEREFORE

1. Stephen P. Blumer is Network Operations Chief, U. S. Department of Interior, U. S. Geological Survey in charge of the recording of data at the Niles Michigan sediment content gauge. THE GAUGE most heavily relied on by Dr. Nairn's St. Joseph River Report needs to be understood.

2. R. J. Burkholz - Chairman of St. Joseph Harbor Authority

Large personal boat with depth finder - Monitors shoaling at self unloading docks - Chairs regular meetings of harbor authority - probably longest familiarity with Harbor history.

3. Bruce A. Ebersole - contact person for Corps' new Large-scale Sediment Transport Facility for use in making ACCURATE rates of longshore sand transport. Engineering Research and Development Center, Vicksburg, MS.

4. Larry LaValley - St. Joseph Harbor Master - Keeps Records - number of and names of ships transitioning the Harbor including tonnage. Great longevity - Familiar with dock operations - loading and unloading - products handled.

5. Gary R. Mannesto - Chief Regulatory Office, Engineering and Technical Services, Detroit District Corps. Staff answers questions on shore protection policy - Only Corps person exhibiting cross knowledge of regulations, 5th Amendment - "Natural Erosion"

6. Tom O'Bryan - Corps Chief of Construction in the St. Joseph area - attended 1992 NOAA-USGS seminar on lake bed lowering, downcutting and depth differences - longevity - background needed for percipience.

7. Carl Platz - Corps project manager for the interruption of river sand flow at the PAW PAW and piping it 15,000 feet

to the so-called Southwest Michigan Regional Airport at Benton Harbor.

8. Wayne Schloop - Chief of Operations - Detroit Dist. Corps - in charge of dredging operations - subcontracting - coordinating with weather - dump location

9. David L Schweiger - Chief of Coastal Hydraulics and Hydrology Branch which monitors and did monitor so-called mitigation plan for most of the time period in question.

10. Attorney Gary W. Segrest - Associated with case from the beginning - Declarant and co-preparer of answers to interrogatories, requests to admit and requests for production of documents - presenter of Coastal Engineering Research Board summary of this case - including damage estimate of $60 million +.

11. Congressman Fred S. Upton - Has lived both north and south of the St. Joseph Harbor - familiar with Section 111 performance by the Corps - instrumental in getting Corps to dredge inner harbor and divert sand to airport.

12. Richard P. Wolf Professional Engineer - installed several hundreds of boulder revetments along the shore. Familiar with work and results. Able to explain one of the least expensive and most common methods of shoreline protection.

The B group witnesses listed by defendant have been wrongfully characterized by defendant as experts. They have not been retained. They have not written reports. They will not be expected to express opinion testimony. They are facts witnesses with percipient experience and education who will be able to assist the Court with factual convictions of consequence to this litigation.

Plaintiffs take this opportunity to inform defendant that David W. Folger and James R. Houston will not be called by the plaintiffs.

Defendant's have been provided with copies of all documents. Plaintiffs have requested that they visit the Plaintiffs to confirm this but defendant has ignored this offer of assistance. A counter offer has also been made for a prolonged (2 hour) document by document review to assist the defendant.

The complete printing of all exhibits except summaries is expected shortly. Plaintiff will ship the box (slightly larger than Bankers box 10" x 12" x16") direct to Attorney if he so desires. Alternatively, he can come to visit the file.

Respectfully submitted,
Dated: May 11, 2007

John B. Ehret
Plaintiffs' Attorney
20860 Greenwood Drive
Olympia Fields, IL 60461
P. (708)748-8975
F. (708)748-8975
Email: jbehret@covad.net

CERTIFICATE OF SERVICE

I, the attorney, John B. Ehret, do hereby certify that on the 11th day of May, 2007 I caused to be electronically filed the PLAINTIFFS' RESPONSE TO MOTION IN LIMINE TO EXCLUDE TESTIMONY OF 23 OF PLAINTIFFS' WITNESSES (DOCKET #195 4-25-07) on the below listed attorneys of record:

Terry M. Petrie
Trial Attorney
U. S. Dept. of Justice
ENRD
1961 Stout Street 8th Floor
Denver, CO 80294
P. 303-844-1369
F. 303-844-1350
Terry.Petrie@usdoj.gov

Drew W. Marrocco, Attorney
SONNENSCHEIN NATH & ROSENTHAL
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
P. 202-408-6387
F. 202-408-6399
dmarrocco@sonnenschein.com

Eugene J. Frett,ESQ.
SPERLING AND SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
P. 312-641-3200
F. 312-641-6492

Heide L. Herrmann, Attorney
U. S. Dept. of Justice
P. O. Box 663
Washington, DC 20044-0663
P. 202-305-3315
F. 202-305-0274
Heide.Herrmann@usdoj.gov

Dated: May 11, 2007

John B. Ehret
John B. Ehret
Plaintiffs' Attorney