# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-4451 L
c/w 04-277 L, 05-1353 L, 05-1381 L, 06-72 L

| | |
|---|---|
| JOHN H. BANKS, MARY E. BANKS, et. al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | NO. 99-4451 L<br>Judge Emily C. Hewitt |
| STONE ERROL L. & SUSAN H.<br>as trustees of the Susan H. Stone Trust,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-277 L<br><br>Consolidated |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-1353 L<br><br>Consolidated |

NOTICE OF ADDRESS CHANGE

NOTICE OF ADDRESS CHANGE

To the Clerk of the U. S. Court of Federal Claims:

Pursuant to Rule 85.1(c)(3) of the Court's Rules, please be advised that the address of the undersigned counsel for the Banks plaintiffs in the above referenced action will change effective May 15, 2007. His address for service of all papers by U. S. Mail or express deliveries (e.g., Federal Express, UPS or DHL) will be:

Attorney John B. Ehret
5986 Dunham Avenue
Stevensville, MI 49127
Phone: (269)465-5857
FAX: (269)465-3736
Email: jbehret@covad.net

Respectfully submitted:

Dated: May 14, 2007

John B. Ehret
Plaintiffs Attorney

20860 Greenwood Drive
Olympia Fields, IL 60461
P. (708)748-8975
F. (708)748-7661
Email: jbehret@covad.net

CERTIFICATE OF SERVICE

I, the attorney, John B. Ehret do hereby certify that on the 14th day of May 2007 I caused to be electronically filed the foregoing PLAINTIFFS' ATTORNEY NOTICE OF CHANGE OF ADDRESS on the below listed attorneys of record:

Terry M. Petrie
Trial Attorney
U. S. Dept. of Justice
ENRD
1961 Stout Street 8th Floor
Denver, CO 80294
P. 303-844-1369
F. 303-844-1350
Terry.Petrie@usdoj.gov

Eugene J. Frett,ESQ.
SPERLING AND SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
P. 312-641-3200
F. 312-641-6492

Drew W. Marrocco, Attorney
SONNENSCHEIN NATH & ROSENTHAL
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
P. 202-408-6387
F. 202-408-6399
dmarrocco@sonnenschein.com

Heide L. Herrmann, Attorney
U. S. Dept. of Justice
P. O. Box 663
Washington, DC 20044-0663
P. 202-305-3315
F. 202-305-0274
Heide.Herrmann@usdoj.gov

Dated: May 14, 2007

John B. Ehret
John B. Ehret
Plaintiffs Attorney