5-3-07
TO: PETRIE
4 PAGES TOTAL
FR: EHRET

**JOHN B. EHRET**
**20860 GREENWOOD DRIVE**
**OLYMPIA FIELDS, IL 60461**
**PHONE: 708-748-8975**
**FAX: 708-748-7661**

SPRING
**SUMMER**
FALL
**5986 DUNHAM AVE.**
**STEVENSVILLE, MI 49127**
P. 269-465-5857
F. 269-465-3736

Thursday
Date: May 3, 2007

Attorney Terry M. Petrie
Environment & Natural Resources Division
U. S. Department of Justice
1961 Stout Street 8th Floor
Denver, CO 80294
P. 303-844-1369
F. 303-844-1350

Subject: Banks et al v. U. S. A. No. 99-4451L
Date of FY 1999 Section 111 Monitoring Report

Dear Attorney Petrie:

I add the following information to the subject discussion.

a. I reviewed the depositions of Schweiger and Thompson which were taken on 10/26/00. Schweiger came first and the two Reports ('97 and '99) were introduced during his deposition. Neither deposition seems to offer any insight except that Schweiger enlightened me to the fact that their fiscal year begins on October 1st of each year.

b. The cover letter (2/23/98) for the FY 1997 Section 111 monitoring Report shows the Report being circulated to:

Chief, Engineering & Planning Division
Chief, Construction-Operations Division (2/26/98)
FOR Chief, Operations and Technical Support Branch 3/2/CO-00(?)
NOTE: CC PPM + DE (?)

c. March 13, 2003 the District Councel advised that 1999 was enclosed but that "There are no reports for fiscal years 2000 - 2002." That letter is attached along with my FOIA dated March 5, 2003.

The above information gives leads as to where to look and appears to indicate that the Monitoring program (and the nourishment program) were being discontinued.

John B. Ehret
John B. Ehret

3 ENCL.

Banks v. United States
Def.'s Resp. to Pls.' Submission re Date of the 1999 Report
Ex. 1

CELRE-EP-HE (1145) 23 Feb 1998

MEMORANDUM THRU

Chief, Engineering & Planning Division

Chief, Construction-Operations Division 2/26/98

FOR Chief, Operations and Technical Support Branch 3/2 CO-OO

SUBJECT: FY 1997 Section 111 Monitoring Report

1. Attached is the subject report.

David L. Schweiger

Encl

DAVID L. SCHWEIGER, P.E.
Chief, Great Lakes Hydraulics
and Hydrology Branch

CC: PPM
DE

**DEPARTMENT OF THE ARMY**
DETROIT DISTRICT, CORPS OF ENGINEERS
477 MICHIGAN AVENUE
DETROIT, MICHIGAN 48226-2550

IN REPLY REFER TO:

Office of Counsel

March 13, 2003

John B. Ehret
20860 Greenwood Drive
Olympia Fields, IL 60461

SUBJECT: Freedom of Information Act Request No. CENCE-OC-03-54

Dear Mr. Ehret:

This correspondence is in response to your FOIA request dated March 5, 2003 for the "Annual Report on the Section 111 Beach Nourishment Monitoring Program for Fiscal Years, 1999, 2000, 2001 and 2002." The annual report for fiscal year 1999 is enclosed. There are no reports for fiscal years 2000-2002. Due to the limited time involved in processing your request and/or requester status, the enclosed documents are provided without charge.

If you consider this response a denial of your request, you have the right to appeal this determination to the Secretary of the Army (attention of the General Counsel). You must send your appeal through this office. To be considered timely your appeal must be received by the Army General Counsel no later than 60 calendar days after the date of this letter. Your appeal should state the basis for your disagreement with this determination and include a copy of this letter. Enclose your appeal letter in an envelope bearing the notation, "Freedom of Information Act Appeal." Address your appeal to:

Commander
U.S. Army Engineer District, Detroit
ATTN: Office of Counsel
P.O. Box 1027
Detroit, Michigan 48231

In the event you are dissatisfied with the results of any such appeal, judicial review will thereafter be available to you in the United States District Court for the judicial district in which you reside or have your principal place of business, or in the District of Columbia.

Sincerely,

Christine Dowhan-Bailey

Christine Dowhan-Bailey
District Counsel

**JOHN B. EHRET**
**20860 GREENWOOD DRIVE**
**OLYMPIA FIELDS, IL 60461**
**PHONE: 708-748-8975**
**FAX: 708-748-7661**

**SUMMER**

**5986 DUNHAM AVE.**
**STEVENSVILLE, MI 49127**
**TEL: 616-465-5857**

March 5, 2003

U. S. Army Corps of Engineers
Attention: Attorney Thuy Dao Detroit District FOIA Officer
477 Michigan Avenue Room 659
Detroit, Michigan 48231-1027

Subject: Annual Report on the Section 111 Beach Nourishment Monitoring Program for Fiscal Years, 1999, 2000, 2001 and 2002.

Dear Attorney Dao:

Please provide one copy each of the subject Monitoring Program Reports showing the amount of sand nourishment put down in each of the fiscal years listed above.

This request is made pursuant to the Freedom of Information Act and I agree to pay for any search and printing costs incurred by the Corps. Please let me know in advance if you reasonably foresee the cost exceeding $100.

An example of the cover page of prior report is enclosed. In the past, the monitoring was conducted by the Great Lakes Hydraulics and Hydrology (GLH&H), Hydraulic Engineering Branch.

If you have any problems with this request please let me know. I would appreciate you're mailing the Monitoring to me at the above Olympia Fields, Il. address.

Very truly yours,

John B. Ehret

John B. Ehret
Attorney