**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **JOHN H. and MARY E. BANKS, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 99-4451 L**<br>**Judge Emily C. Hewitt** |
| **STONE, ERROL L. & SUSAN H., In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 04-277 L**<br>**Judge Emily C. Hewitt** |
| **EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and**<br><br>**DONNA P. FRETT,**<br><br>**Plaintiffs,**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 05-1353L**<br>**Judge Emily C. Hewitt** |

**DECLARATION OF DAVID L. SCHWEIGER**

In accordance with 28 U.S.C. §1746, I, David L. Schweiger, declare as follows:

1. I am currently the Chief of the Engineering, Design, & Construction Office of the Detroit District Office of the U.S. Army Corps of Engineers.

2. From 1996 to 2001 I was the Chief of the Great Lakes Hydraulics & Hydrology Branch of the Detroit District Office.

3. As Chief of the Great Lakes Hydraulics & Hydrology Branch, I was the immediate supervisor of Charles L. Thompson, the author of the document entitled "January 2000 FY-1999 Annual Report on the Section 111 Beach Nourishment Monitoring Report" ("1999 Report").

4. Sometime during the month of January 2000, I reviewed and approved as final the 1999 Report.

5. I do not recall the exact date on which I approved the 1999 Report.

6. However, based upon my recollection of the ordinary course of business following year-end holidays, I would have most likely received the 1999 Report sometime after the first week of January and approved it around the middle of the month.

7. Once I approved the 1999 Report, it was not subject to further changes and was considered final.

8. Although no routing slips have been located, the 1999 Report was provided to Doug Zande, who at the time was the Chief of the Operations Office. It is likely that a copy of the report was also provided to Dave Dulong, who was the Chief of the Engineering and Planning Division.

Under the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on:

David L. Schweiger