# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L
(E-Filed: May 17, 2007)

JOHN H. BANKS, ET AL.,

Plaintiffs, 99-4451 L

v.

THE UNITED STATES,

Defendant.

STONE, ERROL L. and SUSAN H. As Trustees of the Susan H. Stone Trust,

Plaintiffs, 04-277 L

v.

THE UNITED STATES,

Defendant.

EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust,

Plaintiff, 05-1353 L

)
v. )
)
THE UNITED STATES, )
)
Defendant. )
)
________________________________ )

ORDER

During the Pre-Trial Conference held by the court on May 16, 2007, the following individuals, for whom the court had granted to plaintiff the authorization to subpoena, see the court's Orders filed April 27, 2007, were excluded by the court from providing testimony during trial: David Foster, Gary Mannesto, Larry Parson, Randall Schaetzl, and Gary Segrest. Plaintiffs shall immediately notify these individuals that the subpoenas are retracted and that they are excluded from testifying at trial. If plaintiffs elect not to call Wayne Schloop to testify per the court's Order of May 17, 2007, see Order of May 17, 2007, he should be immediately notified that he is excluded from testifying.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge