**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **JOHN H. and MARY E. BANKS, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 99-4451 L**<br>**Judge Emily C. Hewitt** |
| **STONE, ERROL L. & SUSAN H.,**<br>**In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 04-277 L**<br>**Judge Emily C. Hewitt** |
| **EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and**<br><br>**DONNA P. FRETT,**<br><br>**Plaintiffs,**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 05-1353L**<br>**Judge Emily C. Hewitt** |

**DEFENDANT'S SUBMISSION IN RESPONSE TO ORDER OF MAY 17, 2007**

At the Pretrial Conference held on May 16, 2007, the Court addressed Defendant's objections to a number of Plaintiffs' exhibits that consist of excerpts of larger documents. See Order (May 17, 2007) at 3. The basis for Defendants' objections was that Plaintiffs failed to provide copies of the complete documents when Defendant requested they do so. See id. All of Defendant's objections were resolved or deferred until trial except for those corresponding to Plaintiffs' Exhibits 25 and 38, which Plaintiffs allege are excerpts from documents created by the United States. See id. The Court therefore ordered the parties to file briefs regarding any legal authority requiring the United States to produce the complete documents or permitting Plaintiffs to introduce the excerpts without provision of the complete documents to Defendant. See id.

Upon further review of the substance of Plaintiffs' Exhibits 25 and 38, Defendant has determined that the interests of judicial economy and efficiency will be best served by withdrawal of the objections at this time.

Dated: May 18, 2007

Respectfully submitted,

s/ Terry M. Petrie by s/ G. Evan Pritchard

TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tele: 303-844-1369
Fax: 303-844-1350
Terry.Petrie@usdoj.gov

HEIDE L. HERRMANN
G. EVAN PRITCHARD
Environment and Natural Resources Division
Department of Justice
P.O. Box 663

Washington, D.C. 20044-0663
202-305-3315 (phone)
202-305-0274 (fax)
Heide.Herrmann@usdoj.gov