IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-4451 L
c/w 04-277L, 05-1353L, 05-1381L, 06-72L

| | | |
|---|---|---|
| JOHN H. BANKS, MARY E. BANKS, et al<br>Plaintiffs,<br>v.<br>THE UNITED STATES OF AMERICA<br>Defendant | ) | NO. 99-4451 L<br>Judge Emily C. Hewitt |
| STONE ERROL L. & SUSAN H.<br>Plaintiffs<br>v.<br>THE UNITED STATES OF AMERICA<br>Defendant | ) | No. 04-277 L<br>Consolidated |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust<br>Plaintiffs,<br>v.<br>THE UNITED STATES OF AMERICA<br>Defendant | ) | No. 05-1353 L<br>Consolidated |

PLAINTIFFS' SUBMISSION IN RESPONSE TO ORDER OF MAY 17, 2007
(Re PX 66, 67, & 73)

PLAINTIFFS' SUBMISSION IN RESPONSE TO ORDER OF MAY 17, 2007

PURSUANT to Paragraph 3 of the Court's Pretrial Order of May 17, 2007, plaintiffs have provided one full size copy of Exhibit 73 (National Archives ACOE Survey of the Harbor of St. Joseph dated 1845 by direction of Captain A. Canfield) to defendants.

As to Exhibits 66 and 67, they are withdrawn as being duplicative of 46, 84 and 85 which have the advantage of digitized property plats superimposed on the aerial photographs.

Respectfully submitted,

Dated: May 22, 2007

John B. Ehret
Plaintiffs' Attorney

5986 Dunham Ave.
Stevensville, MI 49127
P. (269)465-5857
F. (269)465-3736
Email:jbehret@covad.net

## CERTIFICATE OF SERVICE

I, the attorney, John B. Ehret certify that on the 22nd day of May, 2007, I caused to be electronically served the PLAINTIFFS' SUBMISSION IN RESPONSE TO ORDER OF MAY 17, 2007 on the below listed attorneys of record:

Terry M. Potrie
Trial Attorney
U. S. Dept. of Justice
ENRD
1961 Stout Street 8th Floor
Denver, CO 80294
P. 303-844-1369
F. 303-844-1350
Terry.Petrie@usdoj.gov

Eugene J. Frett, ESQ.
SPERLING AND SLATER, P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
P. 312-641-3200
F. 312-641-6492

Drew W. Marrocco, Attorney
SONNENSCHEIN NATH & ROSENTHAL
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005
P. 202-408-6387
F. 202-408-6399
dmarrocco@sonnenschein.com

Heide L. Herrmann, Attorney
U. S. Dept. of Justice
P. O. Box 663
Washington, DC 20044-0663
P. 202-305-3315
F. 202-305-0274
Heide.Herrmann@usdoj.gov

Dated: May 22, 2007

John B. Ehret
John B. Ehret
Plaintiffs' Attorney