**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JOHN H. and MARY E. BANKS, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **No. 99-4451 L**<br>**Judge Emily C. Hewitt** |
| **STONE, ERROL L. & SUSAN H.,**<br>**In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **No. 04-277 L**<br>**Judge Emily C. Hewitt** |
| **EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and**<br><br>**DONNA P. FRETT,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | ) | **No. 05-1353 L**<br>**Judge Emily C. Hewitt** |

**JOINT PRELIMINARY TRIAL SCHEDULE**

The parties respectfully submit the attached "Joint Preliminary Trial Schedule." We also ask the Court's assistance on one matter.

Specifically, the schedule reflects Dr. Larson testifying on Friday, June 8. Dr. Larson is one of defendant's experts. Under this schedule, plaintiffs anticipate calling Dr. Larson as their witness and conducting examination first. Defendant respectfully suggests that the Court, pursuant to Fed.R.Evid.611(a), should allow defendant to present initially the testimony of Dr. Larson, who is testifying as an expert. It would lend itself to a more orderly sequence of testimony, e.g., qualifying the witness as an expert and presentation of his expert opinions.

Plaintiffs assert that they intend to call Dr. Larson as a fact witness in their case-in-chief. Plaintiffs contend that Dr. Larson was an actor or viewer with respect to the occurrences forming the subject matter of the lawsuit, and should be treated as an ordinary fact witness, albeit with a certain expertise. Among other things, Dr. Larson has published research, independent of his litigation work for the defendant, which directly addresses fact issues in this case. Simply because the defendant chose to separately retain Dr. Larson as an expert does not change this dynamic, nor should it be used to disrupt plaintiffs' presentation of their case. Defendant disagrees with plaintiffs' characterization of Dr. Larson. His involvement in this litigation relates to his expert observations about the geology of the shoreline and has nothing to do with the facts associated with how the jetties in the St. Joseph harbor function or whether they cause erosion to plaintiffs' properties. Plaintiffs have also expressed a concern about being able to cross-examine Dr. Larson beyond the scope of defendant's direct exam.

Dated: May 23, 2007

Respectfully submitted,

*s/John B. Ehret by Terry M. Petrie*
John B. Ehret, Esq.
20860 Greenwood Drive
Olympia Fields, IL 60461
Telephone: (708) 748-8975
Facsimile: (708) 748-7661
jbehret@covad.net

Counsel for Banks plaintiffs

*s/Drew W. Marrocco by Terry M. Petrie*
Drew W. Marrocco, Esq.
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
Telephone: (202) 408-6387
Facsimile: (202) 408-6399
dmarrocco@sonnenschein.com

Counsel for Stone plaintiffs

*s/Eugene J. Frett by Terry M. Petrie*
Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
Telephone: (312) 641-4874
Facsimile: (312) 641-6492
gfrett@sperling-law.com

Counsel for Frett plaintiffs

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/Terry M. Petrie*
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the "**JOINT PRELIMINARY TRIAL SCHEDULE**" by electronic filing with the Unites States Court of Federal Claims on the 23rd day of May, 2007 on:

John Ehret, Esq.
20860 Greenwood Drive
Olympia Fields, IL 60461

Counsel for *Banks* Plaintiffs

****************

Drew Marrocco, Esq.
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005

Counsel for *Stone* Plaintiffs

****************

Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603

Counsel for *Frett* Plaintiffs

****************

*s/Terry M. Petrie*
TERRY M. PETRIE