Banks, et al. v. United States (No. 99-4451)
Trial Dates: June 4 - June 15, 2007

A. Week One: June 4 - 8

| Time | Sun. 6/3 | Monday 6/4 | Tuesday 6/5 | Wednesday 6/6 | Thursday 6/7 | Friday 6/8 | Sat. 6/9 |
|---|---|---|---|---|---|---|---|
| 9:00 | | Opening Marrocco | Ames | Selegean* | Miller | Theime | |
| 9:30 | | Opening Ehret | Ames | Selegean | Miller | Thieme | |
| 10:00 | | Opening Petrie | King | Selegean | Bunker | Konik* | |
| 10:30 | | Dr. Meadows | King | Selegean | Bunker | Konik | |
| 11:00 | | Dr. Meadows | Burkholz | Selegean | Wesley | Dr. Larson* | |
| 11:30 | | Dr. Meadows | Burkholz | Selegean | Wesley | Dr. Larson | |
| 12:00 | | Dr. Meadows | Ellison | Selegean | Welsey | Dr. Larson | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | Break | Break | Break | Break | Break | |
| 1:30 | | Dr. Chrzastowski | Thompson* | Schweiger | Jannereth | Selegean** | |
| 2:00 | | Dr. Chrzastowski | Thompson | Schweiger | Jannereth | Selegean | |
| 2:30 | | Dr. Chrzastowski | Thompson | O'Bryan | Kasischke | Thompson** | |
| 3:00 | | Wineberg | Thompson | O'Bryan | Kasischke | Thompson | |
| 3:30 | | Wineberg | Marzke | Dr. Shabica | Voss | Konik** | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4:00 | | C. Ehret | Marzke | Dr. Shabica | Blumer | Dr. Larson** | |
| 4:30 | | C. Ehret | Melcher | Dr. Shabica | Blumer | Dr. Nairn | |
| 5:00 | | Chapman | Melcher | | Blumer | Dr. Nairn | |
| 5:30 | | Chapman | | | | | |
| 6:00 | | | | | | | |

* Both parties identified the witness as a prospective witness. Defendant respectfully reserves the right to request the Court's permission to call the witness in its case-in-chief if unable to elicit the breadth of testimony sought from the witness during plaintiffs' case-in-chief. Defendant has also asked that the Court permit it to initiate the examination of Dr. Larson, one of defendant's experts.

** After having testified in plaintiffs' case-in-chief, witness would further testify on defendant's case-in-chief only if necessary.

B. Week Two: June 11- 15

| Time | Sun. 6/10 | Monday 6/11 | Tuesday 6/12 | Wednesday 6/13 | Thursday 6/14 | Friday 6/15 | Sat. 6/16 |
|---|---|---|---|---|---|---|---|
| 9:00 | | Dr. Nairn | | | | | |
| 9:30 | | Dr. Nairn | | | | | |
| 10:00 | | Dr. Nairn | | | | | |
| 10:30 | | Dr. Nairn | | | | | |
| 11:00 | | | | | | | |
| 11:30 | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12:00 | | | | | | | |
| 12:30 | | Break | Break | Break | Break | Break | |
| 1:00 | | Break | Break | Break | Break | Break | |
| 1:30 | | | | | | | |
| 2:00 | | | | | | | |
| 2:30 | | | | | | | |
| 3:00 | | | | | | | |
| 3:30 | | | | | | | |
| 4:00 | | | | | | | |
| 4:30 | | | | | | | |
| 5:00 | | | | | | | |
| 5:30 | | | | | | | |
| 6:00 | | | | | | | |