# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L
(E-Filed: May 24, 2007)

| | |
|---|---|
| JOHN H. BANKS, ET AL., ) | |
| Plaintiffs, ) | 99-4451 L |
| v. ) | |
| THE UNITED STATES, ) | |
| Defendant. ) | |
| STONE, ERROL L. and SUSAN H. As Trustees of the Susan H. Stone Trust, ) | |
| Plaintiffs, ) | 04-277 L |
| v. ) | |
| THE UNITED STATES, ) | |
| Defendant. ) | |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust, ) | |
| Plaintiff, ) | 05-1353 L |

)
v. )
)
THE UNITED STATES, )
)
Defendant. )
)
________________________________ )

ORDER

Before the court is defendant's Unopposed Motion to Enlarge Post-Trial Briefing Deadline (motion). The United States, for certain "financial and personnel-related reasons" discussed in the motion, seeks enlargements of time for post-trial briefing. The motion states that it is not opposed by plaintiff. The motion is DENIED.

In order to reduce, to the extent within the control of the court, the impact of the matters raised in the motion, the court will obtain next-day transcripts of the trial proceedings and will copy (in diskette and/or CD-ROM and/or paper format) its transcripts and provide copies to Messrs. Petrie, Ehret, Marrocco, and Frett by overnight delivery as soon as copies can be made. Messrs. Petrie, Ehret, Marrocco, and Frett shall, on or before May 31, 2007, advise the court by motion of their respective preferred formats (more than one format may be requested by each individual) and provide addresses to which the copies shall be sent. Each of Messrs. Petrie, Ehret, Marrocco, and Frett shall advise the court of addresses that can be used for private delivery services (street addresses with suite or apartment numbers) and of addresses that can be used for United States Postal Service deliveries (of course, these may be the same as the addresses for private delivery service), and shall advise the court of the telephone number, including area code, associated with each address.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge