# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L
(E-Filed: May 24, 2007)

JOHN H. BANKS, ET AL.,

Plaintiffs, — 99-4451 L

v.

THE UNITED STATES,

Defendant.

STONE, ERROL L. and SUSAN H.
As Trustees of the Susan H. Stone Trust,

Plaintiffs, — 04-277 L

v.

THE UNITED STATES,

Defendant.

EUGENE J. FRETT, Individually and
as Trustee of the Victor J. Horvath
and Frances B. Horvath Trust,

Plaintiff, — 05-1353 L

| | |
|---|---|
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| ________________________________ | ) |

ORDER

Further to a telephonic status conference held on May 24, 2007, it is expected that plaintiffs may call Dr. Larson as part of their case-in-chief, as is currently contemplated by the parties' Joint Preliminary Trial Schedule, prior to his being called as an expert by defendant for defendant's case-in-chief. It was also brought to the court's attention that Mr. Thieme, who is currently scheduled to appear in court at 9:00 a.m. EDT on Friday, June 8, 2007, has to travel four hours by car in order to reach the courthouse. The parties shall attempt to coordinate Mr. Thieme's appearance in court such that Mr. Thieme may attend court without having to spend the night in the vicinity of the courthouse.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge