**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **JOHN H. and MARY E. BANKS, et al.,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 99-4451 L**<br>**Judge Emily C. Hewitt** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |
| **STONE, ERROL L. & SUSAN H., In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 04-277 L**<br>**Judge Emily C. Hewitt** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |
| **EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and** | ) | |
| **DONNA P. FRETT,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 05-1353L**<br>**Judge Emily C. Hewitt** |
| **THE UNITED STATES OF AMERICA,** | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S RESPONSE TO ORDER FILED MAY 24, 2007**

Pursuant to this Court's order dated May 24, 2007, defendant provides the following information. Defendant respectfully requests the next-day trial transcripts be delivered to the attention of undersigned counsel, Terry M. Petrie. We request to receive the transcripts in CD-ROM format. During the course of trial, please have the CD-ROMs delivered to the attention of Mr. Petrie at the Holiday Inn Express, 1265 South 11th Street, Niles, Michigan 49120. The phone number for the hotel is (269)684-3900. After the trial has concluded, please have any transcripts in CD-ROM sent to Mr. Petrie's attention at the Environment and Natural Resources Division, U.S. Department of Justice, 1961 Stout Street, 8th Floor, Denver, Colorado 80294. Mr. Petrie's telephone number in Denver, Colorado is 303-844-1369. His cell phone numbers are (303) 844-1369 and (303) 241-0427.

Dated: May 29, 2007

Respectfully submitted,

MATTHEW J. McKEOWN
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/Terry M. Petrie*
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the **"DEFENDANT'S RESPONSE TO ORDER FILED MAY 24, 2007"** by electronic filing with the Unites States Court of Federal Claims on the 29th day of May, 2007 on:

John Ehret, Esq.
5986 Dunham Avenue
Stephensville, MI 49127

Counsel for *Banks* Plaintiffs

****************

Drew Marrocco, Esq.
Sonnenschein Nath & Rosenthal LLP
1301 K Street, NW
Suite 600, East Tower
Washington, DC 20005

Counsel for *Stone* Plaintiffs

****************

Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603

Counsel for *Frett* Plaintiffs

****************

*s/Terry M. Petrie*
TERRY M. PETRIE