**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 99-4451 L
c/w 04-277 L, 05-1381 L, 06-72 L

| | |
|---|---|
| JOHN H. BANKS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 99-4451 L<br>Judge Emily C. Hewitt |
| STONE, ERROL L. & SUSAN H.,<br>In their own right and as Trustees of the<br>Susan H. Stone Trust and the Errol L. Stone Trust,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-277-L |
| EUGENE J. FRETT, Individually and as trustee<br>of the Victor J. Horvath and Frances B. Horvath<br>Trust, and<br><br>DONNA P. FRETT,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA.<br><br>Defendant. | No. 05-1353L |

**FRETT PLAINTIFFS' MOTION IN RESPONSE TO ORDER OF MAY 24, 2007**

Pursuant to this Court's order of May 24, 2007, the Frett plaintiffs respond by motion to the information requested by the Court, as follows:

1. The Frett plaintiffs respectfully request that the next day trial transcripts be delivered to Eugene J. Frett in care of his law office in Chicago, Illinois. The Frett plaintiffs' preferred format for the transcripts is CD-ROM's.

2. The delivery address for Mr. Frett's law office is:

Eugene J. Frett
Sperling & Slater, PC
55 West Monroe Street, Suite 3200
Chicago, IL 60603

This address is the same for private delivery services, and United States Postal Service deliveries. The telephone number associated with this address is: 312-641-3200. Mr. Frett's cell telephone number is 312-504-7204.

3. If there is a charge for the overnight transcripts, the Frett plaintiffs respectfully request that they be advised of the charges before taking delivery of the transcripts, as it may be more economical to purchase one set for all of the plaintiffs.

Dated: May 30, 2007

Respectfully submitted,

EUGENE J. FRETT, Individually
and as trustee of the Victor J.
Horvath and Frances B. Horvath
Trust, and DONNA P. FRETT,

By: /s/ Eugene J. Frett
Eugene J. Frett
Sperling & Slater, P.C.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
(312) 641-3200
(312) 641-6492 (facsimile)

Counsel for the *Frett* plaintiffs

## CERTIFICATE OF SERVICE

I, Eugene J. Frett an attorney, hereby certify that on May 30, 2007, I electronically filed **FRETT PLAINTIFFS' MOTION IN RESPONSE TO ORDER OF MAY 24, 2007** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following persons listed below:

Terry M. Petrie, Esq.
Environmental and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
**Attorney for the United States of America**

Drew W. Marrocco, Esq.
Sonnenschein Nath & Rosenthal, LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
**Attorney for the *Stone* Plaintiffs**

John Ehret, Esq.
5986 Dunham Avenue
Stephensville, MI 49127
**Attorney for *Banks* Plaintiffs**

__/s/ Eugene J. Frett___________
Eugene J. Frett