**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

No. 99-4451 L
c/w 04-277 L, 05-1381 L, 06-72 L

| | |
|---|---|
| JOHN H. BANKS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 99-4451 L<br>Judge Emily C. Hewitt |
| STONE, ERROL L. & SUSAN H.,<br>In their own right and as Trustees of the<br>Susan H. Stone Trust and the Errol L. Stone Trust,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 04-277-L |
| EUGENE J. FRETT, Individually and as trustee<br>of the Victor J. Horvath and Frances B. Horvath<br>Trust, and<br><br>DONNA P. FRETT,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA.<br><br>Defendant. | No. 05-1353L |

**<u>BANKS PLAINTIFFS' MOTION IN RESPONSE TO ORDER OF MAY 24, 2007</u>**

Pursuant to this Court's order of May 24, 2007, the Banks plaintiffs respond by motion to the information requested by the Court, as follows:

1. The Banks plaintiffs respectfully request that the next day trial transcripts be delivered to John B. Ehret in care of his law office in Stephensville, Michigan. The Banks plaintiffs' preferred format for the transcripts is printed minuscript with word index.

2. The delivery address for Mr. Ehrett's law office is:

John B. Ehret, Esq.
5986 Dunham Avenue
Stevensville, MI 49127

This address is the same for private delivery services, and United States Postal Service deliveries. The telephone number associated with this address is: 269-465-5857.

3. If there is a charge for the overnight transcripts, the Banks plaintiffs respectfully request that they be advised of the charges before taking delivery of the transcripts, as it may be more economical to purchase one set for all of the plaintiffs.

Dated: May 31, 2007

Respectfully submitted,

JOHN H. BANKS, et al.

By: /s/ John B. Ehret

John Ehret, Esq.
5986 Dunham Avenue
Stevensville, MI 49127
(269) 465-5857
(269) 465-3736 (facsimile)

Counsel for the *Banks* plaintiffs

**CERTIFICATE OF SERVICE**

I, John B. Ehret an attorney, hereby certify that on May 31, 2007, I electronically filed **BANKS PLAINTIFFS' MOTION IN RESPONSE TO ORDER OF MAY 24, 2007** with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following persons listed below:

Terry M. Petrie, Esq.
Environmental and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
**Attorney for the United States of America**

Drew W. Marrocco, Esq.
Sonnenschein Nath & Rosenthal, LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005
**Attorney for the *Stone* Plaintiffs**

Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603
**Attorney for *Frett* Plaintiffs**

/s/ John B. Ehret
John B. Ehret