**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **JOHN H. and MARY E. BANKS, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 99-4451 L**<br>**Judge Emily C. Hewitt** |
| **STONE, ERROL L. & SUSAN H., In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 04-277 L**<br>**Judge Emily C. Hewitt** |
| **EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and**<br><br>**DONNA P. FRETT,**<br><br>**Plaintiffs,**<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | **No. 05-1353L**<br>Judge Emily C. Hewitt |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims,

the Stone plaintiffs and the United States stipulate to the dismissal of this action with prejudice.

Dated: June 1, 2007

Respectfully submitted,

*s/Drew W. Marrocco*
Drew W. Marrocco, Esq.
Sonnenschein Nath & Rosenthal LLP
1301 K Street, N.W.
Suite 600, East Tower
Washington, D.C. 20005

Telephone: (202) 408-6387
Facsimile: (202) 408-6399
dmarrocco@sonnenschein.com

Counsel for Stone plaintiffs

RONALD J. TENPAS
Acting Assistant Attorney General
Environment and Natural Resources Division

*s/Terry M. Petrie by Drew W. Marrocco*

TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant