**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **JOHN H. and MARY E. BANKS, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 99-4451 L**<br>**Judge Emily C. Hewitt** |
| **STONE, ERROL L. & SUSAN H., In their own right and as Trustees of the Susan H. Stone Trust and the Errol L. Stone Trust**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **No. 04-277 L**[1]<br>**Judge Emily C. Hewitt** |
| **EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust, and**<br><br>**DONNA P. FRETT,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**THE UNITED STATES,**<br><br>**Defendant.** | **No. 05-1353 L**<br>**Judge Emily C. Hewitt** |

**MOTION FOR NOTICE OF COMPLIANCE**

[1] Stone plaintiffs filed a stipulation for dismissal with prejudice of their case on June 1, 2007. Docket # 229.

Defendant United States respectfully submits the following to clarify and seeks to discharge its obligation pursuant to the Court's direction on June 8, 2007. The United States used four demonstrative exhibits during the testimony of Dr. Robert Nairn at trial on June 8. After he completed his testimony, the Court directed the United States to provide copies of those exhibits to plaintiffs and the Court.

Earlier, after the first demonstrative exhibit had been used in Dr. Nairn's testimony and before the second was used, the Court asked undersigned counsel if plaintiffs' counsel had received a copy of the demonstrative exhibits. At that point, counsel for plaintiffs were informed that copies of demonstrative exhibits were located in front of the Government's Exhibit 1in the binders of Government exhibits previously provided. Undersigned counsel, then realizing that plaintiffs' counsel apparently did not have a copy literally in front of them while testimony was adduced on the first demonstrative exhibit, also offered to have Dr. Nairn repeat his testimony regarding that exhibit. They declined and Dr. Nairn's testimony then proceeded with subsequent use of demonstrative exhibits 2, 3, and 4. Copies of the demonstrative exhibits had also been provided earlier to the Court with them located in front of the binder containing Government Exhibit 1.

Because plaintiffs and the Court have already received the Government's four demonstrative exhibits, defendant asks the Court find we have fulfilled the Court's direction to provide such copies. Undersigned counsel also respectfully apologizes for the confusion.

Dated: June 12, 2007

Respectfully submitted,

*s/Terry M. Petrie*
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1369
Facsimile: 303-844-1350
Terry.Petrie@usdoj.gov

Attorney for Defendant

OF COUNSEL

Gary W. Segrest, Esq.
Office of Counsel
U.S. Army Corps of Engineers
477 Michigan Avenue, Room 659
Detroit, MI 48226

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of the "**Motion for Notice of Compliance**" by electronic filing with the United States Court of Federal Claims on the 12th day of June, 2007 on:

John Ehret, Esq.
5986 Dunham Avenue
Stevensville, MI 49127

Counsel for *Banks* Plaintiffs

****************

Eugene J. Frett, Esq.
Sperling & Slater, P.C.
55 West Monroe Street
Suite 3200
Chicago, Illinois 60603

Counsel for *Frett* Plaintiffs

****************

*s/Terry M. Petrie*
TERRY M. PETRIE