# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 04-277L, 05-1353L, 05-1381L, 06-72L
(E-Filed: June 13, 2007)

| | |
|---|---|
| JOHN H. BANKS, ET AL., | |
| Plaintiffs, | 99-4451 L |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |
| STONE, ERROL L. and SUSAN H. As Trustees of the Susan H. Stone Trust, | |
| Plaintiffs, | 04-277 L |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust, | |
| Plaintiff, | 05-1353 L |

v. )

THE UNITED STATES, )

Defendant. )

________________________________ )

ORDER

Before the court is the Stone plaintiffs' and defendant's Joint Stipulation of Dismissal with Prejudice (motion). The motion states that "[p]ursuant to Rule 41(a)(1)(ii) of the Rules of the Court of Federal Claims [(RCFC)], the Stone plaintiffs and the United States stipulate to the dismissal of this action with prejudice." Motion 1-2.

Pursuant to RCFC 54(b), the court finds "that there is no just reason for delay" and directs the entry of final judgement. See RCFC 54(b). The Clerk of the Court is directed to ENTER JUDGMENT in favor of defendant in case No. 04-277 L filed by the Stone plaintiffs.

Further to the foregoing, the caption on this case in subsequent filings shall omit the names (STONE, ERROL L. and SUSAN H., As Trustee of the Susan H. Stone Trust) and case number (04-277 L) of the Stone plaintiffs.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge