# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 05-1353L, 05-1381L, 06-72L
(E-Filed: June 19, 2007)

| | | |
|---|---|---|
| JOHN H. BANKS, ET AL., | ) | |
| Plaintiffs, | ) | 99-4451 L |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust, | ) | |
| Plaintiff, | ) | 05-1353 L |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

ORDER

In lieu of closing arguments, the parties will file post-trial briefing. The opening post-trial briefs shall be due on Friday, July 6, 2007 and shall be limited to 50 pages; the

responsive post-trial briefs shall be due on Wednesday, July 18, 2007 and shall be limited to twenty pages. Post-trial briefing shall include specific transcript references and references to specific trial exhibits and specific portions of such exhibits. No exhibit not admitted into evidence at trial shall be introduced for the first time through post-trial briefing. No documents, including, without limitation, exhibits, excerpts of exhibits, transcripts, or excerpts of transcripts, shall be attached to any post-trial brief. The foregoing SUPERCEDES the court's orders of May 17, 2007 and May 24, 2007 to the extent those orders related to post-trial briefing.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge