# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-4451 L
c/w 99-4453L, 99-4454L 99-4455L 99-4456L 99-4457L, 99-4458L, 99-4459L, 99-44510L 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L. 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 05-1353L, 05-1381L, 06-721

| | | |
|---|---|---|
| JOHN H. BANKS, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 99-4451 L |
| v | ) | Judge Emily C. Hewitt |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

| | | |
|---|---|---|
| EUGENE J. FRETT, Individually and as Trustee | ) | |
| of the Victor J. Horvath and Frances B. Horvath | ) | |
| Trust, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 05-1353 L |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

## MOTION TO CORRECT THE CASE CAPTION

NOW COMES the attorney, John B. Ehret in behalf of plaintiff Estate of Robert Cunat"s MOTION TO CORRECT THE CASE CAPTION IN BANKS v. USA No. 99-4451 L and states as follows:

1. The Complaint of Robert Cunat and June M. Cunat was dated June 29, 2000 pursuant to Judge Emily C. Hewitt's order of June 9, 2000 to sever all claims and proceed as a related case to the Banks case.

2. The Clerk of the Court assigned No. 99-4452 L to the Cunat Complaint when it was consolidated with Banks, No. 99- 4451 L.

3. June M. Cunat (mother of Marilyn) died April 24, 2003 per plaintiff's Motion to Correct and Amend Case Caption dated November 17, 2003.

4. Robert Cunat (father of Marilyn) died September 7, 2006 (please see Exhibit One).

5. Marilyn J. Cunat (daughter) was appointed as Personal Representative of the Estate of Robert Cunat, deceased pursuant to the State of Michigan Probate Court - County of Berrien. Letters of Authority for Personal Representative File No. 2007-0692-DE-N filed September 28, 2007. (Exhibit Two).

6. The property lost as the basis for the Complaint in this case is described in the Complaint. It includes interest, two houses and rentals in addition to the following. Case No. 99-4452 L WIGHTMAN 8-21-68 Survey Drawing No. A-2782. The property is shown on A-2782 (Exhibit Three) as Parcel (A) 11-12-2750-0054-06-2 and Parcel (B) 11-12-2750-0054-08-9.

7. Attorney Ehret therefore Moves for the Caption of this case to be Amended and Corrected to replace Robert Cunat's name with "Estate of Robert Cunat, deceased."

8. Attorney Ehret further requests that the original No. 99-4452-L be caused to appear in the caption because it seems to have been removed by inadvertence.

9. Attorney Ehret has consulted with Defendant's Attorney Petrie who has no objection.

Dated: November 1, 2007

Respectfully submitted,

/s John B. Ehret
Attorney for Robert Cunat Estate's Complaint

Attorney John B. Ehret
5986 Dunham Avenue
Stevensville, MI 49127
(269) 465-5857
Or
(708) 748-8975

# EXHIBIT 1

# Robert Cunat

*God saw he was getting tired*
*And a cure was not to be.*
*So He put his arms around him*
*And whispered, "Come with me."*
*With tearful eyes we watched him fade away.*
*Although we loved him dearly*
*We could not make him stay.*
*A golden heart stopped beating,*
*Hard working hands to rest,*
*God broke our hearts to prove to us,*
*He only takes the best.*

Robert Cunat, 77, of Stevensville formerly of Westchester, Ill., died Thursday morning, September 7, 2006, at Borgess Medical Center, Kalamazoo.

A visitation will be held from 2 to 5 p.m. Sunday at the Lakeshore Chapel of Florin Funeral Service in Stevensville. Cremation will take place following the visitation.

Robert was born December 4, 1928, in Chicago. He was a veteran of the United States Navy having provided them with 20 years of service. He was a retired carpenter and a member of the Stevensville American Legion Post 568.

Survivors include one daughter, Marilyn Cunat and her fiancé' Roland Roesslin of Westchester, Ill.; one grandson, Robert A. Cunat Jr. of Stevensville; one brother-in-law, George Gregule of Stevensville; one niece, Chris (Louie) Vogl; and two nephews, John (Dawn) Gregule and Adam (Beth) Gregule.

He was preceded in death by his wife, June in 2003; one son, Robert A. Cunat, in 2003; and his sister, Grace Hantak.

Enclosure One

# EXHIBIT 2

Approved, SCAO JIS CODE: LET

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF BERRIEN | LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE | FILE NO.<br>2007-0592-DE-N |
|---|---|---|

Estate of Robert Cunat, Deceased

TO: Name and address
Marilyn J. Cunat
1501 Evers Avenue
Westchester, Illinois 60154

Telephone no.
(708) 562-4384

You have been appointed and qualified as personal representative of the estate on Sep 28, 2007 (Date). You are authorized to do and perform all acts authorized by law unless exceptions are specified below.

☐ Your authority is limited in the following way:

☐ You have no authority over the estate's real estate or ownership interests in a business entity that you identified on your acceptance of appointment.

☐ Other restrictions or limitations are:

☐ These letters expire: ____________ Date

September 28, 2007
Date

(SEAL) CORA V. ROBINSON
~~Judge (formal proceedings)~~ Register (informal proceedings) Bar no.

SEE NOTICE OF DUTIES ON SECOND PAGE

Frank J. DeFrancesco P39540
Attorney name (type or print) Bar no.
3073 West John Beers Roads
Address
Stevensville, Michigan 49127 (269) 429-9000
City, state, zip Telephone no.

I certify that I have compared this copy with the original on file and that it is a correct copy of the original, and on this date, these letters are in full force and effect.

October 11, 2007
Date

[signature]
Deputy register

cc: Atty. DeFrancesco

Do not write below this line - For court use only

FILED
SEP 28 2007
PROBATE COURT

MCL 700.3103, MCL 700.3307, MCL 700.3414, MCL 700.3504, MCL 700.3601, MCR 5.202, MCR 5.206, MCR 5.307, MCR 5.310

PC 572 (3/07) LETTERS OF AUTHORITY FOR PERSONAL REPRESENTATIVE

Enclosure Two 0097

# EXHIBIT 3


Enclosure Three
SURVEYED 8-21-68 DRAWN 10-16-68
SURVEY OF PART OF BLOCK 5, GRAND MERE RESORT
SECTION 29, TOWNSHIP 5 SOUTH, RANGE 19 WEST,
LINCOLN TOWNSHIP, BERRIEN COUNTY, MICHIGAN.
NOTE: ORIGINAL LINES
LAKE MICHIGAN
483' SOUTH OF THE SOUTH LINE OF LAKE ST. (ALSO BEING THE N. LINE OF BLOCK 5)
Cunat
* 11-12-2750-0054-06-2
Cunat
* 11-12-2750-0054-08-9
N. 66° W.
N.49°55'W. 54.2'
S. 66° E.
S. LINE OF BLOCK 5
EAST PIER AVE.
(80')
(48.63')
N. 24° E. 80
(A) 188
(B)
N. 66° W. 149'
S. 67°55'E. 490.8'
(80')
75' 38.63' 15'
N. 24° E.
DUNHAM AVE.
*Annotations to Wightman Drawing by Ehret
SURVEYED BY MBS DATE 8-21-68
DRAWN BY WAL DATE 10-16-68
CHECKED BY MBS DATE 10-17-68
APPROVED BY GLW DATE 10-17-68
G. L. WIGHTMAN & ASSOCIATES
CIVIL ENGINEERS
615 ELM ST
ST. JOSEPH, MICHIGAN
SCALE 1"=30'
REVISED DATE
DRAWING No A-2

**CERTIFICATE OF SERVICE**

I, the attorney, John B. Ehret do hereby certify that on the 1st day of November, 2007 I caused to be electronically filed with the United States Court of Federal Claims Plaintiff Estate of Robert Cunat's Motion to Correct the Case Caption in Banks v. USA, No. 99-4451 L to be served on the below listed attorneys of record:

Eugene J. Frett, Esq
SPERLING AND SLATER P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
Telephone: 312.641.3200
Fax: 312.641.6492
gfrett@sperling-law.com

Terry M. Petrie
Environmental and Natural Resources Division
U. S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303.844.1369
Fax: 303.844.1350
Terry.Petrie@usdoj.gov

Heide L. Hermann
G. Evan Pritchard
Environmental and Natural Resources Division
U. S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202.305.3315
Fax: 202.305.0274
Heide.Hermann@usdoj.gov

Dated: November 1, 2007

/s John B. Ehret
Attorney for Plaintiff
Robert Cunat's Estate Complaint