# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-4451 L
c/w 99-4453L, 99-4454L 99-4455L 99-4456L 99-4457L, 99-4458L, 99-4459L, 99-44510L 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L. 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 05-1353L, 05-1381L, 06-721

| | | |
|---|---|---|
| JOHN H. BANKS, et. al. | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 99-4451 L |
| v | ) | Judge Emily C. Hewitt |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

---

| | | |
|---|---|---|
| EUGENE J. FRETT, Individually and as Trustee | ) | |
| of the Victor J. Horvath and Frances B. Horvath | ) | |
| Trust, | ) | |
| Plaintiff, | ) | |
| v. | | |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | No. 05-1353 L |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ADDRESS CHANGE

To the Clerk of the U. S. Court of Federal Claims:

Pursuant to Rule 83.1(c)(3) of the Court's Rules, please be advised that the address of the undersigned counsel for the Banks plaintiffs in the above referenced action will change effective 11-12-07. Counsel's address for service of all papers by U. S. Mail or express deliveries (e.g., Federal Express, Email, or UPS) will be:

Attorney John B. Ehret
20860 Greenwood Drive
Olympia Fields, Illinois 60461
Phone: (708) 748-8975
Fax: (708) 748-7661
Email: jbehret@covad.net

Dated: November 6, 2007

Respectfully submitted

s/ John B. Ehret
Attorney

Attorney John B. Ehret
5986 Dunham Avenue
Stevensville, MI 49127
(269) 465-5857

**CERTIFICATE OF SERVICE**

I, the attorney, John B. Ehret do hereby certify that on the 6th day of November, 2007 I caused to be electronically filed with the United States Court of Federal Claims Notice of Address Change of John B. Ehret, counsel for the Banks plaintiffs in Case No. 99-4451 L to be served on the below listed attorneys of record:

Eugene J. Frett, Esq
SPERLING AND SLATER P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
Telephone: 312.641.3200
Fax: 312.641.6492
gfrett@sperling-law.com

Terry M. Petrie
Environmental and Natural Resources Division
U. S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303.844.1369
Fax: 303.844.1350
Terry.Petrie@usdoj.gov

Heide L. Hermann
G. Evan Pritchard
Environmental and Natural
Resources Division
U. S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202.305.3315
Fax: 202.305.0274
Heide.Hermann@usdoj.gov

Dated: November 6, 2007

s/ John B. Ehret
Attorney

Attorney John B. Ehret
5986 Dunham Avenue
Stevensville, MI 49127
Phone: (269) 465-5847
Email: jbehret@covad.net