# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4452L, 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 05-1353L, 05-1381L, 06-72L
(E-Filed: November 14, 2007)

JOHN H. BANKS, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

99-4451 L

EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

05-1353 L

ORDER

Before the court is plaintiffs' Motion to Correct the Case Caption [in Case No. 99-4452L] (plaintiffs' Motion) (currently captioned Robert Cunat v. United States). See

Complaint filed July 9, 1999 in Case No. 99-4452L; see also Order filed January 14, 2004 in Case No. 99-4451L. The Motion is GRANTED. Case No. 99-4452L shall be captioned Marilyn J. Cunat as Personal Representative of the Estate of Robert Cunat v. United States.

The Office of the Clerk of the Court shall note in the dockets of Case No. 99-4451L and Case No. 99-4452L that Case No. 99-4452L is deemed to have been consolidated into Case No. 99-4451L effective January 7, 2007.

Case No. 99-4452L shall be converted to ECF at the convenience of the Office of the Clerk of the Court. A paper copy of this Order shall be filed in Case No. 99-4452L. As a reminder, counsel for plaintiff shall in future sign ECF filings in the form set out in General Order No. 42A, e.g., s/ John B. Ehret (rather than /s John B. Ehret).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge