# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4452L, 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 05-1353L, 05-1381L, 06-72L
(E-Filed: November 14, 2007)

JOHN H. BANKS, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

99-4451 L

EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

05-1353 L

ORDER

On or before December 20, 2007, the parties shall file a joint status report or, if they cannot agree, separate status reports, proposing additional proceedings necessary to

resolve the remaining issues in this matter.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge