# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4452L, 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 05-1353L, 05-1381L, 06-72L
(E-Filed: January 9, 2008)

JOHN H. BANKS, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

99-4451 L

EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

05-1353 L

ORDER

The court has before it Plaintiffs' Status Report, filed December 19, 2007, Defendant's Status Report, filed December 20, 2007, and Plaintiffs' Motion for Leave to

Supplement Status Report, filed January 4, 2008. The court will hold a Telephonic Status Conference on Tuesday January 22, 2008, at 11:00 a.m. Eastern Standard Time, to discuss additional proceedings necessary to resolve the remaining issues in this matter. A Sprint operator will initiate the call.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge