**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN H. BANKS, et. al. | ) | |
| Plaintiffs, | ) | |
| v | ) | NO. 99-4451 L |
| | ) | Judge Emily C. Hewitt |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust, | ) | |
| Plaintiffs, | ) | No. 05-1353 L |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR "OF COUNSEL" DESIGNATION**

Plaintiffs' attorney of record, John B. Ehret, moves that the following attorney be designated "of counsel" to assist and consult with Ehret pursuant to Rule 83.1 (c) (i):

Mark E. Christensen
CHRISTENSEN & EHRET, LLP
222 West Adams Street
Suite 2170
Chicago, Illinois 60606

Telephone: (312) 634-1014
Facsimile: (312) 634-1018

www. Christensenehret.com
e-mail: mchristensen@christensenehret.com

Attorney Mark E. Christensen's application for admission to the U. S. Court of Federal Claims was entered with Clerk Brian Bishop by FedEx dated January 14, 2008.

Plaintiffs' attorney, John B. Ehret, requests that Attorney Christensen be included in

the Telephonic Status Conference scheduled by Judge Emily C. Hewitt's 1/9/08 Doc. 254 Oder for Tuesday, January 22, 2008 at 11:00 a.m. Eastern Standard Time.

Defendant's counsel, Terry M. Petrie has indicated that he does not oppose this Motion.

Respectfully submitted,

Dated: January 15, 2008

s/John B. Ehret
John B. Ehret
Attorney for Plaintiffs
20860 Greenwood Drive
Olympia Fields, IL 60461
Telephone: (708) 748-8975
Fax: (708) 748-7661
Email: jbehret@covad.net

CERTIFICATE OF SERVICE

I, John B. Ehret, an attorney, hereby certifies that on January 15, 2008 I electronically filed Plaintiffs' Motion to designate Mark E. Christensen "of counsel" with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following persons listed.

Eugene J. Frett, Esq
SPERLING AND SLATER P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
Telephone: 312.641.3200
Fax: 312.641.6492
gfrett@sperling-law.com

Heide L. Hermann
G. Evan Pritchard
Environmental and Natural
Resources Division
U. S. Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Telephone: 202.305.3315
Fax: 202.305.0274
Heide.Hermann@usdoj.gov

Terry M. Petrie
Environmental and Natural Resources Division
U. S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303.844.1369
Fax: 303.844.1350
Terry.Petrie@usdoj.gov

s/John B. Ehret
John B. Ehret
Attorney for Plaintiffs
20860 Greenwood Drive
Olympia Fields, IL 60661
Telephone: 708.748.8975
Email: jbehret@covad.net