# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4452L, 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 05-1353L, 05-1381L, 06-72L
(E-Filed: January 18, 2008)

| | |
|---|---|
| JOHN H. BANKS, ET AL., Plaintiffs, v. THE UNITED STATES, Defendant. | 99-4451 L |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust, Plaintiff, v. THE UNITED STATES, Defendant. | 05-1353 L |

ORDER

Before the court is Plaintiffs' Motion For "Of Counsel" Designation (plaintiff's Motion), filed January 15, 2008. In its Motion, plaintiff refers to Rule 83.1(c)(1) of the

Rules of the United States Court of Federal Claims (RCFC). In relevant part, RCFC 83.1(c)(1) provides, "Any other attorneys assisting the attorney of record shall be designated as 'of counsel.'" RCFC 83.1(c)(1). The court understands the quoted provision to provide guidance to members of the bar of this court as to how to identify themselves on pleadings and filings, rather than to establish "of counsel" as a status vis-a-vis court activities. Counsel of record may associate with himself any member of the court's bar in these proceedings.

When requested by a party, the court may, as a courtesy, arrange for a notice of filings to be sent to a member of the bar assisting counsel of record. If counsel of record in this cases wishes to make such a request, the court will entertain it. In the meantime, Mark E. Christensen, Esq. (who was admitted to the bar of this court on or about January 15, 2008) may, at the instance of counsel of record, Mr. Ehret, participate in the conference call scheduled for 11:00 a.m. EST on Tuesday, January 22, 2008. If Mr. Ehret wishes for Mr. Christensen to make filings on behalf of plaintiffs, Mr. Christensen must be trained and recognized as a participant in this court's electronic case management case filing system (CM/ECF). Information about CM/ECF is available at http://www.uscfc.uscourts.gov.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge