# In the United States Court of Federal Claims

**99-4451L & 05-1353L**

**Filed: February 1, 2008**

**JOHN H. and MARY E. BANKS, et al.; EUGENE J. FRETT, Individually and as trustee of the Victor J. Horvath and Frances B. Horvath Trust and DONNA P. FRETT**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 Volume)**
**Held in Washington, D.C.**
**January 22, 2008**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.