# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4452L, 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 05-1353L, 05-1381L, 06-72L
(E-Filed: February 19, 2008)

JOHN H. BANKS, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

99-4451 L

EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

05-1353 L

## ORDER

The court held a Telephonic Status Conference (TSC) with the parties on Tuesday, February 19, 2008. At the TSC, the parties agreed on the following briefing schedule on

the issues discussed at the TSC.

1. Plaintiffs shall file their initial brief on or before Tuesday, May 20, 2008.

2. Defendant shall file its response to plaintiffs' briefing on or before Tuesday, July 8, 2008.

3. Plaintiffs shall file their reply to defendant's response twenty-eight days after the filing of defendant's response, and in any case, no later than Tuesday, August 5, 2008.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See Rules of the Court of Federal Claims 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge