# In the United States Court of Federal Claims

**99-4451L & 05-1353L**

**Filed: February 25, 2008**

**JOHN H. AND MARY E. BANKS, ET AL.**
**EUGENE J. FRETT, INDIVIDUALLY AND AS TRUSTEE OF THE VICTOR J. HORVATH AND FRANCES B. HORVATH TRUST**

**v.**

**THE UNITED STATES**

**TRANSCRIPT OF PROCEEDINGS (1 Volume)**
**Held in Washington, D.C.**
**February 19, 2008**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.