# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4452L, 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 05-1353L, 05-1381L, 06-72L
(E-Filed: May 21, 2008)

| | |
|---|---|
| JOHN H. BANKS, ET AL., Plaintiffs, v. THE UNITED STATES, Defendant. | 99-4451 L |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust, Plaintiff, v. THE UNITED STATES, Defendant. | 05-1353 L |

ORDER

Before the court is Plaintiffs' Damages Trial Memorandum (plaintiffs' Memorandum), filed May 20, 2008. Plaintiffs' Memorandum fails to comply with Rule

5.3(a)(1) of the Rules of the United States Court of Federal Claims (RCFC). In particular, Rule 5.3(a)(1)(A) states:

> (1) Initial Brief or Memorandum. Except in briefs or memoranda of 10 pages or less or pretrial filings under Appendix A, the first brief or memorandum due shall contain, under proper headings and arranged in the following order:
>
> (A) a table of contents, including the specific contents of any appendix or appendices to the brief or memorandum, listing the various items in the appendix, including the number and description of every item and exhibit that is being reproduced, together with the number of the page at which the item appears[.]

RCFC 5.3(a)(1)(A). Plaintiffs shall FILE a corrected memorandum, in compliance with RCFC 5.3(a)(1), on or before Wednesday, May 28, 2008. This Order does not affect the remainder of the briefing schedule set forth in the court's Order of February 19, 2008. See Order of February 19, 2008.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge