IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 99-4451 L

c/w 99-4452L, 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 05-1353L, 05-1381L, 06-72L

| | | |
|---|---|---|
| JOHN H. BANKS, MARY E. BANKS, et al | ) | |
| | ) | |
| Plaintiffs, | ) | NO. 99-4451 L |
| | ) | Judge Emily C. Hewitt |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant | ) | |

| | | |
|---|---|---|
| EUGENE J. FRETT, Individually and as | ) | |
| Trustee of the Victor J. Horvath and | ) | |
| Frances B. Horvath Trust | ) | |
| | ) | No. 05-1353 L |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF ADDRESS CHANGE

To the Clerk of the U. S. Court of Federal Claims:

Pursuant to Rule 83.1(c)(3) of the Court Rules, please be advised that the address of the undersigned counsel for the Banks plaintiffs, in the above referenced action will

change effective June 21, 2008. Counsel's address for service of all papers by U.S. Mail or express deliveries (e.g., Federal Express, E-mail, or UPS) will be:

Attorney John B. Ehret
5986 Dunham Avenue
Stevensville, MI 49127
Phone: (269) 465-5857
Fax: (269) 465-3736
Email: jbehret@covad.net

Dated: June 13, 2008

Respectfully submitted

s/ John B. Ehret
Attorney

Attorney John B. Ehret
20860 Greenwood Drive
Olympia Fields, IL 60461
Telephone: (708) 748-8975
Fax: (708) 748-7661
jbehret@covad.net

## CERTIFICATE OF SERVICE

I, the attorney, John B. Ehret, do hereby certify that on the 13th day of June, 2008, I caused to be electronically filed with the United States Court of Federal Claims Notice of Address Change of John B. Ehret, counsel for the Banks plaintiffs in Case No. 99-4451L to be served on the below listed attorneys.

Mark E. Christensen
Christensen & Ehret
Attorney at Law
222 West Adams Street
21st Floor
Chicago, IL 60606
Telephone: 312.634.1014
Fax: 312.375.1897
mchristensen@christensenehret.com

Terry M. Petrie
Environmental and Natural Resources Division
U. S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303.844.1369
Fax: 303.844.1350
Terry.Petrie@usdoj.gov

Eugene J. Frett, Esq
SPERLING AND SLATER P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
Telephone: 312.641.3200
Fax: 312.641.6492
gfrett@sperling-law.com

Dated: June 13, 2008

s/ John B. Ehret
Attorney

Attorney John B. Ehret
20860 Greenwood Drive
Olympia Fields, IL 60461
Telephone: 708.748.8975
Fax: 708.748.7661
jbehret@covad.net