# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4452L, 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 05-1353L, 05-1381L, 06-72L
(E-Filed: July 2, 2008)

| | |
|---|---|
| JOHN H. BANKS, ET AL., Plaintiffs, v. THE UNITED STATES, Defendant. | 99-4451 L |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust, Plaintiff, v. THE UNITED STATES, Defendant. | 05-1353 L |

ORDER

Before the court is Defendant's Unopposed Motion For Extension of One Week To File Briefs Due Under the Court's February 19, 2008 Order (defendant's Motion). For

the reasons stated therein, and because it is unopposed, defendant's Motion is GRANTED. The court replaces paragraphs 2 and 3 of its scheduling order of February 19, 2008, see Order of Feb. 19, 2008, with the following:

2. Defendant shall file its response to plaintiffs' briefing on or before Tuesday, July 15, 2008.

3. Plaintiffs shall file their reply to defendant's response on or before Tuesday, August 12, 2008.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See Rules of the Court of Federal Claims 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge