IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| In the Matter Of: | |
| JOHN H. AND MARY E. BANKS, ET AL., | |
| Plaintiffs, | |
| v. | Docket No.: 99-4451L |
| UNITED STATES, | |
| Defendant. | |
| EUGENE J. FRETT, INDIVIDUALLY AND AS TRUSTEE OF THE VICTOR J. HORVATH AND FRANCES B. HORVATH TRUST, | |
| Plaintiffs, | Docket No.: 05-1353L |
| v. | |
| UNITED STATES, | |
| Defendant. | |

Suite 617, Chambers
National Courts Building
717 Madison Place NW
Washington, D.C.

Tuesday,
February 19, 2008

The parties met, pursuant to the notice of the Court, at 11:01 a.m.

BEFORE: HONORABLE EMILY C. HEWITT
Judge

APPEARANCES: (Via Telephone)

<u>For the Plaintiffs</u>:

JOHN EHRET, Esquire
Christensen & Ehret, LLP
20860 Greenwood Drive
Olympia Fields, Illinois 60461
(708) 748-8975

EUGENE FRETT, Esquire
Sperling & Slater, P.C.
55 West Monroe Street, Suite 3200
Chicago, Illinois 60603
(312) 641-3200

MARK CHRISTENSEN, Esquire
Christensen & Ehret, LLP
222 West Adams Street, Suite 2170
Chicago, Illinois 60606
(312) 634-1014

<u>For the Defendant</u>:

TERRY PETRIE, Esquire
U.S. Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, Colorado 80294
(303) 844-1369

DON ERWIN, Esquire
GARY SEGREST, Esquire
U.S. Army Corps of Engineers
Office of Counsel
477 Michigan Avenue, Room 659
Detroit, Michigan 48226
(313) 226-2215

P R O C E E D I N G S

(11:01 a.m.)

THE COURT: Gentlemen, good morning. This is Judge Hewitt.

MR. ERWIN: Good morning, Judge. Don Erwin here.

MR. PETRIE: Good morning, Your Honor.

THE COURT: Thank you. Let me go around and do a roll call for the record. Let me just say by way of preparation that we're on the phone for a posttrial and pretrial conference in Case No. 99-4451L, John H. Banks, et al., and Eugene J. Frett, Individually and as Trustee. And I think we have representatives of all parties on the line. Please begin, beginning with Plaintiff, then Defendant.

MR. EHRET: Your Honor, this is John Ehret. I should report that my health condition has not changed. The surgery from the 18th is still healing up and still draining. I don't want to go into all the details. But the doctors do not want to proceed with any further treatment until this stops and that I'm considered to be healed up. I actually canceled an appointment yesterday because the drainage was continuing.

So it looks reasonably foreseeable to coin a phrase that we're going to be needing more time. And I'm just projecting here that I probably won't know for another two

weeks what the course of treatment is going to be.

In addition, we have, however, been making some progress between the parties. I have prepared my ownership list with documentation. We have actually exchanged ownership lists. The government has provided a list to me.

And then we're planning to get together later in the week by phone to compare notes so that hopefully we could present an agreed-upon ownership list. I'm not sure what the outcome of our meeting will be later in the week by phone.

Also, we feel we need to make property-specific soil exploration by each person's property in order to foresee reasonably what shore protection is going to be necessary.

We do have a video from Mr. Thompson, who you know he testified, during which time he presented was in the Stevensville area. His representation that we could not expect to leave our property to our children in 10 to 20 years, that was a representation made in 1994, and it turns out it was on videotape. So I will be filing a motion to send that tape to Your Honor for your perusal.

But this causes us to not only need to learn the property-specific condition of the soils but also for the purpose of driving piles. In other words, you can't contract with a contractor, you can't establish dollar amounts unless you're able to tell them what soil is below where he's going

to be driving the piles.

So I think that overall gives you a little bit of an update. And to summarize, I would say 30, 60 or 90 days or maybe all three is my prognostication of what the next get-togethers ought to be. We really can't do anything in the ground until the melt comes. We've had an extremely cold winter and a very heavy snow and rivers are flooding. So we're going to have a bigger lake to contend with by spring. It takes more than one season. It will take several seasons to bring the lake way back up. But that's a short version of my status report.

THE COURT: Thank you. We may come back with questions, but I think I'll go around the electronic room here. And is there anyone else, Mr. Ehret, who is speaking with you for the Plaintiffs in the combined case? I know Mr. Christensen is on the line.

MR. CHRISTENSEN: I am, and I acknowledge that I'm here for the roll call.

THE COURT: Thank you so much.

MR. FRETT: Eugene Frett is also here, Your Honor.

THE COURT: Yes, and we turn to you next, sir.

MR. FRETT: Okay. I can just report that I have exchanged some updated ownership information with Mr. Petrie, and I believe that the specific property that I'm