**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| JOHN H. BANKS, et. al.<br>Plaintiffs,<br>v<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | NO. 99-4451 L<br>Judge Emily C. Hewitt |
| EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust,<br>Plaintiffs,<br>v.<br><br>THE UNITED STATES,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-1353 L |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TEN DAYS**
**<u>TO FILE REPLY DUE UNDER THE COURT'S ORDER DATED JULY 2, 2008</u>**

Pursuant to the Court's Order dated July 2, 2008 (Document 267), Plaintiffs' Reply to Defendant's Response to Plaintiffs' Damages Trial Memorandum is due "… on or before Tuesday, August 12, 2008."

Plaintiffs' now respectfully request the Court to extend the aforesaid date to on or before Friday, August 22, 2008 for the following reasons:

1. Plaintiffs need the additional time to complete preliminary soil and lake bed sampling at the Plaintiffs' respective properties.
2. Plaintiffs need the additional time to research the appropriate quantitative definition of sandy vs. cohesive shorelines.
3. Plaintiffs need the additional time to obviate conflicts with a previously

planned one-week business trip to California by Christensen, and personal family vacations by Ehret and Frett.

Plaintiffs' attorney John Ehret has conferred with Terry M. Petrie, counsel for Defendant, The United States, who advised that Defendant does not oppose Plaintiffs' request.

Respectfully submitted,

Dated: August 5, 2008

s/John B. Ehret

John B. Ehret
Attorney for Plaintiffs
20860 Greenwood Drive
Olympia Fields, IL 60461
Telephone: (708) 748-8975
Fax: (708) 748-7661
Email: jbehret@covad.net

## CERTIFICATE OF SERVICE

I, John B. Ehret, an attorney, do hereby certify that on the 5th day of August, 2008 I caused to be electronically filed with the United States Court of Federal Claims **PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TEN DAYS TO FILE REPLY DUE UNDER THE COURT'S ORDER DATED JULY 2, 2008** to be served on below listed attorneys of record:

Eugene J. Frett, Esq
SPERLING AND SLATER P.C.
55 West Monroe Street
Suite 3200
Chicago, IL 60603
Telephone: 312.641.3200
Fax: 312.641.6492
gfrett@sperling-law.com

Terry M. Petrie
Environmental and Natural Resources Division
U. S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303.844.1369
Fax: 303.844.1350
Terry.Petrie@usdoj.gov

Mark E. Christensen
Christensen & Ehret
Attorney at Law
222 West Adams Street
21st Floor
Chicago, IL 60606
Telephone: 312.634.1014
Fax: 312.634.1018
mchristensen@christensenehret.com

s/ John B. Ehret_________________
John B. Ehret