# In the United States Court of Federal Claims

No. 99-4451 L
c/w 99-4452L, 99-4453L, 99-4454L, 99-4455L, 99-4456L, 99-4457L, 99-4458L, 99-4459L, 99-44510L, 99-44511L, 99-44512L, 00-365L, 00-379L, 00-380L, 00-381L, 00-382L, 00-383L, 00-384L, 00-385L, 00-386L, 00-387L, 00-388L, 00-389L, 00-390L, 00-391L, 00-392L, 00-393L, 00-394L, 00-395L, 00-396L, 00-398L, 00-399L, 00-400L, 00-401L, 05-1353L, 05-1381L, 06-72L
(E-Filed: August 5, 2008)

JOHN H. BANKS, ET AL.,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

99-4451 L

EUGENE J. FRETT, Individually and as Trustee of the Victor J. Horvath and Frances B. Horvath Trust,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

05-1353 L

ORDER

Before the court is Plaintiffs' Unopposed Motion For Extension of Ten Days To File Reply Due Under the Court's Order Dated July 2, 2008 (plaintiffs' Motion). For the

reasons stated therein, and because it is unopposed, plaintiffs' Motion is GRANTED. The court replaces paragraph 3 of its scheduling order of July 2, 2008, see Order of July 2, 2008 (modifying the court's Order of Feb. 19, 2008), with the following:

3. Plaintiffs shall file their reply to defendant's response on or before Friday, August 22, 2008.

The parties are urged to contact the court at any time when they believe the involvement of the court will help to secure the just, speedy, and inexpensive determination of this action. See Rules of the Court of Federal Claims 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge