# In the United States Court of Federal Claims

No. 99-4451 L

(Filed: September 4, 2008)

| | |
|---|---|
| JOHN H. BANKS, ET AL., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Before the court is Plaintiff's Motion to Strike Declaration of David Wolfe and James Selegean (Motion). The Motion does not conform with the Rules of the Court of Federal Claims (RCFC). Specifically, RCFC 83.1(c)(2) provides in pertinent part:

> Any attorney who is a member of the bar of this court may sign a filing in the attorney of record's name. An attorney who signs the name of the attorney of record shall so indicate by adding the following after the name of the attorney of record: "by [the signing attorney's full name]."

RCFC 83.1(c)(2). Therefore, if Mr. Mark E. Christensen signs any subsequent filings in this case, he must do so by signing the name of Mr. John Ehret. The signature must be followed by the language: "John Ehret, by Mark E. Christensen."

The court accepts the documents filed by Mr. Christensen on behalf of plaintiff prior to the date of this order. The court directs plaintiff to file all subsequent documents in conformance with RCFC 83.1(c)(2).

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge